# United States District Court for the Northern District of Illinois

Case Number: 08cv760-2                   Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _2-6-08_ as to MIDLAND CREDIT
                                (Date)
MANAGEMENT, INC. _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05