# EXHIBIT B
# Part 1 of 2



*Dorothy Brown*
# Clerk *of the* Circuit Court
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: MIDLAND FUNDING

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2008-M1-102970 | MIDLAND FUNDING LL | HALL THEA Y | 01/15/2008 |
| 2008-M1-102973 | MIDLAND FUNDING LL | HERRING MARILYN F | 01/15/2008 |
| 2008-M1-102975 | MIDLAND FUNDING CO | HYDE GINA | 01/15/2008 |
| 2008-M1-102976 | MIDLAND FUNDING LL | JONES LORRANIE | 01/15/2008 |
| 2008-M1-102978 | MIDLAND FUNDING LL | LANEHART ANNETTE | 01/15/2008 |
| 2008-M1-102983 | MIDLAND FUNDING LL | ABNER WILMA S | 01/15/2008 |
| 2008-M1-102985 | MIDLAND FUNDING CO | BATES NATOYA S | 01/15/2008 |
| 2008-M1-102986 | MIDLAND FUNDING LL | BOLAND DAVID | 01/15/2008 |
| 2008-M1-102989 | MIDLAND FUNDING CO | PHELPS ROCHELLE | 01/15/2008 |
| 2008-M1-102990 | MIDLAND FUNDING LL | POULAKIDAS THOMAS | 01/15/2008 |
| 2008-M1-102991 | MIDLAND FUNDING LL | RODRIGUEZ ZINA M | 01/15/2008 |
| 2008-M1-102993 | MIDLAND FUNDING LL | MACIEJEWSKI MATTHE | 01/15/2008 |
| 2008-M1-102995 | MIDLAND FUNDING LL | LOPEZ JUAN P | 01/15/2008 |
| 2008-M1-102996 | MIDLAND FUNDING LL | LOVE CRAIG | 01/15/2008 |
| 2008-M1-102999 | MIDLAND FUNDING LL | KELSOR WILLIAM | 01/15/2008 |
| 2008-M1-103001 | MIDLAND FUNDING LL | WAITES TERENCE | 01/15/2008 |
| 2008-M1-103003 | MIDLAND FUNDING LL | SMITH LINDA S | 01/15/2008 |
| 2008-M1-103004 | MIDLAND FUNDING LL | SMITH PAULETTE | 01/15/2008 |
| 2008-M1-103005 | MIDLAND FUNDING LL | PALMER ANTHONY D | 01/15/2008 |
| 2008-M1-103007 | MIDLAND FUNDING CO | BRANDY TONYA | 01/15/2008 |
| 2008-M1-103008 | MIDLAND FUNDING CO | BYRD CLEVON | 01/15/2008 |
| 2008-M1-103011 | MIDLAND FUNDING LL | CARRJOHNSON LATONI | 01/15/2008 |
| 2008-M1-103014 | MIDLAND FUNDING LL | FEDERKINS MARIANNE | 01/15/2008 |
| 2008-M1-103018 | MIDLAND FUNDING LL | GIANNOS CATHERINE | 01/15/2008 |
| 2008-M1-103019 | MIDLAND FUNDING LL | GIBSON ALBERT J | 01/15/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-103244 | MIDLAND CREDIT MAN | TUCKER ANTWON R | 01/15/2008 |
| 2008-M1-103245 | MIDLAND CREDIT MAN | THOMAS FREDERICK T | 01/15/2008 |
| 2008-M1-103247 | MIDLAND CREDIT MAN | SEQUIRA IRMA | 01/15/2008 |
| 2008-M1-103510 | MIDLAND FUNDING LL | VILLARREAL BEATRIZ | 01/15/2008 |
| 2008-M1-103511 | MIDLAND FUNDING LL | VESPER PAUL | 01/15/2008 |
| 2008-M1-103517 | MIDLAND FUNDING LL | WARNER JEANETTE | 01/15/2008 |
| 2008-M1-103518 | MIDLAND FUNDING LL | YANCY BERTHA | 01/15/2008 |
| 2008-M1-103520 | MIDLAND FUNDING LL | LOPEZ LYDIA | 01/15/2008 |
| 2008-M1-102607 | MIDLAND FUNDING LL | VANDERLIND ERNESTI | 01/14/2008 |
| 2008-M1-102621 | MIDLAND FUNDING LL | WHITE HENRY E JR | 01/14/2008 |
| 2008-M1-102622 | MIDLAND FUNDING LL | YOUSEF SAID K | 01/14/2008 |
| 2008-M1-102623 | MIDLAND FUNDING LL | ZAWISLAN STANISLAW | 01/14/2008 |
| 2008-M1-102636 | MIDLAND FUNDING LL | TESSMAN JOAN | 01/14/2008 |
| 2008-M1-102639 | MIDLAND FUNDING LL | RAMIREZ ROSA | 01/14/2008 |
| 2008-M1-102646 | MIDLAND FUNDING LL | MORALES LORENZO | 01/14/2008 |
| 2008-M1-102653 | MIDLAND FUNDING LL | DECOLA MICHAEL | 01/14/2008 |
| 2008-M1-102677 | MIDLAND FUNDING LL | GREENLAW BERNARD | 01/14/2008 |
| 2008-M1-102678 | MIDLAND FUNDING LL | GREEN VERONICA | 01/14/2008 |
| 2008-M1-102680 | MIDLAND FUNDING LL | FABINO TERRENCE E | 01/14/2008 |
| 2008-M1-102681 | MIDLAND FUNDING LL | DYE DENISE | 01/14/2008 |
| 2008-M1-102683 | MIDLAND FUNDING LL | HENDERSON VERNON | 01/14/2008 |
| 2008-M1-102684 | MIDLAND FUNDING LL | HAYES PATRICIA C | 01/14/2008 |
| 2008-M1-102685 | MIDLAND FUNDING LL | BROWN GREGORY A | 01/14/2008 |
| 2008-M1-102687 | MIDLAND FUNDING LL | BLAIR JEANNE M | 01/14/2008 |
| 2008-M1-102690 | MIDLAND FUNDING LL | DILLARD DORIS M | 01/14/2008 |
| 2008-M1-102691 | MIDLAND FUNDING CO | DENNIS ERICA | 01/14/2008 |
| 2008-M1-102692 | MIDLAND FUNDING LL | DAVIS JOANNE | 01/14/2008 |
| 2008-M1-102695 | MIDLAND FUNDING LL | CRAFT SANDRA | 01/14/2008 |
| 2008-M1-102697 | MIDLAND FUNDING LL | COLEMAN HENRY JR | 01/14/2008 |
| 2008-M1-102698 | MIDLAND FUNDING CO | GOMEZ NICOLETTE | 01/14/2008 |
| 2008-M1-102703 | MIDLAND FUNDING CO | ANDRADE ROBERTO SR | 01/14/2008 |
| 2008-M1-102704 | MIDLAND FUNDING LL | AMMONS JENNIFER | 01/14/2008 |
| 2008-M1-102706 | MIDLAND FUNDING LL | ABUHASNA KHADIJEH | 01/14/2008 |
| 2008-M1-102707 | MIDLAND FUNDING LL | ALVAREZ TOMAS JR | 01/14/2008 |
| 2008-M1-102709 | MIDLAND FUNDING LL | HOUSE JESSICA | 01/14/2008 |
| 2008-M1-102720 | MIDLAND FUNDING LL | MADKINS ERICA N | 01/14/2008 |
| 2008-M1-102722 | MIDLAND FUNDING LL | MARQUEZ MARIO | 01/14/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-102727 | MIDLAND FUNDING LL | MITCHELL KATHY D | 01/14/2008 |
| 2008-M1-102731 | MIDLAND FUNDING LL | MORE LUCILE | 01/14/2008 |
| 2008-M1-102733 | MIDLAND FUNDING LL | ORTIZ ENRIQUETA | 01/14/2008 |
| 2008-M1-102735 | MIDLAND FUNDING LL | OLANDEZ JUAN | 01/14/2008 |
| 2008-M1-102737 | MIDLAND FUNDING LL | ROWLAND DAVID J | 01/14/2008 |
| 2008-M1-102738 | MIDLAND FUNDING LL | STROK DAVID A | 01/14/2008 |
| 2008-M1-102740 | MIDLAND FUNDING CO | STANKE HORST | 01/14/2008 |
| 2008-M1-102157 | MIDLAND CREDIT MGT | WOOTEN ANDRE D | 01/10/2008 |
| 2008-M1-102158 | MIDLAND CREDIT MGT | GALANTE JERRY O | 01/10/2008 |
| 2008-M1-102159 | MIDLAND CREDIT MGT | SAVAGE MARK | 01/10/2008 |
| 2008-M1-101636 | MIDLAND FUNDING | PEREZ GLORIA A | 01/09/2008 |
| 2008-M1-101684 | MIDLAND FUNDING | NORWOOD GRACE A | 01/09/2008 |
| 2008-M1-101685 | MIDLAND FUNDING | RAHMAN BILAL | 01/09/2008 |
| 2008-M1-101686 | MIDLAND FUNDING | RUZECKI DONALD P | 01/09/2008 |
| 2008-M1-101791 | MIDLAND FUNDING | WOODS THELMA B | 01/09/2008 |
| 2008-M1-101792 | MIDLAND FUNDING | YOUNG ANN M | 01/09/2008 |
| 2008-M1-101793 | MIDLAND FUNDING | UGOKA FRANK C | 01/09/2008 |
| 2008-M1-101796 | MIDLAND FUNDING | SWEIS FERRIS | 01/09/2008 |
| 2008-M1-101797 | MIDLAND FUNDING | TALACH LORI M | 01/09/2008 |
| 2008-M1-101798 | MIDLAND FUNDING | THOMPSON ZERLINE | 01/09/2008 |
| 2008-M1-101817 | MIDLAND FUNDING | CLARK LYNDA J | 01/09/2008 |
| 2008-M1-101818 | MIDLAND FUNDING | COBB TORRENCE | 01/09/2008 |
| 2008-M1-101819 | MIDLAND FUNDING | CAMMON NIKIA C | 01/09/2008 |
| 2008-M1-101820 | MIDLAND FUNDING | CANNON LARRY | 01/09/2008 |
| 2008-M1-101821 | MIDLAND FUNDING | CARRASCO JUAN M | 01/09/2008 |
| 2008-M1-101822 | MIDLAND FUNDING | BUCKNER ROBERT R | 01/09/2008 |
| 2008-M1-101824 | MIDLAND FUNDING | BURKE CLARA J | 01/09/2008 |
| 2008-M1-101825 | MIDLAND FUNDING | BIRKMANE KRISTINE | 01/09/2008 |
| 2008-M1-101845 | MIDLAND FUNDING | PYE DAVID | 01/09/2008 |
| 2008-M1-101865 | MIDLAND FUNDING | MIRZA REHAN A | 01/09/2008 |
| 2008-M1-101867 | MIDLAND FUNDING | NAY DOAN | 01/09/2008 |
| 2008-M1-101868 | MIDLAND FUNDING | GASTON DOROTHY | 01/09/2008 |
| 2008-M1-101869 | MIDLAND FUNDING | GEREZ DONNA M | 01/09/2008 |
| 2008-M1-101871 | MIDLAND FUNDING | HUBBARD TAMALA | 01/09/2008 |
| 2008-M1-101872 | MIDLAND FUNDING | HOWARD TAMIEKA | 01/09/2008 |
| 2008-M1-101873 | MIDLAND FUNDING | DOYLE MAGGIE M | 01/09/2008 |
| 2008-M1-101874 | MIDLAND FUNDING | THOMAS MELODY W | 01/09/2008 |
| | | | |

| | | | |
|---|---|---|---|
| 2008-M1-101875 | MIDLAND FUNDING | WRIGHT SONJA S | 01/09/2008 |
| 2008-M1-101893 | MIDLAND FUNDING | COLEMAN REGINALD R | 01/09/2008 |
| 2008-M1-102069 | MIDLAND FUNDING | JACKSON SHANNON | 01/09/2008 |
| 2008-M1-102070 | MIDLAND FUNDING | HOLLAND FRANCES D | 01/09/2008 |
| 2008-M1-102071 | MIDLAND FUNDING | HOLLOWAY MARDELL | 01/09/2008 |
| 2008-M1-102073 | MIDLAND FUNDING | JACKSON ROBERT J | 01/09/2008 |
| 2008-M1-102076 | MIDLAND FUNDING | HOLMES TRESSA D | 01/09/2008 |
| 2008-M1-102077 | MIDLAND FUNDING | HAYES NANCY | 01/09/2008 |
| 2008-M1-102079 | MIDLAND FUNDING | FLORES HECTOR | 01/09/2008 |
| 2008-M1-102082 | MIDLAND FUNDING | DAVID JANET | 01/09/2008 |
| 2008-M1-102083 | MIDLAND FUNDING | BARRERA DAVID | 01/09/2008 |
| 2008-M1-102092 | MIDLAND FUNDING | WINGO CARL D | 01/09/2008 |
| 2008-M1-102093 | MIDLAND FUNDING | WILLIAMS ROBERT JR | 01/09/2008 |
| 2008-M1-102094 | MIDLAND FUNDING | THOMAS LANCE | 01/09/2008 |
| 2008-M1-102097 | MIDLAND FUNDING | PRUITT LARRY | 01/09/2008 |
| 2008-M1-102098 | MIDLAND FUNDING | MCRAE PAMELA | 01/09/2008 |
| 2008-M1-102099 | MIDLAND FUNDING | MARTIN HENRY D | 01/09/2008 |
| 2008-M1-102101 | MIDLAND FUNDING | MAY BRANDY C | 01/09/2008 |
| 2008-M1-102102 | MIDLAND FUNDING | MCCULLUM STANLEY L | 01/09/2008 |
| 2008-M1-102104 | MIDLAND FUNDING | MCDANIEL EMMANUEL | 01/09/2008 |
| 2008-M1-102105 | MIDLAND FUNDING | PLESOIU FLORINA A | 01/09/2008 |
| 2008-M1-102106 | MIDLAND FUNDING | POPILEAN FLORIN | 01/09/2008 |
| 2008-M1-102107 | MIDLAND FUNDING | OWENS LISA | 01/09/2008 |
| 2008-M1-102111 | MIDLAND FUNDING | COOPER PENELOPE | 01/09/2008 |
| 2008-M1-102113 | MIDLAND FUNDING | GOMEZ JOSE | 01/09/2008 |
| 2008-M1-102114 | MIDLAND FUNDING | SERRITOS FRANK SR | 01/09/2008 |
| 2008-M1-102115 | MIDLAND FUNDING | STOTLAND MICHAEL | 01/09/2008 |
| 2008-M1-102116 | MIDLAND FUNDING | VELAZQUEZ WANDA | 01/09/2008 |
| 2008-M1-101175 | MIDLAND FUNDING | MALDONADO MARY C | 01/08/2008 |
| 2008-M1-101180 | MIDLAND FUNDING | RAMIREZ NORBERTO J | 01/08/2008 |
| 2008-M1-101181 | MIDLAND FUNDING | PHILLIPS JESSIE | 01/08/2008 |
| 2008-M1-101182 | MIDLAND FUNDING | NESBITT THOMAS | 01/08/2008 |
| 2008-M1-101183 | MIDLAND FUNDING | NOONAN CAROL | 01/08/2008 |
| 2008-M1-101218 | MIDLAND FUNDING | SEFERIAN MANOUG | 01/08/2008 |
| 2008-M1-101220 | MIDLAND FUNDING | GUERRERO NOEMI | 01/08/2008 |
| 2008-M1-101221 | MIDLAND FUNDING | KHAN IMRAN | 01/08/2008 |
| 2008-M1-101222 | MIDLAND FUNDING | KHAN IMRAN | 01/08/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-101229 | MIDLAND FUNDING | JOHNSON JEROME | 01/08/2008 |
| 2008-M1-101231 | MIDLAND FUNDING | FULTH VERONICA | 01/08/2008 |
| 2008-M1-101243 | MIDLAND FUNDING | TURNER DAVID | 01/08/2008 |
| 2008-M1-101252 | MIDLAND FUNDING | IVAZ ELIZABETH | 01/08/2008 |
| 2008-M1-101253 | MIDLAND FUNDING | COUNCIL ANDRE A | 01/08/2008 |
| 2008-M1-101256 | MIDLAND FUNDING | SMITH DIETTA | 01/08/2008 |
| 2008-M1-101257 | MIDLAND FUNDING | SIKORA WALTER W | 01/08/2008 |
| 2008-M1-101259 | MIDLAND FUNDING | SZYMANKOWSKI GENE | 01/08/2008 |
| 2008-M1-101267 | MIDLAND FUNDING | ALVAREZ LEOBARDO | 01/08/2008 |
| 2008-M1-101268 | MIDLAND FUNDING | BASS RAMONA M | 01/08/2008 |
| 2008-M1-101277 | MIDLAND FUNDING | MADHUKER TALARI | 01/08/2008 |
| 2008-M1-101327 | MIDLAND FUNDING | GRIMSLEY DARLENE | 01/08/2008 |
| 2008-M1-101328 | MIDLAND FUNDING | HERNANDEZ GLORIA | 01/08/2008 |
| 2008-M1-101329 | MIDLAND FUNDING | HICKS SHARON | 01/08/2008 |
| 2008-M1-101330 | MIDLAND FUNDING | HOWLAND DENNIS R | 01/08/2008 |
| 2008-M1-101376 | MIDLAND FUNDING | COLVIN BARBARA J | 01/08/2008 |
| 2008-M1-101377 | MIDLAND FUNDING | SKARO INES | 01/08/2008 |
| 2008-M1-101378 | MIDLAND FUNDING | RAGINIS KAROL | 01/08/2008 |
| 2008-M1-100768 | MIDLAND FUNDING | FLORES GREGORY E | 01/07/2008 |
| 2008-M1-100770 | MIDLAND FUNDING | MARTINEZ JOHNNY B | 01/07/2008 |
| 2008-M1-100771 | MIDLAND FUNDING | LOVELESS ERICA | 01/07/2008 |
| 2008-M1-100772 | MIDLAND FUNDING | LEWIS RHONDA J | 01/07/2008 |
| 2008-M1-100773 | MIDLAND FUNDING | MONACO STEFANIE A | 01/07/2008 |
| 2008-M1-100774 | MIDLAND FUNDING | MIRANDA JORGE M | 01/07/2008 |
| 2008-M1-100776 | MIDLAND FUNDING | NEWSOME NORMA | 01/07/2008 |
| 2008-M1-100777 | MIDLAND FUNDING | KOTH ABIGHAIL J | 01/07/2008 |
| 2008-M1-100778 | MIDLAND FUNDING | LANDA ANDRES | 01/07/2008 |
| 2008-M1-100780 | MIDLAND FUNDING | LEBRON SILVERIO | 01/07/2008 |
| 2008-M1-100781 | MIDLAND FUNDING | LAZCANO JUAN | 01/07/2008 |
| 2008-M1-100783 | MIDLAND FUNDING | GHOMEZ LYNDA | 01/07/2008 |
| 2008-M1-100786 | MIDLAND FUNDING | ARRIAGA SONIA | 01/07/2008 |
| 2008-M1-100787 | MIDLAND FUNDING | BABAJAN THAMEEM | 01/07/2008 |
| 2008-M1-100788 | MIDLAND FUNDING | WILLIAMS BEVERLY J | 01/07/2008 |
| 2008-M1-100789 | MIDLAND FUNDING | WHITE GLADYS | 01/07/2008 |
| 2008-M1-100792 | MIDLAND FUNDING | FLOWERS ADDIE | 01/07/2008 |
| 2008-M1-100793 | MIDLAND FUNDING LL | AMERSON RHONDA | 01/07/2008 |
| 2008-M1-100818 | MIDLAND FUNDING | HENRY SUHAJDA S | 01/07/2008 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2008-M1-100819 | MIDLAND FUNDING | HERNANDEZ CECILIA | 01/07/2008 |
| 2008-M1-100821 | MIDLAND FUNDING | IGE ELIJAH B | 01/07/2008 |
| 2008-M1-100822 | MIDLAND FUNDING | JETER MCKINLEY | 01/07/2008 |
| 2008-M1-100823 | MIDLAND FUNDING | COTE CAROLE C | 01/07/2008 |
| 2008-M1-100824 | MIDLAND FUNDING | DUNCAN CHARLES | 01/07/2008 |
| 2008-M1-100825 | MIDLAND FUNDING | DICKERSON DARRYL | 01/07/2008 |
| 2008-M1-100826 | MIDLAND FUNDING | ELDER DOROTHY M | 01/07/2008 |
| 2008-M1-100827 | MIDLAND FUNDING | ESAU ARTHUR | 01/07/2008 |
| 2008-M1-100830 | MIDLAND FUNDING | SHEIKH HUSSEIN | 01/07/2008 |
| 2008-M1-100833 | MIDLAND FUNDING | WILLIS LATOYA L | 01/07/2008 |
| 2008-M1-100834 | MIDLAND FUNDING | WOODS ANGELA | 01/07/2008 |
| 2008-M1-100453 | MIDLAND FUNDING | FLAMM KENNETH A | 01/04/2008 |
| 2008-M1-100479 | MIDLAND FUNDING | WILLIS DEBORAH R | 01/04/2008 |
| 2008-M1-100480 | MIDLAND FUNDING | WILLIAMS JESSICA | 01/04/2008 |
| 2008-M1-100481 | MIDLAND FUNDING | ZIGAH JOHN | 01/04/2008 |
| 2008-M1-100484 | MIDLAND FUNDING | MCGEE ERNESTINE | 01/04/2008 |
| 2008-M1-100485 | MIDLAND FUNDING | TORRES MARTHA ALON | 01/04/2008 |
| 2008-M1-100486 | MIDLAND FUNDING | BROWN JEANNETTE | 01/04/2008 |
| 2008-M1-100487 | MIDLAND FUNDING | BROWN RUTH L | 01/04/2008 |
| 2008-M1-100488 | MIDLAND FUNDING | CASYTANEDA ANGEL J | 01/04/2008 |
| 2008-M1-100489 | MIDLAND FUNDING | COX DELORES | 01/04/2008 |
| 2008-M1-100490 | MIDLAND FUNDING | DAVIS BETTIE | 01/04/2008 |
| 2008-M1-100491 | MIDLAND FUNDING | DIXON ALICE | 01/04/2008 |
| 2008-M1-100492 | MIDLAND FUNDING | DILLARD DELAWRENC | 01/04/2008 |
| 2008-M1-100493 | MIDLAND FUNDING | FOULK CHRISTOPH | 01/04/2008 |
| 2008-M1-100494 | MIDLAND FUNDING | FULLER WYONIE M | 01/04/2008 |
| 2008-M1-100495 | MIDLAND FUNDING | RYAN SIMON | 01/04/2008 |
| 2008-M1-100496 | MIDLAND FUNDING | SANDOVAL LILIANA | 01/04/2008 |
| 2008-M1-100498 | MIDLAND FUNDING | STEVENSON JOANNA | 01/04/2008 |
| 2008-M1-100499 | MIDLAND FUNDING | TUMUSINE HELEN T | 01/04/2008 |
| 2008-M1-100501 | MIDLAND FUNDING | MACKOWIAK RICHARD | 01/04/2008 |
| 2008-M1-100502 | MIDLAND FUNDING | MISURACA VICTORIA | 01/04/2008 |
| 2008-M1-100503 | MIDLAND FUNDING | STEIGERWALD SCOTT | 01/04/2008 |
| 2008-M1-100504 | MIDLAND FUNDING | LOVE KELSIE L | 01/04/2008 |
| 2008-M1-100506 | MIDLAND FUNDING | WHITE ALLEN | 01/04/2008 |
| 2008-M1-100510 | MIDLAND FUNDING | MAHMOOD HUSSAIN R | 01/04/2008 |
| 2008-M1-100513 | MIDLAND FUNDING | RICE MONICA | 01/04/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-100514 | MIDLAND FUNDING | DAVIS MITTER | 01/04/2008 |
| 2008-M1-100515 | MIDLAND FUNDING | COOK ELISHA | 01/04/2008 |
| 2008-M1-100516 | MIDLAND FUNDING | ELLIOTT PATRICIA | 01/04/2008 |
| 2008-M1-100517 | MIDLAND FUNDING | BLACK JUTON | 01/04/2008 |
| 2008-M1-100518 | MIDLAND FUNDING | BORDERS CAREY | 01/04/2008 |
| 2008-M1-100519 | MIDLAND FUNDING | MURDOCK JAMES | 01/04/2008 |
| 2008-M1-100527 | MIDLAND FUNDING | EVANS ANITA | 01/04/2008 |
| 2008-M1-100528 | MIDLAND FUNDING | HOLLIS CHARLES | 01/04/2008 |
| 2008-M1-100529 | MIDLAND FUNDING | THOMPSON JAMES SR | 01/04/2008 |
| 2008-M1-100530 | MIDLAND FUNDING | JOMNES HAYWOOD | 01/04/2008 |
| 2008-M1-100531 | MIDLAND FUNDING | KILCREASE PAMELA | 01/04/2008 |
| 2008-M1-100533 | MIDLAND FUNDING | BAILEY MANUEL | 01/04/2008 |
| 2008-M1-100561 | MIDLAND FUNDING | HENDERSON LAWANDA | 01/04/2008 |
| 2008-M1-100562 | MIDLAND FUNDING | DOWNING SHAYLA | 01/04/2008 |
| 2008-M1-100672 | MIDLAND FUNDING | OCAMPO SUSANA | 01/04/2008 |
| 2008-M1-100674 | MIDLAND FUNDING | MARTIN REMY | 01/04/2008 |
| 2008-M1-100675 | MIDLAND FUNDING | MARTINEZ RAMON | 01/04/2008 |
| 2008-M1-100676 | MIDLAND FUNDING | PRESHON GREGORY | 01/04/2008 |
| 2008-M1-100678 | MIDLAND FUNDING | RAMOS WALTER | 01/04/2008 |
| 2008-M1-100679 | MIDLAND FUNDING | NAVA KAREN S | 01/04/2008 |
| 2008-M1-100682 | MIDLAND FUNDING | LOUIS DAMENIAL | 01/04/2008 |
| 2008-M1-100683 | MIDLAND FUNDING | MORALES KEISSA | 01/04/2008 |
| 2008-M1-100685 | MIDLAND FUNDING | PHIPPS NICHOLE C | 01/04/2008 |
| 2008-M1-100687 | MIDLAND FUNDING | PAYNE EMALINE | 01/04/2008 |
| 2008-M1-100688 | MIDLAND FUNDING | REDDICK RAYFORT | 01/04/2008 |
| 2008-M1-100689 | MIDLAND FUNDING | HARRIS CRYSTAL | 01/04/2008 |
| 2008-M1-100690 | MIDLAND FUNDING | HOSKINS DONNA R | 01/04/2008 |
| 2008-M1-100692 | MIDLAND FUNDING | IVANOV ALEXANDER L | 01/04/2008 |
| 2008-M1-100694 | MIDLAND FUNDING | NEWELL JAMES T SR | 01/04/2008 |
| 2008-M1-100695 | MIDLAND FUNDING | PECORARO STEVEN A | 01/04/2008 |
| 2008-M1-100697 | MIDLAND FUNDING | READUS RACHEL | 01/04/2008 |
| 2008-M1-100698 | MIDLAND FUNDING | RHEM CHRISTOPHER J | 01/04/2008 |
| 2008-M1-100700 | MIDLAND FUNDING | MATHIES TONYA | 01/04/2008 |
| 2008-M1-100701 | MIDLAND FUNDING | MOSBY LEROY III | 01/04/2008 |
| 2008-M1-100702 | MIDLAND FUNDING | ARNET TIMOTHY J | 01/04/2008 |
| 2008-M1-100705 | MIDLAND FUNDING | COLE PETER A | 01/04/2008 |
| 2008-M1-100706 | MIDLAND FUNDING | DECICCO NICHOLAS F | 01/04/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-100708 | MIDLAND FUNDING | FABIAN JULIO | 01/04/2008 |
| 2008-M1-100710 | MIDLAND FUNDING | FOWLER ANNTONETTE | 01/04/2008 |
| 2008-M1-100712 | MIDLAND FUNDING | GONZALEZ EDUARDO | 01/04/2008 |
| 2008-M1-100713 | MIDLAND FUNDING | GRAVES RENEE J | 01/04/2008 |
| 2008-M1-100714 | MIDLAND FUNDING | GREER TRESSA | 01/04/2008 |
| 2008-M1-100715 | MIDLAND FUNDING | ROSS SANDRA L | 01/04/2008 |
| 2008-M1-100716 | MIDLAND FUNDING | SMITH DIANE | 01/04/2008 |
| 2008-M1-100717 | MIDLAND FUNDING | SMITH TROIE J | 01/04/2008 |
| 2008-M1-100718 | MIDLAND FUNDING | SMITH SHARI A | 01/04/2008 |
| 2008-M1-100719 | MIDLAND FUNDING | SOLIS ELEVI | 01/04/2008 |
| 2008-M1-100724 | MIDLANDF FUNDING | VELEZ MIGUEL | 01/04/2008 |
| 2008-M1-100372 | MIDLAND FUNDING | PONIATOWSKI HAROLD | 01/03/2008 |
| 2008-M1-100373 | MIDLAND FUNDING | EPERJESI MICHAEL | 01/03/2008 |
| 2008-M1-100374 | MIDLAND FUNDING | STEELE CAROLYN | 01/03/2008 |
| 2008-M1-100375 | MIDLAND FUNDING | REDD DENISE | 01/03/2008 |
| 2008-M1-100376 | MIDLAND FUNDING | RODRIGUEZ MARISOL | 01/03/2008 |
| 2008-M1-100377 | MIDLAND FUNDING | BEASLEY BERTHA | 01/03/2008 |
| 2008-M1-100378 | MIDLAND FUNDING | ROSPOND JULIE | 01/03/2008 |
| 2008-M1-100379 | MIDLAND FUNDING | ALLER NADIA | 01/03/2008 |
| 2008-M1-100380 | MIDLAND FUNDING | LANGFORD BRANDIA | 01/03/2008 |
| 2008-M1-100385 | MIDLAND FUNDING | MAY EDDREAN | 01/03/2008 |
| 2008-M1-100395 | MIDLAND FUNDING | MARTINEZ ESTUARDO | 01/03/2008 |
| 2008-M1-100400 | MIDLAND FUNDING | WILDER PHYLLIS | 01/03/2008 |
| 2008-M1-100404 | MIDLAND FUNDING CO | COLEMAN STEPHEN | 01/03/2008 |
| 2008-M1-100405 | MIDLAND FUNDING CO | RUCKER JON | 01/03/2008 |
| 2008-M1-100408 | MIDLAND FUNDING LL | STAMPLEY APRIL | 01/03/2008 |
| 2008-M1-100413 | MIDLAND FUNDING LL | AYE SYLVESTER O | 01/03/2008 |
| 2008-M1-100414 | MIDLAND FUNDING LL | JENNINGS DELORES I | 01/03/2008 |
| 2008-M1-100415 | MIDLAND FUNDING LL | RAMIREZ ROSA | 01/03/2008 |
| 2008-M1-100416 | MIDLAND FUNDING LL | GUTIERREZ RYAN E | 01/03/2008 |
| 2008-M1-100417 | MIDLAND FUNDING LL | FERACOTTA BONNIE I | 01/03/2008 |
| 2008-M1-100418 | MIDLAND FUNDING LL | NEWTON AISHA N | 01/03/2008 |
| 2008-M1-100419 | MIDLAND FUNDING LL | HOSKINS GWENDA ALL | 01/03/2008 |
| 2008-M1-100420 | MIDLAND FUNDING LL | BRITT SHAUNTAE | 01/03/2008 |
| 2008-M1-100421 | MIDLAND FUNDING LL | PFEILLER ERIC | 01/03/2008 |
| 2008-M1-100422 | MIDLAND FUNDING LL | ANDERSEN JAMES | 01/03/2008 |
| 2008-M1-100424 | MIDLAND FUNDING LL | BENNETT PATRICE | 01/03/2008 |

| | | | |
|---|---|---|---|
| 2007-M1-258117 | MIDLAND CREDIT MGT | GETUEZA EDUARDO | 12/31/2007 |
| 2007-M1-258118 | MIDLAND CREDIT MGT | STREJC JOSEPH J | 12/31/2007 |
| 2007-M1-258119 | MIDLAND CREDIT MGT | WHITESIDE CARDELIA | 12/31/2007 |
| 2007-M1-258120 | MIDLAND CREDIT MGT | MORALES CELSO III | 12/31/2007 |
| 2007-M1-258121 | MIDLAND CREDIT MGT | DENNARD AQUEELAH | 12/31/2007 |
| 2007-M1-258122 | MIDLAND CREDIT MGT | COCKRELL KERWIN | 12/31/2007 |
| 2007-M1-258123 | MIDLAND CREDIT MGT | KOMM ROBERT D | 12/31/2007 |
| 2007-M1-258124 | MIDLAND CREDIT MGT | DABBS CRUYSTAL V | 12/31/2007 |
| 2007-M1-258125 | MIDLAND CREDIT MGT | DUBONETTI PAMELA M | 12/31/2007 |
| 2007-M1-258126 | MIDLAND CREDIT MGT | HOWARD TRUDY M | 12/31/2007 |
| 2007-M1-258127 | MIDLAND CREDIT MGT | GUIDEN NANCY | 12/31/2007 |
| 2007-M1-258129 | MIDLAND CREDIT MGT | KAUY KATHLEEN | 12/31/2007 |
| 2007-M1-258130 | MIDLAND CREDIT MGT | ZAKRZEWSKI TERESA | 12/31/2007 |
| 2007-M1-258131 | MIDLAND CREDIT MGT | RIVERA AURELIO | 12/31/2007 |
| 2007-M1-258132 | MIDLAND CREDIT MGT | LINDEMANN GAIL R | 12/31/2007 |
| 2007-M1-258134 | MIDLAND CREDIT MGT | SAUYLES VICTORIA L | 12/31/2007 |
| 2007-M1-258135 | MIDLAND CREDIT MGT | LEE FELISICA K | 12/31/2007 |
| 2007-M1-258136 | MIDLAND CREDIT MGT | LEMONS IDA M | 12/31/2007 |
| 2007-M1-258137 | MIDLAND CREDIT MGT | BROWN GWENDOLYN | 12/31/2007 |
| 2007-M1-258138 | MIDLAND CREDIT MGT | CHISUM ALMATINE | 12/31/2007 |
| 2007-M1-258139 | MIDLAND CREDIT MGT | LOPEZ MICHELLE | 12/31/2007 |
| 2007-M1-258140 | MIDLAND CREDIT MGT | CERVANTES MARTHA L | 12/31/2007 |
| 2007-M1-258141 | MIDLAND CREDIT MGT | PURCELL ERNESTO | 12/31/2007 |
| 2007-M1-258142 | MIDLAND CREDIT MGT | MUSTAFAA DAVID H | 12/31/2007 |
| 2007-M1-258143 | MIDLAND CREDIT MGT | ZABDAH NAIM | 12/31/2007 |
| 2007-M1-258144 | MIDLAND CREDIT MGT | HUGHES DEBORAH A | 12/31/2007 |
| 2007-M1-258145 | MIDLAND CREDIT MGT | NORMAN JAMES | 12/31/2007 |
| 2007-M1-257520 | MIDLAND FUNDING | PETROPOULOS CHRIST | 12/29/2007 |
| 2007-M1-257521 | MIDLAND FUNDING | PEREZ JOSE | 12/29/2007 |
| 2007-M1-257537 | MIDLAND FUNDING | THOMPSON CONTESSA | 12/29/2007 |
| 2007-M1-257598 | MIDLAND FUNDING | BOSWELL DIONDA L | 12/29/2007 |
| 2007-M1-257601 | MIDLAND FUNDING | BONNER PATRICIA | 12/29/2007 |
| 2007-M1-257602 | MIDLAND FUNDING | BESTY DIANNA | 12/29/2007 |
| 2007-M1-257604 | MIDLAND FUNDING | ALMAGUER DIANA | 12/29/2007 |
| 2007-M1-257606 | MIDLAND FUNDING | ALBERT OMAR | 12/29/2007 |
| 2007-M1-257607 | MIDLAND FUNDING | HAYES RICHARD P | 12/29/2007 |
| 2007-M1-257609 | MIDLAND FUNDING | GRIFFIN CATHY A | 12/29/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-257610 | MIDLAND FUNDING | GRAVES SEAN M | 12/29/2007 |
| 2007-M1-257613 | MIDLAND FUNDING | FRAZIER DEMON | 12/29/2007 |
| 2007-M1-257614 | MIDLAND FUNDING | EVERTON RENAY | 12/29/2007 |
| 2007-M1-257616 | MIDLAND FUNDING | DAUFENBACH BRIAN A | 12/29/2007 |
| 2007-M1-257619 | MIDLAND FUNDING | LOVE TIMEKA | 12/29/2007 |
| 2007-M1-257621 | MIDLAND FUNDING | LAMBIOE DINAN L | 12/29/2007 |
| 2007-M1-257622 | MIDLAND FUNDING | LAFAYETTE BRANDON | 12/29/2007 |
| 2007-M1-257624 | MIDLAND FUNDING | LADAGE ROBERT W | 12/29/2007 |
| 2007-M1-257626 | MIDLAND FUNDING | JOHNSON KRISSIE | 12/29/2007 |
| 2007-M1-257634 | MIDLAND FUNDING | CASO PAMELA | 12/29/2007 |
| 2007-M1-257637 | MIDLAND FUNDING | CARR LEONARD N | 12/29/2007 |
| 2007-M1-257677 | MIDLAND FUNDING | ROBINSON LOUISE | 12/29/2007 |
| 2007-M1-257731 | MIDLAND FUNDING NC | HARRIS SHERRY | 12/29/2007 |
| 2007-M1-257747 | MIDLAND FUNDING LL | PITNER MARY C | 12/29/2007 |
| 2007-M1-257752 | MIDLAND FUNDING LL | PEREZ JOSE L | 12/29/2007 |
| 2007-M1-257761 | MIDLAND FUNDING LL | NELSON PATRICIA | 12/29/2007 |
| 2007-M1-257788 | MIDLAND FUNDING NC | LONG LAVERNE | 12/29/2007 |
| 2007-M1-257790 | MIDLAND FUNDING LL | LITTLE LINDA K | 12/29/2007 |
| 2007-M1-257263 | MIDLAND FUNDING LL | JENNINGS JAIME R | 12/28/2007 |
| 2007-M1-257268 | MIDLAND FUNDING | TAYLOR ERICA | 12/28/2007 |
| 2007-M1-257269 | MIDLAND FUNDING LL | SUTERA ERIN | 12/28/2007 |
| 2007-M1-257270 | MIDLAND FUNDING LL | SPANN TINESHA | 12/28/2007 |
| 2007-M1-257273 | MIDLAND FUNDING LL | SMITH ESSIE M | 12/28/2007 |
| 2007-M1-257274 | MIDLAND FUNDING LL | SHACK MACKER | 12/28/2007 |
| 2007-M1-257276 | MIDLAND FUNDING LL | SANDERS OTIS | 12/28/2007 |
| 2007-M1-257277 | MIDLAND FUNDING LL | RUE JEFFREY E | 12/28/2007 |
| 2007-M1-257278 | MIDLAND FUNDING LL | ROMAN HILDA | 12/28/2007 |
| 2007-M1-257281 | MIDLAND FUNDING LL | POLK PRISCILLA | 12/28/2007 |
| 2007-M1-257287 | MIDLAND FUNDING LL | UTLEY REGINA | 12/28/2007 |
| 2007-M1-257290 | MIDLAND FUNDING LL | JENKINS ORA | 12/28/2007 |
| 2007-M1-257291 | MIDLAND FUNDING LL | HOLTZ JOHN D | 12/28/2007 |
| 2007-M1-257296 | MIDLAND FUNDING LL | JABBARI MALIHEH S | 12/28/2007 |
| 2007-M1-257307 | MIDLAND FUNDING LL | DAVIS LEONARD | 12/28/2007 |
| 2007-M1-257310 | MIDLAND FUNDING LL | CHAVERS TISHAWN L | 12/28/2007 |
| 2007-M1-257311 | MIDLAND FUNDING LL | CHANDLER JAMES C | 12/28/2007 |
| 2007-M1-257316 | MIDLAND FUNDING LL | BRANCH EDWARD J | 12/28/2007 |
| 2007-M1-256791 | MIDLAND FUNDING | HARVEY DELOISE | 12/27/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-256984 | MIDLAND FUNDING | FLORES RIGOBERTO | 12/27/2007 |
| 2007-M1-256987 | MIDLAND FUNDING | BRAZIEL ADRIAN | 12/27/2007 |
| 2007-M1-256988 | MIDLAND FUNDING | AZIZ KHALID A | 12/27/2007 |
| 2007-M1-256989 | MIDLAND FUNDING | ALAWADA FOUAD M | 12/27/2007 |
| 2007-M1-256990 | MIDLAND FUNDING | THORNTON GLORIA | 12/27/2007 |
| 2007-M1-256992 | MIDLAND FUNDING | JOHN CHERYL STEVEN | 12/27/2007 |
| 2007-M1-257007 | MIDLAND FUNDING | FANWE JENERIA M | 12/27/2007 |
| 2007-M1-257010 | MIDLAND FUNDING | KHAN SARFARAZ | 12/27/2007 |
| 2007-M1-257011 | MIDLAND FUNDING | DESTEFANO ANTHONY | 12/27/2007 |
| 2007-M1-257012 | MIDLAND FUNDING | COOPER HENRY S | 12/27/2007 |
| 2007-M1-257026 | MIDLAND FUNDING | OLAWOLE FUNMILAYO | 12/27/2007 |
| 2007-M1-257028 | MIDLAND FUNDING | FRYBARGER DIANA L | 12/27/2007 |
| 2007-M1-257029 | MIDLAND FUNDING | AMMONS JOANNA | 12/27/2007 |
| 2007-M1-257031 | MIDLAND FUNDING | THARPE BEATRICE | 12/27/2007 |
| 2007-M1-257032 | MIDLAND FUNDING | TAYLOR MONIA | 12/27/2007 |
| 2007-M1-257035 | MIDLAND FUNDING | ZUNO JUAN | 12/27/2007 |
| 2007-M1-257047 | MIDLAND FUNDING | GRIFFIN MARY | 12/27/2007 |
| 2007-M1-257048 | MIDLAND FUNDING | REED TRELENA J | 12/27/2007 |
| 2007-M1-257061 | MIDLAND FUNDING | SCHNEIDER DONALD R | 12/27/2007 |
| 2007-M1-257074 | MIDLAND FUNDING | RANDALL EULA | 12/27/2007 |
| 2007-M1-257076 | MIDLAND FUNDING | COLEMAN CLYDE | 12/27/2007 |
| 2007-M1-257077 | MIDLAND FUNDING | MCMILLAN CARL | 12/27/2007 |
| 2007-M1-256264 | MIDLAND FUNDING | HUSSAIN WALIMOHAM | 12/26/2007 |
| 2007-M1-256278 | MIDLAND FUNDING | GRANT CHARLIE C | 12/26/2007 |
| 2007-M1-256284 | MIDLAND FUNDING | ESPINOZA GUADALUPE | 12/26/2007 |
| 2007-M1-256294 | MIDLAND FUNDING | SPARKKS DAVID | 12/26/2007 |
| 2007-M1-256296 | MIDLAND FUNDING | LITTLE ELIZABETH | 12/26/2007 |
| 2007-M1-256298 | MIDLAND FUNDING | JORDAN ROSEZINA | 12/26/2007 |
| 2007-M1-256299 | MIDLAND FUNDING | JONES KENYA L | 12/26/2007 |
| 2007-M1-256300 | MIDLAND FUNDING | DEYRO RAYMOND B | 12/26/2007 |
| 2007-M1-256302 | MIDLAND FUNDING | DEAN BRENDA | 12/26/2007 |
| 2007-M1-256303 | MIDLAND FUNDING | CALDWELL WILLIE | 12/26/2007 |
| 2007-M1-256304 | MIDLAND FUNDING | CABRERA JORGE M | 12/26/2007 |
| 2007-M1-256305 | MIDLAND FUNDING | BECKHAM EBONY A | 12/26/2007 |
| 2007-M1-256306 | MIDLAND FUNDING | AYALA HUGO F | 12/26/2007 |
| 2007-M1-256308 | MIDLAND FUNDING | ALLEN AUBREY G | 12/26/2007 |
| 2007-M1-256309 | MIDLAND FUNDING | YAMA SOLOMON | 12/26/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-256310 | MIDLAND FUNDING | WILLIS CLAUDETTE | 12/26/2007 |
| 2007-M1-256311 | MIDLAND FUNDING | WHEELER TANYA LYNN | 12/26/2007 |
| 2007-M1-256312 | MIDLAND FUNDING | WEATHERSPOON ENOS | 12/26/2007 |
| 2007-M1-256313 | MIDLAND FUNDING | VOLANTE ANN L | 12/26/2007 |
| 2007-M1-256315 | MIDLAND FUNDING | TERUEL DANICA | 12/26/2007 |
| 2007-M1-256316 | MIDLAND FUNDING | STREET PATRICIA | 12/26/2007 |
| 2007-M1-256317 | MIDLAND FUNDING | STARKS CORRINE | 12/26/2007 |
| 2007-M1-256318 | MIDLAND FUNDING | STARK KENNETH A | 12/26/2007 |
| 2007-M1-256329 | MIDLAND FUNDING LL | SPANN IDA | 12/26/2007 |
| 2007-M1-256333 | MIDLAND FUNDING LL | SAUNDERS HERBERT T | 12/26/2007 |
| 2007-M1-256335 | MIDLAND FUNDING LL | ALI RAASHID | 12/26/2007 |
| 2007-M1-256343 | MIDLAND FUNDING LL | WILLIAMS JERRY L | 12/26/2007 |
| 2007-M1-256349 | MIDLAND FUNDING LL | TERRELL DELOIS K | 12/26/2007 |
| 2007-M1-256350 | MIDLAND FUNDING LL | CARRILLO EDWARD | 12/26/2007 |
| 2007-M1-256357 | MIDLAND FUNDING LL | BLOCKSON JEANELL A | 12/26/2007 |
| 2007-M1-256369 | MIDLAND FUNDING LL | AGUILAR ANTONIO L | 12/26/2007 |
| 2007-M1-256389 | MIDLAND FUNDING LL | LARREGUI MARIA | 12/26/2007 |
| 2007-M1-256407 | MIDLAND FUNDING LL | HILGART LINDA J | 12/26/2007 |
| 2007-M1-256410 | MIDLAND FUNDING LL | FRANKLIN LASHANDA | 12/26/2007 |
| 2007-M1-256414 | MIDLAND FUNDING LL | CIMAGLIA SHEILA L | 12/26/2007 |
| 2007-M1-256416 | MIDLAND FUNDING LL | MCKINNON SHAMEIKA | 12/26/2007 |
| 2007-M1-256418 | MIDLAND FUNDING LL | MAITZEN JAMES C | 12/26/2007 |
| 2007-M1-256481 | MIDLAND FUNDING | RIVERA MARIA E | 12/26/2007 |
| 2007-M1-256482 | MIDLAND FUNDING | RHOADES HEATHER V | 12/26/2007 |
| 2007-M1-256483 | MIDLAND FUNDING | REDMOND SOLOMON M | 12/26/2007 |
| 2007-M1-256486 | MIDLAND FUNDING | SIGH KENYA | 12/26/2007 |
| 2007-M1-256493 | MIDLAND FUNDING | SUMMAGE SANDRA D | 12/26/2007 |
| 2007-M1-256496 | MIDLAND FUNDING | MCSPADDEN KIM Y | 12/26/2007 |
| 2007-M1-256500 | MIDLAND FUNDING | ALAMBAR YOLANDA | 12/26/2007 |
| 2007-M1-256502 | MIDLAND FUNDING | LOPEZ BASIL S | 12/26/2007 |
| 2007-M1-256505 | MIDLAND FUNDING | KING KATHLEEN | 12/26/2007 |
| 2007-M1-256506 | MIDLAND FUNDING | KENNEDY THERESA | 12/26/2007 |
| 2007-M1-256510 | MIDLAND FUNDING | LEE SHALOMA T | 12/26/2007 |
| 2007-M1-256513 | MIDLAND FUNDING | LENIOR GEORGIA | 12/26/2007 |
| 2007-M1-256517 | MIDLAND FUNDING | LLAMAS LUMINADA | 12/26/2007 |
| 2007-M1-256520 | MIDLAND FUNDING | MAROLDA DANIEL J | 12/26/2007 |
| 2007-M1-256525 | MIDLAND FUNDING | MATTSON RONALD J | 12/26/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-256526 | MIDLAND FUNDING | MATHEWS ETHEL | 12/26/2007 |
| 2007-M1-256528 | MIDLAND FUNDING | ALLEN BARBARA J | 12/26/2007 |
| 2007-M1-256529 | MIDLAND FUNDING | ALEXANDER CARMIA | 12/26/2007 |
| 2007-M1-256549 | MIDLAND FUNDING | LOPEZ ALEX JR | 12/26/2007 |
| 2007-M1-256551 | MIDLAND FUNDING | LEDESMA TAMARA K | 12/26/2007 |
| 2007-M1-256552 | MIDLAND FUNDING | ROBINSON CONNIE | 12/26/2007 |
| 2007-M1-256553 | MIDLAND FUNDING | PEREZ CATERINO | 12/26/2007 |
| 2007-M1-256556 | MIDLAND FUNDING | NITRO ARIEL | 12/26/2007 |
| 2007-M1-256557 | MIDLAND FUNDING | MERCADO MIGUEL | 12/26/2007 |
| 2007-M1-256558 | MIDLAND FUNDING | ENOCHS TRISHA L | 12/26/2007 |
| 2007-M1-256560 | MIDLAND FUNDING | CORBIN DEBORAH | 12/26/2007 |
| 2007-M1-256561 | MIDLAND FUNDING | COPELAND LEE | 12/26/2007 |
| 2007-M1-256562 | MIDLAND FUNDING | CASTILLO SUSAN A | 12/26/2007 |
| 2007-M1-256564 | MIDLAND FUNDING | BLANCHARD KATHY M | 12/26/2007 |
| 2007-M1-256566 | MIDLAND FUNDING | ANDERSON ANITA | 12/26/2007 |
| 2007-M1-256567 | MIDLAND FUNDING | ALTERGOTT SUZANNE | 12/26/2007 |
| 2007-M1-256578 | MIDLAND FUNDING | NIKOLIC LIUNA | 12/26/2007 |
| 2007-M1-256580 | MIDLAND FUNDING | BLAYLOCK CYNTHIA M | 12/26/2007 |
| 2007-M1-256586 | MIDLAND FUNDING | LAVENDER LAURA | 12/26/2007 |
| 2007-M1-255676 | MIDLAND FUNDING | JOSEPH SHANTIA M | 12/24/2007 |
| 2007-M1-255681 | MIDLAND FUNDING | BARRY KESHA S | 12/24/2007 |
| 2007-M1-255682 | MIDLAND FUNDING | ZAMORA JAVIER | 12/24/2007 |
| 2007-M1-255683 | MIDLAND FUNDING | WADE SHAYNA | 12/24/2007 |
| 2007-M1-255684 | MIDLAND FUNDING | VELEZ LUIS | 12/24/2007 |
| 2007-M1-255685 | MIDLAND FUNDING | VEJAR ELMER | 12/24/2007 |
| 2007-M1-255688 | MIDLAND FUNDING | BROOKS LOUWANZER | 12/24/2007 |
| 2007-M1-255690 | MIDLAND FUNDING | LIMA WALTER | 12/24/2007 |
| 2007-M1-255693 | MIDLAND FUNDING | GREEN KINTE | 12/24/2007 |
| 2007-M1-255694 | MIDLAND FUNDING | MARSHALL WILLIAM | 12/24/2007 |
| 2007-M1-255697 | MIDLAND FUNDING | EDWARDS JOHN | 12/24/2007 |
| 2007-M1-255700 | MIDLAND FUNDING | WYATT BARBARA | 12/24/2007 |
| 2007-M1-255117 | MIDLAND FUNDING LL | JABLONSKI NICOLETT | 12/21/2007 |
| 2007-M1-255119 | MIDLAND FUNDING LL | MACK WILLIAM A | 12/21/2007 |
| 2007-M1-255123 | MIDLAND FUNDING LL | UALAT GLENN O | 12/21/2007 |
| 2007-M1-255124 | MIDLAND FUNDING LL | TUNE RICK | 12/21/2007 |
| 2007-M1-255128 | MIDLAND FUNDING LL | PURANDA LIVINGSTO | 12/21/2007 |
| 2007-M1-255129 | MIDLAND FUNDING LL | GARCIA LUIS | 12/21/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-255130 | MIDLAND FUNDING LL | GAFENEY ARLINE | 12/21/2007 |
| 2007-M1-255133 | MIDLAND FUNDING LL | MCNULTY GREGORY L | 12/21/2007 |
| 2007-M1-255134 | MIDLAND FUNDING LL | MARSIK RON | 12/21/2007 |
| 2007-M1-255135 | MIDLAND FUNDING LL | CIOCHON KATHERINE | 12/21/2007 |
| 2007-M1-255138 | MIDLAND FUNDING LL | DUKES GARY R | 12/21/2007 |
| 2007-M1-255144 | MIDLAND FUNDING LL | HAWKINS ERMA L | 12/21/2007 |
| 2007-M1-255146 | MIDLAND FUNDING LL | TAVAKOLI HOSSEIN | 12/21/2007 |
| 2007-M1-255147 | MIDLAND FUNDING LL | LOTITO JOHN E | 12/21/2007 |
| 2007-M1-255149 | MIDLAND FUNDING LL | LUI ALLEN C | 12/21/2007 |
| 2007-M1-255151 | MIDLAND FUNDING LL | MALESZEWSKA JOLANT | 12/21/2007 |
| 2007-M1-255154 | MIDLAND FUNDING LL | ALCANTAR ALEJANDRO | 12/21/2007 |
| 2007-M1-255188 | MIDLAND FUNDING LL | KUCHINS SYLVIA F | 12/21/2007 |
| 2007-M1-255204 | MIDLAND FUNDING LL | OLUA OLUWATOYIN | 12/21/2007 |
| 2007-M1-255206 | MIDLAND FUNDING LL | VUKOSAVLJEV MAGDAL | 12/21/2007 |
| 2007-M1-255218 | MIDLAND FUNDING LL | HOPKINS MICHAEL G | 12/21/2007 |
| 2007-M1-255219 | MIDLAND FUNDING LL | SAYERS LINDA L | 12/21/2007 |
| 2007-M1-255220 | MIDLAND FUNDING LL | SANCHEZ DEYANIRA | 12/21/2007 |
| 2007-M1-255227 | MIDLAND FUNDING LL | ALOMARI KHAMIS | 12/21/2007 |
| 2007-M1-254609 | MIDLAND FUNDING LL | BERO LAURA J | 12/20/2007 |
| 2007-M1-254610 | MIDLAND FUNDING LL | BERTOLA MATTHEW | 12/20/2007 |
| 2007-M1-254615 | MIDLAND FUNDING LL | BOYD DEBRA | 12/20/2007 |
| 2007-M1-254617 | MIDLAND FUNDING LL | BOND WILLIE D | 12/20/2007 |
| 2007-M1-254619 | MIDLAND FUNDING LL | CALLERWAY SIMON JR | 12/20/2007 |
| 2007-M1-254621 | MIDLAND FUNDING LL | CALDWELL VENITA | 12/20/2007 |
| 2007-M1-254625 | MIDLAND FUNDING LL | COTTON DEBRA A | 12/20/2007 |
| 2007-M1-254627 | MIDLAND FUNDING LL | COKLEY MICHAEL | 12/20/2007 |
| 2007-M1-254629 | MIDLAND FUNDING LL | DAVIS ELLEN M | 12/20/2007 |
| 2007-M1-254635 | MIDLAND FUNDING LL | FELICIANO LILLIAN | 12/20/2007 |
| 2007-M1-254636 | MIDLAND FUNDING LL | ELLIOTT JOSEPH | 12/20/2007 |
| 2007-M1-254638 | MIDLAND FUNDING LL | GILLETTE LUCY I | 12/20/2007 |
| 2007-M1-254641 | MIDLAND FUNDING LL | NELSON JAMIKKA T | 12/20/2007 |
| 2007-M1-254644 | MIDLAND FUNDING LL | MILLS LAWRENCE | 12/20/2007 |
| 2007-M1-254645 | MIDLAND FUNDING LL | MCGEE YVETTE A | 12/20/2007 |
| 2007-M1-254647 | MIDLAND FUNDING LL | MCCOMMON ALICE I | 12/20/2007 |
| 2007-M1-254651 | MIDLAND FUNDING LL | PERRY YOLANDA A | 12/20/2007 |
| 2007-M1-254652 | MIDLAND FUNDING LL | PERRIN NEILA | 12/20/2007 |
| 2007-M1-254653 | MIDLAND FUNDING LL | ROSA MARIANNE | 12/20/2007 |