# EXHIBIT C
# Part 2 of 2

| | | | |
|---|---|---|---|
| 2007-M1-182904 | MIDLAND CREDIT MGT | RILEY CASSANDRA | 08/21/2007 |
| 2007-M1-182905 | MIDLAND CREDIT MGT | POWELL BETTY | 08/21/2007 |
| 2007-M1-182244 | MIDLAND CREDIT MAN | KLAG CYNTHIA | 08/17/2007 |
| 2007-M1-182259 | MIDLAND CREDIT MAN | BURNETT EVA | 08/17/2007 |
| 2007-M1-182261 | MIDLAND CREDIT MAN | GEORGE JANICE | 08/17/2007 |
| 2007-M1-182262 | MIDLAND CREDIT MAN | BENSON SANDRA J | 08/17/2007 |
| 2007-M1-182264 | MIDLAND CREDIT MAN | DIBRITA ANTONIO L | 08/17/2007 |
| 2007-M1-182277 | MIDLAND CREDIT MAN | KINSEY JAMES | 08/17/2007 |
| 2007-M1-180593 | MIDLAND CREDIT MGT | PEREZ ROBERTO J | 08/14/2007 |
| 2007-M1-180410 | MIDLAND CREDIT MGT | LOPEZ CLARA | 08/13/2007 |
| 2007-M1-180418 | MIDLAND CREDIT MGT | STEVENSON RAY | 08/13/2007 |
| 2007-M1-180419 | MIDLAND CREDIT MGT | SMITH ROLANDA | 08/13/2007 |
| 2007-M1-180420 | MIDLAND CREDIT MGT | LEBORGNE WILLIAM E | 08/13/2007 |
| 2007-M1-180428 | MIDLAND CREDIT MGT | REYES MAARICHU | 08/13/2007 |
| 2007-M1-178832 | MIDLAND CREDIT MAN | SROKA FRANK JOSEPH | 08/08/2007 |
| 2007-M1-178833 | MIDLAND CREDIT MAN | TILLAWI GEORGINA Y | 08/08/2007 |
| 2007-M1-178834 | MIDLAND CREDIT MAN | SALCEDO LYDIA L | 08/08/2007 |
| 2007-M1-178835 | MIDLAND CREDIT MAN | FELELLA CHARLES A | 08/08/2007 |
| 2007-M1-178836 | MIDLAND CREDIT MAN | PASKE DENNIS M | 08/08/2007 |
| 2007-M1-178837 | MIDLAND CREDIT MAN | DAVIS TASHA | 08/08/2007 |
| 2007-M1-178838 | MIDLAND CREDIT MAN | MARKLE THOMAS | 08/08/2007 |
| 2007-M1-178839 | MIDLAND CREDIT MAN | PARKER NELESHA J | 08/08/2007 |
| 2007-M1-178840 | MIDLAND CREDIT MAN | ANDERSON FELICIA M | 08/08/2007 |
| 2007-M1-178841 | MIDLAND CREDIT MAN | MUHAMMAD JAMES | 08/08/2007 |
| 2007-M1-178842 | MIDLAND CREDIT MAN | BUSSELL MARK D | 08/08/2007 |
| 2007-M1-178843 | MIDLAND CREDIT MAN | HERNANDEZ JESUS | 08/08/2007 |
| 2007-M1-178844 | MIDLAND CREDIT MAN | BROWNLOW CASSIE | 08/08/2007 |
| 2007-M1-178845 | MIDLAND CREDIT MAN | SEARCY MICHAEL C | 08/08/2007 |
| 2007-M1-178846 | MIDLAND CREDIT MAN | PRINCE MARY E | 08/08/2007 |
| 2007-M1-178847 | MIDLAND CREDIT MAN | TELESHA CHRISTOPHE | 08/08/2007 |
| 2007-M1-178848 | MIDLAND CREDIT MAN | LEE JASON | 08/08/2007 |
| 2007-M1-178849 | MIDLAND CREDIT MAN | HUDSON LASHANDA | 08/08/2007 |
| 2007-M1-178850 | MIDLAND CREDIT MAN | CONSTANTINO IRENE | 08/08/2007 |
| 2007-M1-178851 | MIDLAND CREDIT MAN | MARTIN DAVID R | 08/08/2007 |
| 2007-M1-178852 | MIDLAND CREDIT MAN | OLASUPO OLUSUNKANM | 08/08/2007 |
| 2007-M1-178853 | MIDLAND CREDIT MAN | WILSON JEFFERY C | 08/08/2007 |
| 2007-M1-178854 | MIDLAND CREDIT MAN | PORTER DAN J | 08/08/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-178858 | MIDLAND CREDIT MAN | PADILLA DUSTIN C | 08/08/2007 |
| 2007-M1-178859 | MIDLAND CREDIT MAN | DIAZ RAMON | 08/08/2007 |
| 2007-M1-178860 | MIDLAND CREDIT MAN | SKIPPER ARTHUR L | 08/08/2007 |
| 2007-M1-178861 | MIDLAND CREDIT MAN | GARZA EDWARD J | 08/08/2007 |
| 2007-M1-178862 | MIDLAND CREDIT MAN | SCHAEFFER DUJUAN | 08/08/2007 |
| 2007-M1-178863 | MIDLAND CREDIT MAN | BROOKER WILLIAM | 08/08/2007 |
| 2007-M1-178864 | MIDLAND CREDIT MAN | CRUZ REBECCA | 08/08/2007 |
| 2007-M1-178866 | MIDLAND CREDIT MAN | PORTER KELLY R | 08/08/2007 |
| 2007-M1-179154 | WORLDWIDE ASSET PU | VARGAS CATALINA | 08/08/2007 |
| 2007-M1-179155 | WORLDWIDE ASSET PU | STARNES WALTER P | 08/08/2007 |
| 2007-M1-179156 | WORLDWIDE ASSET PU | SERVIN ROMAN | 08/08/2007 |
| 2007-M1-179157 | WORLDWIDE ASSET PU | LUKASHOCK DMITRY | 08/08/2007 |
| 2007-M1-179158 | WORLDWIDE ASSET PU | CADENAS TINA | 08/08/2007 |
| 2007-M1-179162 | WORLDWIDE ASSET PU | GARCIA TELMO R | 08/08/2007 |
| 2007-M1-179163 | WORLDWIDE ASSET PU | LACEY KATINA S | 08/08/2007 |
| 2007-M1-179164 | WORLDWIDE ASSET PU | HERNANDEZ JOSE R | 08/08/2007 |
| 2007-M1-179165 | WORLDWIDE ASSET PU | BOSELL LYNN A | 08/08/2007 |
| 2007-M1-179169 | WORLDWIDE ASSET PU | DANIELS CARL P JR | 08/08/2007 |
| 2007-M1-179170 | WORLDWIDE ASSET PU | CANALES YOLANDA | 08/08/2007 |
| 2007-M1-177606 | MIDLAND CREDIT MGT | SEPULVEDA JUAN D | 08/03/2007 |
| 2007-M1-177607 | MIDLAND CREDIT MGT | KINNEBREW PEARL C | 08/03/2007 |
| 2007-M1-177608 | MIDLAND CREDIT MGT | RODRIGUEZ SALVADOR | 08/03/2007 |
| 2007-M1-177609 | MIDLAND CREDIT MGT | WILSON SHERYL | 08/03/2007 |
| 2007-M1-177613 | MIDLAND CREDIT MGT | BERKHALTER ROBERT | 08/03/2007 |
| 2007-M1-177614 | MIDLAND CREDIT MGT | BILLY ALLEN T | 08/03/2007 |
| 2007-M1-177615 | MIDLAND CREDIT MGT | SMITH ANNA | 08/03/2007 |
| 2007-M1-177616 | MIDLAND CREDIT MGT | DACRES PAULINE | 08/03/2007 |
| 2007-M1-177621 | MIDLAND CREDIT MGT | ELLIS MARY | 08/03/2007 |
| 2007-M1-177637 | MIDLAND CREDIT MGT | WALJI ASHIG M | 08/03/2007 |
| 2007-M1-177638 | MIDLAND CREDIT MGT | LAKE HELEN T | 08/03/2007 |
| 2007-M1-177639 | MIDLAND CREDIT MGT | LAZAREVIC RADIVOJE | 08/03/2007 |
| 2007-M1-177640 | MIDLAND CREDIT MGT | DANYLUK OREST I | 08/03/2007 |
| 2007-M1-177205 | MIDLAND CREDIT MAN | MORGAN CHARLENE | 08/02/2007 |
| 2007-M1-177206 | MIDLAND CREDIT MAN | LEONARD COREY D | 08/02/2007 |
| 2007-M1-177207 | MIDLAND CREDIT MAN | TUCKER SUSIE | 08/02/2007 |
| 2007-M1-177208 | MIDLAND CREDIT MAN | ZARA BARBARA | 08/02/2007 |
| 2007-M1-177209 | MIDLAND CREDIT MAN | KIM GIHYE | 08/02/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-177210 | MIDLAND CREDIT MAN | TODD ETHEL | 08/02/2007 |
| 2007-M1-177211 | MIDLAND CREDIT MAN | ROJAS ISABEL | 08/02/2007 |
| 2007-M1-177212 | MIDLAND CREDIT MAN | WILLIAMS LINDA | 08/02/2007 |
| 2007-M1-177213 | MIDLAND CREDIT MAN | BRYANT TUCHA | 08/02/2007 |
| 2007-M1-177215 | MIDLAND CREDIT MAN | MYLES LEROY | 08/02/2007 |
| 2007-M1-177216 | MIDLAND CREDIT MAN | MADAS RITA | 08/02/2007 |
| 2007-M1-177217 | MIDLAND CREDIT MAN | HUGHES DEBBIE | 08/02/2007 |
| 2007-M1-177218 | MIDLAND CREDIT MAN | BOYD SUSAN C | 08/02/2007 |
| 2007-M1-177219 | MIDLAND CREDIT MAN | ZIENTY MICHAEL E | 08/02/2007 |
| 2007-M1-177220 | MIDLAND CREDIT MAN | SPAULDING RAYMOND | 08/02/2007 |
| 2007-M1-177221 | MIDLAND CREDIT MAN | BUTLER DEMETRIUS M | 08/02/2007 |
| 2007-M1-177222 | MIDLAND CREDIT MAN | GIBSON PEARLIE M | 08/02/2007 |
| 2007-M1-177224 | MIDLAND CREDIT MAN | BOSCARINO WILLIAM | 08/02/2007 |
| 2007-M1-177225 | MIDLAND CREDIT MAN | FOWLER TONIA | 08/02/2007 |
| 2007-M1-177226 | MIDLAND CREDIT MAN | PRICE MARTHA | 08/02/2007 |
| 2007-M1-177227 | MIDLAND CREDIT MAN | LAIRD DAVID | 08/02/2007 |
| 2007-M1-177228 | MIDLAND CREDIT MAN | CARTER VALERIE D | 08/02/2007 |
| 2007-M1-177229 | MIDLAND CREDIT MAN | JOHNSON MICHAEL B | 08/02/2007 |
| 2007-M1-177230 | MIDLAND CREDIT MAN | GRASSO THOMAS | 08/02/2007 |
| 2007-M1-177231 | MIDLAND CREDIT MAN | BENITEZ CARLOS | 08/02/2007 |
| 2007-M1-177232 | MIDLAND CREDIT MAN | BALTAZAR JOSE | 08/02/2007 |
| 2007-M1-177233 | MIDLAND CREDIT MAN | WILLIAMS PHYLLIS | 08/02/2007 |
| 2007-M1-177234 | MIDLAND CREDIT MAN | AUTREY LONZIE | 08/02/2007 |
| 2007-M1-177235 | MIDLAND CREDIT MAN | ATKINS FRANK | 08/02/2007 |
| 2007-M1-177236 | MIDLAND CREDIT MAN | ALI FUAD M | 08/02/2007 |
| 2007-M1-177237 | MIDLAND CREDIT MAN | NOVAK STEVEN V | 08/02/2007 |
| 2007-M1-177238 | MIDLAND CREDIT MAN | MONTOYA EDWARD S | 08/02/2007 |
| 2007-M1-177239 | MIDLAND CREDIT MAN | JOHNSON WILLIAM | 08/02/2007 |
| 2007-M1-177240 | MIDLAND CREDIT MAN | KOEPKE TAMARA MICH | 08/02/2007 |
| 2007-M1-176250 | MIDLAND CREDIT MAN | ALLEN ETHAN | 08/01/2007 |
| 2007-M1-176349 | MIDLAND CREDIT MAN | NOWAK JONATHAN | 08/01/2007 |
| 2007-M1-176366 | MIDLAND CREDIT MAN | CONWAY DENNIS | 08/01/2007 |
| 2007-M1-175209 | MIDLAND CREDIT MAN | COOLEY IRIS | 07/30/2007 |
| 2007-M1-174398 | MIDLAND CREDIT MAN | NORFLEET MAKEYA P | 07/26/2007 |
| 2007-M1-174400 | MIDLAND CREDIT MAN | PILLADO GUADALUPE | 07/26/2007 |
| 2007-M1-174401 | MIDLAND CREDIT MAN | LIBAN JOENA C | 07/26/2007 |
| 2007-M1-174402 | MIDLAND CREDIT MAN | PROSSER DAVID B | 07/26/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-174403 | MIDLAND CREDIT MAN | ROBY CLIMENSTEEN | 07/26/2007 |
| 2007-M1-174404 | MIDLAND CREDIT MAN | BELLO MARIO O | 07/26/2007 |
| 2007-M1-174406 | MIDLAND CREDIT MAN | GLOVER BERNADETTE | 07/26/2007 |
| 2007-M1-174407 | MIDLAND CREDIT MAN | NECKAR KAY E | 07/26/2007 |
| 2007-M1-174408 | MIDLAND CREDIT MAN | FIS ODALYS | 07/26/2007 |
| 2007-M1-174409 | MIDLAND CREDIT MAN | BARRON GREGORIO R | 07/26/2007 |
| 2007-M1-174410 | MIDLAND CREDIT MAN | GOMEZ DULCE M | 07/26/2007 |
| 2007-M1-174412 | MIDLAND CREDIT MAN | RENO MARY L | 07/26/2007 |
| 2007-M1-174413 | MIDLAND CREDIT MAN | MOODY CAROLINE | 07/26/2007 |
| 2007-M1-174414 | MIDLAND CREDIT MAN | WHITFIELD BETTYE J | 07/26/2007 |
| 2007-M1-174415 | MIDLAND CREDIT MAN | HEARN FALLON | 07/26/2007 |
| 2007-M1-174416 | MIDLAND CREDIT MAN | BROWN MARLON | 07/26/2007 |
| 2007-M1-174417 | MIDLAND CREDIT MAN | GOODAY JANIS K | 07/26/2007 |
| 2007-M1-174418 | MIDLAND CREDIT MAN | KUCHENNY MARK | 07/26/2007 |
| 2007-M1-174419 | MIDLAND CREDIT MAN | HAWKINS TIMOTHY J | 07/26/2007 |
| 2007-M1-174420 | MIDLAND CREDIT MAN | WARREN GLORIA G | 07/26/2007 |
| 2007-M1-174421 | MIDLAND CREDIT MAN | NGUYEN VINCENT U | 07/26/2007 |
| 2007-M1-174422 | MIDLAND CREDIT MAN | SMITH LESLIE A | 07/26/2007 |
| 2007-M1-174423 | MIDLAND CREDIT MAN | PAPPAS MARIA C | 07/26/2007 |
| 2007-M1-174424 | MIDLAND CREDIT MAN | CRUZ JAIME N | 07/26/2007 |
| 2007-M1-174425 | MIDLAND CREDIT MAN | CAI NAI Y | 07/26/2007 |
| 2007-M1-174426 | MIDLAND CREDIT MAN | DANIELS BOBBIE | 07/26/2007 |
| 2007-M1-174427 | MIDLAND CREDIT MAN | PEREZ IVAN | 07/26/2007 |
| 2007-M1-174428 | MIDLAND CREDIT MAN | FRANKLIN DAISY MAE | 07/26/2007 |
| 2007-M1-174331 | WORLDWIDE ASSET PU | NABORS BRYAN T | 07/25/2007 |
| 2007-M1-174333 | WORLDWIDE ASSET PU | BELL RICHARD | 07/25/2007 |
| 2007-M1-174334 | WORLDWIDE ASSET PU | FORTSON DAID B | 07/25/2007 |
| 2007-M1-173262 | MIDLAND CREDIT MAN | HARVEY SIDNEY | 07/24/2007 |
| 2007-M1-173416 | MIDLAND CREDIT MAN | TOBIN MARLON | 07/24/2007 |
| 2007-M1-173420 | MIDLAND CREDIT MAN | GARCIA MARIA D | 07/24/2007 |
| 2007-M1-173424 | MIDLAND CREDIT MAN | LANGMAN JOANN | 07/24/2007 |
| 2007-M1-173426 | MIDLAND CREDIT MAN | MOORE WILLETTA | 07/24/2007 |
| 2007-M1-173594 | MIDLAND CREDIT MAN | CABRERA LUIS S | 07/24/2007 |
| 2007-M1-173596 | MIDLAND CREDIT MAN | BELL TRACIE D | 07/24/2007 |
| 2007-M1-173597 | MIDLAND CREDIT MAN | HIGGINS PEGGY | 07/24/2007 |
| 2007-M1-173598 | MIDLAND CREDIT MAN | HENDERSON LETHA M | 07/24/2007 |
| 2007-M1-173599 | MIDLAND CREDIT MAN | PHILLIPS DELINDA | 07/24/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-173601 | MIDLAND CREDIT MAN | KHELLIL ABDEREZAK | 07/24/2007 |
| 2007-M1-171556 | MIDLAND CREDIT MGT | MAHAN STERLING | 07/18/2007 |
| 2007-M1-171557 | MIDLAND CREDIT MGT | JONES NORMA P | 07/18/2007 |
| 2007-M1-171558 | MIDLAND CREDIT MGT | REID ANTONIO | 07/18/2007 |
| 2007-M1-171559 | MIDLAND CREDIT MGT | ROBINSON DEMOND | 07/18/2007 |
| 2007-M1-171561 | MIDLAND CREDIT MGT | STEVENSON DONALD | 07/18/2007 |
| 2007-M1-171562 | MIDLAND CREDIT MGT | HERNANDEZ MARIA L | 07/18/2007 |
| 2007-M1-171563 | MIDLAND CREDIT MGT | WALKER VANCE | 07/18/2007 |
| 2007-M1-171564 | MIDLAND CREDIT MGT | SCOTT ROSE E | 07/18/2007 |
| 2007-M1-171565 | MIDLAND CREDIT MGT | DANIELS LARRY | 07/18/2007 |
| 2007-M1-171566 | MIDLAND CREDIT MGT | SPLUNGE KENYA | 07/18/2007 |
| 2007-M1-171568 | MIDLAND CREDIT MGT | GONZALEZ JOSE | 07/18/2007 |
| 2007-M1-171569 | MIDLAND CREDIT MGT | BRUKNER JANET | 07/18/2007 |
| 2007-M1-171570 | MIDLAND CREDIT MGT | GANT OTIS | 07/18/2007 |
| 2007-M1-171571 | MIDLAND CREDIT MGT | SMITH DANIELLE | 07/18/2007 |
| 2007-M1-171572 | MIDLAND CREDIT MGT | HOLLIDAY TAMI | 07/18/2007 |
| 2007-M1-171573 | MIDLAND CREDIT MGT | HUDSON JERRY R | 07/18/2007 |
| 2007-M1-171575 | MIDLAND CREDIT MGT | COLEMAN OCTAVIA R | 07/18/2007 |
| 2007-M1-167008 | MIDLAND CREDIT MAN | GUTTER LAICHE R | 07/05/2007 |
| 2007-M1-167009 | MIDLAND CREDIT MAN | LEFLORE DANIELLE E | 07/05/2007 |
| 2007-M1-167010 | MIDLAND CREDIT MAN | THOMAS ELIZABETH | 07/05/2007 |
| 2007-M1-167011 | MIDLAND CREDIT MAN | HOLMES TIFFINI | 07/05/2007 |
| 2007-M1-167012 | MIDLAND CREDIT MAN | KENT NEWONE | 07/05/2007 |
| 2007-M1-167013 | MIDLAND CREDIT MAN | PAGE CARLOS T | 07/05/2007 |
| 2007-M1-167015 | MIDLAND CREDIT MAN | BARNEY BRYON E | 07/05/2007 |
| 2007-M1-167038 | MIDLAND CREDIT MAN | BROWN KATHLEEN | 07/05/2007 |
| 2007-M1-167041 | MIDLAND CREDIT MAN | TRIPP JAMES | 07/05/2007 |
| 2007-M1-167060 | MIDLAND CREDIT MAN | GARTH TONI A | 07/05/2007 |
| 2007-M1-167068 | MIDLAND CREDIT MAN | GOSCINSKI KATHLEEN | 07/05/2007 |
| 2007-M1-163548 | MIDLAND CREDIT MGT | HOOD ZUBAR M | 06/26/2007 |
| 2007-M1-163562 | MIDLAND CREDIT MGT | HOLT GENEE K | 06/26/2007 |
| 2007-M1-163564 | MIDLAND CREDIT MGT | ANTIONETTE | 06/26/2007 |
| 2007-M1-163565 | MIDLAND CREDIT MGT | BROWN BERNARD T | 06/26/2007 |
| 2007-M1-163570 | MIDLAND CREDIT MGT | HOWARD ADELIA | 06/26/2007 |
| 2007-M1-161825 | MIDLAND CREDIT MAN | BOYD JACQUELINE Q | 06/20/2007 |
| 2007-M1-161826 | MIDLAND CREDIT MAN | HARRIS NATASHA | 06/20/2007 |
| 2007-M1-161830 | MIDLAND CREDIT MAN | KING SHERRY | 06/20/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-161832 | MIDLAND CREDIT MAN | LUNA JONATHAN P | 06/20/2007 |
| 2007-M1-161833 | MIDLAND CREDIT MAN | AARON SCOTT | 06/20/2007 |
| 2007-M1-161834 | MIDLAND CREDIT MAN | ARAGOSA HEATHER M | 06/20/2007 |
| 2007-M1-161835 | MIDLAND CREDIT MAN | WASHINGTON LATRICE | 06/20/2007 |
| 2007-M1-161837 | MIDLAND CREDIT MAN | TORRES ERNESTO | 06/20/2007 |
| 2007-M1-161838 | MIDLAND CREDIT MAN | PITTS LANISE | 06/20/2007 |
| 2007-M1-161839 | MIDLAND CREDIT MAN | BARKER JERRY | 06/20/2007 |
| 2007-M1-161840 | MIDLAND CREDIT MAN | O CONNELL DANIEL | 06/20/2007 |
| 2007-M1-161841 | MIDLAND CREDIT MAN | TIGGS MONIQUE L | 06/20/2007 |
| 2007-M1-161842 | MIDLAND CREDIT MAN | CALHUN ANTONIO | 06/20/2007 |
| 2007-M1-161843 | MIDLAND CREDIT MAN | SMITH DANIELLE | 06/20/2007 |
| 2007-M1-161844 | MIDLAND CREDIT MAN | BAUTISTA BENJAMIN | 06/20/2007 |
| 2007-M1-161845 | MIDLAND CREDIT MAN | NELSON MARVIN | 06/20/2007 |
| 2007-M1-161847 | MIDLAND CREDIT MAN | WILSON LATECIA | 06/20/2007 |
| 2007-M1-161849 | MIDLAND CREDIT MAN | CAI NAI Y | 06/20/2007 |
| 2007-M1-161850 | MIDLAND CREDIT MAN | ALLEN JULENE | 06/20/2007 |
| 2007-M1-161851 | MIDLAND CREDIT MAN | SZATKOWSKI CAROLYN | 06/20/2007 |
| 2007-M1-161852 | MIDLAND CREDIT MAN | KING NICOLE | 06/20/2007 |
| 2007-M1-161853 | MIDLAND CREDIT MAN | KELLY BRENDA | 06/20/2007 |
| 2007-M1-161854 | MIDLAND CREDIT MAN | ROBINSON ROBERT C | 06/20/2007 |
| 2007-M1-161855 | MIDLAND CREDIT MAN | COX CHARLES | 06/20/2007 |
| 2007-M1-161856 | MIDLAND CREDIT MAN | NORMAN JEFFREY S | 06/20/2007 |
| 2007-M1-161857 | MIDLAND CREDIT MAN | COX STEPHEN | 06/20/2007 |
| 2007-M1-160880 | MIDLAND CREDIT MGT | BROTHERS ANTHONY | 06/19/2007 |
| 2007-M1-160881 | MIDLAND CREDIT MGT | BAILEY RORY | 06/19/2007 |
| 2007-M1-160883 | MIDLAND CREDIT MGT | JUNG GEUMJI | 06/19/2007 |
| 2007-M1-160884 | MIDLAND CREDIT MGT | HERNANDEZ JUAN G | 06/19/2007 |
| 2007-M1-160885 | MIDLAND CREDIT MGT | BRAZZLETON LELA M | 06/19/2007 |
| 2007-M1-160889 | MIDLAND CREDIT MGT | TREVINO ROBERET | 06/19/2007 |
| 2007-M1-160891 | MIDLAND CREDIT MGT | KING BESSIE | 06/19/2007 |
| 2007-M1-160892 | MIDLAND CREDIT MGT | JOHNSON WALTER | 06/19/2007 |
| 2007-M1-160903 | MIDLAND CREDIT MGT | MATHEWS LORETTA | 06/19/2007 |
| 2007-M1-160907 | MIDLAND CREDIT MGT | PANNARALE NUNZIO A | 06/19/2007 |
| 2007-M1-160911 | MIDLAND CREDIT MGT | MCDOWELL BOBBY R | 06/19/2007 |
| 2007-M1-160914 | MIDLAND CREDIT MGT | CHRISTACAKOS PETE | 06/19/2007 |
| 2007-M1-160916 | MIDLAND CREDIT MGT | DAVIS LAMONT | 06/19/2007 |
| 2007-M1-160919 | MIDLAND CREDIT MGT | GRANT NICHOLE | 06/19/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-160922 | MIDLAND CREDIT MGT | SPENCER HILDA D | 06/19/2007 |
| 2007-M1-160924 | MIDLAND CREDIT MGT | VASQUEZ JOHN | 06/19/2007 |
| 2007-M1-160928 | MIDLAND CREDIT MGT | SALAZAR MICHELLE A | 06/19/2007 |
| 2007-M1-160944 | MIDLAND CREDIT MGT | COLEMAN LAMAR | 06/19/2007 |
| 2007-M1-160945 | MIDLAND CREDIT MGT | MILLER JESSIE M | 06/19/2007 |
| 2007-M1-160946 | MIDLAND CREDIT MGT | WALLACE CARL L | 06/19/2007 |
| 2007-M1-160947 | MIDLAND CREDIT MGT | ROSS CARLOS A | 06/19/2007 |
| 2007-M1-160948 | MIDLAND CREDIT MFT | WOODS FREDDYE M | 06/19/2007 |
| 2007-M1-160949 | MIDLAND CREDIT MGT | RODGERS CHARLES | 06/19/2007 |
| 2007-M1-160950 | MIDLAND CREDIT MGT | MONTES RAUL | 06/19/2007 |
| 2007-M1-160951 | MIDLAND CREDIT MGT | CARLISLE ALICIA | 06/19/2007 |
| 2007-M1-160952 | MIDLAND CREDIT MGT | DRAKES YOLANDA CLI | 06/19/2007 |
| 2007-M1-160953 | MIDLAND CREDIT MGT | AROWORADE KABIR O | 06/19/2007 |
| 2007-M1-160955 | MIDLAND CREDIT MGT | ROBERTSON DOLLY | 06/19/2007 |
| 2007-M1-160956 | MIDLAND CREDIT MGT | MEANS BETTIE | 06/19/2007 |
| 2007-M1-160957 | MIDLAND CREDIT MGT | VALENTINE THERESA | 06/19/2007 |
| 2007-M1-160958 | MIDLAND CREDIT MGT | NELSON SHARON | 06/19/2007 |
| 2007-M1-160965 | MIDLAND CREDIT MGT | WELSH ROBERT | 06/19/2007 |
| 2007-M1-160967 | MIDLAND CREDIT MGT | ALEXANDER TIFFANY | 06/19/2007 |
| 2007-M1-160968 | MIDLAND CREDIT MGT | DYSON DARLENE | 06/19/2007 |
| 2007-M1-160969 | MIDLAND CREDIT MGT | IAFFALDANO ANNA V | 06/19/2007 |
| 2007-M1-160970 | MIDLAND CREDIT MGT | WHITE CAROL L | 06/19/2007 |
| 2007-M1-160971 | MIDLAND CREDIT MGT | BUCKNER SARAH | 06/19/2007 |
| 2007-M1-160972 | MIDLAND CREDIT MGT | DELGADO HECTOR | 06/19/2007 |
| 2007-M1-160973 | MIDLAND CREDIT MGT | COMMON JENNIE | 06/19/2007 |
| 2007-M1-160974 | MIDLAND CREDIT MGT | BOWERS REGINA V | 06/19/2007 |
| 2007-M1-160975 | MIDLAND CREDIT MGT | BEARD BARBARA | 06/19/2007 |
| 2007-M1-160976 | MIDLAND CREDIT MGT | LIDDELL VERA | 06/19/2007 |
| 2007-M1-160977 | MIDLAND CREDIT MGT | HOLMES LACHANA | 06/19/2007 |
| 2007-M1-160978 | MIDLAND CREDIT MGT | SMITH ALBERTA | 06/19/2007 |
| 2007-M1-158626 | MIDLAND CREDIT MAN | BOYKINS COREY | 06/13/2007 |
| 2007-M1-158627 | MIDLAND CREDIT MAN | ROMANCHUK GLENN P | 06/13/2007 |
| 2007-M1-158628 | MIDLAND CREDIT MAN | JONES QUENT | 06/13/2007 |
| 2007-M1-158632 | MIDLAND CREDIT MAN | SCOTT TYISHA Y | 06/13/2007 |
| 2007-M1-158636 | MIDLAND CREDIT MAN | AHMED FAYYAZ | 06/13/2007 |
| 2007-M1-158637 | MIDLAND CREDIT MAN | BLECHA LOREN | 06/13/2007 |
| 2007-M1-158638 | MIDLAND CREDIT MAN | MALDONANDO ELIZABE | 06/13/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-158893 | MIDLAND CREDIT MGT | ELLIS LORETTA | 06/13/2007 |
| 2007-M1-158894 | MIDLAND CREDIT MGT | PAYNE TERREESE A | 06/13/2007 |
| 2007-M1-158902 | MIDLAND CREDIT MGT | JACKSON APRIL | 06/13/2007 |
| 2007-M1-158909 | MIDLAND CREDIT MGT | DAVIS ANGELA HOPE | 06/13/2007 |
| 2007-M1-158910 | MIDLAND CREDIT MGT | CUTLIP CANDACE A | 06/13/2007 |
| 2007-M1-158911 | MIDLAND CREDIT MGT | FRAZIER JAMES | 06/13/2007 |
| 2007-M1-158912 | MIDLAND CREDIT MGT | GREEN SANDRA | 06/13/2007 |
| 2007-M1-158913 | MIDLAND CREDIT MGT | ESCOBEDO JUAN | 06/13/2007 |
| 2007-M1-158914 | MIDLAND CREDIT MGT | LEISINGER TROY L | 06/13/2007 |
| 2007-M1-158915 | MIDLAND CREDIT MGT | MARYNOWSKI FRANK | 06/13/2007 |
| 2007-M1-158917 | MIDLAND CREDIT MGT | HENDRIX JAMES | 06/13/2007 |
| 2007-M1-158964 | MIDLAND CREDIT MAN | SATTERFIELD ELAINE | 06/13/2007 |
| 2007-M1-158966 | MIDLAND CREDIT MAN | NOEL JIMMY | 06/13/2007 |
| 2007-M1-158967 | MIDLAND CREDIT MAN | HARDY CRYSTAL | 06/13/2007 |
| 2007-M1-158973 | MIDLAND CREDIT MAN | BROWN SHARON E | 06/13/2007 |
| 2007-M1-158974 | MIDLAND CREDIT MAN | BINS SHARON | 06/13/2007 |
| 2007-M1-158976 | MIDLAND CREDIT MAN | BACKSTROM PHILLIP | 06/13/2007 |
| 2007-M1-158987 | MIDLAND CREDIT MAN | COOK DEBRA | 06/13/2007 |
| 2007-M1-158989 | MIDLAND CREDIT MAN | SLIWINSKI THOMAS | 06/13/2007 |
| 2007-M1-158991 | MIDLAND CREDIT MAN | DEVADASS CRISTALY | 06/13/2007 |
| 2007-M1-158992 | MIDLAND CREDIT MAN | SCOTT DOROTHY | 06/13/2007 |
| 2007-M1-158996 | MIDLAND CREDIT MAN | HUSSMAN ERIC | 06/13/2007 |
| 2007-M1-158997 | MIDLAND CREDIT MAN | CHAMBERLAIN ANNETT | 06/13/2007 |
| 2007-M1-158998 | MIDLAND CREDIT MAN | HARRIS LENORA | 06/13/2007 |
| 2007-M1-158999 | MIDLAND CREDIT MAN | TOWNSEL PRENTICE | 06/13/2007 |
| 2007-M1-159002 | MIDLAND CREDIT MAN | SAMUELS STEPHEN L | 06/13/2007 |
| 2007-M1-159009 | MIDLAND CREDIT MAN | SCHRAGE CARA | 06/13/2007 |
| 2007-M1-159014 | MIDLAND CREDIT MGT | WILSON FRANK JR | 06/13/2007 |
| 2007-M1-159015 | MIDLAND CREDIT MGT | CAMPBELL REBECCA | 06/13/2007 |
| 2007-M1-159016 | MIDLAND CREDIT MGT | STUART MARY E | 06/13/2007 |
| 2007-M1-159021 | MIDLAND CREDIT MGT | ROBERTSON VELMA | 06/13/2007 |
| 2007-M1-159022 | MIDLAND CREDIT MGT | KOCH JEFFERY | 06/13/2007 |
| 2007-M1-159032 | MIDLAND CREDIT MGT | GREEN WILLIE | 06/13/2007 |
| 2007-M1-159033 | MIDLAND CREDIT MGT | LONGE OLUKAYODE | 06/13/2007 |
| 2007-M1-159034 | MIDLAND CREDIT MGT | SPENCER KUBOSHA | 06/13/2007 |
| 2007-M1-159035 | MIDLAND CREDIT MGT | BURNETT TERRI | 06/13/2007 |
| 2007-M1-159040 | MIDLAND CREDIT MGT | ALEXANDER DENISE M | 06/13/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-159041 | MIDLAND CREDIT MGT | YOUNG KENNESHA | 06/13/2007 |
| 2007-M1-159042 | MIDLAND CREDIT MGT | BETNEY OCTAVIA | 06/13/2007 |
| 2007-M1-158238 | MIDLAND CREDIT MGT | WILLIAMS JOSEPH R | 06/12/2007 |
| 2007-M1-158240 | MIDLAND CREDIT MGT | DENNIS THERESA | 06/12/2007 |
| 2007-M1-158241 | MIDLAND CREDIT MGT | GILLS DELMASHA | 06/12/2007 |
| 2007-M1-158242 | MIDLAND CREDIT MGT | BEGLEY VERONICA R | 06/12/2007 |
| 2007-M1-158244 | MIDLAND CREDIT MGT | BULLOCK BEVERLY A | 06/12/2007 |
| 2007-M1-158246 | MIDLAND CREDIT MGT | CAMPBELL AJA S | 06/12/2007 |
| 2007-M1-158248 | MIDLAND CREDIT MG | DUNN TANYA D | 06/12/2007 |
| 2007-M1-158250 | MIDLAND CREDIT MGT | BRYANT DEBRA | 06/12/2007 |
| 2007-M1-158251 | MIDLAND CREDIT MGT | VELASCO MARTHA | 06/12/2007 |
| 2007-M1-158252 | MIDLAND CREDIT MGT | JAKUBOWSKI ANDRZEJ | 06/12/2007 |
| 2007-M1-158253 | MIDLAND CREDIT MGT | YOUNG KATHLWEEN | 06/12/2007 |
| 2007-M1-158254 | MIDLAND CREDIT MGT | HANKS SALVERTRIS S | 06/12/2007 |
| 2007-M1-158255 | MIDLAND CREDIT MGT | BATES ADELL | 06/12/2007 |
| 2007-M1-158257 | MIDLAND CREDIT MGT | HILL HELEN | 06/12/2007 |
| 2007-M1-158258 | MIDLAND CREDIT MGT | EVANS BRENDA | 06/12/2007 |
| 2007-M1-158259 | MIDLAND CREDIT MGT | BAILEY BEVERLY J | 06/12/2007 |
| 2007-M1-158260 | MIDLAND CREDIT MGT | ISBRANDT STEVEN R | 06/12/2007 |
| 2007-M1-158269 | MIDLAND CREDIT MGT | SNEED ANNIE L | 06/12/2007 |
| 2007-M1-158271 | MIDLAND CREDIT MGT | STACKS ARTIS | 06/12/2007 |
| 2007-M1-158272 | MIDLAND CREDIT MGT | HARRIS THERESA M | 06/12/2007 |
| 2007-M1-158273 | MIDLAND CREDIT MGT | JONES LATERRA | 06/12/2007 |
| 2007-M1-158274 | MIDLAND CREDIT MGT | RODRIGUEZ SAMUEL N | 06/12/2007 |
| 2007-M1-153928 | MIDLAND CREDIT MAN | BRYANT ELISA | 06/06/2007 |
| 2007-M1-153929 | MIDLAND CREDIT MAN | BAILEY FOREST | 06/06/2007 |
| 2007-M1-155576 | MIDLAND CREDIT MAN | GRASPER WILLIE | 06/06/2007 |
| 2007-M1-155577 | MIDLAND CREDIT MAN | ROSS ELIZABETH | 06/06/2007 |
| 2007-M1-155580 | MIDLAND CREDIT MAN | ARMSTRONG DARRELL | 06/06/2007 |
| 2007-M1-155581 | MIDLAND CREDIT MAN | ROBINSON STACI | 06/06/2007 |
| 2007-M1-155582 | MIDLAND CREDIT MAN | PUIG ERNEST | 06/06/2007 |
| 2007-M1-155583 | MIDLAND CREDIT MAN | COLLINS EDWARD A | 06/06/2007 |
| 2007-M1-155584 | MIDLAND CREDIT MAN | SMITH SHIREASE | 06/06/2007 |
| 2007-M1-155585 | MIDLAND CREDIT MAN | REILLY KERRIE A | 06/06/2007 |
| 2007-M1-155586 | MIDLAND CREDIT MAN | CARRENO MERCEDES | 06/06/2007 |
| 2007-M1-155587 | MIDLAND CREDIT MAN | HALL RENELSA A | 06/06/2007 |
| 2007-M1-155588 | MIDLAND CREDIT MAN | GRAYSON STEPHEN B | 06/06/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-155589 | MIDLAND CREDIT MAN | WALKER TONYA M | 06/06/2007 |
| 2007-M1-155590 | MIDLAND CREDIT MAN | SAMS STEVIE | 06/06/2007 |
| 2007-M1-155591 | MIDLAND CREDIT MAN | PRESTON KAREN B | 06/06/2007 |
| 2007-M1-155592 | MIDLAND CREDIT MAN | WRIGHT MAJORIE | 06/06/2007 |
| 2007-M1-155593 | MIDLAND CREDIT MAN | WHITESIDE JERMAINE | 06/06/2007 |
| 2007-M1-155594 | MIDLAND CREDIT MAN | PENA MARIA | 06/06/2007 |
| 2007-M1-155595 | MIDLAND CREDIT MAN | MCMURTY ROBERT | 06/06/2007 |
| 2007-M1-155596 | MIDLAND CREDIT MAN | GREER MARHSALL IV | 06/06/2007 |
| 2007-M1-155597 | MIDLAND CREDIT MAN | SIMPSON TANYA L | 06/06/2007 |
| 2007-M1-155598 | MIDLAND CREDIT MAN | MILLER LAMONT L | 06/06/2007 |
| 2007-M1-155599 | MIDLAND CREDIT MAN | PEREZ RICARDO | 06/06/2007 |
| 2007-M1-155600 | MIDLAND CREDIT MAN | PEOPLES WILLIAM | 06/06/2007 |
| 2007-M1-155601 | MIDLAND CREDIT MAN | JOHNSON SHEILA | 06/06/2007 |
| 2007-M1-155602 | MIDLAND CREDIT MAN | CUSIMANO JOHN F | 06/06/2007 |
| 2007-M1-155603 | MIDLAND CREDIT MAN | TORRES AIDA | 06/06/2007 |
| 2007-M1-155604 | MIDLAND CREDIT MAN | HAMPTON MICHAEL | 06/06/2007 |
| 2007-M1-155606 | MIDLAND CREDIT MAN | WYMA GLENN JR | 06/06/2007 |
| 2007-M1-155607 | MIDLAND CREDIT MAN | MORRIS ROBERT A | 06/06/2007 |
| 2007-M1-155608 | MIDLAND CREDIT MAN | WILLIAMS JOANNE | 06/06/2007 |
| 2007-M1-155609 | MIDLAND CREDIT MAN | LANDIS DENISE C | 06/06/2007 |
| 2007-M1-155661 | MIDLAND CREDIT MGT | LOPEZ HECTOR | 06/06/2007 |
| 2007-M1-155662 | MIDLAND CREDIT MGT | SIMMONS KENNISHA C | 06/06/2007 |
| 2007-M1-155665 | MIDLAND CREDIT MGT | FORMAN HORACE | 06/06/2007 |
| 2007-M1-155666 | MIDLAND CREDIT MGT | BLANCHARD DEDRICK | 06/06/2007 |
| 2007-M1-155667 | MIDLAND CREDIT MGT | COSSAIRT SCOTT | 06/06/2007 |
| 2007-M1-155668 | MIDLAND CREDIT MGT | MURRAH GERALDINE | 06/06/2007 |
| 2007-M1-155670 | MIDLAND CREDIT MGT | AIME TEDDY | 06/06/2007 |
| 2007-M1-155676 | MIDLAND CREDIT MGT | MARTIN KELLY | 06/06/2007 |
| 2007-M1-155677 | MIDLAND CREDIT MGT | MOORE MARK | 06/06/2007 |
| 2007-M1-155678 | MIDLAND CREDIT MGT | PATTERSON VICKY | 06/06/2007 |
| 2007-M1-155679 | MIDLAND CREDIT MGT | LOTT NICOLE | 06/06/2007 |
| 2007-M1-155680 | MIDLAND CREDIT MGT | AGUILA EULALIO U | 06/06/2007 |
| 2007-M1-155681 | MIDLAND CREDIT MGT | MEDELBERG TIMOTHY | 06/06/2007 |
| 2007-M1-155682 | MIDLAND CREDIT MGT | OSE HARRY | 06/06/2007 |
| 2007-M1-155683 | MIDLAND CREDIT MGT | LEVINSKY STEVEN T | 06/06/2007 |
| 2007-M1-155684 | MIDLAND CREDIT MGT | SIMPSON REGINALD W | 06/06/2007 |
| 2007-M1-155691 | MIDLAND CREDIT MGT | PRYOR CHARLEY | 06/06/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-155692 | MIDLAND CREDIT MGT | ANDREWS SUSAN M | 06/06/2007 |
| 2007-M1-155693 | MIDLAND CREDIT MGT | TREJO GUADALUPE | 06/06/2007 |
| 2007-M1-155694 | MIDLAND CREDIT MGT | ALVAREZ ROSALINDA | 06/06/2007 |
| 2007-M1-155697 | MIDLAND CREDIT MGT | LOHJA JULIE | 06/06/2007 |
| 2007-M1-155752 | MIDLAND CREDIT MGT | DOYLE DURAND | 06/06/2007 |
| 2007-M1-155753 | MIDLAND CREDIT MGT | SWARN ANGIE L | 06/06/2007 |
| 2007-M1-155754 | MIDLAND CREDIT MGT | SMITH PRENTICE | 06/06/2007 |
| 2007-M1-155755 | MIDLAND CREDIT MGT | VAUGHN BARRY | 06/06/2007 |
| 2007-M1-155756 | MIDLAND CREDIT MGT | KOCH TRUDY | 06/06/2007 |
| 2007-M1-155757 | MIDLAND CREDIT MGT | DIAZ EDUARDO | 06/06/2007 |
| 2007-M1-155759 | MIDLAND CREDIT MGT | SUEC SHERRI | 06/06/2007 |
| 2007-M1-155760 | MIDLAND CREDIT MGT | HOEHN KATHERINE T | 06/06/2007 |
| 2007-M1-155761 | MIDLAND CREDIT MGT | SPIVEY KENNETH | 06/06/2007 |
| 2007-M1-155762 | MIDLAND CREDIT MGT | HARRISON EDWARD | 06/06/2007 |
| 2007-M1-155764 | MIDLAND CREDIT MGT | SCHILACI ANTHONY W | 06/06/2007 |
| 2007-M1-155765 | MIDLAND CREDIT MGT | KING NICOLE | 06/06/2007 |
| 2007-M1-155770 | MIDLAND CREDIT MGT | VALENZUELA | 06/06/2007 |
| 2007-M1-155771 | MIDLAND CREDIT MGT | FAHY SHERI L | 06/06/2007 |
| 2007-M1-155774 | MIDLAND CREDIT MGT | VINHNITHB VIN | 06/06/2007 |
| 2007-M1-155781 | MIDLAND CREDIT MGT | WINSLEY MARSALETTE | 06/06/2007 |
| 2007-M1-155782 | MIDLAND CREDIT MGT | ZATAR ASAD R | 06/06/2007 |
| 2007-M1-155783 | MIDLAND CREDIT MGT | DENNIS EDWARD | 06/06/2007 |
| 2007-M1-155784 | MIDLAND CREDIT MGT | BREWSTER JANICE | 06/06/2007 |
| 2007-M1-155787 | MIDLAND CREDIT MGT | RIVERA NORA | 06/06/2007 |
| 2007-M1-155790 | MIDLAND CREDIT MGT | NELSON KIMBERLY T | 06/06/2007 |
| 2007-M1-155791 | MIDLAND CREDIT MGT | GARCIA LAURO | 06/06/2007 |
| 2007-M1-155922 | MIDLAND CREDIT MAN | WOLF QUINTELLA E | 06/06/2007 |
| 2007-M1-155923 | MIDLAND CREDIT MAN | WHITE BRIAN | 06/06/2007 |
| 2007-M1-155924 | MIDLAND CREDIT MAN | POPE ARTIS | 06/06/2007 |
| 2007-M1-155926 | MIDLAND CREDIT MAN | LEWIS PATRICK | 06/06/2007 |
| 2007-M1-155927 | MIDLAND CREDIT MAN | MERCADO FRANCES | 06/06/2007 |
| 2007-M1-155929 | MIDLAND CREDIT MAN | MONTVILLE CONRAD | 06/06/2007 |
| 2007-M1-155935 | MIDLAND CREDIT MAN | JONES DEONDA V | 06/06/2007 |
| 2007-M1-155936 | MIDLAND CREDIT MAN | MILLAR SAMUEL | 06/06/2007 |
| 2007-M1-155938 | MIDLAND CREDIT MAN | MOZO ALVARO | 06/06/2007 |
| 2007-M1-155949 | MIDLAND CREDIT MAN | JOHNSON ROSALIE | 06/06/2007 |
| 2007-M1-155961 | MIDLAND CREDIT MAN | BLACK PENNY L | 06/06/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-155964 | MIDLAND CREDIT MAN | BEGIC AMIRA A | 06/06/2007 |
| 2007-M1-155975 | MIDLAND CREDIT MAN | LAWLER DARRELL D | 06/06/2007 |
| 2007-M1-154615 | MIDLAND CREDIT MAN | GRAY IMMANUEL JR | 06/01/2007 |
| 2007-M1-151276 | MIDLAND CREDIT MAN | BEVERLY TERRANCE | 05/23/2007 |
| 2007-M1-151277 | MIDLAND CREDIT MAN | MCMATH PATRICIA | 05/23/2007 |
| 2007-M1-151278 | MIDLAND CREDIT MAN | COLLINS CLARENCE | 05/23/2007 |
| 2007-M1-151279 | MIDLAND CREDIT MAN | NEAL COZETTA | 05/23/2007 |
| 2007-M1-151280 | MIDLAND CREDIT MAN | SMITH BENJAMIN C | 05/23/2007 |
| 2007-M1-151281 | MIDLAND CREDIT MAN | PERSON MINNIE | 05/23/2007 |
| 2007-M1-151282 | MIDLAND CREDIT MAN | MITCHEM LYNN | 05/23/2007 |
| 2007-M1-151283 | MIDLAND CREDIT MAN | BOYD GARLAND | 05/23/2007 |
| 2007-M1-151288 | MIDLAND CREDIT MAN | LEE JEFFREY | 05/23/2007 |
| 2007-M1-151289 | MIDLAND CREDIT MAN | COUTEE JOSEPH W JR | 05/23/2007 |
| 2007-M1-151290 | MIDLAND CREDIT MAN | EVANS WILLIE E | 05/23/2007 |
| 2007-M1-151295 | MIDLAND CREDIT MAN | PERKINS NATALIE E | 05/23/2007 |
| 2007-M1-151296 | MIDLAND CREDIT MAN | VAZQUEZ MARIA | 05/23/2007 |
| 2007-M1-151301 | MIDLAND CREDIT MAN | MATUTE HECTOR | 05/23/2007 |
| 2007-M1-151303 | MIDLAND CREDIT MAN | HOWARD ROBERT | 05/23/2007 |
| 2007-M1-151305 | MIDLAND CREDIT MAN | MACASO NESTORA A | 05/23/2007 |
| 2007-M1-151307 | MIDLAND CREDIT MAN | JACKSON CASSANDRA | 05/23/2007 |
| 2007-M1-151309 | MIDLAND CREDIT MAN | WILLIAMS MONICA | 05/23/2007 |
| 2007-M1-151311 | MIDLAND CREDIT MAN | STEPHENS MATTIE | 05/23/2007 |
| 2007-M1-146782 | MIDLAND CREDIT MGT | ALCALA MIGUEL | 05/10/2007 |
| 2007-M1-146784 | MIDLAND CREDIT MGT | BROWN CHARLES | 05/10/2007 |
| 2007-M1-146785 | MIDLAND CREDIT MGT | DANIEL JESUS | 05/10/2007 |
| 2007-M1-146787 | MIDLAND CREDIT MGT | GRANDISON EDNA | 05/10/2007 |
| 2007-M1-146793 | MIDLAND CREDIT MGT | JOSHI NIRAJKUMAR M | 05/10/2007 |
| 2007-M1-146795 | MIDLAND CREDIT MGT | GONZALEZ JENNIFER | 05/10/2007 |
| 2007-M1-146798 | MIDLAND CREDIT MGT | WANDLAND ROSALYN | 05/10/2007 |
| 2007-M1-146803 | MIDLAND CREDIT MGT | BOLLING RENAJA | 05/10/2007 |
| 2007-M1-146806 | MIDLAND CREDIT MGT | BARTON SHAUN | 05/10/2007 |
| 2007-M1-146809 | MIDLAND CREDIT MGT | WILKERSON ERICA | 05/10/2007 |
| 2007-M1-146816 | MIDLAND CREDIT MGT | TOMASKA JASON | 05/10/2007 |
| 2007-M1-146818 | MIDLAND CREDIT MGT | HERNANDEZ GABRIELA | 05/10/2007 |
| 2007-M1-146821 | MIDLAND CREDIT MGT | JOHNSON PATRICIA L | 05/10/2007 |
| 2007-M1-146822 | MIDLAND CREDIT MGT | WRIGHT RONNIE | 05/10/2007 |
| 2007-M1-146823 | MIDLAND CREDIT MGT | ROBERTS TINA | 05/10/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-146496 | MIDLAND CREDIT MGT | WILLIAMS CASSANDRA | 05/09/2007 |
| 2007-M1-146497 | MIDLAND CREDIT MGT | MCATEE GAIL | 05/09/2007 |
| 2007-M1-146498 | MIDLAND CREDIT MGT | CARTER LOLETHA | 05/09/2007 |
| 2007-M1-146499 | MIDLAND CREDIT MGT | TAYLOR LESLIE NEWM | 05/09/2007 |
| 2007-M1-146500 | MIDLAND CREDIT MGT | TAYLOR HARRIS | 05/09/2007 |
| 2007-M1-146501 | MIDLAND CREDIT MGT | STALLWORTH CHARLES | 05/09/2007 |
| 2007-M1-146502 | MIDLAND CREDIT MGT | DUNBAR ROBERT | 05/09/2007 |
| 2007-M1-146503 | MIDLAND CREDIT MGT | WRIGHT JOHN J | 05/09/2007 |
| 2007-M1-146504 | MIDLAND CREDIT MGT | DONATO RAUL | 05/09/2007 |
| 2007-M1-146505 | MIDLAND CREDIT MGT | MCCOOL ANITRA | 05/09/2007 |
| 2007-M1-146506 | MIDLAND CREDIT MGT | ABEL STUART W | 05/09/2007 |
| 2007-M1-146507 | MIDLAND CREDIT MGT | BARNES ERIN R | 05/09/2007 |
| 2007-M1-146509 | MIDLAND CREDIT MGT | SEJDA STANLEY | 05/09/2007 |
| 2007-M1-146510 | MIDLAND CREDIT MGT | SCHNEIDER HERMAN | 05/09/2007 |
| 2007-M1-143884 | MIDLAND CREDIT MAN | HACK MARTHA | 05/03/2007 |
| 2007-M1-143885 | MIDLAND CREDIT MAN | COLE MICHELLE | 05/03/2007 |
| 2007-M1-143886 | MIDLAND CREDIT MAN | KRAMARCZYK MARCUS | 05/03/2007 |
| 2007-M1-143887 | MIDLAND CREDIT MAN | MCMANMON THOMAS | 05/03/2007 |
| 2007-M1-143888 | MIDLAND CREDIT MAN | DASS MARY | 05/03/2007 |
| 2007-M1-143889 | MIDLAND CREDIT MAN | VASQUEZ URIEL J | 05/03/2007 |
| 2007-M1-143890 | MIDLAND CREDIT MAN | ZIMMERMAN MELISSA | 05/03/2007 |
| 2007-M1-143891 | MIDLAND CREDIT MAN | PARHAM ESTENE | 05/03/2007 |
| 2007-M1-143892 | MIDLAND CREDIT MAN | FRIEND KATIE N | 05/03/2007 |
| 2007-M1-143893 | MIDLAND CREDIT MAN | WALKER KEVIN | 05/03/2007 |
| 2007-M1-143894 | MIDLAND CREDIT MAN | ARREOLA DIANA R | 05/03/2007 |
| 2007-M1-143896 | MIDLAND CREDIT MAN | WATKINS JEARL D | 05/03/2007 |
| 2007-M1-143897 | MIDLAND CREDIT MAN | MORRISON DENNIS | 05/03/2007 |
| 2007-M1-143900 | MIDLAND CREDIT MAN | CROUT VANESSA L | 05/03/2007 |
| 2007-M1-143901 | MIDLAND CREDIT MAN | PULLUM BERLINDA | 05/03/2007 |
| 2007-M1-143902 | MIDLAND CREDIT MAN | ARNOLD SYLVIA | 05/03/2007 |
| 2007-M1-143903 | MIDLAND CREDIT MAN | DJWOK OWAR | 05/03/2007 |
| 2007-M1-143794 | MIDLAND CREDIT MGT | BURT ZACKERY | 05/02/2007 |
| 2007-M1-143800 | MIDLAND CREDIT MGT | WILLIAMS HELEN R | 05/02/2007 |
| 2007-M1-143802 | MIDLAND CREDIT MGT | ARSENOWICZ KONRTAD | 05/02/2007 |
| 2007-M1-143805 | MIDLAND CREDIT MGT | MCFARLAND FREDERIC | 05/02/2007 |
| 2007-M1-143807 | MIDLAND CREDIT MGT | BUSTOZ SOCORRO | 05/02/2007 |
| 2007-M1-143809 | MIDLAND CREDIT MGT | WILSON ALEXIS | 05/02/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-143811 | MIDLAND CREDIT MGT | CRIBBS WILLIAM L | 05/02/2007 |
| 2007-M1-143818 | MIDLAND CREDIT MGT | BERNAL ROCIO | 05/02/2007 |
| 2007-M1-141651 | MIDLAND CREDIT MAN | DAVIS MICHELLE | 04/30/2007 |
| 2007-M1-141653 | MIDLAND CREDIT MAN | ALLEN TONYA L | 04/30/2007 |
| 2007-M1-141656 | MIDLAND CREDIT MAN | FULLILOVE ERIC | 04/30/2007 |
| 2007-M1-141658 | MIDLAND CREDIT MAN | HASLETT ALLISON L | 04/30/2007 |
| 2007-M1-141660 | MIDLAND CREDIT MAN | EDWARDS VICKIE B | 04/30/2007 |
| 2007-M1-141663 | MIDLAND CREDIT MAN | BASSETT BRYANT D | 04/30/2007 |
| 2007-M1-141664 | MIDLAND CREDIT MAN | WEATHERBY TOMMIE L | 04/30/2007 |
| 2007-M1-141665 | MIDLAND CREDIT MAN | SCOTT ANTONIO | 04/30/2007 |
| 2007-M1-141666 | MIDLAND CREDIT MAN | HOLT SHARICE L | 04/30/2007 |
| 2007-M1-141667 | MIDLAND CREDIT MAN | PEEL ROSE M | 04/30/2007 |
| 2007-M1-141668 | MIDLAND CREDIT MAN | ROSCOE ETHEL L | 04/30/2007 |

Return to Search Page