**Courthouse Courier**
Private Process Service
A division of **Bill Clutter Investigations, Inc.**
**IL Private Detective Agency Lic. #117-001206**

Caption _HERKERT v. MIDLAND CREDIT MNGMNT, INC / MIDLAND FUNDING_

Case #: _08-C-760_

## AFFIDAVIT OF SERVICE

I, **Susan L. Oney**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- ✓ Summons and Complaint
- ___ Subpoena
- ___ Notice of Hearing
- ___ Rule to Show Cause
- ___ Citation to Discover Assets
- ___ Forcible Entry and Detainer
- ___ Other: _____

That I personally handed the above-described documents to:
_HOLLY BLANKENSHIP_

DATE AND TIME OF SERVICE:
_2/11_ 20 _08_ _1:58_ am/**pm**

LOCATION/ADDRESS DELIVERED:
_801 Adlai Stevenson Dr._
_Spfld., IL 62703_

PHYSICAL DESCRIPTION:
Ht. _5'6"_  Wt. _140#_
Race _W_  Age _30's_
Male _____  Female _✓_

That I made the following type of service:

___ Personal service on the defendant/witness/ or named party.

___ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

✓ Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

___ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

_Susan L. Oney_
Agent: Susan L. Oney (129-303382)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 2/11-1:58pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: |
| 3rd attempt: |  |  |  | Time: |
| 4th attempt: |  |  |  | Fee: |

1032 South Second Street Springfield, IL 62704 (217) 528-5997