| | POS-010 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*<br>EDELMAN, COMBS, LATTURNER & GOODWIN LLC<br>120 S. LASALLE ST. 18TH FLOOR CHICAGO, IL 60603<br>TELEPHONE NO.: **(312) 739-4200**   FAX NO. *(Optional)*: **(312) 419-0379**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF/PETITIONER: **NICHOLE HERKERT, ON BEHALF OF PLAINTIFF AND A CLASS PLAINTIFF**

DEFENDANT/RESPONDENT: **MIDLAND FUNDING NCC-2 CORPORATION; MIDLAND CREDIT MANAGEMENT, INC.; ENCOR**

| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER: 08 C 760 |
|---|---|
| | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **ENCORE CAPITAL GROUP, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **TANYA FLORES, AUTHORIZED TO ACCEPT**

4. Address where the party was served: **8875 AERO DR. 200**
   **SAN DIEGO, CA 92123**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **02/14/2008**   (2) at *(time)*: **10:10 am**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:   **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD108639

| PETITIONER: NICHOLE HERKERT, ON BEHALF OF PLAINTIFF AND A CLASS PLAINTIFF | CASE NUMBER: |
|---|---|
| RESPONDENT: MIDLAND FUNDING NCC-2 CORPORATION; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC | 08 C 760 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **ENCORE CAPITAL GROUP, INC.**
     under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
  a. Name: **Kenneth Robert Maskil, Jr. - Janney & Janney Attorney Service, Inc.**
  b. Address: **4891 Pacific Highway. Ste. 102 San Diego, CA 92110**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 60.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ independent contractor.
        (ii) Registration No.: **1097**
        (iii) County: **San Diego**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **02/14/2008**

**Janney & Janney Attorney Service, Inc.**
**4891 Pacific Highway. Ste. 102**
**San Diego, CA 92110**
**(213) 628-6338**

                **Kenneth Robert Maskil, Jr.**
        (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)