AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS   SUMMONS IN A CIVIL CASE

NICOLE HERKERT, on behalf of plaintiff and a class,
Plaintiff,

V.

MIDLAND FUNDING NCC-2 CORPORATION;
MIDLAND CREDIT MANAGEMENT, INC.; and
ENCORE CAPITAL GROUP, INC., Defendants.

CASE NUMBER: 08 C 760

ASSIGNED JUDGE: Castillo

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

MIDLAND FUNDING NCC-2 CORPORATION
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



February 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/13/08 at 2:30 p.m. |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Midland Funding NCC-2 Corporation was effectuated by serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd. # 400, Wilmington, DE 19808.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/14/08
               Date            Signature of Server

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.