**IN THE UNITED STATES DISTRICT COURT**
**IN THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT,<br>on behalf plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING NCC-2 CORP.,<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>and ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 C 760<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

**AGREED MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants, Midland Funding NCC-2 Corporation ("Midland Funding NCC-2"), Midland Credit Management, Inc. ("MCM"), and Encore Capital Group, Inc. ("Encore") (also collectively referred to as "Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time for Defendants to respond to Plaintiff's Class Action Complaint ("Complaint"). In support of their agreed motion, Defendants state the following:

1.    Plaintiff filed her Complaint on February 4, 2008.

2.    Defendant MCM's response to the Complaint is currently due on March 3, 2008; defendant Midland Funding NCC-2's response to the Complaint is currently due on March 4, 2008; and defendant Encore's response to the Complaint is currently due on March 5, 2008.

3.    Counsel for Defendants was only recently retained and requires additional time to properly investigate the allegations and formulate an appropriate response.

4.     On February 29, 2008, Defendants' counsel contacted counsel for Plaintiff who kindly agreed to a thirty (30) day enlargement of time, up to and including April 2, 2008.

5.     This request for an extension is not meant for the purposes of undue delay, and no party will be prejudiced by this extension.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including April 2, 2008, in which to respond to Plaintiff's Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated:  February 29, 2008

**MIDLAND FUNDING NCC-2 CORP.,
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By:  s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

### CERTIFICATE OF SERVICE

I hereby certify that on **February 29, 2008,** I electronically filed the foregoing **Agreed**

**Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint** with the

Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2427150.1
ID\IVF