**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, | ) | |
| on behalf plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 760 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| MIDLAND FUNDING NCC-2 CORP., | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Magistrate Judge Schenkier |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF AGREED MOTION**</u>

**TO:**   Daniel A. Edelman
          Cathleen M. Combs
          James O. Latturner
          Cassandra P. Miller
          EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
          120 South LaSalle Street, 18th Floor
          Chicago, Illinois  60603

        **PLEASE TAKE NOTICE** that on **Wednesday, March 5, 2008**, at **9:45 a.m.**, or as soon
thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or
any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of
Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed
Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint**, a copy
of which is attached hereto.

Dated:  February 29, 2008                    **MIDLAND FUNDING NCC-2 CORP.,**
                                             **MIDLAND CREDIT MANAGEMENT, INC.,**
                                             **and ENCORE CAPITAL GROUP, INC.**

                              By:  s/ Renee L. Zipprich
                                   Richard E. Gottlieb (rgottlieb@dykema.com)
                                   James W. McConkey (jmcconkey@dykema.com)
                                   Theodore W. Seitz (tseitz@dykema.com*)*
                                   Renee L. Zipprich (rzipprich@dykema.com)
                                   DYKEMA GOSSETT PLLC
                                   10 S. Wacker Drive, Suite 2300
                                   Chicago, Illinois 60606
                                   Phone: 312-876-1700
                                   Fax:    312-627-2302

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **February 29, 2008,** I electronically filed the foregoing **Notice of**

**Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint** with the Clerk

of the Court using the ECF system, which sent notification to the following:

Daniel A. Edelman (courtecl@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2427154.1
ID\IVF