**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, | ) | |
| on behalf plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 760 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| MIDLAND FUNDING NCC-2 CORP., | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Magistrate Judge Schenkier |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants state as follows:

1.    Midland Funding NCC-2 Corp. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2.    Midland Credit Management, Inc. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

3.    Encore Capital Group, Inc. has no parent corporations.

Dated:  February 29, 2008

**MIDLAND FUNDING NCC-2 CORP.,
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By:  s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **February 29, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

Daniel A. Edelman (courtecl@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Cassandra P. Miller (cmiller@edcombs.com)


s/ Irina V. Frye

CHICAGO\2427146.1
ID\IVF