UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nicole Herkert
                Plaintiff,

v.                                                      Case No.: 1:08−cv−00760
                                                      Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Ruben Castillo :Defendants' agreed motion for enlargement of time to respond to Plaintiff's class action complaint [23] is granted. Defendants to answer or otherwise plead to the complaint on or before 4/2/2008. Parties to file the joint status report on or before 4/7/2008. Status hearing reset to 4/10/2008 at 9:15 AM. Plaintiff's preliminary motion for class certification [11] is entered and continued to 4/10/2008 at 9:15 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.