**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, ) | | |
| on behalf of plaintiff and a class, ) | | |
| ) | | |
| Plaintiff, ) | | 08 C 760 |
| ) | | Judge Castillo |
| v. ) | | Magistrate Judge Schenkier |
| ) | | |
| MIDLAND FUNDING NCC-2 CORPORATION; ) | | |
| MIDLAND CREDIT MANAGEMENT, INC.; ) | | |
| and ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

_____

| | | |
|---|---|---|
| WINONA JACKSON ) | | |
| on behalf of plaintiff and a class, ) | | |
| ) | | |
| Plaintiff, ) | | 08 C 762 |
| ) | | Judge Guzman |
| v. ) | | Magistrate Judge Mason |
| ) | | |
| ) | | |
| MRC RECEIVABLES CORPORATION; ) | | |
| MIDLAND CREDIT MANAGEMENT, INC.; and ) | | |
| ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S MOTION TO REASSIGN RELATED CASE**

Pursuant to Local Rule 40.4, Plaintiff Nicole Herkert respectfully requests that this Court reassign the matter *Jackson v. MRC Receivables Corporation, et al.*, No. 08 C 762, currently pending before Judge Guzman, to this court as related to the instant case.

In support of this motion, Plaintiff states as follows:

1.      The Complaint in the present case, attached hereto as <u>Exhibit A</u>, alleges that

1

the Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), by threatening and bringing lawsuits against Illinois residents on time-barred credit card debts. Plaintiff alleged that Defendants filed a lawsuit against her which did not attach to the complaint any contract signed by the putative debtor, and which was therefore subject to the five-year statute of limitations, 735 ILCS 5/13-205. (Exhibit A). Plaintiff further alleged that the "Form 409" affidavit attached to the collection complaint gave a delinquency date which was more than five years prior to the filing of the action. (Id.).

        2.      The allegations in the *Jackson* matter are, if not identical, substantially similar to those raised here. (*See Jackson* Complaint, Exhibit B). The claims arise from a similar lawsuit filed against Plaintiff Jackson on an alleged debt no longer enforceable through legal action as a result of the expiration of the five-year statute of limitations, 735 ILCS 5/13-205. Both claims are asserted against Midland Credit Management, Inc. ("MCM") and Encore Capital Group, Inc., ("Encore"), but the underlying suits were filed in the name of different subsidiaries of Encore. Thus, the *Jackson* matter names MRC Receivables Corp. ("MRC"), while the current action names Midland Funding NCC-2 Corp. ("NCC"). (Id.).

        3.      The Seventh Circuit noted in *Gibson v. Bob Watson Chevrolet*, 112 F.3d 283 (7th Cir. 1997), that reassignment of similar cases is preferred. In *Gibson*, the Court considered a matter that was the subject of fifteen separate class action lawsuits presenting the same legal issue. Six of these cases survived motions to dismiss, while five others did not. The Court expressed surprise and disappointment that these cases were not reassigned based on relatedness, which led to disparate rulings on the various motions to dismiss; in reversing the dismissal of the cases considered by the Court, Judge Posner stated that "we hope it's not too late for the district court to

reassign all the identical Truth in Lending auto dealer class actions to one judge." *Gibson,* 112 F.3d at 284, 287.

4. These two cases satisfy Local Rule 40.4(a)(2) which provides that two or more cases are related if the "cases involve some of the same issues of fact or law."

5. These two cases also satisfy the requirements of Local Rule 40.4(b) which provides that a case may be reassigned to the calendar of another judge if a case is found to be related to an earlier-numbered case, and each of the following criteria is met:

   a. both cases are pending in the same Court;

   b. the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort;

   c. the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and

   d. the cases are susceptible of disposition in a single proceeding.

6. Both of these cases are pending in the United States District Court for the Northern District of Illinois, Eastern Division. The same counsel represent the Plaintiffs in both matters, and the same counsel represents Defendants in both matters. It will save judicial resources to have the parties litigate the issues of these two cases before one judge. Both cases are in the early stages of litigation. In the *Jackson* matter, counsel for Defendants appeared on February 29, 2008 and are to answer by April 2, 2008. A status has been set for April 4, 2008. In the current action, counsel for Defendants appeared on February 29, 2008 and are to answer by April 2, 2008. The parties are to file their initial status report by April 7, 2008 in preparation for the status on April 10,

2008. Both Plaintiffs have filed Motions for Class Certification proposing nearly identical class definitions, with the exception that the *Jackson* class relates to persons sued in the name of MRC and the *Herkert* class relates to persons sued in the name of NCC. (Dkt. Nos. 10 and 11, respectively). Discovery has not been issued in either case.

WHEREFORE, Pursuant to Local Rule 40.4, Plaintiff respectfully requests that this Court reassign *Jackson v. MRC Receivables Corporation, et al.*, 08 C 762, currently pending before Judge Guzman, to this Court as related to this matter.

Respectfully submitted,

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on March 20, 2008, I caused the preceding Plaintiff's Motion to Reassign Related Case to be filed electronically using the Court's CM/ECF system which will send notice to the following:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627-2302

Theodore W. Seitz (tseitz@dykema.com)
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                                       s/ Cassandra P. Miller
                                                       Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)