**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, ) | | |
| on behalf of plaintiff and a class, ) | | |
| ) | | |
| Plaintiff, ) | | 08 C 760 |
| ) | | Judge Castillo |
| v. ) | | Magistrate Judge Schenkier |
| ) | | |
| MIDLAND FUNDING NCC-2 CORPORATION; ) | | |
| MIDLAND CREDIT MANAGEMENT, INC.; ) | | |
| and ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

_____

| | | |
|---|---|---|
| WINONA JACKSON ) | | |
| on behalf of plaintiff and a class, ) | | |
| ) | | |
| Plaintiff, ) | | 08 C 762 |
| ) | | Judge Guzman |
| v. ) | | Magistrate Judge Mason |
| ) | | |
| ) | | |
| MRC RECEIVABLES CORPORATION; ) | | |
| MIDLAND CREDIT MANAGEMENT, INC.; and ) | | |
| ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on Wednesday, March 26, 2008 at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo in Room 2141 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION TO REASSIGN RELATED CASE.**

                                                                    s/ Cassandra P. Miller
                                                                    Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cassandra P. Miller, hereby certify that on March 20, 2008, I caused the foregoing to be filed electronically using the Court's CM/ECF system which will send notice to the following:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627-2302

Theodore W. Seitz (tseitz@dykema.com)
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                                s/ Cassandra P. Miller
                                                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)