# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 760 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Nicole Herkert vs. Midland Funding NNC-2 Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/26/2008. Plaintiff's motion to reassign case [27] is granted without objection.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RO |
|---|---|---|