# EXHIBIT C
# Part 2 of 2

| | | | |
|---|---|---|---|
| 2007-M1-254657 | MIDLAND FUNDING LL | RASHAIDA MELINDA D | 12/20/2007 |
| 2007-M1-254664 | MIDLAND FUNDING LL | EDARENO DENISE | 12/20/2007 |
| 2007-M1-254678 | MIDLAND FUNDING LL | BOOS MICHAEL L | 12/20/2007 |
| 2007-M1-254679 | MIDLAND FUNDING LL | BROWN ARLILLIAN | 12/20/2007 |
| 2007-M1-254684 | MIDLAND FUNDING LL | DAVENPORT JAMES | 12/20/2007 |
| 2007-M1-254685 | MIDLAND FUNDING LL | DANIELS WENDEL L | 12/20/2007 |
| 2007-M1-254690 | MIDLAND FUNDING LL | WHITE GEORGE J | 12/20/2007 |
| 2007-M1-254691 | MIDLAND FUNDING LL | WATSON KATRINA A | 12/20/2007 |
| 2007-M1-254694 | MIDLAND FUNDING LL | VELAZQUEZ JULIO | 12/20/2007 |
| 2007-M1-254697 | MIDLAND FUNDING LL | TOWNSEND OLATUNDE | 12/20/2007 |
| 2007-M1-254700 | MIDLAND FUNDING LL | TIRADO JOSE A | 12/20/2007 |
| 2007-M1-254702 | MIDLAND FUNDING LL | TAYLOR TANYA | 12/20/2007 |
| 2007-M1-254703 | MIDLAND FUNDING LL | HILL TAMARA N | 12/20/2007 |
| 2007-M1-254706 | MIDLAND FUNDING LL | HEAD DELORES | 12/20/2007 |
| 2007-M1-255041 | MIDLAND FUNDING LL | EDWARDS FAYE H | 12/20/2007 |
| 2007-M1-255047 | MIDLAND FUNDING LL | PECKA LINDA C | 12/20/2007 |
| 2007-M1-255049 | MIDLAND FUNDING LL | RAMEY CHERYL | 12/20/2007 |
| 2007-M1-255050 | MIDLAND FUNDING LL | SHIBA EVILINE A | 12/20/2007 |
| 2007-M1-255059 | MIDLAND FUNDING LL | GLAZER SUSAN L | 12/20/2007 |
| 2007-M1-255060 | MIDLAND FUNDING LL | GIBSON DOLLY | 12/20/2007 |
| 2007-M1-255074 | MIDLAND FUNDING LL | WOODALL LEWIS | 12/20/2007 |
| 2007-M1-255078 | MIDLAND FUNDING LL | HANNIGAN BERNARD J | 12/20/2007 |
| 2007-M1-255095 | MIDLAND FUNDING LL | BARFIELD JONETTA | 12/20/2007 |
| 2007-M1-255096 | MIDLAND FUNDING LL | APORTADERA LOPE J | 12/20/2007 |
| 2007-M1-255098 | MIDLAND FUNDING LL | HADLEY MICHELLE | 12/20/2007 |
| 2007-M1-255111 | MIDLAND FUNDING LL | SANDERS EDDIE F | 12/20/2007 |
| 2007-M1-255114 | MIDLAND FUNDING LL | SHORTS FRANK | 12/20/2007 |
| 2007-M1-254043 | MIDLAND FUNDING NC | WOODS EDDIE | 12/19/2007 |
| 2007-M1-254044 | MIDLAND FUNDING | WHITESIDE CHARLES | 12/19/2007 |
| 2007-M1-254045 | MIDLAND FUNDING | WHITEHEAD SHARON | 12/19/2007 |
| 2007-M1-254046 | MIDLAND FUNDING | MURRAY DAISY | 12/19/2007 |
| 2007-M1-254048 | MIDLAND FUNDING | OWCA CASSANDRA | 12/19/2007 |
| 2007-M1-254049 | MIDLAND FUNDING | SALINAS JORGE | 12/19/2007 |
| 2007-M1-254050 | MIDLAND FUNDING | BURKS SANDRA | 12/19/2007 |
| 2007-M1-254051 | MIDLAND FUNDING | CAMACHO JESUS | 12/19/2007 |
| 2007-M1-254052 | MIDLAND FUNDING | DUKES GLORIA | 12/19/2007 |
| 2007-M1-254053 | MIDLAND FUNDING | DAVIS GEORGE | 12/19/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-254054 | MIDLAND FUNDING | DAVIS STEVE | 12/19/2007 |
| 2007-M1-254055 | MIDLAND FUNDING | HARRISON LAMON | 12/19/2007 |
| 2007-M1-254057 | MIDLAND FUNDING | JACKSON DANA | 12/19/2007 |
| 2007-M1-254189 | MIDLAND FUNDING | JENKINS JACKIE | 12/19/2007 |
| 2007-M1-254193 | MIDLAND FUNDING | HUGHES DELMA | 12/19/2007 |
| 2007-M1-254202 | MIDLAND FUNDING | OTIS CYNTHIA | 12/19/2007 |
| 2007-M1-254208 | MIDLAND FUNDING | MURFF SHARRI | 12/19/2007 |
| 2007-M1-254209 | MIDLAND FUNDING | MUNOZ ANTONIO M | 12/19/2007 |
| 2007-M1-254214 | MIDLAND FUNDING | TREJO JOSE | 12/19/2007 |
| 2007-M1-254215 | MIDLAND FUNDING | TIEU TRUNG T | 12/19/2007 |
| 2007-M1-254217 | MIDLAND FUNDING | TAYLOR BARRY | 12/19/2007 |
| 2007-M1-254218 | MIDLAND FUNDING | TABB JACQUELINE | 12/19/2007 |
| 2007-M1-254219 | MIDLAND FUNDING | SWANSON JOHN M | 12/19/2007 |
| 2007-M1-254221 | MIDLAND FUNDING | SPEAR EDDIE JR | 12/19/2007 |
| 2007-M1-254222 | MIDLAND FUNDING LL | SMITH WENDELL A | 12/19/2007 |
| 2007-M1-254224 | MIDLAND FUNDING | PAGE JUANITA WARFI | 12/19/2007 |
| 2007-M1-254226 | MIDLAND FUNDING | WALKER STANLEY | 12/19/2007 |
| 2007-M1-254228 | MIDLAND FUNDING | WILLIAMS ANNICE | 12/19/2007 |
| 2007-M1-254229 | MIDLAND FUNDING | WILLIAMS MAJOR | 12/19/2007 |
| 2007-M1-254230 | MIDLAND FUNDING | HENDERSON TOMMY | 12/19/2007 |
| 2007-M1-254233 | MIDLAND FUNDING | HARVEY LEONARD C | 12/19/2007 |
| 2007-M1-254235 | MIDLAND FUNDING | HAMPTON BARBARA | 12/19/2007 |
| 2007-M1-254249 | MIDLAND FUNDING CO | STAUDINGER KRIS | 12/19/2007 |
| 2007-M1-254254 | MIDLAND FUNDING LL | PENROSE HEATHER | 12/19/2007 |
| 2007-M1-254284 | MIDLAND FUNDING LL | ROBINSON GEORGE | 12/19/2007 |
| 2007-M1-254298 | MIDLAND FUNDING LL | MCREYNOLDS ROBIN E | 12/19/2007 |
| 2007-M1-254300 | MIDLAND FUNDING LL | POLZAK DIANNA L | 12/19/2007 |
| 2007-M1-254302 | MIDLAND FUNDING LL | REED DOLORES | 12/19/2007 |
| 2007-M1-254303 | MIDLAND FUNDING LL | RUIZ OLGA I | 12/19/2007 |
| 2007-M1-254304 | MIDLAND FUNDING LL | RUIZ LUIS S | 12/19/2007 |
| 2007-M1-254305 | MIDLAND FUNDING LL | SILVA RAFAEL | 12/19/2007 |
| 2007-M1-254306 | MIDLAND FUNDING LL | STEFFENS KAREN J | 12/19/2007 |
| 2007-M1-254307 | MIDLAND FUNDING LL | VANDERJACK TODD | 12/19/2007 |
| 2007-M1-254308 | MIDLAND FUNDING LL | WILEY RAY E | 12/19/2007 |
| 2007-M1-254309 | MIDLAND FUNDING LL | ABDUR RAHMAN KAMAL | 12/19/2007 |
| 2007-M1-254310 | MIDLAND FUNDING LL | ADAMCZEWSKI EDWARD | 12/19/2007 |
| 2007-M1-254311 | MIDLAND FUNDING LL | ARMSTEAD CLIFFORD | 12/19/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-254312 | MIDLAND FUNDING LL | BERTUCCI KAREN A | 12/19/2007 |
| 2007-M1-254313 | MIDLAND FUNDING LL | BOYLE JAMES J | 12/19/2007 |
| 2007-M1-254314 | MIDLAND FUNDING LL | COOMBS EDWIN | 12/19/2007 |
| 2007-M1-254315 | MIDLAND FUNDING LL | CURIAS GERARDO | 12/19/2007 |
| 2007-M1-254316 | MIDLAND FUNDING LL | FLORES FREDDIE | 12/19/2007 |
| 2007-M1-254318 | MIDLAND FUNDING LL | KETTERING JOHN | 12/19/2007 |
| 2007-M1-254403 | MIDLAND FUNDING | COLLINS ANTOINE | 12/19/2007 |
| 2007-M1-254412 | MIDLAND FUNDING LL | JONES ROBERT | 12/19/2007 |
| 2007-M1-254414 | MIDLAND FUNDING LL | JAMISON P B | 12/19/2007 |
| 2007-M1-254415 | MIDLAND FUNDING LL | JAKAB WILLIAM J | 12/19/2007 |
| 2007-M1-254457 | MIDLAND FUNDING LL | BAILEY TAWANA | 12/19/2007 |
| 2007-M1-254462 | MIDLAND FUNDING LL | ANTHONY BRENDA K | 12/19/2007 |
| 2007-M1-254471 | MIDLAND FUNDING LL | HOSEY ANNIE | 12/19/2007 |
| 2007-M1-254499 | MIDLAND FUNDING | PRUITT BETRICE N | 12/19/2007 |
| 2007-M1-254513 | MIDLAND FUNDING | JETT SHELLY | 12/19/2007 |
| 2007-M1-254532 | MIDLAND FUNDING | SCOTT TASHA | 12/19/2007 |
| 2007-M1-254550 | MIDLAND FUNDING | ADAMOVITZ ANDREW | 12/19/2007 |
| 2007-M1-254551 | MIDLAND FUNDING | TALEB MOAZ ABU | 12/19/2007 |
| 2007-M1-253481 | MIDLAND FUNDING | HALL JAMES JR | 12/18/2007 |
| 2007-M1-253816 | MIDLAND CREDIT MGT | JONES GRENE | 12/18/2007 |
| 2007-M1-253817 | MIDLAND CREDIT MGT | CERVAJAL JOSE M | 12/18/2007 |
| 2007-M1-253818 | MIDLAND CREDIT MGT | VASSALLO CONSTANCE | 12/18/2007 |
| 2007-M1-253819 | MIDLAND CREDIT MGT | LOTT EMMA | 12/18/2007 |
| 2007-M1-253820 | MIDLAND CREDIT MGT | HERNANDEZ TRACY L | 12/18/2007 |
| 2007-M1-253821 | MIDLAND CREDIT MGT | LEE NINA | 12/18/2007 |
| 2007-M1-253822 | MIDLAND CREDIT MGT | TABB ATHERIS | 12/18/2007 |
| 2007-M1-253824 | MIDLAND CREDIT MGT | WILSON BONITYA | 12/18/2007 |
| 2007-M1-253826 | MIDLAND CREDIT MGT | REYES ROBERTO O | 12/18/2007 |
| 2007-M1-253832 | MIDLAND CREDIT MGT | LOVE SHELIA T | 12/18/2007 |
| 2007-M1-253833 | MIDLAND CREDIT MGT | BOWDEN WILLIAM | 12/18/2007 |
| 2007-M1-253835 | MIDLAND CREDIT MGT | AQUINO JJESUS | 12/18/2007 |
| 2007-M1-253837 | MIDLAND CREDIT MGT | VASQUEZ CESAR | 12/18/2007 |
| 2007-M1-253841 | MIDLAND CREDIT MGT | GUZMAN LAURA | 12/18/2007 |
| 2007-M1-253842 | MIDLAND CREDIT MGT | HIRSCHMANN SUSANNE | 12/18/2007 |
| 2007-M1-253844 | MIDLAND CREDIT MGT | RICHARDSON ROSETTA | 12/18/2007 |
| 2007-M1-253849 | MIDLAND CREDIT MGT | LOPEZ DANNY R | 12/18/2007 |
| 2007-M1-253851 | MIDLAND CREDIT MGT | JOHNSON ALISA | 12/18/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-253853 | MIDLAND CREDIT MGT | JORDAN DANIELLED | 12/18/2007 |
| 2007-M1-253854 | MIDLAND CREDIT MGT | GILES FRANSICO | 12/18/2007 |
| 2007-M1-253856 | MIDLAND CREDIT MGT | STERNS KAMEN D | 12/18/2007 |
| 2007-M1-253858 | MIDLAND CREDIT MGT | JOHNSON MYRTIS | 12/18/2007 |
| 2007-M1-253861 | MIDLAND CREDIT MGT | FISHER MARK | 12/18/2007 |
| 2007-M1-253862 | MIDLAND CREDIT MGT | MONTANO FELIPE | 12/18/2007 |
| 2007-M1-253866 | MIDLAND CREDIT MGT | STARKS PATRICIA | 12/18/2007 |
| 2007-M1-253867 | MIDLAND CREDIT MGT | ALLISON JOEL C | 12/18/2007 |
| 2007-M1-253868 | MIDLAND CREDIT MGT | WRIGHT DOROTHY | 12/18/2007 |
| 2007-M1-253869 | MIDLAND CREDIT MGT | WHITE SARA | 12/18/2007 |
| 2007-M1-253870 | MIDLAND CREDIT MGT | HALL DIONE | 12/18/2007 |
| 2007-M1-253871 | MIDLAND CREDIT MGT | HUDSON MICHELLE | 12/18/2007 |
| 2007-M1-253872 | MIDLAND CREDIT MGT | LINDGREN WILLIAM S | 12/18/2007 |
| 2007-M1-253873 | MIDLAND CREDIT MGT | SMITH PAULINE | 12/18/2007 |
| 2007-M1-253874 | MIDLAND CREDIT MGT | MCCLOUD VARENA N | 12/18/2007 |
| 2007-M1-252813 | MIDLAND FUNDING | WHITE THORNTON | 12/16/2007 |
| 2007-M1-252814 | MIDLAND FUNDING | WRIGHT ROGER | 12/16/2007 |
| 2007-M1-252815 | MIDLAND FUNDING | WHITTEN CEDRIC | 12/16/2007 |
| 2007-M1-252816 | MIDLAND FUNDING | SNEED BERNARD | 12/16/2007 |
| 2007-M1-252817 | MIDLAND FUNDING | POE KATHY | 12/16/2007 |
| 2007-M1-252818 | MIDLAND FUNDING | PRINCE ELEASE | 12/16/2007 |
| 2007-M1-252819 | MIDLAND FUNDING | BATALLA MARIA | 12/16/2007 |
| 2007-M1-252820 | MIDLAND FUNDING | KRAUSE PATTY | 12/16/2007 |
| 2007-M1-252821 | MIDLAND FUNDING | JOHN CYNTHIA | 12/16/2007 |
| 2007-M1-252822 | MIDLAND FUNDING | GREEN LARRY | 12/16/2007 |
| 2007-M1-252823 | MIDLAND FUNDING | DIGGS DANISHA | 12/16/2007 |
| 2007-M1-252824 | MIDLAND FUNDING | CARGILL PHILIP | 12/16/2007 |
| 2007-M1-252825 | MIDLAND FUNDING | KING JOHN | 12/16/2007 |
| 2007-M1-252959 | MIDLAND FUNDING CO | SAGO FAYE | 12/16/2007 |
| 2007-M1-252960 | MIDLAND FUNDING LL | HICKS LILLY R | 12/16/2007 |
| 2007-M1-252961 | MIDLAND FUNDING LL | BAKER DEBRA A | 12/16/2007 |
| 2007-M1-252962 | MIDLAND FUNDING LL | JAMES ROBERT | 12/16/2007 |
| 2007-M1-252963 | MIDLAND FUNDING LL | MOTYKOWSKI DENNIS | 12/16/2007 |
| 2007-M1-252964 | MIDLAND FUNDING LL | WEBB KELLI | 12/16/2007 |
| 2007-M1-252965 | MIDLAND FUNDING LL | ROBINSON EUGENE | 12/16/2007 |
| 2007-M1-252966 | MIDLAND FUNDING LL | ROGERS MARCIA | 12/16/2007 |
| 2007-M1-251851 | MIDLAND FUNDING LL | HILL ERICA | 12/15/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-251852 | MIDLAND FUNDING LL | JOHNSON CARRIE | 12/15/2007 |
| 2007-M1-251857 | MIDLAND FUNDING | KIRKLIN JAMESHIA L | 12/15/2007 |
| 2007-M1-251858 | MIDLAND FUNDING | MICHALSKI JOSEPH B | 12/15/2007 |
| 2007-M1-251859 | MIDLAND FUNDING | MONTGOMERY JILIAN | 12/15/2007 |
| 2007-M1-251861 | MIDLAND FUNDING | ONEAL TYRONE | 12/15/2007 |
| 2007-M1-251863 | MIDLAND FUNDING | ROQUE HERMAN L | 12/15/2007 |
| 2007-M1-251864 | MIDLAND FUNDING | SANTIAGO CARILU | 12/15/2007 |
| 2007-M1-251865 | MIDLAND FUNDING | SIMS FRANKLYN J | 12/15/2007 |
| 2007-M1-251866 | MIDLAND FUNDING | SMITH CURTIS S | 12/15/2007 |
| 2007-M1-251867 | MIDLAND FUNDING | SMITH KIMBERLY D | 12/15/2007 |
| 2007-M1-251868 | MIDLAND FUNDING | STRAUSS MARY L | 12/15/2007 |
| 2007-M1-251869 | MIDLAND FUNDING | TURNER STEPHEN P | 12/15/2007 |
| 2007-M1-251871 | MIDLAND FUNDING | TURRUBIARTES ALEJA | 12/15/2007 |
| 2007-M1-251872 | MIDLAND FUNDING | WASHINGTON JULIA | 12/15/2007 |
| 2007-M1-251873 | MIDLAND FUNDING | WASHINGTON DARLENE | 12/15/2007 |
| 2007-M1-251874 | MIDLAND FUNDING | WILLIAMS MATTIE B | 12/15/2007 |
| 2007-M1-251875 | MIDLAND FUNDING | WILLIAMS JESSIE L | 12/15/2007 |
| 2007-M1-251876 | MIDLAND FUNDING | WILLIAMS DANNY | 12/15/2007 |
| 2007-M1-251877 | MIDLAND FUNDING | HANLEY JOHN P | 12/15/2007 |
| 2007-M1-251878 | MIDLAND FUNDING | HARPER ADDIE | 12/15/2007 |
| 2007-M1-251880 | MIDLAND FUNDING | ABERNATHY ARCHIE | 12/15/2007 |
| 2007-M1-251881 | MIDLAND FUNDING | AUSTON BRENDA L | 12/15/2007 |
| 2007-M1-251882 | MIDLAND FUNDING | AUBERT LANELL | 12/15/2007 |
| 2007-M1-251883 | MIDLAND FUNDING | ANDERSON ELVIRA | 12/15/2007 |
| 2007-M1-251884 | MIDLAND FUNDING | BAYONA JOCELYN G | 12/15/2007 |
| 2007-M1-251886 | MIDLAND FUNDING | CELESTINE LOU ANN | 12/15/2007 |
| 2007-M1-251887 | MIDLAND FUNDING | CASTANEDA ROSA A | 12/15/2007 |
| 2007-M1-251889 | MIDLAND FUNDING | DOMINICK JUDY | 12/15/2007 |
| 2007-M1-251890 | MIDLAND FUNDING | DOMINICI KIMBERLEY | 12/15/2007 |
| 2007-M1-251891 | MIDLAND FUNDING | GOMEZ EUSEBIA H | 12/15/2007 |
| 2007-M1-251893 | MIDLAND FUNDING | HOLMES LOLITHA C | 12/15/2007 |
| 2007-M1-251895 | MIDLAND FUNDING | HOLLOWAY VEDA R | 12/15/2007 |
| 2007-M1-251898 | MIDLAND FUNDING | JORDAN TIWANA L | 12/15/2007 |
| 2007-M1-251900 | MIDLAND FUNDING | KAMINSKI PATRICIA | 12/15/2007 |
| 2007-M1-251959 | MIDLAND FUNDING LL | RANKINE MARINE | 12/15/2007 |
| 2007-M1-251961 | MIDLAND FUNDING LL | KNIGHT CLAUDIA M | 12/15/2007 |
| 2007-M1-251966 | MIDLAND FUNDING LL | BROOKS ROGER JR | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-251969 | MIDLAND CREDIT MGT | LATO HAROLD | 12/15/2007 |
| 2007-M1-251970 | MIDLAND FUNDING LL | FLORES MARIA L | 12/15/2007 |
| 2007-M1-251971 | MIDLAND CREDIT MGT | HARTMAN ROGER | 12/15/2007 |
| 2007-M1-251973 | MIDLAND CREDIT MGT | STALLMAN BARRY | 12/15/2007 |
| 2007-M1-251975 | MIDLAND CREDIT MGT | BENSON MARCELLA | 12/15/2007 |
| 2007-M1-251977 | MIDLAND CREDIT MGT | COLEMAN MICHAEL | 12/15/2007 |
| 2007-M1-251978 | MIDLAND FUNDING LL | LINDSEY JOE H | 12/15/2007 |
| 2007-M1-251979 | MIDLAND FUNDING LL | MC CALISTER KEVIN | 12/15/2007 |
| 2007-M1-251980 | MIDLAND CREDIT MGT | KRUCZEK DAWN K | 12/15/2007 |
| 2007-M1-251981 | MIDLAND FUNDING LL | MCADOO COZETTE R | 12/15/2007 |
| 2007-M1-251982 | MIDLAND CREDIT MGT | JOHNSON CARESS | 12/15/2007 |
| 2007-M1-251983 | MIDLAND FUNDING LL | MOLARO CHRISTINA | 12/15/2007 |
| 2007-M1-251984 | MIDLAND CREDIT MGT | NOWAKOWSKI JERZY | 12/15/2007 |
| 2007-M1-251985 | MIDLAND FUNDING LL | MINJARES ERICA | 12/15/2007 |
| 2007-M1-251986 | MIDLAND CREDIT MGT | KALETA BARBATRA M | 12/15/2007 |
| 2007-M1-251987 | MIDLAND FUNDING LL | NAUGHTON JAMES JR | 12/15/2007 |
| 2007-M1-251988 | MIDLAND CREDIT MGT | WILLIAMS THOMAS C | 12/15/2007 |
| 2007-M1-251989 | MIDLAND FUNDING LL | PETERS DARLYNNE | 12/15/2007 |
| 2007-M1-251990 | MIDLAND CREDIT MGT | MUFTI FARZAN J | 12/15/2007 |
| 2007-M1-251991 | MIDLAND FUNDING LL | RAMOS JILL E | 12/15/2007 |
| 2007-M1-251992 | MIDLAND FUNDING LL | REED ANTHONY | 12/15/2007 |
| 2007-M1-251993 | MIDLAND CREDIT MGT | PAYTON EVELYN | 12/15/2007 |
| 2007-M1-251994 | MIDLAND FUNDING LL | RIMLAWI OMAR | 12/15/2007 |
| 2007-M1-251995 | MIDLAND CREDIT MGT | WEST ISAAC R | 12/15/2007 |
| 2007-M1-251997 | MIDLAND CREDIT MGT | WALKER SIOBHAN K | 12/15/2007 |
| 2007-M1-251998 | MIDLAND CREDIT MGT | BURNS GARY S | 12/15/2007 |
| 2007-M1-251999 | MIDLAND FUNDING LL | STAFFORD VINCENT R | 12/15/2007 |
| 2007-M1-252000 | MIDLAND FUNDING LL | SUSANA JENNIFER | 12/15/2007 |
| 2007-M1-252001 | MIDLAND FUNDING LL | WILLIAMS GERTRUDE | 12/15/2007 |
| 2007-M1-252002 | MIDLAND CREDIT MGT | REED JAMES R | 12/15/2007 |
| 2007-M1-252003 | MIDLAND FUNDING LL | ZURAD WILLIAM T | 12/15/2007 |
| 2007-M1-252004 | MIDLAND CREDIT MGT | MANNING JOYCE E | 12/15/2007 |
| 2007-M1-252005 | MIDLAND FUNDING LL | ANDRUS JOSEPH | 12/15/2007 |
| 2007-M1-252006 | MIDLAND CREDIT MGT | SAVILL MLATHEW | 12/15/2007 |
| 2007-M1-252007 | MIDLAND CREDIT MGT | KNAPP JULIO | 12/15/2007 |
| 2007-M1-252008 | MIDLAND FUNDING LL | BELMONT LARKEISHA | 12/15/2007 |
| 2007-M1-252009 | MIDLAND CREDIT MGT | JASSO JUAN M | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-252010 | MIDLAND CREDIT MGT | MCLELLAN SCOTT D | 12/15/2007 |
| 2007-M1-252011 | MIDLAND CREDIT MGT | KEPLEY ANITA M | 12/15/2007 |
| 2007-M1-252012 | MIDLAND CREDIT MGT | YOON JAE E | 12/15/2007 |
| 2007-M1-252013 | MIDLAND CREDIT MGT | PRICE EMILY | 12/15/2007 |
| 2007-M1-252014 | MIDLAND CREDIT MGT | KANMROWSKI ZDISLAW | 12/15/2007 |
| 2007-M1-252016 | MIDLAND FUNDING LL | BRIDGER MICHAEL J | 12/15/2007 |
| 2007-M1-252017 | MIODLA CREDIT MGT | FOULES STAN | 12/15/2007 |
| 2007-M1-252018 | MIDLAND FUNDING LL | BURKETT JANIS E | 12/15/2007 |
| 2007-M1-252019 | MIDLAND CREDIT MGT | LOPEZ JORGE | 12/15/2007 |
| 2007-M1-252020 | MIDLAND FUNDING LL | DRURY JASON M | 12/15/2007 |
| 2007-M1-252021 | MIDLAND CREDIT MGT | ANGELAKOS MICHAEL | 12/15/2007 |
| 2007-M1-252022 | MIDLAND FUNDING LL | GARCIA CRISTINA | 12/15/2007 |
| 2007-M1-252023 | MIDLAND CREDIT MGT | MARCOWKA SHERYL | 12/15/2007 |
| 2007-M1-252024 | MIDLAND CREDIT MGT | MARTINEZ ROSA M | 12/15/2007 |
| 2007-M1-252025 | MIDLAND FUNDING LL | HORTON LINDA C | 12/15/2007 |
| 2007-M1-252028 | MIDLAND FUNDING LL | KOTRBA DIANE D | 12/15/2007 |
| 2007-M1-252030 | MIDLAND FUNDING CO | WILLIAMS JOY | 12/15/2007 |
| 2007-M1-252065 | MIDLAND FUNDING | HOLLOWAY PAMELA | 12/15/2007 |
| 2007-M1-252116 | MIDLAND FUNDING LL | KEY LAWRENCE | 12/15/2007 |
| 2007-M1-252122 | MIDLAND FUNDING CO | JANKOWSKI MISSY | 12/15/2007 |
| 2007-M1-252126 | MIDLAND FUNDING LL | GONZALEZ ISRAEL | 12/15/2007 |
| 2007-M1-252135 | MIDLAND FUNDING LL | FIGIELSKI DEBBIE A | 12/15/2007 |
| 2007-M1-252151 | MIDLAND FUNDING | SCHER GAIL A | 12/15/2007 |
| 2007-M1-252170 | MIDLAND FUNDING | BENITEZ BERNABE | 12/15/2007 |
| 2007-M1-252182 | MIDLAND FUNDING | MCCANN MILDRED | 12/15/2007 |
| 2007-M1-252186 | MIDLAND FUNDING | MARIONNNENE LISA M | 12/15/2007 |
| 2007-M1-252190 | MIDLAND FUNDING | OZEH ANTHONY | 12/15/2007 |
| 2007-M1-252203 | MIDLAND FUNDING | KEARNS MARY ELLEN | 12/15/2007 |
| 2007-M1-252254 | MIDLAND FUNDING LL | MOONEY MARSHA R | 12/15/2007 |
| 2007-M1-252266 | MIDLAND FUNDING LL | WEBBER MARK A | 12/15/2007 |
| 2007-M1-252267 | MIDLAND FUNDING LL | TREVINO RAMONA A | 12/15/2007 |
| 2007-M1-252268 | MIDLAND FUNDING LL | SANDERS SYMPHONY N | 12/15/2007 |
| 2007-M1-252271 | MIDLAND FUNDING LL | RICHARDSON TIMOTHY | 12/15/2007 |
| 2007-M1-252272 | MIDLAND FUNDING CO | PEREZ HECTOR | 12/15/2007 |
| 2007-M1-252277 | MIDLAND FUNDING LL | GAVALICK BETTY | 12/15/2007 |
| 2007-M1-252291 | MIDLAND FUNDING CO | PORTER ANNIE | 12/15/2007 |
| 2007-M1-252293 | MIDLAND FUNDING LL | MILLER JERMAINE D | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-252295 | MIDLAND FUNDING LL | LYNCH DONALD J | 12/15/2007 |
| 2007-M1-252299 | MIDLAND FUNDING LL | HUNKER DOROTHY M | 12/15/2007 |
| 2007-M1-252300 | MIDLAND FUNDING LL | HARDAWAY MICHAEL D | 12/15/2007 |
| 2007-M1-252390 | MIDLAND FUNDING | MAYFIELD WILBERT | 12/15/2007 |
| 2007-M1-252405 | MIDLAND FUNDING LL | HURTADO MARIA | 12/15/2007 |
| 2007-M1-252406 | MIDLAND FUNDING LL | OTOLLE JEANINE | 12/15/2007 |
| 2007-M1-252407 | MIDLAND FUNDING LL | PIERCE CRYSTAL | 12/15/2007 |
| 2007-M1-252416 | MIDLAND FUNDING | WALCZAK DONALD | 12/15/2007 |
| 2007-M1-252418 | MIDLAND FUNDING LL | LOVE TYRA | 12/15/2007 |
| 2007-M1-252420 | MIDLAND FUNDING | SCHNEPF THOMAS | 12/15/2007 |
| 2007-M1-252423 | MIDLAND FUNDING LL | WILLIAMS LARRY | 12/15/2007 |
| 2007-M1-252425 | MIDLAND FUNDING LL | ADAMS DEIDRA | 12/15/2007 |
| 2007-M1-252427 | MIDLAND FUNDING | RICHARDSON JOHNNY | 12/15/2007 |
| 2007-M1-252429 | MIDLAND FUNDING LL | RYAN THOMAS | 12/15/2007 |
| 2007-M1-252431 | MIDLAND FUNDING LL | COLLIER IRENE | 12/15/2007 |
| 2007-M1-252436 | MIDLAND FUNDING LL | NUTE CAROLINE | 12/15/2007 |
| 2007-M1-252438 | MIDLAND FUNDING LL | BERRY JEFFREY | 12/15/2007 |
| 2007-M1-252440 | MIDLAND FUNDING NC | VOORHEIS LEO | 12/15/2007 |
| 2007-M1-252441 | MIDLAND FUNDING LL | BECK SHARON A | 12/15/2007 |
| 2007-M1-252446 | MIDLAND FUNDING LL | CRAWFORD HERMAN | 12/15/2007 |
| 2007-M1-252449 | MIDLAND FUNDING LL | YANCEY TRACEY | 12/15/2007 |
| 2007-M1-252452 | MIDLAND FUNDING | BROOKS SANDRA | 12/15/2007 |
| 2007-M1-252454 | MIDLAND FUNDING LL | WILLIS PETER | 12/15/2007 |
| 2007-M1-252459 | MIDLAND FUNDING | RIEDLE MARGARET | 12/15/2007 |
| 2007-M1-252465 | MIDLAND FUNDING NC | POLK DONNA | 12/15/2007 |
| 2007-M1-252467 | MIDLAND FUNDING LL | MEARES ANNA | 12/15/2007 |
| 2007-M1-252482 | MIDLAND FUNDING LL | HINES BOBBY | 12/15/2007 |
| 2007-M1-252512 | MIDLAND FUNDING | SYDNOR FRAZER | 12/15/2007 |
| 2007-M1-252513 | MIDLAND FUNDING | TAPIA ALFREDO | 12/15/2007 |
| 2007-M1-252518 | MIDLAND FUNDING | WHITE KENNETH | 12/15/2007 |
| 2007-M1-252525 | MIDLAND FUNDING | HIRSCH STEVEN B | 12/15/2007 |
| 2007-M1-252530 | MIDLAND FUNDING | GRAY MAURICE B | 12/15/2007 |
| 2007-M1-252533 | MIDLAND FUNDING | FOX WALTER H | 12/15/2007 |
| 2007-M1-252536 | MIDLAND FUNDING | DELGADO RAUL | 12/15/2007 |
| 2007-M1-252539 | MIDLAND FUNDING | AGNEW DONALD C | 12/15/2007 |
| 2007-M1-252543 | MIDLAND FUNDING | PERKOWSKI LYNDA C | 12/15/2007 |
| 2007-M1-252544 | MIDLAND FUNDING | ORTIZ DEBRA A | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-252550 | MIDLAND FUNDING | VILLAREAL MARIA | 12/15/2007 |
| 2007-M1-252552 | MIDLAND FUNDING | ROA VICENTE | 12/15/2007 |
| 2007-M1-252576 | MIDLAND CREDIT MGT | CARLASCIO GINA L | 12/15/2007 |
| 2007-M1-252577 | MIDLAND CREDIT MGT | GAYTAN ENRIQUE | 12/15/2007 |
| 2007-M1-252578 | MIDLAND CREDIT MGT | ERHART PHYLLIS J | 12/15/2007 |
| 2007-M1-252579 | MIDLAND CREDIT MGT | KOSTADINOV KOSTADI | 12/15/2007 |
| 2007-M1-252580 | MIDLAND CREDIT MGT | ALI GABRIELA S | 12/15/2007 |
| 2007-M1-252581 | MIDLAND CREDIT MGT | MIKONIS DARIUS | 12/15/2007 |
| 2007-M1-252582 | MIDLAND CREDIT MGT | RATAJCZYK THERESE | 12/15/2007 |
| 2007-M1-252583 | MIDLAND CREDIT MGT | LEWIS JOHN F | 12/15/2007 |
| 2007-M1-252584 | MIDLAND CREDIT MGT | ROGOJAN FLOARE | 12/15/2007 |
| 2007-M1-252585 | MIDLAND CREDIT MGT | CARPENTER JEFFREY | 12/15/2007 |
| 2007-M1-252586 | MIDLAND CREDIT MGT | BROOKS SHARON D | 12/15/2007 |
| 2007-M1-252587 | MIDLAND CREDIT MGT | KARWECKI STANISLAW | 12/15/2007 |
| 2007-M1-252588 | MIDLAND CREDIT MGT | PHARTHONG TOM | 12/15/2007 |
| 2007-M1-252589 | MIDLAND CREDIT MGT | GANTER JUANITA | 12/15/2007 |
| 2007-M1-252590 | MIDLAND CREDIT MGT | MOY EDMUND L | 12/15/2007 |
| 2007-M1-252591 | MIDLAND CREDIT MGT | HENRY ROBERT L | 12/15/2007 |
| 2007-M1-252592 | MIDLAND CREDIT MGT | PEREZ SAMUEL | 12/15/2007 |
| 2007-M1-252593 | MIDLAND CREDIT MGT | MILLER CONCETTA A | 12/15/2007 |
| 2007-M1-252594 | MIDLAND CREDIT MGT | GARNETT CHRISTINE | 12/15/2007 |
| 2007-M1-252595 | MIDLAND CREDIT MGT | MARGUEZ REGINA A | 12/15/2007 |
| 2007-M1-252596 | MIDLAND CREDIT MGT | JOSHUA ERICA M | 12/15/2007 |
| 2007-M1-252597 | MIDLAND CREDIT MGT | MARTIN SUNNY P | 12/15/2007 |
| 2007-M1-252598 | MIDLAND CREDIT MGT | LOPEZ IMELDA | 12/15/2007 |
| 2007-M1-252599 | MIDLAND CREDIT MGT | WILHELM MARIAN | 12/15/2007 |
| 2007-M1-252600 | MIDLAND CREDIT MGT | WOODBERRY CHRISTIN | 12/15/2007 |
| 2007-M1-252601 | MIDLAND CREDIT MGT | SMITH JUANITA | 12/15/2007 |
| 2007-M1-252602 | MIDLAND CREDIT MGT | DROZDO FRED K | 12/15/2007 |
| 2007-M1-252603 | MIDLAND CREDIT MGT | HOWE DAVID | 12/15/2007 |
| 2007-M1-252604 | MIDLAND CREDIT MGT | ELDRIDGE SANDRA RU | 12/15/2007 |
| 2007-M1-252605 | MIDLAND CREDIT MGT | SCOTT LOIS | 12/15/2007 |
| 2007-M1-252610 | MIDLAND FUNDING LL | ESCALANTE MICHELLE | 12/15/2007 |
| 2007-M1-252612 | MIDLAND FUNDING LL | DOTSON DENNIS | 12/15/2007 |
| 2007-M1-252632 | MIDLAND FUNDING LL | CARRAWAY ROBERT | 12/15/2007 |
| 2007-M1-252633 | MIDLAND FUNDING LL | CARPENTER ELIZABET | 12/15/2007 |
| 2007-M1-252642 | MIDLAND FUNDING LL | BASSETT LINDA M | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-252663 | MIDLAND FUNDING LL | POLLARD EBONY | 12/15/2007 |
| 2007-M1-252680 | MIDLAND FUNDING LL | SMITH JOHN A | 12/15/2007 |
| 2007-M1-252681 | MIDLAND FUNDING LL | SMITH MAE H | 12/15/2007 |
| 2007-M1-252682 | MIDLAND FUNDING LL | STEWARD SPENCER | 12/15/2007 |
| 2007-M1-252687 | MIDLAND FUNDING LL | TAYNE ROSLYN SCHUS | 12/15/2007 |
| 2007-M1-252689 | MIDLAND FUNDING LL | WHITE CAROL L | 12/15/2007 |
| 2007-M1-252701 | MIDLAND FUNDING LL | JONES MELVIN | 12/15/2007 |
| 2007-M1-252707 | MIDLAND FUNDING LL | JOHNSON TRACI N | 12/15/2007 |
| 2007-M1-252712 | MIDLAND FUNDING LL | JACKSON TONI | 12/15/2007 |
| 2007-M1-252714 | MIDLAND FUNDING LL | GUIDER DENNIS | 12/15/2007 |
| 2007-M1-252753 | MIDLAND CREDIT MAN | HONEYCUTT TAMIKA D | 12/15/2007 |
| 2007-M1-252756 | MIDLAND CREDIT MAN | ANTUNEZ NADIA | 12/15/2007 |
| 2007-M1-252758 | MIDLAND CREDIT MAN | WALKER THERESA | 12/15/2007 |
| 2007-M1-252762 | MIDLAND CREDIT MAN | LAUREA ELEONOR | 12/15/2007 |
| 2007-M1-252764 | MIDLAND FUNDING MA | DAVIS BONITA | 12/15/2007 |
| 2007-M1-252766 | MIDLAND CREDIT MAN | SAWKA CHERYL | 12/15/2007 |
| 2007-M1-252769 | MIDLAND CREDIT MAN | SMITH MICHEAL | 12/15/2007 |
| 2007-M1-252771 | MIDLAND FUNDING MA | ZABOROWSKI ERNEST | 12/15/2007 |
| 2007-M1-252773 | MIDLAND CREDIT MAN | HARDIN CHEYENNE | 12/15/2007 |
| 2007-M1-252775 | MIDLAND CREDIT MAN | DUNCAN HARRIET | 12/15/2007 |
| 2007-M1-252777 | MIDLAND CREDIT MAN | CURRY VERSIE | 12/15/2007 |
| 2007-M1-252779 | MIDLAND CREDIT MAN | LEE JIN S | 12/15/2007 |
| 2007-M1-252781 | MIDLAND CREDIT MAN | FLUNDER GLORIA D | 12/15/2007 |
| 2007-M1-252784 | MIDLAND CREDIT MAN | GRICIUS LINAS | 12/15/2007 |
| 2007-M1-252785 | MIDLAND CREDIT MAN | NELSON JAMES | 12/15/2007 |
| 2007-M1-252787 | MIDLAND CREDIT MAN | MIN JAMES B | 12/15/2007 |
| 2007-M1-252789 | MIDLAND CREDIT MAN | TOWNSEND RICHARD J | 12/15/2007 |
| 2007-M1-252791 | MIDLAND CREDIT MAN | WILDER SAMMY | 12/15/2007 |
| 2007-M1-252793 | MIDLAND CREDIT MAN | DENT FAITH A | 12/15/2007 |
| 2007-M1-252795 | MIDLAND CREDIT MAN | RECULE WILTEAU | 12/15/2007 |
| 2007-M1-252796 | MIDLAND CREDIT MAN | LATA MICHELLE A | 12/15/2007 |
| 2007-M1-252797 | MIDLAND CREDIT MAN | TECZA FRANCISZE A | 12/15/2007 |
| 2007-M1-252798 | MIDLAND CREDIT MAN | AUSTIN LORINE | 12/15/2007 |
| 2007-M1-252799 | MIDLAND CREDIT MAN | MCDONNELL MICHAEL | 12/15/2007 |
| 2007-M1-252800 | MIDLAND CREDIT MAN | COOLEY PATRICIA A | 12/15/2007 |
| 2007-M1-252801 | MIDLAND CREDIT MAN | CAPODANO JEFF C | 12/15/2007 |
| 2007-M1-252802 | MIDLAND CREDIT MAN | EVANS YOLANDA | 12/15/2007 |

| 2007-M1-252803 | MIDLAND CREDIT MAN | PUGH EPHRAIM III | 12/15/2007 |
|---|---|---|---|
| 2007-M1-252804 | MIDLAND CREDIT MAN | KABALA MICHAEL J | 12/15/2007 |
| 2007-M1-252805 | MIDLAND CREDIT MAN | BLAKEMORE DARLENE | 12/15/2007 |
| 2007-M1-252806 | MIDLAND CREDIT MAN | RODRIGUEZ GEORGE L | 12/15/2007 |
| 2007-M1-252807 | MIDLAND FUNDING MA | OWENS EUGENE L | 12/15/2007 |
| 2007-M1-252808 | MIDLAND CREDIT MAN | TANAFRANCA JAECIPH | 12/15/2007 |
| 2007-M1-252809 | MIDLAND CREDIT MAN | BLAKELY JOYCE | 12/15/2007 |
| 2007-M1-252810 | MIDLAND CREDIT MAN | GUY WILLIE | 12/15/2007 |
| 2007-M1-251444 | MIDLAND FUNDING | YOUNG JEFF | 12/14/2007 |
| 2007-M1-251478 | MIDLAND FUNDING | BIRT SHEILA | 12/14/2007 |
| 2007-M1-251484 | MIDLAND FUNDING | PEREZ SANTIAGO | 12/14/2007 |
| 2007-M1-251513 | MIDLAND FUNDING | HILL CORDELL | 12/14/2007 |
| 2007-M1-251518 | MIDLAND FUNDING | CORNEJO JOSE | 12/14/2007 |
| 2007-M1-251519 | MIDLAND FUNDING | COWART NIKIA | 12/14/2007 |
| 2007-M1-251520 | MIDLAND FUNDING | WALSHTABOT MAUREEN | 12/14/2007 |
| 2007-M1-251522 | MIDLAND FUNDING | WHITFIELD OSCAR | 12/14/2007 |
| 2007-M1-251528 | MIDLAND FUNDING | KO YEON MI M | 12/14/2007 |
| 2007-M1-251533 | MIDLAND FUNDING | PAYOT GASPAR M | 12/14/2007 |
| 2007-M1-250938 | MIDLAND FUNDING LL | SHEARED IDA M | 12/13/2007 |
| 2007-M1-250939 | MIDLAND FUNDING LL | ROMZ SUSAN | 12/13/2007 |
| 2007-M1-250943 | MIDLAND FUNDING LL | NEWSON CALVIN | 12/13/2007 |
| 2007-M1-250944 | MIDLAND FUNDING LL | MURRY CEDRIC L | 12/13/2007 |
| 2007-M1-250950 | MIDLAND FUNDING LL | JOHNSTON DONNA R | 12/13/2007 |
| 2007-M1-250952 | MIDLAND FUNDING LL | HEIDEN LINDA B | 12/13/2007 |
| 2007-M1-250953 | MIDLAND FUNDING LL | HAYES SONJA | 12/13/2007 |
| 2007-M1-250955 | MIDLAND FUNDING LL | EDGE KENDAL A | 12/13/2007 |
| 2007-M1-250964 | MIDLAND FUNDING | HAROLD LASHUNDA R | 12/13/2007 |
| 2007-M1-250965 | MIDLAND FUNDING | CARTER ARLENE | 12/13/2007 |
| 2007-M1-250966 | MIDLAND FUNDING | CANTY LEONARD E | 12/13/2007 |
| 2007-M1-250967 | MIDLAND FUNDING | CAMPO ANTHONY | 12/13/2007 |
| 2007-M1-250968 | MIDLAND FUNDING | CALDWELL VERONICA | 12/13/2007 |
| 2007-M1-250969 | MIDLAND FUNDING | CALDERON ARTEMIO | 12/13/2007 |
| 2007-M1-250970 | MIDLAND FUNDING | BROOMS JONITA C | 12/13/2007 |
| 2007-M1-250971 | MIDLAND FUNDING | COLINA ARISTIDES | 12/13/2007 |
| 2007-M1-250974 | MIDLAND FUNDING | OLIVERA MAJORIE DE | 12/13/2007 |
| 2007-M1-250975 | MIDLAND FUNDING | DAVIS ALICIA N | 12/13/2007 |
| 2007-M1-250977 | MIDLAND FUNDING | WILLIAMS ANNIE T | 12/13/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-250981 | MIDLAND FUNDING | WALKER LARON M | 12/13/2007 |
| 2007-M1-250983 | MIDLAND FUNDING | MUHAMMAD SAMIHA | 12/13/2007 |
| 2007-M1-250984 | MIDLAND FUNDING | ROSENTHAL ARNOLD H | 12/13/2007 |
| 2007-M1-250985 | MIDLAND FUNDING | ROSA OSCAR R | 12/13/2007 |
| 2007-M1-250987 | MIDLAND FUNDING | WATKINS DIANA | 12/13/2007 |
| 2007-M1-250988 | MIDLAND FUNDING | WATKINS CLARENCE | 12/13/2007 |
| 2007-M1-251000 | MIDLAND FUNDING | JONES NASHETA D | 12/13/2007 |
| 2007-M1-251012 | MIDLAND FUNDING | RICE MICHAEL A | 12/13/2007 |
| 2007-M1-251013 | MIDLAND FUNDING | ROBERSON PATRICIA | 12/13/2007 |
| 2007-M1-251020 | MIDLAND FUNDING | DAVIS APRIL | 12/13/2007 |
| 2007-M1-251021 | MIDLAND FUNDING | ORTIZ LUIS | 12/13/2007 |
| 2007-M1-251026 | MIDLAND FUNDING | HIGGINS DEVON A | 12/13/2007 |
| 2007-M1-251028 | MIDLAND FUNDING | HOLTON CYNTHIA M | 12/13/2007 |
| 2007-M1-251053 | MIDLAND FUNDING LL | GAJIC RAJKA | 12/13/2007 |
| 2007-M1-251057 | MIDLAND FUNDING LL | SALGADO ARMANDO | 12/13/2007 |
| 2007-M1-251058 | MIDLAND FUNDING LL | RUSSO LAVERNE B | 12/13/2007 |
| 2007-M1-251061 | MIDLAND FUNDING LL | MILLER JACK A | 12/13/2007 |
| 2007-M1-251072 | MIDLAND FUNDING LL | LIPSCOMB YOLANDA W | 12/13/2007 |
| 2007-M1-251076 | MIDLAND FUNDING LL | WEINSTEIN TERRI | 12/13/2007 |
| 2007-M1-251079 | MIDLAND FUNDING LL | DOTSON JOHNNY | 12/13/2007 |
| 2007-M1-251087 | MIDLAND FUNDING LL | CARR JOHNNY A | 12/13/2007 |
| 2007-M1-251096 | MIDLAND FUNDING LL | DARWAZEH TAMER M | 12/13/2007 |
| 2007-M1-251127 | MIDLAND FUNDING | RAMIREZ RIGOBERTO | 12/13/2007 |
| 2007-M1-251129 | MIDLAND FUNDING | THAI TOAN | 12/13/2007 |
| 2007-M1-251135 | MIDLAND FUNDING | SUN LILI | 12/13/2007 |
| 2007-M1-251149 | MIDLAND FUNDING | BROOKS DAVETTA | 12/13/2007 |
| 2007-M1-251150 | MIDLAND FUNDING | COLTON TAKARA | 12/13/2007 |
| 2007-M1-251156 | MIDLAND FUNDING | HORN ADRIAN D | 12/13/2007 |
| 2007-M1-251157 | MIDLAND FUNDING | HORTON DARON | 12/13/2007 |
| 2007-M1-251165 | MIDLAND FUNDING | BRUAL MARIA | 12/13/2007 |
| 2007-M1-251175 | MIDLAND FUNDING | NICHOLS LINDA | 12/13/2007 |
| 2007-M1-251184 | MIDLAND FUNDING | BELMONTE JAIMIE | 12/13/2007 |
| 2007-M1-251187 | MIDLAND FUNDING | DIAZ SULEMA | 12/13/2007 |
| 2007-M1-251188 | MIDLAND FUNDING | FOSTER JEREMY | 12/13/2007 |
| 2007-M1-251394 | MIDLAND FUNDING | JACKSON ANTHONY | 12/13/2007 |
| 2007-M1-251398 | MIDLAND FUNDING | HAYES BRENDA F | 12/13/2007 |
| 2007-M1-251404 | MIDLAND FUNDING | GONZALEZ SANDRA | 12/13/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-251409 | MIDLAND FUNDING | DAVIS JEANINE | 12/13/2007 |
| 2007-M1-251410 | MIDLAND FUNDING | DEAN SYLVERA | 12/13/2007 |
| 2007-M1-250482 | MIDLAND FUNDING LL | WALKER ERANIA | 12/12/2007 |
| 2007-M1-250484 | MIDLAND FUNDING LL | AGOSTINELLI DEBI | 12/12/2007 |
| 2007-M1-250486 | MIDLAND FUNDING LL | TUTSON SINA | 12/12/2007 |
| 2007-M1-250488 | MIDLAND FUNDING LL | MAHOMES BERNICE | 12/12/2007 |
| 2007-M1-250489 | MIDLAND FUNDING LL | LILLY JESSICA A | 12/12/2007 |
| 2007-M1-250493 | MIDLAND FUNDING LL | LECHNER COLLEEN | 12/12/2007 |
| 2007-M1-250494 | MIDLAND FUNDING LL | LAWTON BERTHA M | 12/12/2007 |
| 2007-M1-250498 | MIDLAND FUNDING LL | GADBERRY DIANE | 12/12/2007 |
| 2007-M1-250499 | MIDLAND FUNDING LL | FIGURES REGINA A | 12/12/2007 |
| 2007-M1-250500 | MIDLAND FUNDING LL | FIELDS NATHANIEL | 12/12/2007 |
| 2007-M1-250501 | MIDLAND FUNDING LL | FEHL HARRY K | 12/12/2007 |
| 2007-M1-250502 | MIDLAND FUNDING LL | GRAHAM DIANNA L | 12/12/2007 |
| 2007-M1-250505 | MIDLAND FUNDING LL | GILMORE YVONNE | 12/12/2007 |
| 2007-M1-250508 | MIDLAND FUNDING LL | RIVERA WANDA | 12/12/2007 |
| 2007-M1-250509 | MIDLAND FUNDING LL | SANDERS INELL | 12/12/2007 |
| 2007-M1-250511 | MIDLAND FUNDING LL | SARTA MARIA | 12/12/2007 |
| 2007-M1-250513 | MIDLAND FUNDING LL | MCGUIRE JAMES | 12/12/2007 |
| 2007-M1-250515 | MIDLAND FUNDING LL | MATASSA CARRIE | 12/12/2007 |
| 2007-M1-250517 | MIDLAND FUNDING LL | PREISSLER STEVE J | 12/12/2007 |
| 2007-M1-250520 | MIDLAND FUNDING LL | PATTERSON HELENE | 12/12/2007 |
| 2007-M1-250521 | MIDLAND FUNDING LL | PARNELL ROBERT L | 12/12/2007 |
| 2007-M1-250522 | MIDLAND FUNDING LL | DAKOFF ROBERT N | 12/12/2007 |
| 2007-M1-250523 | MIDLAND FUNDING LL | DORNER CHRISTINE M | 12/12/2007 |
| 2007-M1-250524 | MIDLAND FUNDING LL | BOYD DEBRA P | 12/12/2007 |
| 2007-M1-250527 | MIDLAND FUNDING LL | BENNEM CAROLYN | 12/12/2007 |
| 2007-M1-250528 | MIDLAND FUNDING LL | BELT JAMES A | 12/12/2007 |
| 2007-M1-250529 | MIDLAND FUNDING LL | BARAHONA ALEXIS | 12/12/2007 |
| 2007-M1-250530 | MIDLAND FUNDING LL | BAJWA KUSHINDER | 12/12/2007 |
| 2007-M1-250532 | MIDLAND FUNDING LL | AREIZAGA ROSE J | 12/12/2007 |
| 2007-M1-250533 | MIDLAND FUNDING LL | ARANDA MARY A | 12/12/2007 |
| 2007-M1-250534 | MIDLAND FUNDING LL | ALSAKET DINA B | 12/12/2007 |
| 2007-M1-250537 | MIDLAND FUNDING LL | KREEGIER ROBERT | 12/12/2007 |
| 2007-M1-250538 | MIDLAND FUNDING LL | KHOUCHABA JACQUES | 12/12/2007 |
| 2007-M1-250539 | MIDLAND FUNDING LL | KENERSON PATRICIA | 12/12/2007 |
| 2007-M1-250546 | MIDLAND FUNDING LL | WILLIAMS SHANIKA L | 12/12/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-250547 | MIDLAND FUNDING LL | WHITE MARGARET A | 12/12/2007 |
| 2007-M1-250549 | MIDLAND FUNDING LL | BIESIADA COURTNEY | 12/12/2007 |
| 2007-M1-250551 | MIDLAND FUNDING LL | HOWELL VENITA | 12/12/2007 |
| 2007-M1-250552 | MIDLAND FUNDING LL | HORBACZ KENNETH A | 12/12/2007 |
| 2007-M1-250553 | MIDLAND FUNDING LL | HOLLIE PHYLLIS | 12/12/2007 |
| 2007-M1-250555 | MIDLAND FUNDING LL | DOVE DONNA | 12/12/2007 |
| 2007-M1-250556 | MIDLAND FUNDING LL | JORDAN RUTH | 12/12/2007 |
| 2007-M1-250557 | MIDLAND FUNDING LL | JONES SHIRLEY | 12/12/2007 |
| 2007-M1-250558 | MIDLAND FUNDING LL | JONES LULA B | 12/12/2007 |
| 2007-M1-250561 | MIDLAND FUNDING LL | THAMES DEWAIN G | 12/12/2007 |

Return to Search Page