# EXHIBIT D
# 2 of 2

| | | | |
|---|---|---|---|
| 2007-M1-204733 | MRC RECEIVABLES CO | TERRY ROSHAUN | 10/19/2007 |
| 2007-M1-204743 | MRC RECEIVABLES CO | CLAYTON TRACIE | 10/19/2007 |
| 2007-M1-204768 | MRC RECEIVABLES CO | SEWELL ANNIE | 10/19/2007 |
| 2007-M1-204807 | MRC RECEIVABLES CO | LEVU N | 10/19/2007 |
| 2007-M1-204808 | MRC RECEIVABLES CO | MOORE ANAISE | 10/19/2007 |
| 2007-M1-204826 | MRC RECEIVABLES CO | HEARD FREDRICK | 10/19/2007 |
| 2007-M1-204830 | MRC RECEIVABLES CO | MEMDEZ RODRIGO | 10/19/2007 |
| 2007-M1-204840 | MRC RECEIVABLES CO | TURNER KEITH | 10/19/2007 |
| 2007-M1-203926 | MRC RECEIVABLES CO | GREEN DARRICK | 10/18/2007 |
| 2007-M1-203961 | MRC RECEIVABLES CO | ROBINSON RONALD | 10/18/2007 |
| 2007-M1-204051 | MRC RECEIVABLES CO | MARTIN TORRANCE | 10/18/2007 |
| 2007-M1-204123 | MRC RECEIVABLES | SINPOLE LOUIS | 10/18/2007 |
| 2007-M1-204254 | MRC RECEIVABLES CO | OLIVER MARY | 10/18/2007 |
| 2007-M1-204263 | MRC RECEIVABLES CO | HUDSON BREE | 10/18/2007 |
| 2007-M1-204266 | MRC RECEIVABLES CO | OWENS RYAN | 10/18/2007 |
| 2007-M1-203231 | MRC RECEIVABLES CO | WOODALL ADRENIA | 10/17/2007 |
| 2007-M1-203247 | MRC RECEIVABLES CO | TAYLOR MELVIN | 10/17/2007 |
| 2007-M1-203249 | MRC RECEIVABLES CO | SIMMONS CAROLYN | 10/17/2007 |
| 2007-M1-203281 | MRC RECEIVABLES CO | JOHNSON CARMELITA | 10/17/2007 |
| 2007-M1-203301 | MRC RECEIVABLES CO | COLE ROSHANDA | 10/17/2007 |
| 2007-M1-203309 | MRC RECEIVABLES CO | PITYOU WAYLET | 10/17/2007 |
| 2007-M1-203311 | MRC RECEIVABLES CO | RANDLE TINA | 10/17/2007 |
| 2007-M1-203335 | MRC RECEIVABLES CO | KIRK ZELINDA | 10/17/2007 |
| 2007-M1-203383 | MRC RECEIVABLES CO | BELL REGINA | 10/17/2007 |
| 2007-M1-203384 | MRC RECEIVABLES CO | BEASLEY JUDITH | 10/17/2007 |
| 2007-M1-203390 | MRC RECEIVABLES CO | GESIORSKI MATTHEW | 10/17/2007 |
| 2007-M1-203399 | MRC RECEIVABLES CO | PARSONS KEITH | 10/17/2007 |
| 2007-M1-019174 | MRC RECEIVABLES CO | DELISI JOSEPH | 10/16/2007 |
| 2007-M1-201244 | MRC RECEIVABLES CO | SALILENG FILEMON | 10/11/2007 |
| 2007-M1-201309 | MRC RECEIVABLES CO | BIRDSONG JAMES | 10/11/2007 |
| 2007-M1-200518 | MRC RECEIVABLES CO | BYRD HENRY | 10/10/2007 |
| 2007-M1-200541 | MRC RECEIVABLES CO | KINSEY DEAGELO | 10/10/2007 |
| 2007-M1-200639 | MRC RECEIVABLES CO | ROGERS CARLA | 10/10/2007 |
| 2007-M1-200642 | MRC RECEIVABLES CO | ROBINSON BRIAN | 10/10/2007 |
| 2007-M1-200643 | MRC RECEIVABLES CO | ROBINSON FREDDIE | 10/10/2007 |
| 2007-M1-200149 | MRC RECEIVABLES CO | WILLIAMS LISA | 10/09/2007 |
| 2007-M1-199833 | MRC RECEIVABLES CO | MCMAHON ANDREW | 10/05/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-199836 | MRC RECEIVABLES CO | MCMILLAN EDNA | 10/05/2007 |
| 2007-M1-198667 | MRC RECEIVABLES CO | SEFERIAN HAROUTIOU | 10/03/2007 |
| 2007-M1-198798 | MIDLAND CREDIT MGT | MCCALL STEPHANIE | 10/03/2007 |
| 2007-M1-199061 | MRC RECEIVABLES CO | ODOM DOROTHY | 10/03/2007 |
| 2007-M1-197910 | MRC RECEIVABLES CO | MISTER LILLIE | 10/02/2007 |
| 2007-M1-198022 | MRC RECEIVABLES CO | STROMBERG CHRISTOP | 10/02/2007 |
| 2007-M1-198030 | MRC RECEIVABLES CO | THOMPSON DEBRA | 10/02/2007 |
| 2007-M1-197440 | MRC RECEIVABLES CO | MASALONGA DELFIN | 10/01/2007 |
| 2007-M1-197442 | MRC RECEIVABLES CO | MCCARTHY JOHN | 10/01/2007 |
| 2007-M1-197454 | MRC RECEIVABLES CO | BRAZEAU LAURENCE | 10/01/2007 |
| 2007-M1-197456 | MRC RECEIVABLES CO | CHOROMANSKA MIROSL | 10/01/2007 |
| 2007-M1-197457 | MRC RECEIVABLES CO | BOOTH ANDRE | 10/01/2007 |
| 2007-M1-197463 | MRC RECEIVABLES CO | DAVIS LENOLIA | 10/01/2007 |
| 2007-M1-197470 | MRC RECEIVABLES CO | YONKERS JULIE | 10/01/2007 |
| 2007-M1-197488 | MRC RECEIVABLES CO | ROBINSON ANNIE | 10/01/2007 |
| 2007-M1-197490 | MRC RECEIVABLES CO | LAWLER ELEANOR | 10/01/2007 |
| 2007-M1-197492 | MRC RECEIVABLES CO | EDWARDS TERESA | 10/01/2007 |
| 2007-M1-197533 | MRC RECEIVABLES CO | PRINCIPATO KENNETH | 10/01/2007 |
| 2007-M1-197537 | MRC RECEIVABLES CO | DILLARD FRANK | 10/01/2007 |
| 2007-M1-197540 | MRC RECEIVABLES CO | COOMBS LORI | 10/01/2007 |
| 2007-M1-197541 | MRC RECEIVABLES CO | GORSKI PAULINE | 10/01/2007 |
| 2007-M1-196831 | MRC RECEIVABLES CO | LUCIUS PATSY | 09/28/2007 |
| 2007-M1-196832 | MRC RECEIVABLES CO | JONES TONY | 09/28/2007 |
| 2007-M1-196833 | MRC RECEIVABLES CO | PARKER SHERAE | 09/28/2007 |
| 2007-M1-196834 | MRC RECEIVABLES CO | MAXEY CECIL | 09/28/2007 |
| 2007-M1-196835 | MRC RECEIVABLES CO | ALVARADO MAGDELINA | 09/28/2007 |
| 2007-M1-196836 | MRC RECEIVABLES CO | ALBANESE DONNA | 09/28/2007 |
| 2007-M1-196837 | MRC RECEIVABLES CO | BELDING ROSALIND | 09/28/2007 |
| 2007-M1-196838 | MRC RECEIVABLES CO | CARRINGTON CALVIN | 09/28/2007 |
| 2007-M1-196839 | MRC RECEIVABLES CO | CALLOWAY BILLY | 09/28/2007 |
| 2007-M1-196841 | MRC RECEIVABLES CO | ROBINSON FRIEDA | 09/28/2007 |
| 2007-M1-196844 | MRC RECEIVABLES CO | MARTIN DEBRA | 09/28/2007 |
| 2007-M1-196848 | MRC RECEIVABLES CO | QUINTERO JORGE | 09/28/2007 |
| 2007-M1-196852 | MRC RECEIVABLES CO | STEADMAN GLYNIS | 09/28/2007 |
| 2007-M1-196854 | MRC RECEIVABLES CO | TAMAYO CEASAR | 09/28/2007 |
| 2007-M1-196857 | MRC RECEIVABLES CO | TUCKER WENDALL | 09/28/2007 |
| 2007-M1-196858 | MRC RECEIVABLES CO | WEST PERCY | 09/28/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-196859 | MRC RECEIVABLES CO | WILLIS JUDY | 09/28/2007 |
| 2007-M1-196860 | MRC RECEIVABLES CO | WILLIAMS LEE | 09/28/2007 |
| 2007-M1-196862 | MRC RECEIVABLES CO | WITZ MELODY | 09/28/2007 |
| 2007-M1-196863 | MRC RECEIVABLES CO | ZAVALA TERESA | 09/28/2007 |
| 2007-M1-196864 | MRC RECEIVABLES CO | YOUNG CARMEN | 09/28/2007 |
| 2007-M1-196865 | MRC RECEIVABLES CO | STEVENSON PATRICIA | 09/28/2007 |
| 2007-M1-196868 | MRC RECEIVABLES CO | ROMERO ANTHONY | 09/28/2007 |
| 2007-M1-196870 | MRC RECEIVABLES CO | HUSSAIN ALTAF | 09/28/2007 |
| 2007-M1-196871 | MRC RECEIVABLES CO | HAYES TONY | 09/28/2007 |
| 2007-M1-196872 | MRC RECEIVABLES CO | HERNANDEZ DEBRA | 09/28/2007 |
| 2007-M1-196873 | MRC RECEIVABLES CO | LUNA MARY | 09/28/2007 |
| 2007-M1-196875 | MRC RECEIVABLES CO | KONCZAL RENEE | 09/28/2007 |
| 2007-M1-196876 | MRC RECEIVABLES CO | JOHNSON DEMETRIS | 09/28/2007 |
| 2007-M1-196877 | MRC RECEIVABLES CO | JOHNSON KIMBERLY | 09/28/2007 |
| 2007-M1-196878 | MRC RECEIVABLES CO | JONES MARVA | 09/28/2007 |
| 2007-M1-196879 | MRC RECEIVABLES CO | JEFFERSON CASSIE | 09/28/2007 |
| 2007-M1-196881 | MRC RECEIVABLES CO | EVANS SALLIE | 09/28/2007 |
| 2007-M1-196886 | MRC RECEIVABLES CO | JONES LINDA | 09/28/2007 |
| 2007-M1-196887 | MRC RECEIVABLES CO | LENOX TERRY | 09/28/2007 |
| 2007-M1-196888 | MRC RECEIVABLES CO | MORALES GREGORY | 09/28/2007 |
| 2007-M1-196890 | MRC RECEIVABLES CO | HATCHER SHAUNEESE | 09/28/2007 |
| 2007-M1-196896 | MRC RECEIVABLES CO | DELAPAZ JOSE | 09/28/2007 |
| 2007-M1-196897 | MRC RECEIVABLES CO | DOMINGUEZ PONCIANO | 09/28/2007 |
| 2007-M1-196901 | MRC RECEIVABLES CO | BESS JANETTE | 09/28/2007 |
| 2007-M1-196908 | MRC RECEIVABLES CO | CHELLBERG BRIDGET | 09/28/2007 |
| 2007-M1-196915 | MRC RECEIVABLES CO | DILLON TORRIE | 09/28/2007 |
| 2007-M1-196923 | MRC RECEIVABLES CO | VENTRELLO RITA | 09/28/2007 |
| 2007-M1-196925 | MRC RECEIVABLES CO | WILLIAMS VITO | 09/28/2007 |
| 2007-M1-196941 | MRC RECEIVABLES CO | PRESTWOOD GERALD D | 09/28/2007 |
| 2007-M1-197015 | MRC RECEIVABLES CO | CLAYTON IRENE | 09/28/2007 |
| 2007-M1-197016 | MRC RECEIVABLES CO | COLLIER PHILISHA | 09/28/2007 |
| 2007-M1-197017 | MRC RECEIVABLES CO | COOPER ANDREA | 09/28/2007 |
| 2007-M1-197018 | MRC RECEIVABLES CO | BROWN LEZOLA | 09/28/2007 |
| 2007-M1-197021 | MRC RECEIVABLES CO | GRIFFIN MAURICE | 09/28/2007 |
| 2007-M1-197036 | MRC RECEIVABLES CO | BRANTLEY ROBERT | 09/28/2007 |
| 2007-M1-197040 | MRC RECEIVABLES CO | EVANS REGINA | 09/28/2007 |
| 2007-M1-197072 | MRC RECEIVABLES CO | GIBBONS PAMELA | 09/28/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-197081 | MRC RECEIVABLES CO | GRIFFIN GEOFFREY | 09/28/2007 |
| 2007-M1-197102 | MRC RECEIVABLES CO | MISSBRENNER OLGA | 09/28/2007 |
| 2007-M1-197105 | MRC RECEIVABLES CO | WILLIAMS LEONA | 09/28/2007 |
| 2007-M1-197125 | MRC RECEIVABLES CO | CROSS CRYSTAL | 09/28/2007 |
| 2007-M1-197126 | MRC RECEIVABLES CO | ABREY ABREU MIGDAL | 09/28/2007 |
| 2007-M1-197130 | MRC RECEIVABLES CO | STEWARD LAVERNE | 09/28/2007 |
| 2007-M1-197131 | MRC RECEIVABLES CO | BRYANT SHEILA | 09/28/2007 |
| 2007-M1-197138 | MRC RECEIVABLES CO | JENKINS LISA | 09/28/2007 |
| 2007-M1-197142 | MRC RECEIVABLES CO | ROBERTS TILLMAN | 09/28/2007 |
| 2007-M1-197147 | MRC RECEIVABLES CO | BLICKHAN SCOTT | 09/28/2007 |
| 2007-M1-197148 | MRC RECEIVABLES CO | BRYANT STEFANIE | 09/28/2007 |
| 2007-M1-197186 | MRC RECEIVABLES CO | ELLIS CYNTHIA | 09/28/2007 |
| 2007-M1-196478 | MRC RECEIVABLES CO | ARNOW CLARENCE JR | 09/27/2007 |
| 2007-M1-196506 | MRC RECEIVABLES CO | JAMES LONNIQUE | 09/27/2007 |
| 2007-M1-196512 | MRC RECEIVABLES CO | HUBBARD MARK | 09/27/2007 |
| 2007-M1-196661 | MRC RECEIVABLES CO | BEEN SUSAN | 09/27/2007 |
| 2007-M1-195949 | MRC RECEIVABLES CO | WOJCIECHOWSK EDWAR | 09/26/2007 |
| 2007-M1-196007 | MRC RECEIVABLES CO | WASHINGTON NAOMI | 09/26/2007 |
| 2007-M1-194368 | MRC RECEIVABLES CO | JACKSON EDDIE | 09/21/2007 |
| 2007-M1-194392 | MRC RECEIVABLES CO | FLORES GERONIMO | 09/21/2007 |
| 2007-M1-194400 | MRC RECEIVABLES CO | GUEVARA MERENDALIZ | 09/21/2007 |
| 2007-M1-194445 | MRC RECEIVABLES CO | WEBB LONNETTA | 09/21/2007 |
| 2007-M1-194457 | MRC RECEIVABLES CO | SEPULVEDA ROBERTO | 09/21/2007 |
| 2007-M1-194458 | MRC RECEIVABLES CO | SICEL KRESIMIR | 09/21/2007 |
| 2007-M1-194461 | MRC RECEIVABLES CO | ALLEN LORUEEN | 09/21/2007 |
| 2007-M1-194485 | MRC RECEIVABLES CO | DYSON DARYL | 09/21/2007 |
| 2007-M1-194531 | MRC RECEIVABLES CO | WALKER DANIEL | 09/21/2007 |
| 2007-M1-194533 | MRC RECEIVABLES CO | JACKSON DESHONE | 09/21/2007 |
| 2007-M1-194557 | MRC RECEIVABLES CO | ROMES NINA | 09/21/2007 |
| 2007-M1-194574 | MRC RECEIVABLES CO | KEARNEY BARBARA | 09/21/2007 |
| 2007-M1-194586 | MRC RECEIVABLES CO | BROWN WANDA | 09/21/2007 |
| 2007-M1-194596 | MRC RECEIVABLES CO | HALES ERIC | 09/21/2007 |
| 2007-M1-194597 | MRC RECEIVABLES CO | SMITH GLORIA | 09/21/2007 |
| 2007-M1-194604 | MRC RECEIVABLES CO | JONES RICKIE | 09/21/2007 |
| 2007-M1-194606 | MRC RECEIVABLES CO | DIAZ SANTIAGO | 09/21/2007 |
| 2007-M1-194609 | MRC RECEIVABLES CO | JONES ANNA | 09/21/2007 |
| 2007-M1-194611 | MRC RECEIVABLES CO | OSINGER BRIAN | 09/21/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-194614 | MRC RECEIVABLES CO | THOMAS LEONARD | 09/21/2007 |
| 2007-M1-194615 | MRC RECEIVABLES CO | TAUYLOR GREGORY | 09/21/2007 |
| 2007-M1-194621 | MRC RECEIVABLES CO | WILLIAMS MICHAEL | 09/21/2007 |
| 2007-M1-193499 | MRC RECEIVABLES CO | STEWART VERNITA | 09/20/2007 |
| 2007-M1-193531 | MRC RECEIVABLES CO | LOBODZINSKI STAN | 09/20/2007 |
| 2007-M1-193540 | MRC RECEIVABLES CO | MILES VASTI | 09/20/2007 |
| 2007-M1-193617 | MRC RECEIVABLES CO | DILLARD KATHLEEN | 09/20/2007 |
| 2007-M1-193620 | MRC RECEIVABLES CO | TROTTER DARNELL | 09/20/2007 |
| 2007-M1-193622 | MRC RECEIVABLES CO | MABRITO MICHAEL | 09/20/2007 |
| 2007-M1-193628 | MRC RECEIVABLES CO | HALL PATRICE | 09/20/2007 |
| 2007-M1-193681 | MRC RECEIVABLES CO | WILLIAMS ROOSEVELT | 09/20/2007 |
| 2007-M1-193685 | MRC RECEIVABLES CO | THOMPSON MARIAN | 09/20/2007 |
| 2007-M1-193698 | MRC RECEIVABLES CO | DOBYNE DONALD | 09/20/2007 |
| 2007-M1-193726 | MRC RECEIVABLES CO | KING KITOYA | 09/20/2007 |
| 2007-M1-192915 | MRC RECEIVABLES CO | BERKTOLD ROBERT E | 09/19/2007 |
| 2007-M1-193161 | MRC RECEIVABLES CO | MARTINEZ ARMANDO | 09/19/2007 |
| 2007-M1-193165 | MRC RECEIVABLES CO | CHEW DURRELL | 09/19/2007 |
| 2007-M1-192567 | MRC RECEIVABLES CO | TIDWELL TWANDA | 09/18/2007 |
| 2007-M1-192737 | MRC RECEIVABLES CO | MCEVOY JAMES | 09/18/2007 |
| 2007-M1-192748 | MRC RECEIVABLES CO | QUINN WILLIAM | 09/18/2007 |
| 2007-M1-192107 | MRC RECEIVABLES CO | LEAK SAMUEL | 09/17/2007 |
| 2007-M1-192130 | MRC RECEIVABLES CO | HALL ANDERSON | 09/17/2007 |
| 2007-M1-192136 | MRC RECEIVABLES CO | MARTIN BRANDON | 09/17/2007 |
| 2007-M1-192183 | MRC RECEIVABLES CO | DANIELS JANELLE | 09/17/2007 |
| 2007-M1-192191 | MRC RECEIVABLES CO | GARCIA MAGDALENA | 09/17/2007 |
| 2007-M1-190858 | MRC RECEIVABLES CO | VASQUEZ VICTOR | 09/13/2007 |
| 2007-M1-190860 | MRC RECEIVABLES CO | HARRIS SHIRLEY | 09/13/2007 |
| 2007-M1-191116 | MRC RECEIVABLES CO | AGUADO RICHARD | 09/13/2007 |
| 2007-M1-191127 | MRC RECEIVABLES CO | HOFFMAN CHERYL | 09/13/2007 |
| 2007-M1-191341 | MRC RECEIVABLES CO | ALMASRI TAWFIK | 09/13/2007 |
| 2007-M1-191348 | MRC RECEIVABLES CO | BEAL BRUCE | 09/13/2007 |
| 2007-M1-191367 | MRC RECEIVABLES CO | MILES PATRICIA | 09/13/2007 |
| 2007-M1-191389 | MRC RECEIVABLES CO | ORTEGA MICHELLE | 09/13/2007 |
| 2007-M1-191394 | MRC RECEIVABLES CO | MOBLEY MURRAY | 09/13/2007 |
| 2007-M1-190315 | MRC RECEIVABLES CO | SUSAN MAI | 09/12/2007 |
| 2007-M1-190319 | MRC RECEIVABLES CO | MAUGHAN AMANDA | 09/12/2007 |
| 2007-M1-190617 | MRC RECEIVABLES CO | CARDENAS LOUISA | 09/12/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-190621 | MRC RECEIVABLES CO | COLEMAN BRIAN | 09/12/2007 |
| 2007-M1-190627 | MRC RECEIVABLES CO | JONES LORINE | 09/12/2007 |
| 2007-M1-190648 | MRC RECEIVABLES CO | KENNEDY LORRIE | 09/12/2007 |
| 2007-M1-189178 | MRC RECEIVABLES CO | BURNETT JOSEPH | 09/10/2007 |
| 2007-M1-189182 | MRC RECEIVABLES CO | DIXON VAN | 09/10/2007 |
| 2007-M1-189224 | MRC RECEIVABLES CO | VON THADEN ERIN | 09/10/2007 |
| 2007-M1-189251 | MRC RECEIVABLES CO | KELSEY DEMARCO | 09/10/2007 |
| 2007-M1-189303 | MRC RECEIVABLES CO | HAYWOOD DAVID | 09/10/2007 |
| 2007-M1-189305 | MRC RECEIVABLES CO | WALLER KIMBERLY | 09/10/2007 |
| 2007-M1-189338 | MRC RECEIVABLES CO | TAYLOR LORETTA | 09/10/2007 |
| 2007-M1-187653 | MRC RECEIVABLES CO | JAMES CHARMAINE | 09/05/2007 |
| 2007-M1-187662 | MRC RECEIVABLES CO | HOPKINS MICHAEL | 09/05/2007 |
| 2007-M1-187694 | MRC RECEIVABLES CO | RADNEY AMORA | 09/05/2007 |
| 2007-M1-186989 | MRC RECEIVABLES CO | WASHINGTON LAVONZE | 09/04/2007 |
| 2007-M1-186029 | MRC RECEIVABLES | THOMPSON HILTON JR | 08/29/2007 |
| 2007-M1-186047 | MRC RECEIVABLES | HANSON ALAN | 08/29/2007 |
| 2007-M1-184667 | MRC RECEIVABLES CO | NELSON JAMES | 08/27/2007 |
| 2007-M1-184817 | MRC RECEIVABLES CO | BRADSHAW MYRON | 08/27/2007 |
| 2007-M1-184828 | MRC RECEIVABLES CO | BEDNAREK TIM | 08/27/2007 |
| 2007-M1-184829 | MRC RECEIVABLES CO | HENDERSON PATRICK | 08/27/2007 |
| 2007-M1-184837 | MRC RECEIVABLES CO | HIGHTOWER DARRELL | 08/27/2007 |
| 2007-M1-184113 | MRC RECEIVABLES CO | CANNON NICOLE | 08/24/2007 |
| 2007-M1-184162 | MRC RECEIVABLES CO | AMANOEL EMAD | 08/24/2007 |
| 2007-M1-184370 | MRC RECEIVABLES CO | ARROYO VIDAL | 08/24/2007 |
| 2007-M1-183239 | MRC RECEIVABLES CO | GLENN PAMELA AKA | 08/22/2007 |
| 2007-M1-183479 | MRC RECEIVABLES CO | BRISCO DONELL | 08/22/2007 |
| 2007-M1-183492 | MRC RECEIVABLES CO | LUBBERS CHRISTINE | 08/22/2007 |
| 2007-M1-183499 | MRC RECEIVABLES CO | MCINTOSH ALLEN | 08/22/2007 |
| 2007-M1-183501 | MRC RECEIVABLES CO | PODIASEK MELISSA | 08/22/2007 |
| 2007-M1-183503 | MRC RECEIVABLES CO | ROBINSON DON | 08/22/2007 |
| 2007-M1-183504 | MRC RECEIVABLES CO | ROBINSON CHARKA | 08/22/2007 |
| 2007-M1-183510 | MRC RECEIVABLES CO | GARCIA LAURA | 08/22/2007 |
| 2007-M1-183514 | MRC RECEIVABLES CO | OBANNER AMANDA | 08/22/2007 |
| 2007-M1-183515 | MRC RECEIVABLES CO | WEEMS PEARL | 08/22/2007 |
| 2007-M1-183533 | MRC RECEIVABLES CO | TIGGS JULIA | 08/22/2007 |
| 2007-M1-183616 | MRC RECEIVABLES CO | AGUILAR LUIS | 08/22/2007 |
| 2007-M1-183622 | MRC RECEIVABLES CO | CANNON JAY JR | 08/22/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-183634 | MRC RECEIVABLES CO | PANE MARIE | 08/22/2007 |
| 2007-M1-182325 | MRC RECEIVABLES CO | BAKER SHEAN | 08/20/2007 |
| 2007-M1-182404 | MRC RECEIVABLES CO | FIELD KRISTINA | 08/20/2007 |
| 2007-M1-182421 | MRC RECEIVABLES CO | WATKINS JESSICA | 08/20/2007 |
| 2007-M1-182424 | MRC RECEIVABLES CO | FANLO RICARDO | 08/20/2007 |
| 2007-M1-182435 | MRC RECEIVABLES CO | KNYCH JENNIFER | 08/20/2007 |
| 2007-M1-182437 | MRC RECEIVABLES CO | LEWIS GLORIA | 08/20/2007 |
| 2007-M1-182453 | MRC RECEIVABLES CO | EBERLE RANDEL | 08/20/2007 |
| 2007-M1-182461 | MRC RECEIVABLES CO | GUERRERO TERRY | 08/20/2007 |
| 2007-M1-182527 | MRC RECEIVABLES CO | TODD MICHELLE | 08/20/2007 |
| 2007-M1-181961 | MRC RECEIVABLES CO | EVANS ANDREA | 08/17/2007 |
| 2007-M1-181963 | MRC RECEIVABLES CO | FAVELA JOSE | 08/17/2007 |
| 2007-M1-181970 | MRC RECEIVABLES CO | ALONSO CRISELIDA | 08/17/2007 |
| 2007-M1-181976 | MRC RECEIVABLES CO | CABRERA ILEANA | 08/17/2007 |
| 2007-M1-181977 | MRC RECEIVABLES CO | BENEDIX JOANN | 08/17/2007 |
| 2007-M1-181990 | MRC RECEIVABLES CO | KNIGHT NATIVIDAD | 08/17/2007 |
| 2007-M1-182011 | MRC RECEIVABLES CO | ALVARADO JOSE | 08/17/2007 |
| 2007-M1-182029 | MRC RECEIVABLES CO | MAYEN MONICA | 08/17/2007 |
| 2007-M1-182031 | MRC RECEIVABLES CO | ALWAILY WALID | 08/17/2007 |
| 2007-M1-182039 | MRC RECEIVABLES CO | TEDESCO LOUIS | 08/17/2007 |
| 2007-M1-178714 | MRC RECEIVABLES CO | MATOS MARIA | 08/17/2007 |
| 2007-M1-181612 | MRC RECEIVABLES CO | MCCASKILL ALTHEA | 08/16/2007 |
| 2007-M1-181613 | MRC RECEIVABLES CO | THOMPSON RHONA | 08/16/2007 |
| 2007-M1-181614 | MRC RECEIVABLES CO | WILLIAMS CHRISTOPH | 08/16/2007 |
| 2007-M1-181615 | MRC RECEIVABLES CO | WILLIAMS ROGINA | 08/16/2007 |
| 2007-M1-181616 | MRC RECEIVABLES CO | WILLIAMS KIMBERLY | 08/16/2007 |
| 2007-M1-181617 | MRC RECEIVABLES CO | MATIC MARIJA | 08/16/2007 |
| 2007-M1-181618 | MRC RECEIVABLES CO | HINNAWI AMAL | 08/16/2007 |
| 2007-M1-181619 | MRC RECEIVABLES CO | DICKENS GEORGE | 08/16/2007 |
| 2007-M1-181620 | MRC RECEIVABLES CO | GARCIA MARIA | 08/16/2007 |
| 2007-M1-181621 | MRC RECEIVABLES CO | RUTTER GRACE | 08/16/2007 |
| 2007-M1-181622 | MRC RECEIVABLES CO | GRANT CONSTANCE | 08/16/2007 |
| 2007-M1-181623 | MRC RECEIVABLES CO | MCTHAY PATRICIA | 08/16/2007 |
| 2007-M1-181624 | MRC RECEIVABLES CO | SMITH KEELAH | 08/16/2007 |
| 2007-M1-181625 | MRC RECEIVABLES CO | HOLLOWAY ISAAC | 08/16/2007 |
| 2007-M1-181626 | MRC RECEIVABLES CO | STAMM DERREL | 08/16/2007 |
| 2007-M1-181628 | MRC RECEIVABLES CO | COOK ALLEN | 08/16/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-181629 | MRC RECEIVABLES CO | SUIDE DIANE | 08/16/2007 |
| 2007-M1-181630 | MRC RECEIVABLES CO | THORPE HURTIS R | 08/16/2007 |
| 2007-M1-181631 | MRC RECEIVABLES CO | BROWN ANTHONY | 08/16/2007 |
| 2007-M1-181632 | MRC RECEIVABLES CO | DOMINGUEZ PEDRO | 08/16/2007 |
| 2007-M1-181633 | MRC RECEIVABLES CO | DUNIGAN JOY | 08/16/2007 |
| 2007-M1-181634 | MRC RECEIVABLES CO | MALIK BRIANA | 08/16/2007 |
| 2007-M1-181635 | MRC RECEIVABLES CO | BARNES AUDREY | 08/16/2007 |
| 2007-M1-181636 | MRC RECEIVABLES CO | GILL RENEE | 08/16/2007 |
| 2007-M1-181642 | MRC RECEIVABLES CO | SUMMERS BEN | 08/16/2007 |
| 2007-M1-181643 | MRC RECEIVABLES CO | MCCLINTON CARRIE | 08/16/2007 |
| 2007-M1-181644 | MRC RECEIVABLES CO | JONES GUFFIE | 08/16/2007 |
| 2007-M1-181645 | MRC RECEIVABLES CO | BELL LIN | 08/16/2007 |
| 2007-M1-181655 | MRC RECEIVABLES CO | WIERINGA DIRK | 08/16/2007 |
| 2007-M1-181656 | MRC RECEIVABLES | WHITFIELD NANCY | 08/16/2007 |
| 2007-M1-181657 | MRC RECEIVABLES CO | SUBLETTE JOHN | 08/16/2007 |
| 2007-M1-181659 | MRC RECEIVABLES CO | HEARD JAMES | 08/16/2007 |
| 2007-M1-181660 | MRC RECEIVABLES CO | BEASLEY LATASHA | 08/16/2007 |
| 2007-M1-181661 | MRC RECEIVABLES CO | MORRIS CELESTINE | 08/16/2007 |
| 2007-M1-181662 | MRC RECEIVABLES CO | MCNULTY FRANK | 08/16/2007 |
| 2007-M1-181259 | MRC RECEIVABLES CO | DAWSON LORENZO | 08/15/2007 |
| 2007-M1-181260 | MRC RECEIVABLES CO | JONES BARBARA | 08/15/2007 |
| 2007-M1-181342 | MRC RECEIVABLES CO | JANAC RICHARD | 08/15/2007 |
| 2007-M1-181350 | MRC RECEIVABLES CO | ARKADIUSZ NOSKOWIA | 08/15/2007 |
| 2007-M1-181375 | MRC RECEIVABLES CO | JACKSON DELIA | 08/15/2007 |
| 2007-M1-181412 | MRC RECEIVABLES CO | LEVI SANDRA | 08/15/2007 |
| 2007-M1-181420 | MRC RECEIVABLES CO | JENSEN JEFFREY | 08/15/2007 |
| 2007-M1-181435 | MRC RECEIVABLES CO | KEUSIS PATSY | 08/15/2007 |
| 2007-M1-181446 | MRC RECEIVABLES CO | HOLLINS LATINA HAR | 08/15/2007 |
| 2007-M1-180837 | MRC RECEIVABLES CO | KANTNER CINDY | 08/14/2007 |
| 2007-M1-180842 | MRC RECEIVABLES CO | GRIMES SHAWN | 08/14/2007 |
| 2007-M1-180857 | MRC RECEIVABLES CO | BOYD JANET | 08/14/2007 |
| 2007-M1-180871 | MRC RECEIVABLES CO | STEWART DARLENE | 08/14/2007 |
| 2007-M1-180876 | MRC RECEIVABLES CO | MCKINNEY CHARLES | 08/14/2007 |
| 2007-M1-180877 | MRC RECEIVABLES CO | MARTINEZ DAVID | 08/14/2007 |
| 2007-M1-180879 | MRC RECEIVABLES CO | KING SANDRA | 08/14/2007 |
| 2007-M1-180881 | MRC RECEIVABLES CO | TOOKS TERRANCE | 08/14/2007 |
| 2007-M1-180885 | MRC RECEIVABLES CO | AUGUSTINE EDEN | 08/14/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-180886 | MRC RECEIVABLES CO | BRECKENRIDGE DESIR | 08/14/2007 |
| 2007-M1-180888 | MRC RECEIVABLES CO | PEIA PETER | 08/14/2007 |
| 2007-M1-180890 | MRC RECEIVABLES CO | HUBBARD SHEILA | 08/14/2007 |
| 2007-M1-180891 | MRC RECEIVABLES CO | KATRIS DEBRA | 08/14/2007 |
| 2007-M1-180893 | MRC RECEIVABLES CO | KALE GLENN | 08/14/2007 |
| 2007-M1-180894 | MRC RECEIVABLES CO | HENLEY BARBARA | 08/14/2007 |
| 2007-M1-180896 | MRC RECEIVABLES CO | LEWIS FLOSIE | 08/14/2007 |
| 2007-M1-179851 | MRC RECEIVABLES CO | UPSHAW JERRY | 08/10/2007 |
| 2007-M1-179852 | MRC RECEIVABLES CO | KHAN IFFAT | 08/10/2007 |
| 2007-M1-179853 | MRC RECEIVABLES CO | MURNIK JAMES | 08/10/2007 |
| 2007-M1-179857 | MRC RECEIVABLES CO | MUHAMMAD ALI | 08/10/2007 |
| 2007-M1-179858 | MRC RECEIVABLES CO | LEWIS LATONYA | 08/10/2007 |
| 2007-M1-179859 | MRC RECEIVABLES CO | CHAFFIN JOYCE | 08/10/2007 |
| 2007-M1-179860 | MRC RECEIVABLES CO | MADRIGAL GILBERTO | 08/10/2007 |
| 2007-M1-179863 | MRC RECEIVABLES CO | MARTINEZ JOSE | 08/10/2007 |
| 2007-M1-179865 | MRC RECEIVABLES CO | REDICK DENISE | 08/10/2007 |
| 2007-M1-179866 | MRC RECEIVABLES CO | ROBINSON CAROL | 08/10/2007 |
| 2007-M1-179867 | MRC RECEIVABLES CO | BRADSHAW TACARA | 08/10/2007 |
| 2007-M1-179868 | MRC RECEIVABLES CO | STOKES RAYLYNN | 08/10/2007 |
| 2007-M1-179869 | MRC RECEIVABLES CO | HAUYNES TAMIKA | 08/10/2007 |
| 2007-M1-179870 | MRC RECEIVABLES CO | KIMBROUGH ERIK | 08/10/2007 |
| 2007-M1-179871 | MRC RECEIVABLES CO | AGUILAR JULIAN | 08/10/2007 |
| 2007-M1-179872 | MRC RECEIVABLES CO | JOHNSON JASON | 08/10/2007 |
| 2007-M1-179873 | MRC RECEIVABLES CO | LANDGRAT WILLIAM | 08/10/2007 |
| 2007-M1-179874 | MRC RECEIVABLES CO | MCDOWELL LASANDRA | 08/10/2007 |
| 2007-M1-179875 | MRC RECEIVABLES CO | KING SHANNON | 08/10/2007 |
| 2007-M1-179876 | MRC RECEIVABLES CO | TAPIA ARLENE | 08/10/2007 |
| 2007-M1-179877 | MRC RECEIVABLES CO | STORM CHRISTINA | 08/10/2007 |
| 2007-M1-179878 | MRC RECEIVABLES CO | BUDZ NICOLE | 08/10/2007 |
| 2007-M1-179879 | MRC RECEIVABLES CO | SAMUEL SAMANTHA | 08/10/2007 |
| 2007-M1-179880 | MRC RECEIVABLES CO | LUCHSINGER JOY | 08/10/2007 |
| 2007-M1-179883 | MRC RECEIVABLES CO | GENTLES TANIKA | 08/10/2007 |
| 2007-M1-179888 | MRC RECEIVABLES CO | ESPAZA RUBEN | 08/10/2007 |
| 2007-M1-179909 | MRC RECEIVABLES CO | ZAKOS CHRIS | 08/10/2007 |
| 2007-M1-179910 | MRC RECEIVABLES CO | DELONG BARBARA | 08/10/2007 |
| 2007-M1-179915 | MRC RECEIVABLES CO | MOHIDEEN SHAKEEL | 08/10/2007 |
| 2007-M1-179916 | MRC RECEIVABLES CO | MIKOS KRZYSZTOF | 08/10/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-179918 | MRC RECEIVABLES CO | COOKS JIMMY | 08/10/2007 |
| 2007-M1-179919 | MRC RECEIVABLES CO | NORTHERN DESHAUNN | 08/10/2007 |
| 2007-M1-179920 | MRC RECEIVABLES CO | CULP MABEL | 08/10/2007 |
| 2007-M1-179922 | MRC RECEIVABLES CO | REDD ROBERT | 08/10/2007 |
| 2007-M1-179923 | MRC RECEIVABLES CO | NEIL KIMBERLY | 08/10/2007 |
| 2007-M1-179928 | MRC RECEIVABLES CO | KIRKWOOD G | 08/10/2007 |
| 2007-M1-179935 | MRC RECEIVABLES CO | GORE GREGORY JR | 08/10/2007 |
| 2007-M1-179938 | MRC RECEIVABLES CO | ELLICK MICHAEL | 08/10/2007 |
| 2007-M1-179939 | MRC RECEIVABLES CO | JONES GUFFIE | 08/10/2007 |
| 2007-M1-179940 | MRC RECEIVABLES CO | STEPHENS ANDREW | 08/10/2007 |
| 2007-M1-179945 | MRC RECEIVABLES CO | BARNHART REBECCA | 08/10/2007 |
| 2007-M1-179947 | MRC RECEIVABLES CO | DAWSON JAMES | 08/10/2007 |
| 2007-M1-179952 | MRC RECEIVABLES CO | BOOKER DANIEL | 08/10/2007 |
| 2007-M1-179955 | MRC RECEIVABLES CO | ALPERT RONALD | 08/10/2007 |
| 2007-M1-179956 | MRC RECEIVABLES CO | PULLENWILMO VICKIE | 08/10/2007 |
| 2007-M1-179957 | MRC RECEIVABLES CO | GOSSITT DEBRA | 08/10/2007 |
| 2007-M1-179958 | MRC RECEIVABLES CO | EVANS CLINTONIA | 08/10/2007 |
| 2007-M1-179961 | MRC RECEIVABLES CO | BONMAN HAZEL | 08/10/2007 |
| 2007-M1-179965 | MRC RECEIVABLES CO | CASTILLO ALICE | 08/10/2007 |
| 2007-M1-179971 | MRC RECEIVABLES CO | CUICIO MICHELLE | 08/10/2007 |
| 2007-M1-179974 | MRC RECEIVABLES CO | MAY BRANDY | 08/10/2007 |
| 2007-M1-179975 | MRC RECEIVABLES CO | UJVARY GABOR | 08/10/2007 |
| 2007-M1-179980 | MRC RECEIVABLES CO | NORWOOD ALVIN | 08/10/2007 |
| 2007-M1-180062 | MRC RECEIVABLES CO | COOK LISA | 08/10/2007 |
| 2007-M1-180085 | MRC RECEIVABLES CO | THEODOSOPOULOS PAN | 08/10/2007 |
| 2007-M1-180092 | MRC RECEIVABLES CO | ROGERS DAPHNE | 08/10/2007 |
| 2007-M1-179500 | MRC RECEIVABLES CO | GIBBONS RUTH | 08/09/2007 |
| 2007-M1-179511 | MRC RECEIVABLES CO | THOMPSON AL | 08/09/2007 |
| 2007-M1-179514 | MRC RECEIVABLES CO | THOMPSON HEIDI | 08/09/2007 |
| 2007-M1-179590 | MRC RECEIVABLES CO | ENARIO RANDEL | 08/09/2007 |
| 2007-M1-179620 | MRC RECEIVABLES CO | GODINEZ WILLIAM | 08/09/2007 |
| 2007-M1-179643 | MRC RECEIVABLES CO | RUCKER NORMA | 08/09/2007 |
| 2007-M1-179655 | MRC RECEIVABLES CO | CHRISTIANSON LIZ | 08/09/2007 |
| 2007-M1-179661 | MRC RECEIVABLES CO | BINGHAM SHERRY | 08/09/2007 |
| 2007-M1-179666 | MRC RECEIVABLES CO | REGALADO ISAAC | 08/09/2007 |
| 2007-M1-179671 | MRC RECEIVABLES CO | LOPEZ RAMON | 08/09/2007 |
| 2007-M1-178863 | MIDLAND CREDIT MAN | BROOKER WILLIAM | 08/08/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-178888 | MRC RECEIVABLES CO | TRENT DAVID | 08/08/2007 |
| 2007-M1-178971 | MRC RECEIVABLES CO | JOHNSON ALBERT | 08/08/2007 |
| 2007-M1-178976 | MRC RECEIVABLES CO | MATHIS OLINDA | 08/08/2007 |
| 2007-M1-178978 | MRC RECEIVABLES CO | NEHR HELENE | 08/08/2007 |
| 2007-M1-179320 | MRC RECEIVABLES CO | JOHNSON KEVIN | 08/08/2007 |
| 2007-M1-179322 | MRC RECEIVABLES CO | JEFFERSON JAMES | 08/08/2007 |
| 2007-M1-179323 | MRC RECEIVABLES CO | BULLOCK QISOUNDRA | 08/08/2007 |
| 2007-M1-179324 | MRC RECEIVABLES CO | WATTS LYDIA | 08/08/2007 |
| 2007-M1-179325 | MRC RECEIVABLES CO | SODERHOLM ROSE | 08/08/2007 |
| 2007-M1-179326 | MRC RECEIVABLES CO | HESTER JAMES | 08/08/2007 |
| 2007-M1-179327 | MRC RECEIVABLES CO | CHRISTIAN BRYANT | 08/08/2007 |
| 2007-M1-179328 | MRC RECEIVABLES CO | VITERI MICHAEL | 08/08/2007 |
| 2007-M1-179329 | MRC RECEIVABLES CO | HATTEN RENEA | 08/08/2007 |
| 2007-M1-179330 | MRC RECEIVABLES CO | PETRUNGARO KRISTIN | 08/08/2007 |
| 2007-M1-179331 | MRC RECEIVABLES CO | ROBINSON CYNTHIA | 08/08/2007 |
| 2007-M1-179332 | MRC RECEIVABLES CO | KRAWCHUK DANIEL | 08/08/2007 |
| 2007-M1-179333 | MRC RECEIVABLES CO | RUSSELL SHEILA | 08/08/2007 |
| 2007-M1-179336 | MRC RECEIVABLES CO | GRIFFIN CASEY | 08/08/2007 |
| 2007-M1-179337 | MRC RECEIVABLES CO | LIPSEY KENDALL | 08/08/2007 |
| 2007-M1-179338 | MRC RECEIVABLES CO | REED ROY | 08/08/2007 |
| 2007-M1-179339 | MRC RECEIVABLES CO | PUMAREJO BENARDO | 08/08/2007 |
| 2007-M1-179340 | MRC RECEIVABLES CO | EDWARDS PAUL | 08/08/2007 |
| 2007-M1-179341 | MRC RECEIVABLES CO | MCGAW CHARLES | 08/08/2007 |
| 2007-M1-179342 | MRC RECEIVABLES CO | ANAYA GRACE | 08/08/2007 |
| 2007-M1-179343 | MRC RECEIVABLES CO | BURNS S | 08/08/2007 |
| 2007-M1-179344 | MRC RECEIVABLES CO | SLUKIS LARRY | 08/08/2007 |
| 2007-M1-179345 | MRC RECEIVABLES CO | PARKER ZINNITA | 08/08/2007 |
| 2007-M1-179346 | MRC RECEIVABLES CO | JOHNSON OLESTER | 08/08/2007 |
| 2007-M1-179347 | MRC RECEIVABLES CO | ARRINGTON JOHN | 08/08/2007 |
| 2007-M1-179348 | MRC RECEIVABLES CO | ETHREDGE LENORA | 08/08/2007 |
| 2007-M1-179349 | MRC RECEIVABLES CO | SMITH TOMMIE | 08/08/2007 |
| 2007-M1-179350 | MRC RECEIVABLES CO | HICKS PATRICIA | 08/08/2007 |
| 2007-M1-179352 | MRC RECEIVABLES CO | ROLLAND MARLYNNE | 08/08/2007 |
| 2007-M1-179353 | MRC RECEIVABLES CO | SANDERS MATTHEW | 08/08/2007 |
| 2007-M1-179354 | MRC RECEIVABLES CO | RUMPH JAMES | 08/08/2007 |
| 2007-M1-179355 | MRC RECEIVABLES CO | JONES LISA | 08/08/2007 |
| 2007-M1-179356 | MRC RECEIVABLES CO | SIMMONS DEBRA | 08/08/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-178371 | MRC RECEIVABLES CO | KEMP LESLIE | 08/07/2007 |
| 2007-M1-178399 | MRC RECEIVABLES CO | REIVES WILBERT | 08/07/2007 |
| 2007-M1-178407 | MRC RECEIVABLES CO | TORRES YVONNE | 08/07/2007 |
| 2007-M1-178592 | MRC RECEIVABLES CO | MADSEN KIRBY | 08/07/2007 |
| 2007-M1-178650 | MRC RECEIVABLES CO | MEZEY ARRON | 08/07/2007 |
| 2007-M1-177905 | MRC RECEIVABLES | JOHNSON ROSA | 08/06/2007 |
| 2007-M1-177907 | MRC RECEIVABLES | JONES REWANDIA | 08/06/2007 |
| 2007-M1-178063 | MRC RECEIVABLES CO | HORTON ALVIN | 08/06/2007 |
| 2007-M1-176960 | MRC RECEIVABLES CO | CORES DELORA | 08/02/2007 |
| 2007-M1-177093 | MRC RECEIVABLES | HUDSON URENA | 08/02/2007 |
| 2007-M1-177234 | MIDLAND CREDIT MAN | AUTREY LONZIE | 08/02/2007 |
| 2007-M1-176253 | MRC RECEIVABLES CO | HEDRICK DOROTHY | 08/01/2007 |
| 2007-M1-176268 | MRC RECEIVABLES CO | FLEMING GLADYSTIN | 08/01/2007 |
| 2007-M1-176321 | MRC RECEIVABLES CO | TAK YONG U | 08/01/2007 |
| 2007-M1-176338 | MRC RECEIVABLES CO | WIGGINS KENNETH | 08/01/2007 |
| 2007-M1-176367 | MRC RECEIVABLES CO | HOSTALEK JOE | 08/01/2007 |
| 2007-M1-176453 | MRC RECEIVABLES CO | HAYES MOLLY | 08/01/2007 |
| 2007-M1-176457 | MRC RECEIVABLES CO | REILING PETER | 08/01/2007 |
| 2007-M1-176471 | MRC RECEIVABLES CO | WALKER RENWICK | 08/01/2007 |
| 2007-M1-176714 | MRC RECEIVABLES CO | TYLER ANTINE | 08/01/2007 |
| 2007-M1-176740 | MRC RECEIVABLES CO | OBRIEN PATRICK | 08/01/2007 |
| 2007-M1-175565 | MRC RECEIVABLES CO | DREW KANTON | 07/31/2007 |
| 2007-M1-175680 | MRC RECEIVABLES CO | COVARRUBRAZ LEOBAR | 07/31/2007 |
| 2007-M1-175711 | MRC RECEIVABLES CO | GRANT DOROTHY | 07/31/2007 |
| 2007-M1-175846 | MRC RECEIVABLES CO | HOLLINS DARIUS | 07/31/2007 |
| 2007-M1-175849 | MRC RECEIVABLES CO | GOODALL SELETTA | 07/31/2007 |
| 2007-M1-175015 | MRC RECEIVABLES CO | HINES LORENZO | 07/30/2007 |
| 2007-M1-175020 | MRC RECEIVABLES CO | GULLEY JULIUS | 07/30/2007 |
| 2007-M1-175025 | MRC RECEIVABLES CO | GULLSTROM NEO | 07/30/2007 |
| 2007-M1-175028 | MRC RECEIVABLES CO | HALL LARON | 07/30/2007 |
| 2007-M1-175048 | MRC RECEIVABLES CO | SILVA VICTOR | 07/30/2007 |
| 2007-M1-175051 | MRC RECEIVABLES CO | CANNON CULLEN JR | 07/30/2007 |
| 2007-M1-175052 | MRC RECEIVABLES CO | STEELE REGINA | 07/30/2007 |
| 2007-M1-175053 | MRC RECEIVABLES CO | CARTER DARRYL | 07/30/2007 |
| 2007-M1-175056 | MRC RECEIVABLES CO | COLLINS YOLANDA | 07/30/2007 |
| 2007-M1-175059 | MRC RECEIVABLES CO | CODY JIM | 07/30/2007 |
| 2007-M1-175061 | MRC RECEIVABLES CO | COAKS SARAH | 07/30/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-175071 | MRC RECEIVABLES CO | THOMPSON THERESA | 07/30/2007 |
| 2007-M1-175211 | MRC RECEIVABLES CO | PETTY YOLANDA | 07/30/2007 |
| 2007-M1-175212 | MRC RECEIVABLES CO | PERKINS ELAYNE | 07/30/2007 |
| 2007-M1-175213 | MRC RECEIVABLES CO | PRYOR MONIQUE | 07/30/2007 |
| 2007-M1-175214 | MRC RECEIVABLES CO | PRINCE SHELBY | 07/30/2007 |
| 2007-M1-175215 | MRC RECEIVABLES CO | PRICE EMMA | 07/30/2007 |
| 2007-M1-175216 | MRC RECEIVABLES CO | PORTER JORJA | 07/30/2007 |
| 2007-M1-175217 | MRC RECEIVABLES CO | REDMOND NICOLE | 07/30/2007 |
| 2007-M1-175218 | MRC RECEIVABLES CO | ROGERS JAMES | 07/30/2007 |
| 2007-M1-175220 | MRC RECEIVABLES CO | SCOTT VERDELL | 07/30/2007 |
| 2007-M1-175224 | MRC RECEIVABLES CO | SOCCI RICHARD | 07/30/2007 |
| 2007-M1-175229 | MRC RECEIVABLES CO | MORRISON MARIA | 07/30/2007 |
| 2007-M1-175230 | MRC RECEIVABLES CO | MOORE CHARLES SR | 07/30/2007 |
| 2007-M1-175231 | MRC RECEIVABLES CO | MINDAK TOMASZ | 07/30/2007 |
| 2007-M1-175232 | MRC RECEIVABLES CO | MILTON IRVA | 07/30/2007 |
| 2007-M1-175234 | MRC RECEIVABLES CO | OVERSTREET SHELLEY | 07/30/2007 |
| 2007-M1-175235 | MRC RECEIVABLES CO | ORJUELA FERNANDO | 07/30/2007 |
| 2007-M1-175236 | MRC RECEIVABLES CO | PARKS BRENDA | 07/30/2007 |
| 2007-M1-175249 | MRC RECEIVABLES CO | JONES LATOYA | 07/30/2007 |
| 2007-M1-174829 | MRC RECEIVABLES CO | LOVE IRMA | 07/27/2007 |
| 2007-M1-174833 | MRC RECEIVABLES CO | WASHINGTON YVETTE | 07/27/2007 |
| 2007-M1-174840 | MRC RECEIVABLES CO | GONZALEZ INEZ | 07/27/2007 |
| 2007-M1-174868 | MRC RECEIVABLES CO | UPSHAW CHRISTOPHER | 07/27/2007 |
| 2007-M1-174871 | MRC RECEIVABLES CO | WIURTHMANN LAUREL | 07/27/2007 |
| 2007-M1-174614 | MRC RECEIVABLES CO | LONGSHORE PETER | 07/26/2007 |
| 2007-M1-174643 | MRC RECEIVABLES CO | KRAMER DONALD | 07/26/2007 |
| 2007-M1-174100 | MRC RECEIVABLES CO | DRAKE SHARON | 07/25/2007 |
| 2007-M1-174138 | MRC RECEIVABLES CO | FORT CHENITA | 07/25/2007 |
| 2007-M1-174151 | MRC RECEIVABLES CO | BARBER KEEANA | 07/25/2007 |
| 2007-M1-173205 | MRC RECEIVABLES CO | LUANG LEONOR | 07/24/2007 |
| 2007-M1-173206 | MRC RECEIVABLES CO | LOPEZ CARLOS | 07/24/2007 |
| 2007-M1-173208 | MRC RECEIVABLES CO | MCKINNIE WILLIE | 07/24/2007 |
| 2007-M1-173210 | MRC RECEIVABLES CO | JONES TONY | 07/24/2007 |
| 2007-M1-173215 | MRC RECEIVABLES CO | WILLIAMS THELMA | 07/24/2007 |
| 2007-M1-173217 | MRC RECEIVABLES CO | WILLIAMS PAULINE | 07/24/2007 |
| 2007-M1-173219 | MRC RECEIVABLES CO | RYAN JAMES | 07/24/2007 |
| 2007-M1-173220 | MRC RECEIVABLES CO | ROSENFELD ELLIS | 07/24/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-173222 | MRC RECEIVABLES CO | RODRIGUEZ YOVANNI | 07/24/2007 |
| 2007-M1-173223 | MRC RECEIVABLES CO | RODGERS KENNETH | 07/24/2007 |
| 2007-M1-173238 | MRC RECEIVABLES CO | SWIRYDOWICZ JANUSZ | 07/24/2007 |
| 2007-M1-173240 | MRC RECEIVABLES CO | HASSELL MARIO | 07/24/2007 |
| 2007-M1-173242 | MRC RECEIVABLES CO | ENGLISH JOHN | 07/24/2007 |
| 2007-M1-173246 | MRC RECEIVABLES CO | GHOLAR INEZ | 07/24/2007 |
| 2007-M1-173267 | MRC RECEIVABLES CO | JOHNSON PATRICIA | 07/24/2007 |
| 2007-M1-173269 | MRC RECEIVABLES CO | KEMP JASON | 07/24/2007 |
| 2007-M1-173616 | MRC RECEIVABLES CO | AGUILA LEO | 07/24/2007 |
| 2007-M1-173621 | MRC RECEIVABLES CO | ARMSTEAD SONYA | 07/24/2007 |
| 2007-M1-173656 | MRC RECEIVABLES CO | TRZASKO TOMASZ | 07/24/2007 |
| 2007-M1-173665 | MRC RECEIVABLES CO | ANDREWS CALLIE | 07/24/2007 |
| 2007-M1-173668 | MRC RECEIVABLES CO | PERLMUTTER FRED | 07/24/2007 |

Return to Search Page