**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT, and ) <br> WINONA JACKSON ) <br> on behalf of plaintiffs and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MRC RECEIVABLES CORPORATION; ) <br> MIDLAND FUNDING NCC-2 CORPORATION; ) <br> MIDLAND CREDIT MANAGEMENT, INC.; ) <br> and ENCORE CAPITAL GROUP, INC., ) <br> ) <br> Defendants. ) | 08 C 760 <br> Judge Castillo <br> Magistrate Judge Schenkier |

**NOTICE OF MOTION**

**TO:** (See attached service list.)

    **PLEASE TAKE NOTICE** that on Thursday, April 10, 2008 at 9:15 a.m., we will appear before the Honorable Judge Ruben Castillo in Room 2141 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION.**

                                                     s/ Daniel A. Edelman
                                                     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on April 2, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627-2302

Theodore W. Seitz (tseitz@dykema.com)
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                        s/ Daniel A. Edelman
                                          Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)