**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nicole Herkert, et al.

                        Plaintiff,

v.                                                              Case No.: 1:08−cv−00760
                                                                       Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/10/2008 and continued to 6/26/2008 at 9:45 a.m. Defendants' response to Plaintiffs' consolidated motion for class certification [32] is due on or before 6/30/2008. Plaintiffs' reply will be due on or before 7/14/2008. The court will rule by mail. Plaintiff's motion to certify class [11] is denied as moot. Defendants' oral motion to extend time to answer or otherwise plead is granted. Defendants to answer or otherwise plead to the first amended complaint by 4/29/2008. The parties are granted leave to proceed with all discovery.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.