**IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, ) ) ) Plaintiffs, ) ) v. ) ) MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., ) ) ) ) ) Defendants. ) | No. 08 C 760  Judge Ruben Castillo  Magistrate Judge Schenkier |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively referred to as "Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendants to respond to Plaintiffs' First Amended Consolidated Class Action Complaint ("Complaint"). In support of their agreed motion, Defendants state the following:

1. Plaintiffs filed their First Amended Consolidated Class Action Complaint on April 1, 2008.

2. Defendants' response to the Complaint is due on April 29, 2008.

3. Counsel for Defendants requires additional time to properly investigate the allegations and formulate an appropriate response.

1

4. On April 24, 2008, Defendants' counsel contacted counsel for Plaintiffs who kindly agreed to a fourteen (14) day enlargement of time for Defendants to answer or otherwise plead to the Complaint, up to and including May 13, 2008.

5. This request for an extension is not meant for the purposes of undue delay, and no party will be prejudiced by this extension.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including May 13, 2008, in which to respond to Plaintiffs' First Amended Consolidated Class Action Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated:  April 28, 2008                                    Respectfully submitted,

**MRC RECEIVABLES CORPORATION,  
MIDLAND FUNDING NCC-2 CORP.,  
MIDLAND CREDIT MANAGEMENT, INC.,  
and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 28, 2008,** I electronically filed the foregoing **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' First Amended Class Action Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2444205.1
ID\IVF