**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nicole Herkert, et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−00760
                                    Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 29, 2008:

   MINUTE entry before Judge Honorable Ruben Castillo:Defendants' agreed motion for enlargement of time to respond to plaintiffs' first amended class action complaint [39] is granted. Defendants are given until 5/13/2008 to answer or otherwise plead to the amended class action complaint. Motion hearing set for 5/6/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.