**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, ) ) ) Plaintiffs, ) ) v. ) ) MRC RECEIVABLES CORPORATION, ) MIDLAND FUNDING NCC-2 CORP., ) MIDLAND CREDIT MANAGEMENT, INC., ) and ENCORE CAPITAL GROUP, INC., ) ) Defendants. ) | No. 08 C 760<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant MRC Receivables Corporation states as follows:

1. MRC Receivables Corporation is a wholly owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2. Encore Capital Group, Inc. has no parent corporations.

Dated: May 13, 2008                                    Respectfully submitted,

                                                **MRC RECEIVABLES CORPORATION**

                                      By: s/ Theodore W. Seitz
                                            Richard E. Gottlieb (rgottlieb@dykema.com)
                                            James W. McConkey (jmcconkey@dykema.com)
                                            Theodore W. Seitz (tseitz@dykema.com)
                                            Renee L. Zipprich (rzipprich@dykema.com)
                                            DYKEMA GOSSETT PLLC
                                            10 S. Wacker Drive, Suite 2300
                                            Chicago, Illinois 60606
                                            Phone: 312-876-1700
                                            Fax:   312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **May 13, 2008,** I electronically filed the foregoing MRC Receivables Corporation's **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2449134.1
ID\IVF