**IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, ) ) ) Plaintiffs, ) ) v. ) ) MRC RECEIVABLES CORPORATION, ) MIDLAND FUNDING NCC-2 CORP., ) MIDLAND CREDIT MANAGEMENT, INC., ) and ENCORE CAPITAL GROUP, INC., ) ) Defendants. ) | No. 08 C 760 Judge Ruben Castillo Magistrate Judge Schenkier |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively referred to as "Midland"), by and through their attorneys, Dykema Gossett PLLC, move for an enlargement of time, up to and including July 30, 3008, to respond to Plaintiffs' Consolidated Motion for Class Certification (the "Motion"). In support of its motion, Midland states as follows:

1.   Plaintiffs filed their First Amended Consolidated Class Action Complaint ("Complaint") on April 1, 2008.

2.   Midland filed its Answer and Affirmative Defenses to the Complaint on May 13, 2008.

3.   Plaintiffs filed their Motion on April 2, 2008.

4.   Pursuant to this Court's order entered on April 10, 2008, Midland's opposition to the Motion is due on June 30, 2008, and Plaintiffs' reply is due on July 14, 2008.

2

5. In order to sufficiently respond to the Plaintiffs' Motion, Midland requires the deposition testimony of Plaintiffs. Due to scheduling conflicts on the part of counsel, the parties have been unable to schedule Plaintiffs' depositions to accommodate the June 30, 2008 response due date.

6. On June 19, 2008, Plaintiffs' counsel consented to allow Midland an extension of time of thirty (30) days, up to and including July 30, 2008, in which to respond to the Motion.

7. The parties have further agreed that Plaintiffs' reply to the Motion shall be filed on or before August 13, 2008.

8. This request is not meant for the purposes of delay and will not prejudice Plaintiffs.

WHEREFORE, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. respectfully request that an order be entered by this Court enlarging the time for them to file response to Plaintiffs' Consolidated Motion for Class Certification up to and including July 30, 2008, enlarging the time for Plaintiffs to file reply to Plaintiffs' Consolidated Motion for Class Certification up to and including August 13, 2008, and grant such other and further relief as this Court deems just and proper.

Dated:  June 20, 2008

Respectfully submitted,

**MRC RECEIVABLES CORPORATION,
MIDLAND FUNDING NCC-2 CORP.,
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 20, 2008,** I electronically filed the foregoing **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' First Consolidated Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2460838.2
ID\IVF