**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, ) ) ) | |
| Plaintiffs, ) ) ) | No. 08 C 760 |
| v. ) ) | Judge Ruben Castillo |
| MRC RECEIVABLES CORPORATION, ) MIDLAND FUNDING NCC-2 CORP., ) MIDLAND CREDIT MANAGEMENT, INC., ) and ENCORE CAPITAL GROUP, INC., ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**NOTICE OF AGREED MOTION**

**TO:**   Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on **Wednesday, June 25, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' First Consolidated Motion for Class Certification**, a copy of which is attached hereto.

Dated:  June 20, 2008

**MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By:  s/ Renee L. Zipprich
 Richard E. Gottlieb (rgottlieb@dykema.com)
 James W. McConkey (jmcconkey@dykema.com)
 Theodore W. Seitz (tseitz@dykema.com)
 Renee L. Zipprich (rzipprich@dykema.com)
 DYKEMA GOSSETT PLLC
 10 S. Wacker Drive, Suite 2300
 Chicago, Illinois 60606
 Phone: 312-876-1700
 Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 20, 2008,** I electronically filed the foregoing **Notice of Agreed Motion for Enlargement of Time to Respond to Plaintiffs' First Consolidated Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2461028.1
ID\IVF

3