**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nicole Herkert, et al.
                                          Plaintiff,

v.                                         Case No.: 1:08−cv−00760
                                           Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing set for 6/25/2008 and status hearing set for 7/1/2008 are vacated. Defendants' agreed motion for enlargement of time to respond to Plaintiffs' consolidated motion for class certification [49] is granted. Defendants' response to Plaintiffs' consolidated motion for class certification [32] is due on or before 7/30/2008. Plaintiffs' reply will be due on or before 8/13/2008. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.