IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class,<br><br>Plaintiffs,<br><br>v.<br><br>MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | No. 08 C 760<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively referred to as "Midland"), by and through their attorneys, Dykema Gossett PLLC, move for an enlargement of time, up to and including August 29, 2008, to respond to Plaintiffs' Consolidated Motion for Class Certification (the "Motion"). In support of its motion, Midland states as follows:

1. Plaintiffs filed their First Amended Consolidated Class Action Complaint ("Complaint") on April 1, 2008.

2. Midland filed its Answer and Affirmative Defenses to the Complaint on May 13, 2008.

3. Plaintiffs filed their Motion on April 2, 2008. Midland's opposition to the Motion is currently due on July 30, 2008, and Plaintiffs' reply is due on August 13, 2008.

4. On July 23, 2008, Midland deposed both Plaintiffs. However, in order to sufficiently respond to the Plaintiffs' Motion, Midland requires written discovery from Plaintiffs

1

in order to follow up on certain deposition testimony. The parties are working together diligently and efficiently to ensure that Plaintiffs provide written discovery promptly, but Plaintiffs are unable to provide such discovery quickly enough to allow Midland to respond to Plaintiffs' Motion by July 30.

5. On July 24, 2008, Plaintiffs' counsel consented to allow Midland an extension of time of thirty (30) days, up to and including August 29, 2008, in which to respond to the Motion.

6. The parties have further agreed that Plaintiffs' reply to the Motion shall be filed on or before September 12, 2008.

7. This request is not meant for the purposes of delay and will not prejudice Plaintiffs.

WHEREFORE, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. respectfully request that an order be entered by this Court enlarging the time for them to file response to Plaintiffs' Consolidated Motion for Class Certification up to and including August 29, 2008, enlarging the time for Plaintiffs to file reply to Plaintiffs' Consolidated Motion for Class Certification up to and including September 12, 2008, and grant such other and further relief as this Court deems just and proper.

Dated:  July 24, 2008                              Respectfully submitted,

                                        **MRC RECEIVABLES CORPORATION,
                                        MIDLAND FUNDING NCC-2 CORP.,
                                        MIDLAND CREDIT MANAGEMENT, INC.,
                                        and ENCORE CAPITAL GROUP, INC.**

By:  s/ Renee L. Zipprich
      Richard E. Gottlieb (rgottlieb@dykema.com)
      James W. McConkey (jmcconkey@dykema.com)
      Theodore W. Seitz (tseitz@dykema.com*)*
      Renee L. Zipprich (rzipprich@dykema.com)
      DYKEMA GOSSETT PLLC
      10 S. Wacker Drive, Suite 2300
      Chicago, Illinois 60606
      Phone: 312-876-1700
      Fax:    312-627-2302

4

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 24, 2008,** I electronically filed the foregoing **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2477867.1
ID\ADL