**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA )<br>JACKSON, on behalf of plaintiffs and a class, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MRC RECEIVABLES CORPORATION, )<br>MIDLAND FUNDING NCC-2 CORP., )<br>MIDLAND CREDIT MANAGEMENT, INC., )<br>and ENCORE CAPITAL GROUP, INC., )<br>)<br>Defendants. ) | No. 08 C 760<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

**NOTICE OF AGREED MOTION**

**TO:**   Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on **Tuesday, July 29, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification**, a copy of which is attached hereto.

Dated: July 24, 2008

**MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com*)*
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 24, 2008,** I electronically filed the foregoing **Notice of Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2478371.1
ID\IVF