**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT, and ) <br> WINONA JACKSON ) <br> on behalf of plaintiffs and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MRC RECEIVABLES CORPORATION; ) <br> MIDLAND FUNDING NCC-2 CORPORATION; ) <br> MIDLAND CREDIT MANAGEMENT, INC.; ) <br> and ENCORE CAPITAL GROUP, INC., ) <br> ) <br> Defendants. ) | 08 C 760 <br> Judge Castillo <br> Magistrate Judge Schenkier |

**JOINT MOTION FOR A PROTECTIVE ORDER**

Plaintiffs Nicole Herkert and Winona Jackson and Defendants MRC Receivables Corp. ("MRC"), Midland Funding NNC-2 Corp. ("MFNNC2"), Midland Credit Management, Inc. ("MCM") and Encore Capital Group, Inc. ("Encore") file this joint motion for a protective order, and in support state the following:

1. The parties anticipate the need for discovery involving the production and disclosure of documents, data and other materials and information, and the taking of testimony by oral deposition.

2. The parties agree that if the Court finds information that may be discovered in this litigation contains sensitive information of a non-public nature which should not be generally available to the public, including documents that may reflect non-public personal information of actual or potential borrowers and documents that could contain trade secrets, proprietary and business sensitive documents, such information and documents should be subject to the Stipulated Protective Order.  (Exhibit A).

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter the stipulated protective Order attached as <u>Exhibit A</u>.

Respectfully submitted,

| s/ Cassandra P. Miller | s/ Renee L. Zipprich |
|---|---|
| Daniel A. Edelman | James W. McConkey |
| Cathleen M. Combs | Renee L. Zipprich |
| James O. Latturner | Dykema Gossett PLLC |
| Cassandra P. Miller | 10 South Wacker Drive, Suite 2300 |
| EDELMAN, COMBS & LATTURNER, LLC | Chicago, IL 60606 |
| 120 S. LaSalle Street, Suite 1800 | FAX (312) 627- 2302 |
| Chicago, IL 60603 | |
| (312) 739-4200 | Theodore W. Seitz |
| (312) 917-0379 (FAX) | Dykema Gossett PLLC |
| (*Attorneys for Plaintiffs*) | 200 Townsend Street, Suite 900 |
| | Lansing, MI 48933 |
| | FAX (517) 374-9191 |
| | (*Attorneys for Defendants*) |

**CERTIFICATE OF SERVICE**

       I, Cassandra P. Miller, hereby certify that on August 13, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627-2302

Theodore W. Seitz (tseitz@dykema.com)
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)