**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, and  )  <br>WINONA JACKSON )  <br>on behalf of plaintiffs and a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 760 | |
| ) | Judge Castillo | |
| v. ) | Magistrate Judge Schenkier | |
| ) | | |
| MRC RECEIVABLES CORPORATION; )  <br>MIDLAND FUNDING NCC-2 CORPORATION; )  <br>MIDLAND CREDIT MANAGEMENT, INC.; )  <br>and ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

     **PLEASE TAKE NOTICE** that on Tuesday, August 19, 2008 at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo in Room 2141 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **JOINT MOTION FOR A PROTECTIVE ORDER.**

                                                                               s/ Cassandra P. Miller
                                                                               Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Cassandra P. Miller, hereby certify that on August 13, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627-2302

Theodore W. Seitz (tseitz@dykema.com)
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)