UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nicole Herkert, et al.
                               Plaintiff,

v.                                            Case No.: 1:08−cv−00760
                                              Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Joint motion for a protective order [55] is granted as modified by the Court. Signature Order to follow. Motion hearing set for 8/19/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.