**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, ) ) ) | |
| Plaintiffs, ) ) | No. 08 C 760 |
| v. ) ) | Judge Ruben Castillo |
| MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION
TO CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

Defendants, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively referred to as "Midland"), by and through their attorneys, Dykema Gossett PLLC, respectfully move this Court for leave to file their opposition to class certification in excess of the fifteen-page limit established by Local Rule 7.1. In support its unopposed motion, Midland states the following:

1. On April 1, 2008, two putative class actions were consolidated – *Herkert, et al. v. MRC Receivables Corp., et al.* and *Jackson, et al. v. MRC Receivables Corp., et al*.

2. Midland's opposition to the Plaintiffs' Consolidated Motion for Class Certification is due on August 29, 2008.

3. Local Rule 7.1 establishes a fifteen-page limit for a brief in support of or in opposition to any motion. Briefs that exceed the fifteen-page limit require prior approval of the Court. Additionally, such briefs that exceed the fifteen-page limit must contain "a table of contents with the pages noted and a table of cases." *See* LR7.1

4.     Due to the complexities of the matter and the extensive factual and legal issues resulting from the consolidation of the *Jackson* and *Herkert* cases, Midland requires ten (10) additional pages for its brief in opposition to class certification, up to and including twenty-five (25) pages, excluding the table of contents and the table of cases.

5.     On August 26, 2008, counsel for Midland contacted Plaintiffs' counsel who has no objection to the requested page-limit extension for the opposition to the class certification brief.

WHEREFORE, Defendants, MRC Receivables Corporation, Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc., respectfully request leave of this Court to allow them to file their brief in opposition to class certification in excess of the fifteen-page limit, up to and including twenty-five (25) pages, excluding the table of contents and the table of cases, and grant such other relief as this Court deems just and appropriate.

Dated: August 26, 2008                             Respectfully submitted,

**MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com*)*
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 26, 2008,** I electronically filed the foregoing **Unopposed Motion for Leave to File Brief in Opposition to Class Certification in Excess of Page Limit** with the Clerk of the Court using the ECF system, which sent notification of such filing to:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2504679.2
ID\IVF