**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 08 C 760 |
| v. | ) ) | Judge Ruben Castillo |
| MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., | ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

**TO:**   COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Tuesday, September 2, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Defendants' Unopposed Motion for Leave to File Brief in Opposition to Class Certification in Excess of Page Limit**, a copy of which is attached hereto.

Dated:  August 26, 2008

 **MRC RECEIVABLES CORPORATION,
 MIDLAND FUNDING NCC-2 CORP.,
 MIDLAND CREDIT MANAGEMENT, INC.,
 and ENCORE CAPITAL GROUP, INC.**

 By: s/ Renee L. Zipprich
 Richard E. Gottlieb (rgottlieb@dykema.com)
 James W. McConkey (jmcconkey@dykema.com)
 Theodore W. Seitz (tseitz@dykema.com)
 Renee L. Zipprich (rzipprich@dykema.com)
 DYKEMA GOSSETT PLLC
 10 S. Wacker Drive, Suite 2300
 Chicago, Illinois 60606
 Phone: 312-876-1700
 Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 26, 2008,** I electronically filed the foregoing **Notice of Defendants' Unopposed Motion for Leave to File Brief in Opposition to Class Certification in Excess of Page Limit** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2504906.1
ID\IVF

2