# EXHIBIT 2

**[THIS DOCUMENT WAS FILED UNDER SEAL.]**

**[THIS DOCUMENT WAS FILED UNDER SEAL.]**