# EXHIBIT 3

**Page 1**

```
                IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
WINONA JACKSON and NICOLE HERKERT, )
on behalf of Plaintiff's and a    )
class,                            )
         Plaintiff,               )
         -vs-                     ) No. 08 C 760
MRC RECEIVABLES CORPORATION;      )
MIDLAND FUNDING NCC-2 CORPORATION;)
MIDLAND CREDIT MANAGEMENT, INC.;  )
and ENCORE CAPITAL GROUP, INC.,   )
         Defendants.              )
```

        The deposition of NICOLE HERKERT, taken in
the above-entitled cause before Susan Maul, CSR No.
84-2501, a notary public within and for the County
of Will and State of Illinois, taken pursuant to
the Federal Rules of Civil Procedure for the United
States District Courts, 180 North Lasalle Street,
Chicago, Illinois, on the 23rd of July, A.D., 2008,
at the hour of 10:00 o'clock a.m.

**Page 2**

APPEARANCES:

    EDELMAN, COMBS, LATTURNER &
    GOODWIN, LLC
    120 South LaSalle Street
    18th Floor
    Cchicago, IL  60603
    (312) 739-4200
    BY:  MS. CASSANDRA P. MILLER
        On behalf of the Plaintiff;

    DYKEMA
    180 North LaSalle Street
    Suite 2700
    Chicago, IL  60601
    (312) 876-1700
    BY:  MS. RENEE L. ZIPPRICH
        On behalf of the Defendant.

ALSO PRESENT:

    Ms. Winona Jackson

**Page 3**

                    I N D E X

WITNESS                    EXAMINATION

Nicole Herkert

    By Ms. Zipprich              4


                  E X H I B I T S

NUMBER                     MARKED FOR ID

Deposition Exhibit

    No. 1                      26

    No. 2                      38

    No. 3                      45

    No. 4                      49

    No. 5                      51

**Page 4**

                (Witness sworn.)
                  NICOLE HERKERT,
called as a witness herein, having been first duly
sworn, was examined and testified as follows:
                  EXAMINATION
BY MS. ZIPPRICH:
    Q.   My name is Renee Zipprich, and I represent
the defendants in this action.
         Can you state your name for the record and
spell your last name, please?
    A.   Nicole Herkert, H-E-R-K-E-R-T.
    Q.   Have you ever given a deposition before?
    A.   No.
    Q.   Okay.  I'm sure that your attorney went
over the ground rules for a deposition, but I just
want to make sure that we get a couple things clear
before we proceed and that we're on the same page.
         First, when you answer my questions answer
audibly with a yes or a no or whatever the answer
is going to be and not an uh-huh or huh-huh or
shrugging of the shoulders or any kind of other
gesture because the court reporter can't take that
down and it will be reflected in the transcript.
         Second, let me finish all of my questions

**1 (Pages 1 to 4)**

1  completely before you answer.  If we talk over one
2  another it's not going to show up well on the
3  transcript.
4         And, third, if I ever ask a question that
5  you don't understand or for whatever reason it's
6  not clear to you, just ask me to restate it.
7     A.  Okay.
8     Q.  Finally, if you answer my question, I'm
9  going to assume that you understood the question.
10  So I think we're on the same page now.
11     A.  Yes.
12     Q.  Can you tell me where you presently
13  reside?
14     A.  In Streamwood.
15     Q.  Can you give me your address?
16     A.  1103 East Streamwood Boulevard,
17  Streamwood, Illinois 60107.
18     Q.  Are you married?
19     A.  No.
20     Q.  Do you have any children?
21     A.  No.
22     Q.  Have you ever been married?
23     A.  No.
24     Q.  How old are you?

**5**

1     A.  27.
2     Q.  Does anybody presently rely on you for
3  financial support?
4     A.  No.
5     Q.  Are you dependent on anyone else for
6  financial support?
7     A.  No.
8     Q.  So you're financially independent?
9     A.  Yes.
10     Q.  Can you give me a run-down of your
11  educational background starting with high school?
12     A.  I graduated high school.
13     Q.  From?
14     A.  Truman Middle College.  I have my GED.
15     Q.  Okay.  Where did you attend high school
16  before that?
17     A.  Von Steuben.
18     Q.  Where is that?
19     A.  On Foster and Lawrence.
20     Q.  In the City of Chicago?
21     A.  In Chicago, yes.
22     Q.  Did you grow up in Chicago?
23     A.  Yes.
24     Q.  And did you attend college?

**6**

1     A.  No.
2     Q.  Do you have -- so you received your high
3  school diploma?
4     A.  It's a GED.
5     Q.  Have you received any other educational
6  certificates?
7     A.  No.
8     Q.  Are you currently employed?
9     A.  Yes.
10     Q.  Where?
11     A.  CVS Pharmacy.
12     Q.  Where is that CVS Pharmacy located?
13     A.  In Rolling Meadows.
14     Q.  How long have you been employed at CVS?
15     A.  Almost five years.
16     Q.  Were you employed before that?
17     A.  Yes.
18     Q.  Where?
19     A.  Lou Malnati's.
20     Q.  Which one?
21     A.  Downtown, River North.
22     Q.  How long were you employed at Lou
23  Malnati's?
24     A.  Three and a half, four years.

**7**

1     Q.  And what was your position at Lou
2  Malnati's?
3     A.  I answered phones, cashier.
4     Q.  Cashier.  Were you ever a server?
5     A.  Yeah, for a little while.
6     Q.  What is your position at CVS?
7     A.  I'm a shift supervisor.
8     Q.  I'm sorry?
9     A.  Shift supervisor.
10     Q.  And what do your responsibilities include
11  as a shift supervisor?
12     A.  I'm opening and closing the store.
13     Q.  And other than opening and closing the
14  store, what responsibilities do you have as a shift
15  supervisor?
16     A.  We stock shelves, take in the truck,
17  change planograms and clean up the store, face.
18     Q.  Do you handle money at all?
19     A.  Uh-huh.  Yes.
20     Q.  Do you have to account for the cash that's
21  received in the cash registers at the end of the
22  day?
23     A.  Yes.
24     Q.  Okay.  Have you ever been suspended or

**8**

**2 (Pages 5 to 8)**

```
1   reprimanded at your job?
2       A.  No.
3       Q.  Were you ever suspended or reprimanded at
4   Lou Malnati's?
5       A.  No.
6       Q.  Where did you work before Lou Malnati's?
7       A.  UPS.
8       Q.  What did you do at UPS?  What was your
9   job?
10      A.  I started out uploading trucks and then I
11  was what they call a voicer.
12      Q.  A voicer?
13      A.  Yeah.
14      Q.  What does a voicer do?
15      A.  It's like voice activation -- like
16  printing labels for boxes.
17      Q.  How long were you at UPS?
18      A.  About a year -- eight months.
19      Q.  Were you ever reprimanded at your job at
20  UPS?
21      A.  No.
22      Q.  Was there any formal complaint ever --
23  strike that.
24          Did anyone ever lodge a formal complaint
                                                        9
```

```
1   against you at any of your places of employment?
2       A.  No.
3       Q.  Do you live alone now?
4       A.  No.
5       Q.  With whom do you live?
6       A.  My boyfriend.
7       Q.  What's his name?
8       A.  Anthony Tinerella.
9       Q.  Can you spell his last name?
10      A.  T-I-N-E-R-E-L-L-A.
11      Q.  Anybody else live in the home?
12      A.  No.
13      Q.  Is it a house?
14      A.  Yes.
15      Q.  Do you own the home?
16      A.  No.
17      Q.  Are you renting?
18      A.  No.
19      Q.  Who owns the home?
20      A.  He does.
21      Q.  He has a mortgage on the house?
22      A.  Yes.
23      Q.  Do you pay him rent?
24      A.  No.
                                                       10
```

```
1       Q.  Do you know how much his mortgage payment
2   is a month?
3       A.  No.
4       Q.  Do you know with whom he has a mortgage?
5       A.  No.
6       Q.  How long have you lived there?
7       A.  Three years.
8       Q.  Have you ever been fired or forced to
9   resign from a job?
10      A.  No.
11      Q.  You've never been fired?
12      A.  No.
13      Q.  You've never been forced to resign?
14      A.  No.
15      Q.  Has anybody accused you of dishonesty at
16  any of your jobs?
17      A.  No.
18      Q.  Of stealing?
19      A.  No.
20      Q.  Or of lying?
21      A.  No.
22      Q.  Were you ever disciplined in high school
23  or college for academic fraud?
24      A.  No.
                                                       11
```

```
1       Q.  Or cheating?
2       A.  No.
3       Q.  Are you familiar with the Fair Debt
4   Collection Practices Act?
5       A.  Yeah.
6       Q.  Tell me about your familiarity with the
7   Fair Debt Collection Practices Act.
8       A.  That you can't be sued five years after
9   the debt.
10      Q.  After the debt what?
11      A.  I don't know the word for it, an old debt
12  or an unpaid debt.
13      Q.  Do you have any other understanding of the
14  Fair Debt Collection Practices Act?
15      A.  It's -- it's vague.
16      Q.  Do you have any training regarding the
17  Fair Debt Collection Practices Act?
18      A.  No.
19      Q.  Or any work experience?
20      A.  No.
21      Q.  How did you learn about the Fair Debt
22  Collection Practices Act?
23      A.  Online.
24      Q.  Online where?
                                                       12
```

**3 (Pages 9 to 12)**

1    A.  I don't know where specifically, just --
2    Q.  What caused you to look up the Fair Debt
3  Collection Practices Act online?
4    A.  Being sued by Midland Funding.
5    Q.  Did anybody suggest to you that you should
6  look up the Fair Debt Collection Practices Act
7  online?
8    A.  No.
9    Q.  What else do you know about the Fair Debt
10  Collection Practices Act, if anything?
11    A.  I don't know.
12    Q.  Are you familiar with the Illinois
13  Collection Agency Act?
14    A.  No.
15    Q.  Are you currently taking any prescription
16  medications?
17    A.  No.
18    Q.  Have you ever taken any in the past?
19    A.  No.
20    Q.  Other than maybe antibiotics for something
21  here or there, have you ever been on prescription
22  medication for more than a month?
23    A.  No.
24    Q.  Have you ever been treated for a mental or

**13**

1  payment?
2    A.  No, not to the mortgage payment.
3    Q.  What do you contribute to as far as
4  household expenses?
5    A.  It's not -- it's not monthly but, you
6  know, when I can I pay the phone bill or the gas
7  bill or the water bill.
8    Q.  Are any utility bills in your name?
9    A.  No.
10    Q.  Have you ever filed for bankruptcy?
11    A.  No.
12    Q.  Do you have a vehicle?
13    A.  Not in my name.
14    Q.  Do you drive a vehicle?
15    A.  Yes.
16    Q.  Who owns the vehicle?
17    A.  My mom.
18    Q.  What is your mother's name?
19    A.  Eileen Herkert.
20    Q.  How old is your mother?
21    A.  46.
22    Q.  Where does your mother live?
23    A.  In Kentucky.
24    Q.  Kentucky?

**15**

1  psychological disorder, problem?
2    A.  No.
3    Q.  Have you ever been treated for drug or
4  alcohol problems?
5    A.  No.
6    Q.  Do you have any physical or mental
7  conditions that would prohibit you from standing
8  trial in this case?
9    A.  No.
10    Q.  Or from testifying accurately here today?
11    A.  No.
12    Q.  Do you have regular monthly water bill,
13  gas bill, power bill, utility bills, things like
14  that?
15    A.  Yes.
16    Q.  Do you pay your bills regularly?
17    A.  Yes.
18    Q.  Tell me each utility bill you have in
19  addition to your -- well, I just want to make sure
20  I understand.
21        You don't pay any rent to live in the home
22  you live in; is that right?
23    A.  Right.
24    Q.  You don't contribute to the mortgage

**14**

1    A.  Uh-huh.
2    Q.  What city in Kentucky?
3    A.  Lawrenceburg.
4    Q.  Does your father also live there?
5    A.  Yes, he does.
6    Q.  With your mother?
7    A.  Yes.
8    Q.  Do you have any brothers or sisters?
9    A.  Yes.
10    Q.  How many?
11    A.  I have two --
12    Q.  And what are their genders?
13    A.  I have two sisters, one brother.
14    Q.  How old are they?
15    A.  29 -- no. She just turned 30.
16    Q.  What is her name?
17    A.  Heather.  Eddie is my brother, he's -- I
18  got to think how old I am, 25, and Colleen is 17.
19    Q.  And where do they live?
20    A.  Colleen lives in Kentucky with my parents.
21  My brother lives in Georgia.  And my sister lives
22  in Glen Ellyn.
23    Q.  Do you have any reoccurring monthly
24  expenses, something that you pay each month?

**16**

**4 (Pages 13 to 16)**

1    A.   Yes.
2    Q.   What would that be?
3    A.   My phone bill, my cell phone bill.
4    Q.   What service do you have?
5    A.   Nextel or Sprint, they merged, so I don't
6  know if it's --
7    Q.   What else?
8    A.   I have a Visa credit card.
9    Q.   Through which bank?
10    A.   Plains Commerce.  And then I have another
11  one through -- I'm sorry.
12    Q.   Go ahead.
13    A.   Bank of America.
14    Q.   You have another Visa card?
15    A.   Yes.
16    Q.   What is your credit limit on your
17  plains -- what is it, Plains Commerce --
18    A.   Plains Commerce Bank.
19    Q.   -- Visa card?  What is your credit limit?
20    A.   I don't know.
21    Q.   What is your credit limit on the Bank of
22  America Visa card?
23    A.   3,500.
24    Q.   Do you know what your current balance is

**17**

1    A.   I would be guessing, maybe 2,000.
2    Q.   And do you know approximately what your
3  balance is on that card?
4    A.   Like a thousand 71.
5    Q.   Do you make regular payments on these two
6  cards?
7    A.   Yes, I do.
8    Q.   Do you make them on time?
9    A.   Yes, I do.
10    Q.   Do you have any other reoccurring monthly
11  expenses?
12    A.   No.
13    Q.   Do you have any other credit cards besides
14  these two Visa cards?
15    A.   No.
16    Q.   Do you have any other lines of credit?
17    A.   No.
18    Q.   So you have no other loans with any other
19  lender?
20    A.   No.
21    Q.   Do you have a checking account?
22    A.   Yes, I do.
23    Q.   With what bank?
24    A.   Chase.

**19**

1  on the Bank of America Visa?
2    A.   No.
3    Q.   Approximately?
4    A.   3,000 maybe.
5    Q.   So you've maxed out that card?
6    MS. MILLER:  I'm going to object, she said her
7  credit limit was 3,500.
8  BY MS. ZIPPRICH:
9    Q.   I believe you said your credit limit was
10  3,000.
11    A.   3,500.
12    Q.   Oh, I'm sorry, I took that down wrong.
13  3,500, and what is your balance, in other words,
14  what is the amount you owe on the credit card, the
15  Visa, the Bank of America Visa?
16    A.   I'm not sure.
17    Q.   Can you give me an approximate number?
18    A.   Approximately around 3,000.
19    Q.   Okay.  And what -- can you give me -- you
20  stated that you don't recall what your credit limit
21  is on your Plains Commerce Visa credit card, but
22  can you give me an approximate number what the
23  credit limit is, the credit that's available to
24  you?

**18**

1    Q.   Do you have a savings account?
2    A.   Yes, I do.
3    Q.   With what bank?
4    A.   Chase also.
5    Q.   Do you have any other accounts of any
6  other type or kind in a banking institution?
7    A.   No.
8    Q.   Do you have a 401-K or an IRA?
9    A.   No.
10    Q.   Or any other type of retirement --
11    A.   No.
12    Q.   -- fund?
13        Do you receive monthly statements from
14  your bank?
15    A.   Yes.
16    Q.   Do you keep them?
17    A.   Yes.
18    Q.   Do you have any other monthly expenses
19  that you can think of other than those that we
20  talked about?
21    A.   No.  I mean, not -- other than like gas
22  and groceries, no.
23    Q.   Do you pay anything for your car?
24    A.   No.

**20**

**5 (Pages 17 to 20)**

1    Q.  You don't pay insurance?
2    A.  Oh, insurance, but that's like annually.
3    Q.  How much is your insurance per year?
4    A.  600 or 650.
5    Q.  What company insures you?
6    A.  State Farm.
7    Q.  Do you make -- strike that.
8        How are you paid at CVS, are you paid
9    hourly or are you paid salary?
10   A.  Hourly.
11   Q.  What is your hourly rate?
12   A.  10.40.
13   Q.  How many hours a week do you work?
14   A.  Between 32 and 40.
15   Q.  Do you do anything else to earn income
16   besides work at CVS?
17   A.  No.
18   Q.  Before you had the -- strike that.
19       How long have you had the two Visa cards
20   that you have now?  We can start with the Plains
21   Commerce Visa card.
22   A.  Four or five years.
23   Q.  How long have you had the $1,000 -- 1071
24   balance on your Plains Commerce Visa card?

                                                    **21**

1    A.  It goes up and down.  It's not -- I pay it
2    off and then when I need to use it, I use it.
3    Q.  How long have you had the Bank of America
4    Visa card?
5    A.  Maybe about two years.
6    Q.  And how long have you had the $3,000
7    balance on that card?
8    A.  That's the same -- that's recent, maybe
9    about a year or two.
10   Q.  In the last year how low was your balance
11   on the Bank of America Visa card?  What was the
12   lowest it was in the last year?
13   A.  Maybe 900.
14   Q.  Do you have health insurance?
15   A.  Yes.
16   Q.  Through whom?
17   A.  I think Blue Cross-Blue Shield.
18   Q.  Who pays for your health insurance?
19   A.  It's taken out of my check.
20   Q.  Do you know how much that is?
21   A.  No.
22   Q.  Do you file tax returns?
23   A.  Yes.
24   Q.  Do you have copies of your tax returns?

                                                    **22**

1    A.  Yes.
2    Q.  How -- do you have a copy of your tax
3    return from the last five years?
4    A.  I believe so.  I'm not sure.
5    Q.  Have you filed tax returns consistently
6    for the last ten years?
7    A.  I believe so.
8    Q.  Would you have a copy of all of those tax
9    returns?
10   A.  Probably not.
11   Q.  And why would that be?
12   A.  I don't know.  I don't hang on to a lot of
13   stuff.
14   Q.  Do you file tax returns on a yearly basis?
15   A.  Yes.
16   Q.  Do you use an accounting firm --
17   A.  No.
18   Q.  -- for your taxes?
19       Do you typically get a refund or do you
20   typically owe money?
21   A.  Refund.
22   Q.  Have you ever been convicted of a crime?
23   A.  No.
24   Q.  Have you ever been accused of dishonesty?

                                                    **23**

1    A.  No.
2    Q.  Other than the lawsuit that we're here on
3    today, have you ever been involved in any other
4    lawsuits?
5    A.  No.
6    Q.  How is it that you came to learn of the
7    Edelman, Combs firm?
8    A.  Through my mom.
9    Q.  Can you tell me more about that?
10   A.  When I got the -- when I was first being
11   sued, I had called my mom and talked to her, and
12   she had made some phone calls for me, and then they
13   called me back.
14   Q.  Who called you back?
15   A.  The Edelman firm, or Cassandra Miller.
16   Q.  So you didn't call the Edelman, Combs firm
17   yourself?
18   A.  No.
19   Q.  And you think your mom investigated --
20   just tell me a little bit more about that.  How do
21   you think your mom got in touch with the Edelman,
22   Combs firm, if you know?
23   A.  I don't know.
24   Q.  Do you know if she called several law

                                                    **24**

                                          **6 (Pages 21 to 24)**

1  firms?
2  A.  She told me she called a couple.  I don't
3  know who.
4  Q.  Did you ask your mom to call law firms
5  when you received the complaint in the matter?
6  A.  Yes.
7  Q.  Have you ever received anything in the
8  mail from the Edelman firm?
9  A.  Yes.
10  Q.  What?
11  A.  Copies of the complaint, I don't know,
12  papers.
13  Q.  Did you ever receive anything before the
14  copy of the complaint in the mail from the Edelman,
15  Combs firm?
16  A.  Meaning --
17  Q.  Anything in the mail at all.
18      Before you received a copy of the
19  complaint you're telling me you received in the
20  mail from the Edelman firm, did you receive
21  anything else in the mail from them?
22  A.  I don't know.  I've received stuff.  I
23  don't know exactly what papers they were, but I've
24  received -- like when I was first being sued I

**25**

1  received a contract from them or a paper to sign to
2  entitle them to --
3      (Whereupon, Deposition Exhibit
4      No. 1 was marked for
5      identification.)
6  BY MS. ZIPPRICH:
7  Q.  Okay.  I'm going to show you what I'm
8  going to mark Exhibit 1.
9      Have you ever even seen this document
10  before?
11  A.  No.
12  Q.  Do you know if your mother ever received
13  anything in the mail from the Edelman, Combs firm?
14  A.  She did not.
15  Q.  So just so I have an understanding here,
16  tell me again how -- tell me again what your
17  knowledge is of how your mother got connected to
18  the Edelman, Combs firm.
19  A.  As far as I know, she -- I don't know if
20  she talked to somebody, but I remember her saying
21  that she talked to somebody in Texas, I don't know,
22  his name was Bill something, I don't know who he
23  was, and I think from that she got a couple of
24  phone numbers to call.  But I'm not certain.

**26**

1  Q.  The Edelman, Combs firm filed appearance
2  on your behalf in the state court lawsuit, correct?
3  A.  Yes.
4  Q.  Let's back up a little bit.  Before they
5  filed an appearance in the state court lawsuit, the
6  lawsuit wherein my client sent -- sued you for this
7  debt, the debt at issue here to collect on this
8  debt, did you talk to anybody on the phone from the
9  Edelman, Combs firm?
10  A.  Ms. Miller.
11  Q.  Did you send her the complaint that you
12  received in the mail from my client?
13  A.  Yeah, I believe it was faxed.
14  Q.  Did you have to pay the Edelman firm any
15  money for their work in the state court action?
16  A.  Yes.
17  Q.  How much?
18  A.  300, 350.  I don't remember.
19  Q.  Was it just a flat fee?
20  A.  Yes.
21  Q.  Did you have an agreement with the
22  Edelman, Combs firm to represent you in the state
23  court action?
24  A.  What do you mean?

**27**

1  Q.  Did you sign anything with -- sent to you
2  by the Edelman, Combs firm?
3  A.  Yes.
4  Q.  Indicating that they were going to
5  represent you in the state court action?
6  A.  Yes.
7  Q.  When you had your conversations on the
8  phone with Ms. Miller about the state court action,
9  did -- did this lawsuit, in other words, the
10  Federal lawsuit wherein you're suing my client in
11  this class action as a co-plaintiff with
12  Ms. Jackson, did this lawsuit ever come up?
13      MS. MILLER:  I'm going to object.  It's
14  attorney-client privilege, we're not going to get
15  into what we talked about during those
16  conversations.
17      You can talk about the conversation occurred,
18  but not what we discussed during those
19  conversations.
20  BY MS. ZIPPRICH:
21  Q.  How did you arrive at the decision to sue
22  MRC Receivables, Midland Funding NCC-2 Corp,
23  Midland Credit Management, and Encore Capital
24  Group?

**28**

**7 (Pages 25 to 28)**

1    A.  Can you repeat that?
2    MS. ZIPPRICH:  Can you read it back?
3        (Record read as requested.)
4    THE WITNESS:  They unfairly sued me.  I mean,
5    they wrongly sued me.  I don't --
6    BY MS. ZIPPRICH:
7    Q.  Was it your idea to sue them in response
8    to being sued?
9    A.  Yeah.
10    Q.  And how did you arrive at that decision?
11    A.  I don't understand.
12    Q.  Did anyone counsel you that you should sue
13    MRC Receivables, Midland Funding NCC-2 Corp,
14    Midland Credit Management, and Encore Capital Group
15    for --
16    A.  I know that under the PDCPA I'm entitled
17    to do that, you know, in order to get back what I
18    put out and for them wrongfully suing me.
19    Q.  What do you mean get back what you put
20    out?
21    A.  Expenses.
22    Q.  Expenses for what?
23    A.  Lawyer fees and -- I don't know what else
24    I'm entitled to, that's why I have an attorney.

**29**

1    Q.  How did you know that you were entitled to
2    sue my clients under the FDCPA?
3    A.  Just from what I know from online.
4    Q.  And nobody -- nobody advised you about
5    your rights under the FDCPA?
6    A.  I've been -- yeah, I was told about it.
7    Q.  By whom?
8    A.  My mom, Ms. Miller.
9    Q.  Does your mom have training of the FDCPA?
10    A.  No.
11    Q.  What, if anything, do you know about your
12    mother's -- the scope of her knowledge of the
13    FDCPA?
14    A.  I just -- just what she told me.
15    Q.  When did you first hear from Ms. Miller at
16    the Edelman, Combs firm?
17    A.  Like a date or -- I don't understand.
18    Q.  Let's go through the time line.
19        You received a letter from Midland Credit
20    or one of the MCM -- one of the Midland entities --
21    strike that.
22        After you received the -- the state court
23    complaint, what did you do?
24    A.  Called my mom.

**30**

1    Q.  And how long after that did you receive a
2    call from Ms. Miller?
3    A.  Maybe a week.
4    Q.  After you called your mother?
5    A.  Yeah.
6    Q.  And that was a week after you received the
7    state court complaint in the mail?
8    A.  Right.
9    Q.  Was it your idea to sue the defendants in
10    this action or was it your lawyer's idea?
11    A.  Mine.
12    Q.  And I'll ask again for a little bit more
13    clarity on this.
14        How did you arrive at that decision to
15    move forward with the class action against my
16    clients?
17    A.  Because what they're doing is wrong.
18    Q.  What do you hope to gain from this
19    lawsuit?
20    A.  For them to stop harassing people.
21    Q.  And what do you mean by harassing?
22    A.  Suing people wrongfully.
23    Q.  And what do you mean by wrongfully?
24    A.  Suing people when they don't have a right

**31**

1    to.
2    Q.  And why don't you think they have -- why
3    don't you think they had the right to sue you on
4    the debt that you --
5    A.  Because it was a time barred debt.
6    Q.  Who told you it was a time barred debt?
7    A.  Just from what I know from reading.
8    Q.  No one told you that was a time barred
9    debt?
10    A.  No.  I read it online that it was a time
11    barred debt.
12    Q.  You learned that for the first time on
13    your own?
14    A.  I did.
15    Q.  And not from an attorney?
16    A.  No.
17    Q.  What would cause you to go investigate
18    whether this is a time barred debt?
19    A.  I got the lawsuit, I didn't understand why
20    I was being sued, I typed in -- you know, I Googled
21    lawsuits from debt collectors and just read through
22    information.
23    Q.  When did you first meet your lawyers?
24    A.  Hire them, talk to them, I don't

**32**

**8 (Pages 29 to 32)**

1  understand.
2      Q.   Meet them in person.
3      A.   Meet them in person?
4      Q.   Yes.
5      A.   Today.
6      Q.   Did you receive a copy of the complaint to
7  review before it was filed?
8      A.   Yes.
9      Q.   Does the complaint accurately reflect your
10  claims in this lawsuit?
11      A.   Yes.
12      Q.   The debt at issue in this litigation was
13  incurred on a credit card issued by Associates
14  National Bank, correct?
15      A.   Yes.
16      Q.   When did you first get that credit card
17  from Associates National Bank?
18      A.   Almost ten years ago.
19      Q.   Did you apply for the card in response to
20  a solicitation in the mail?
21      A.   No.
22      Q.   How did you apply for the credit card?
23      A.   They were at my school.
24      Q.   Your high school?

**33**

1      A.   From Associates?
2      Q.   Yes.
3      A.   Yes.
4      Q.   What did you do with those monthly
5  statements?
6      A.   I set them aside I guess.
7      Q.   Why didn't you pay them?
8      A.   I was 18, I didn't have a job.
9      Q.   When you -- when you opened your credit
10  card account, were you aware that you would be
11  obligated to pay back your -- the expenses that you
12  incurred on that card?
13      A.   Yes.  I did it -- I did it, yeah, with the
14  intentions of paying this.
15      Q.   You did it with the intentions of paying
16  but you never made a payment on the credit card?
17      A.   Correct.
18      Q.   When did you last receive a billing
19  statement relative to the Associates credit card
20  account?
21      A.   I don't recall.
22      Q.   Can you tell me what year you opened the
23  credit card account?
24      A.   '98.

**35**

1      A.   Yes.
2      Q.   What was your line of credit when you
3  first opened the Associates card?
4      A.   500.
5      Q.   Did you make payments on your Associates
6  credit account?
7      A.   No.
8      Q.   Did you make purchases with your
9  Associates credit card account?
10      A.   Yes.
11      Q.   Did you incur expenses on your Associates
12  credit card account in the amount of $500?
13      A.   Yes.
14      Q.   How quickly did you incur those expenses
15  on your credit card account?
16      A.   I don't remember.
17      Q.   Was it within a year of receiving the
18  credit car?
19      A.   I'm sure it was.
20      Q.   Did you ever make any payments on your
21  Associates credit card account?
22      A.   No.
23      Q.   Did you receive monthly statements
24  relative to the associate credit card account?

**34**

1      Q.   Did anyone else ever use the Associates
2  credit card?
3      A.   No.
4      Q.   Do you recall what you used it for?
5      A.   Probably clothes.
6      Q.   Do you presently have any of the
7  Associates credit card account documents?
8      A.   No.
9      Q.   Do you have any documents at all relating
10  to that account?
11      A.   No.
12      Q.   Was that the first credit card you ever
13  had?
14      A.   Yes.
15      Q.   In between the Associates credit card and
16  the credit cards you have now, did you ever have
17  any other credit cards?
18      A.   No.
19      Q.   So you've only had three credit cards in
20  your life?
21      A.   Yes.
22      Q.   When you opened your Associates credit
23  card, you received paperwork relating to the
24  account, correct?

**36**

**9 (Pages 33 to 36)**

1    A.  I don't remember.
2    Q.  Do you recall completing an application?
3    A.  Yes.
4    Q.  Do you recall receiving a credit card
5    agreement?
6    A.  No.
7    Q.  Do you recall -- do you recall receiving a
8    disclosure statement from Associates relating to
9    the account?
10   A.  No.
11   Q.  If I were to show you an agreement
12   provided to you at the time you opened your
13   Associates credit card, would you recognize it?
14   A.  I don't know.  I don't recall ever getting
15   one.
16   Q.  Do you agree it's likely that you received
17   a credit card agreement when you opened a credit
18   card?
19   A.  No.
20   Q.  You don't think that it's routine for
21   people to get credit card agreements when they open
22   a credit card account?
23   A.  I don't know what they do.
24   Q.  Do you have a credit card agreement with

                                                    37

1    Bank of America for your Visa card?
2    A.  No.
3    Q.  You didn't fill out an application --
4    A.  I filled out an application, they send you
5    the card on the piece of paper that says this is
6    your thing, this is your limit.
7    Q.  Did you receive any type of terms and
8    conditions for that Visa card?
9    A.  I don't know.
10                (Whereupon, Deposition Exhibit
11                No. 2 was marked for
12                identification.)
13   BY MS. ZIPPRICH:
14   Q.  I'm going to show you what I marked as
15   Exhibit 2.
16        Do you recognize this document?
17   A.  No, I don't.
18   Q.  So you can't tell me if you ever received
19   this Associates National Bank MasterCard or Visa
20   account cardmember agreement?
21   A.  Huh-huh.  No.
22   Q.  Do you recall receiving any type of
23   agreement when you opened your credit card?
24   A.  No.

                                                    38

1    Q.  Would you be surprised to know that you
2    received this credit card agreement when you opened
3    up your credit card with Associates?
4    A.  What do you mean?
5    Q.  Well, if I were to tell you that it's
6    standard for -- it was standard for Associates to
7    issue this agreement to all of its cardholders,
8    would you be surprised to learn that you actually
9    did receive this cardholder agreement?
10   MS. MILLER:  I'm going to object to form, and
11   it calls for speculation.
12        She said she doesn't know, she -- she doesn't
13   recognize this document, she doesn't know what
14   Associate Bank does.
15   BY MS. ZIPPRICH:
16   Q.  You can answer.
17   MS. MILLER:  You can go ahead and answer if you
18   know.
19   THE WITNESS:  I don't know.  Yeah, I would be
20   surprised if they sent it to me -- I've never seen
21   it before, so I don't know if they sent it or if
22   they didn't send it.
23   BY MS. ZIPPRICH:
24   Q.  But you said you didn't recall if you

                                                    39

1    received a credit card agreement from Associates,
2    isn't that right?
3    A.  I don't believe that they ever did send me
4    one.
5    Q.  We'll come back the that.  Midland Funding
6    NCC-2 Corp filed suit against you in September '07,
7    correct?
8    A.  Yeah.  I don't remember what the date was.
9    Q.  But Midland Funding NCC-2 Corp filed suit
10   against you?
11   A.  Filed suit against me, yes.
12   Q.  The lawsuit sought to recover your past
13   due balance on your Associates credit card plus
14   interest and attorney's fees, correct?
15   A.  Yes.
16   Q.  And Midland Funding NCC-2 Corp is the only
17   one of the defendants who's ever filed suit against
18   you, correct?
19   A.  Yes.
20   Q.  Did you incur the $1,626.91 on your
21   Associates credit card that Midland Funding sought
22   to recover in its suit against you?
23   A.  Say it one more time.
24                (Record read as requested.)

                                                    40

10 (Pages 37 to 40)

1     THE WITNESS:  Not that much.
2  BY MS. ZIPPRICH:
3     Q.   Do you dispute that the amount the state
4  court lawsuit accurately sets forth the amount of
5  your unpaid balance with Associates?
6     A.   I don't understand that.
7     Q.   Do you dispute that amount, is that what
8  you're telling me?
9     A.   Yes.
10    Q.   But you admit that you owed money on the
11 Associates credit card account when you -- or you
12 never made a payment on the account, you admit that
13 you owed money on the credit card account?
14    A.   Right.
15    Q.   And that amount was approximately $500?
16    A.   Right.
17    Q.   Which is the credit limit that you had on
18 that credit card account?
19    A.   Right.
20    Q.   You just don't believe a lawsuit can be
21 initiated on the amount you agree you owe because
22 of the statute of limitations, correct?
23    A.   Can you rephrase that?
24    Q.   What do you know about the statute of

**41**

1 limitations?
2     A.   I know that you can't be sued for that
3  debt after a certain period of time.
4     Q.   What period of time?
5     A.   Five years.
6     Q.   And where did you learn that?
7     A.   Online also.
8     Q.   When you received the state court
9  complaint in the mail, was it your understanding
10 before looking on the Internet or anywhere else
11 that my client couldn't recover this debt against
12 you because it was old?
13    A.   No.  I didn't know what they were suing
14 for because the one credit card that I have was a
15 balance transfer from Associates.
16    Q.   Which one credit card?
17    A.   The Plains Commerce Bank.
18    Q.   So you thought that Midland Funding was
19 sending you the state court complaint regarding the
20 Plains Commerce credit card?
21    A.   No.  I didn't know what the lawsuit was
22 regarding.
23    Q.   Well then why did you go investigate
24 online whether --

**42**

1     A.   Because it said that I owed money on this
2  account number for this credit card.
3     Q.   Correct.  But why did you go online then
4  and look to see if there was a problem trying to
5  recover a debt that was incurred more than five
6  years ago?
7     A.   I just typed -- I don't know why I did it.
8     Q.   That's a specific provision of the FDCPA,
9  and I'm just trying to get an understanding of how
10 you got to that specific provision if you were
11 unsure as to which credit card they were suing you
12 on.
13    A.   So then I must have thought that it was
14 the Plains Commerce one.  I mean, I don't know.
15    Q.   The Plains Commerce one is still a current
16 account for you?
17    A.   Correct.  Maybe -- I mean, it's been from
18 debt collector to debt collector, so it's possible
19 that things got -- I mean, I don't know why they do
20 what they do.
21    Q.   That's not what I'm asking you why they do
22 what they did.  I'm asking you why you did what you
23 did.
24         I'm asking you why you specifically went

**43**

1  online before anyone told you anything about a debt
2  collector trying to collect on a debt that's more
3  than five years old.
4         You specifically went to that provision of
5  the FDCPA that says that they can't --
6     A.   I didn't specifically go to that.  I typed
7  in debt collectors, lawsuits from debt collectors
8  or being sued by a debt collector, and it's just
9  stuff that I read that came up with that.
10    Q.   When you did that Internet search, did you
11 find anything on the Edelman, Combs firm?
12    A.   No.
13    Q.   Did you ever receive any communications
14 from any of the defendants in this lawsuit before
15 September '07?
16    A.   No.
17    Q.   Did you ever contact any of the defendants
18 in this lawsuit?
19    A.   No.
20    Q.   Did you dispute the validity of the debt?
21    A.   I don't understand.
22    Q.   On December 6th, 2007, you contacted Adler
23 & Associates about the state court lawsuit against
24 you, correct?

**44**

**11 (Pages 41 to 44)**

1    A.   The name sounds familiar.
2         (Whereupon, Deposition Exhibit
3         No. 3 was marked for
4         identification.)
5    BY MS. ZIPPRICH:
6    Q.   I'm going to show you what I've marked
7    Exhibit 3.
8    A.   Oh, yes.
9    Q.   You recognize this document as a letter
10   that you sent to Adler & Associates?
11   A.   Yes.
12   Q.   And what was the purpose of you drafting
13   this letter to Adler & Associates?
14   A.   Because I didn't know what the lawsuit was
15   in regards to.
16   Q.   In the letter you say you have no record
17   of being associated with this account, correct?
18   A.   Right.
19   Q.   But you've testified here today that you
20   are well aware of the Associates account that --
21   A.   Right.  Because I wrote this not knowing
22   what this account was for thinking that the one
23   that I had was the one that I was currently paying
24   on.

**45**

1    Q.   Okay.  Now, if you look at the date at the
2    top of the letter it says December 14th, 2007.
3    A.   Right.
4    Q.   That's three months after you received the
5    state court complaint in the mail?
6    A.   No, it's not.  I didn't receive -- I
7    didn't receive that in September.
8    Q.   Okay.  When did you receive it?
9    A.   Probably a couple of days before this.
10   Q.   Adler & Associates was a law firm that
11   brought the state court lawsuit on behalf of
12   Midland Funding NCC-2, correct?
13   A.   Yes.
14   Q.   You spoke to someone named Kevin Collins?
15   A.   Yes.
16   Q.   And what did you say to him and what did
17   he say to you on that phone call?
18   A.   Just that I was -- I asked what the
19   lawsuit was in regards to and that I needed
20   information cause I didn't know what it was for.
21   Q.   And what did he say to you?
22   A.   That I had to send something in writing
23   asking for information on the case or whatever it
24   was.

**46**

1    Q.   Was he able to tell you anything else
2    about the account?
3    A.   No.
4    Q.   And after you had that phone call, you
5    sent the letter that we're looking at right now,
6    Exhibit 3?
7    A.   Right.  Right.
8    Q.   Did the Adler firm ever provide you with
9    the documents you requested?
10   A.   No.  I never got anything from them.
11   Q.   Did you have any other communications with
12   the Adler firm?
13   A.   No.
14   Q.   Midland Funding NCC-2 Corp voluntarily
15   dismissed its lawsuit against you, correct?
16   A.   The case was dismissed.
17   Q.   They voluntarily dismissed the lawsuit
18   against you, correct?
19   A.   I don't know.
20   Q.   Did you do anything -- did your lawyers do
21   anything to have the case dismissed?
22   A.   I don't know.
23   Q.   What happened after you sent this letter,
24   Exhibit 3, to Midland Funding NCC-2 Corp?

**47**

1    A.   Nothing, nothing from -- nothing.
2    Q.   Well, you just testified that the lawsuit
3    was dismissed against you.
4    A.   Right.
5    Q.   So that's something.
6    A.   Well, I got -- I hired the attorney, they
7    went to court for me, and then the case was
8    dismissed.  So from that, I don't know what
9    happened.
10   Q.   And when you say you hired an attorney,
11   who is that attorney?
12   A.   Cassandra Miller.
13   Q.   And Ms. Miller appeared in court for you
14   on this state court case?
15   A.   Correct.
16   Q.   And how many times did Ms. Miller appear
17   for you in the state court case?
18   A.   Once, I believe.
19   Q.   And it was at that one hearing that the
20   complaint was dismissed, correct?
21   A.   Correct.
22   Q.   And do you recall looking at a -- any
23   pleadings from Ms. Miller that would be filed on
24   your behalf in the state court action?  When I say

**48**

**12 (Pages 45 to 48)**

1  pleadings, any documents.
2      A.  What do you mean?
3      Q.  Any documents whatsoever.  Did Ms. Miller
4  prepare any documents for you in the state court
5  case to be filed with the Court?
6      A.  I don't recall.  I'm sure, but I don't
7  recall.
8              (Whereupon, Deposition Exhibit
9              No. 4 was marked for
10             identification.)
11 BY MS. ZIPPRICH:
12     Q.  I'm going to show you what's marked
13 Exhibit 4.
14         Have you seen this document before?
15     A.  I don't recall.  It's possible.
16     Q.  Do you know what this document is?
17     A.  No.
18     Q.  Do you see where it says trial call order
19 on the document just below the caption?
20     A.  Yes.
21     Q.  And do you see below where it looks like
22 someone has X'd -- checked off a box where it says
23 case dismissed by agreement of parties, no cost?
24     A.  Okay.  Yes.

**49**

1      Q.  If I were to tell you that this is the
2  order dismissing your lawsuit, would you believe
3  that?
4          Do you have any reason not to believe
5  that?
6      A.  I don't have any reason not to believe it.
7      Q.  And so if you're telling me that you sent
8  Exhibit 3, the letter to Adler & Associates a
9  couple of days after receiving the state court
10 complaint in the mail, would you then agree with me
11 that the entire dispute was resolved within
12 approximately a month?
13     A.  Yes.
14     Q.  If you got your lawsuit dismissed without
15 much effort, in other words, one hearing, why did
16 you file suit against the four defendants you're
17 now suing?
18     A.  Because basically they're breaking the
19 law.  They're not -- I mean, they're not entitled
20 to sue the way that they are.
21     Q.  But why do you want to sue them for that?
22 You have no interest going forward because they're
23 not suing you, they dismissed their lawsuit.
24     A.  Right.  But they sued me with intentions

**50**

1  of getting money.
2      Q.  Do you believe that it's okay to charge up
3  a credit card and not pay the balance?
4      A.  No.
5      Q.  Do you agree that Associates had every
6  right to that $500 that you charged up on that
7  credit card line?
8      A.  Yes.
9      Q.  And would you also agree that if
10 Associates sold that debt to my client, then they
11 would have the right to recover on that debt?
12     A.  I -- yeah.  I mean, I don't know how it
13 works but, yeah.
14     Q.  Did you review -- I think you said you
15 did, but I'm going to refresh my -- refresh my
16 memory, did you review your complaint before it was
17 filed?
18     A.  Yes.
19     Q.  What did you do, review it?
20     A.  Read through it.
21     Q.  Let's look at it.
22             (Whereupon, Deposition Exhibit
23             No. 5 was marked for
24             identification.)

**51**

1  BY MS. ZIPPRICH:
2      Q.  I'm going to show you what's marked
3  Exhibit 5 for identification.
4          If you flip to Page 8, Paragraph 52 says:
5  Defendants maintain computerized records of
6  payments on purchased accounts.
7          Which defendants are you referring to?
8      A.  Where are you looking at?
9      Q.  I'm sorry, Paragraph 52, numbered
10 Paragraph 52 on Page 8.
11     A.  I don't know.
12     Q.  Do you see Paragraph 52 on Page 8?
13     A.  Yes.
14     Q.  And I'm just asking you which defendants
15 are you referring to when you say defendants
16 maintain computerized records of payments on
17 purchased accounts.
18     A.  I don't know.
19     Q.  Paragraph 53 says:  The computerized
20 records relating to the account that was the
21 subject of appendix B did not show any payment
22 within five years prior to the filing of the
23 action.
24         Whose records are you referring to in

**52**

**13 (Pages 49 to 52)**

**Page 53**

1  paragraph 53?
2      A.  I had my credit report.
3      Q.  Okay.  And what did your credit report
4  say?
5      A.  It didn't show any outstanding debts.
6      Q.  So I'm asking you whose -- whose
7  computerized records are you referring to in
8  Paragraph 53?
9      A.  Mine.  I don't understand.
10     Q.  Well, let's flip back to 52.
11         You say in your complaint:  Defendants
12  maintain computerized records of payments on
13  purchased accounts.
14         I asked you who -- which defendants you're
15  referring to you weren't sure.  And I'm just trying
16  to get an understanding of how you know defendants
17  maintain computerized records of payments on
18  purchased accounts to have put it in your
19  complaint.
20     A.  I don't know.  I didn't write it.
21     Q.  So this is something that your attorney
22  added to the complaint; is that right?
23     A.  I mean, I don't understand what -- I
24  don't -- I don't know.

**Page 54**

1      Q.  So you didn't -- you didn't give this
2  information to your attorney to include in a
3  complaint?
4      A.  I gave them copies of my credit report.
5      Q.  That's not what I'm asking you.
6         I'm asking you if you gave them this fact
7  that defendants maintain computerized records of
8  payments on purchased accounts to put in your
9  complaint?
10     A.  Well, would a credit report be a
11  computerized record?
12     Q.  You're not a defendant in this action.
13         In this -- in this Paragraph 52, it says
14  the allegation against my clients, my clients are
15  the defendants.  It says:  Defendants maintain
16  computerized records of payments on purchased
17  accounts.
18         And I'm just trying to make sure I
19  understand that this is not a fact that you gave
20  your attorneys to include in the complaint.
21     A.  I don't -- I don't know what your clients
22  did.
23     Q.  So you don't have any understanding of
24  their computerized records or even if they have

**Page 55**

1  computerized records; is that right?
2      A.  I don't know how they work their business.
3      Q.  Can you just answer my question?
4      A.  I don't understand your question.
5      Q.  Do you have any understanding -- do you
6  know if the defendants in this action maintain
7  computerized records?
8      A.  No.
9      Q.  Do you know if the defendants in this
10  action have computerized records that did not show
11  a payment on your account within five years prior
12  to the filing of this action?
13     A.  Can you repeat that, please?
14     MS. ZIPPRICH:  Go ahead.
15         (Record read as requested.)
16     THE WITNESS:  I don't know.
17  BY MS. ZIPPRICH:
18     Q.  Okay.  Let's move down to Paragraph 58.
19  Paragraph 58 says:  On information and belief based
20  on examination of multiple files, in no or
21  virtually no case do defendants attach -- attached
22  a signed contract.
23         Which defendants are you referring to in
24  this paragraph?

**Page 56**

1      A.  The Midland Funding.
2      Q.  So you're not referring to Midland Credit
3  Management, Encore Capital Group, or MRC
4  Receivables Corporation, the other defendants
5  you've sued in this action?
6      A.  All of them, yes.
7      Q.  You are referring to each each of those
8  defendants?
9      A.  Well, yeah, I believe so.
10     Q.  Well, which files have you examined?  It
11  says based on examination of multiple files, which
12  files did you examine?
13     A.  Mine.
14     Q.  Your files, what files?
15     A.  I don't know.
16     Q.  Do you have files on this credit card?
17  You said that you didn't.
18     A.  No, I don't.
19     Q.  Okay.  So when you say in Paragraph 58
20  based on examination of multiple files, you're not
21  talking about your files there, are you?
22     A.  I don't know.
23     Q.  Did you review any files?
24     A.  No.

**14 (Pages 53 to 56)**

1    Q.  What's the basis of this allegation then?
2    I'm trying to get an understanding.
3        You said you reviewed this complaint
4    before it was filed, and then you said everything
5    that's in the complaint is accurate, and I'm trying
6    to get an understanding of what you mean when you
7    say based on examination of multiple files, in no
8    or virtually no case do defendants attach a signed
9    contract.
10    MS. MILLER:  I object.  She said she didn't
11    write the whole complaint.  She's answering to the
12    best of her knowledge.
13    MS. ZIPPRICH:  And I'm asking her who reviewed
14    files.
15    MS. MILLER:  You can answer if you know.
16    THE WITNESS:  I don't know.
17    BY MS. ZIPPRICH:
18    Q.  Is this an allegation that was put in the
19    complaint by your attorney?
20    A.  Yes.
21    Q.  And when you reviewed this, did you ask
22    any questions about this Paragraph 58?
23    A.  No.
24    Q.  Did it ever occur to you that you might

**57**

1    want to get an understanding of these alleged
2    files, multiple files --
3    A.  No.
4    Q.  -- referred to in Paragraph 58?
5        So you really have no understanding of
6    what the meaning of Paragraph 58 is?
7    A.  I -- I don't know.
8    Q.  Okay.  Let's move on to Paragraph 86.
9        Paragraph 6 says:  During 2007 defendants
10    filed over ten cases per month against Illinois
11    residents on alleged credit card debt, (A) where
12    there is no signed contract or the purported
13    contract is subject to change by notice and, (B)
14    the date of a delinquency or last payment in
15    defendants' records are both more than five years
16    prior to the filing of the suit.
17        Which defendants in this paragraph are you
18    referring to?
19    A.  I don't know.
20    Q.  What's the basis of this allegation, this
21    claim?
22    A.  I don't know.
23    Q.  Do you have an understanding of what this
24    allegation means?

**58**

1    A.  I understand that this is a class action
2    suit and that there's other people that are
3    involved in this, I know that.
4        I just assumed that it was talking about
5    them as well.
6    Q.  Have any other claims been identified to
7    you?
8    A.  Not to me.
9    Q.  Are you aware of any other -- besides
10    Ms. Jackson, are you aware of any other plaintiffs
11    in this lawsuit?
12    A.  I don't understand.
13    Q.  You are aware that you and Ms. Jackson are
14    both class representatives in this lawsuit?
15    A.  Right.
16    Q.  Are you aware of any other plaintiffs in
17    this lawsuit?
18    A.  I don't know how to answer that.  Yes.
19    Q.  Okay.  And who are they?
20    A.  I don't know.
21    Q.  Okay.  So you don't know if there are any
22    other plaintiffs in this lawsuit?
23    A.  I don't know names.
24    Q.  You know that there are individuals?

**59**

1    A.  Yes.
2    Q.  Have you met them?
3    A.  No.
4    Q.  Well, then how are you aware that there
5    are other individuals who might be plaintiffs in
6    this lawsuit?
7    A.  I was told.
8    Q.  By whom?
9    A.  Ms. Miller.
10    Q.  So it wasn't you who told your attorney
11    that defendants filed over ten cases per month
12    against Illinois residents on alleged credit card
13    debts, was it?
14    A.  No.
15    Q.  Let's move on to Paragraph 87.
16        87 says:  The Midland organization has
17    previously been sued for engaging in this practice
18    and continued it with notice of its illegality.
19        And then it sites to a case where the
20    plaintiff's name is Sadler.
21        Tell me what you know about the Sadler
22    case.
23    A.  I don't -- I do know when I looked online
24    there were other cases that were brought against

**60**

**15 (Pages 57 to 60)**

1  this company, but I don't know of names or cases.
2      Q.  Let's talk about the Sadler case.
3      A.  I don't know who Sadler is.
4      Q.  Did you know that there was a lawsuit
5  against my clients styled Sadler versus MCM,
6  Midland, Encore, the same defendants that are named
7  in this lawsuit?
8      A.  I don't recall the name.
9      Q.  Has your attorney ever discussed the
10  Sadler case with you?
11      A.  No.
12      Q.  So you don't know what the status of that
13  case is, correct?
14      A.  Correct.
15      Q.  Do you know if it's still going on?
16      A.  I don't.
17      Q.  Do you know if there's been any ruling
18  that the defendants here have done anything wrong?
19      A.  I don't know.
20      Q.  Has the defendants -- any of the
21  defendants in this action ever contacted you?
22      A.  No.
23      Q.  Has Midland Credit Management specifically
24  ever filed suit against you?

**61**

1      Q.  It's in where?
2      A.  Listed in the complaint.
3      Q.  But -- but the complaint is a document
4  that was drafted after you decided you were going
5  to sue all four of these entities, and I'm just
6  trying to get an understanding of why you would
7  tell your lawyer that you want to sue Midland
8  Credit Management, Inc. when you never received a
9  complaint in the mail from them.
10      A.  I don't know.
11      Q.  Has the defendant Encore Capital Group
12  ever contacted you?
13      A.  No.
14      Q.  Has Encore Capital Group ever filed suit
15  against you?
16      A.  No.
17      Q.  Has Encore Capital Group ever threatened
18  to file suit against you?
19      A.  No.
20      Q.  So I have the same question to you, and
21  that is what were your reasons for including Encore
22  Capital Group as a defendant in this action?
23      A.  I don't know.
24      Q.  What are your responsibilities as a class

**63**

1      A.  I don't know who the name was of the
2  person -- I mean, yeah, it was Midland Funding.  I
3  don't know -- I mean, they have different --
4      Q.  I'm talking about Midland Credit
5  Management, Inc., not Midland Funding.
6          Did you ever receive a complaint in the
7  mail from Midland Credit Management, Inc.?
8      A.  No.
9      Q.  Did Midland Credit Management Inc. ever
10  threaten to file suit against you?
11      A.  No.
12      Q.  And what was your reason for including
13  Midland Credit Management, Inc. as a defendant --
14      A.  Because they're part of --
15      Q.  Can you let me finish the question?
16          What was the reason for including Midland
17  Credit, Inc. in this lawsuit?
18      A.  Because they're part of Midland Funding.
19      Q.  What do you mean part of Midland Funding?
20      A.  They're all part of the same company.
21      Q.  Who told you that?
22      A.  I think I read it.
23      Q.  Did your attorney tell you that?
24      A.  No.  I believe it's in here, though.

**62**

1  representative?
2      A.  To make sure that everybody is treated
3  fairly.
4      Q.  What do you mean by that?
5      A.  To make sure that they -- I don't know how
6  to word it.  I don't know.
7      Q.  It's okay.  You can just break it down and
8  tell me what you think you mean by make sure people
9  are treated fairly.
10      A.  To keep their best interest.
11      Q.  Keep the absent class members' best
12  interest in mind?
13      A.  Yeah.
14      Q.  What else?  What are your responsibilities
15  other than trying to keep everyone's best interest
16  in mind as a class representative?
17      A.  I don't know.
18      Q.  In your complaint you claim to have
19  suffered actual damages.  What actual damages have
20  you suffered?
21      A.  I don't know.
22      Q.  Have you incurred any out-of-pocket
23  expenses for this particular lawsuit?  Not for the
24  state court action, but for this particular

**64**

**16 (Pages 61 to 64)**

1    lawsuit -- actually strike that.
2         For state court lawsuit and for this
3    lawsuit, have you incurred any out-of-pocket
4    expenses?
5    A.    Yes.
6    Q.    What are they?
7    A.    Attorney's fees.
8    Q.    How much in attorney's fees?
9    A.    300 or 350, I don't remember what it was.
10   Q.    Okay.  Are you paying your attorneys
11   anything for this lawsuit?
12   A.    No.
13   Q.    Any other out-of-pocket expenses?
14   A.    Just missing work.
15   Q.    You missed work?  Tell me about that.
16   A.    For when I got the first lawsuit trying to
17   take care of that I did take a day off of work.
18   Q.    You took one day off of work?
19   A.    Uh-huh.
20   Q.    Was that for the hearing?
21   A.    To come down to file, I had to file for
22   the appearance.
23   Q.    Did you come to the Edelman, Combs office?
24   A.    No.

**65**

1    Q.    Where did you go to file the appearance?
2    A.    I think it's City Hall or wherever you go
3    to do it.
4    Q.    So you went to the courthouse?
5    A.    Right.
6    Q.    But then the Edelman, Combs firm filed an
7    appearance on your behalf as well, correct?
8    A.    Well, I wasn't going to do an attorney at
9    first, and then after talking to my mom, she wanted
10   to me to get one.
11   Q.    So you filed your own appearance, and then
12   the Edelman, Combs firm filed an additional
13   appearance after that?
14   A.    I guess so.
15   Q.    And you took a day off to come down and
16   file your appearance?
17   A.    Yes, I did.
18   Q.    Are you claiming that day -- did you lose
19   pay for that day?
20   A.    Well, I didn't work that day so, yeah.
21   Q.    Are you claiming that as part of your
22   losses in the lawsuit?
23   A.    I don't know, whatever -- I mean, that's
24   why I have an attorney, whatever they can do for

**66**

1    me.
2    Q.    I know that I asked you this generally
3    earlier, and I hope that I'm not repeating myself,
4    but what -- and this might be useful to you in
5    helping to describe what your responsibilities are
6    as a class representative, what do you hope to gain
7    by this lawsuit?
8    A.    I don't know.
9    Q.    Has your credit been damaged in any way as
10   a result of the actions of any of the defendants in
11   this case?
12   A.    No.
13   Q.    Have you suffered any emotional distress
14   as a result of the actions of any of the defendants
15   in this case?
16   A.    It's stressful.  I don't know about
17   emotional stress.
18   Q.    What kind of -- can you describe that
19   stress?
20   A.    No.
21   Q.    Have there been any physical
22   manifestations of the stress you just described?
23   A.    No.
24   Q.    Have you been treated by a doctor for the

**67**

1    stress?
2    A.    No.
3    Q.    Did you seek treatment for it?
4    A.    No.
5    Q.    Are there any other damages you're
6    claiming as part of this lawsuit?
7    A.    No.
8    Q.    Is there anything else you're seeking in
9    this lawsuit against my clients?
10   A.    I don't know.
11   Q.    Do you have a file that you keep at home
12   that relates to this lawsuit?
13   A.    Yes.
14   Q.    What's in that file?
15   A.    Copies of what I get sent, the complaint.
16   Q.    Did you make any revisions to the
17   complaint, the draft complaint before it was filed?
18   A.    I don't know.
19   Q.    Did you make any comments after reviewing
20   the complaint to your lawyer about the accuracy of
21   the complaint?
22   A.    No.
23   Q.    Are you being paid anything for this
24   lawsuit?

**68**

**17 (Pages 65 to 68)**

1    A.  No.
2    Q.  Have you paid anyone anything for this
3  lawsuit?
4    A.  No.
5    Q.  Do you have an understanding of how the
6  Edelman firm will be compensated for their services
7  in this lawsuit?
8    A.  Yes.
9    Q.  And what is your understanding?
10    A.  That if I'm awarded something, they get
11  part of that.
12    Q.  Do you know what happens if you lose this
13  lawsuit?
14    A.  Yes.
15    Q.  What as far as their compensation goes,
16  what is your understanding?
17    A.  Nothing.
18  MS. ZIPPRICH:  Okay.  I think I'm done.
19  MS. MILLER:  We'll reserve signature.
20        FURTHER DEPONENT SAITH NOT.
21
22
23
24

**69**

1  STATE OF ILLINOIS    )
2               )  SS:
3  COUNTY OF W I L L    )
4    I, Susan Maul, a notary public within and for
5  the County of Will and State of Illinois, do hereby
6  certify that heretofore, to-wit, on the 23rd of
7  July, A. D. 2008, Nicole Herkert, personally
8  appeared before me, at 180 North LaSalle Street, in
9  the County of Cook and State of Illinois, a witness
10  in a certain cause now pending and undetermined in
11  the United States District Court, wherein Winona
12  Jackson is plaintiff and MRC Receivables
13  Corporation is defendant.
14    I further certify that the said witness was
15  first duly sworn to testify the truth, the whole
16  truth and nothing but the truth in the cause afore-
17  said; that the testimony then given by said witness
18  was reported stenographically by me, in the
19  presence of the said witness, and afterwards
20  reduced to typewriting by Computer-Aided
21  Transcription, and the foregoing is a true and
22  correct transcript of the testimony so given by
23  said witness as aforesaid.
24    I further certify that the signature of the

**71**

1        IN THE UNITED COURT DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF ILLINOIS
3              EASTERN DIVISION
4  WINONA JACKSON and NICOLE HERKERT,  )
5  on behalf of plaintiffs and a    )
6  class,             )
7    Plaintiff,    )No. 08 C 760
8    vs.          )
9  MRC RECEIVABLES CORPORATION, et al.,)
10    Defendants.      )
11    This is to certify that I have read the
12  transcript of my deposition taken in the above-
13  entitled cause by Susan Maul, Certified Shorthand
14  Reporter, on the 23rd of July, 2008, that the
15  foregoing transcript accurately states questions
16  asked and answers given by me as they now appear.
17
18        _ _ _ _ _ _ _ _ _ _ _ _ _ _
19        Nicole Herkert
20  SUBSCRIBED AND SWORN TO
21  before me this _ _ _ _ day
22  of _ _ _ _ _ _ _ , 2008.
23  _ _ _ _ _ _ _ _ _ _ _ _ _
24    Notary Public

**70**

1  witness to the deposition was not waived.
2    I further certify that the taking of this
3  deposition was in pursuance of notice; and that
4  there were present at the taking of this deposition
5  the attorneys as hereinbefore noted.
6    I further certify that I am not counsel for nor
7  in any way related to the parties to this suit, nor
8  am I in any way interested in the outcome thereof.
9    In testimony whereof I have hereunto set my
10  hand and affixed my notarial seal this _ _ _ _ day
11  of _ _ _ _ _ _ _ _ _ _, 2008.
12
13
14
15  Notary Public, Cook County, Illinois
16
17
18
19
20
21
22
23
24

**72**

**18 (Pages 69 to 72)**

```
1           McCorkle Court Reporters, Inc.
              200 N. LaSalle Street Suite 300
2              Chicago, Illinois 60601-1014
3
4    DATE: July 28, 2008
     Ms. Cassandra P. Miller
5    Edelman, Combs, Latturner & Goodwin, LLC
     120 South LaSalle Street
6    Chicago, IL  60603
7    IN RE:  Jackson vs. MRC
     COURT NUMBER: 08 C 760
8    DATE TAKEN: 7-23-08
     DEPONENT: Nicole Herkert
9
     Dear Ms. Miller:
10
     Enclosed is the deposition transcript for the
11   aforementioned deponent in the above-entitled
     cause. Also enclosed are additional signature
12   pages, if applicable, and errata sheets.
13   Per your agreement to secure signature, please
     submit the transcript to the deponent for review
14   and signature.  All changes or corrections must be
     made on the errata sheets, not on the transcript
15   itself.  All errata sheets should be signed and all
     signature pages need to be signed and notarized.
16
     After the deponent has completed the above, please
17   return all signature pages and errata sheets to me
     at the above address, and I will handle
18   distribution to the respective parties.
19   If you have any questions, please call me at the
     phone number below.
20
21   Sincerely,
22
     Margaret Setina          Court Reporter
23   Signature Department      Susan Maul
24   cc:  Ms. Zipprich
                                                73
```

**19 (Page 73)**

1

**A**

able
47:1
above-ent...
1:16 73:11
absent
64:11
academic
11:23
account
8:20 19:21
20:1 34:6,9
34:12,15,21
34:24 35:10
35:20,23
36:7,10,24
37:9,22
38:20 41:11
41:12,13,18
43:2,16
45:17,20,22
47:2 52:20
55:11
accounting
23:16
accounts
20:5 52:6,17
53:13,18
54:8,17
accuracy
68:20
accurate
57:5
accurately
14:10 33:9
41:4 70:15
accused
11:15 23:24
Act
12:4,7,14,17
12:22 13:3
13:6,10,13
action
4:8 27:15,23
28:5,8,11
31:10,15
48:24 52:23
54:12 55:6
55:10,12
56:5 59:1
61:21 63:22
64:24
actions
67:10,14

activation
9:15
actual
64:19,19
added
53:22
addition
14:19
additional
66:12 73:11
address
5:15 73:17
Adler
44:22 45:10
45:13 46:10
47:8,12
50:8
admit
41:10,12
advised
30:4
affixed
72:10
afore
71:16
aforement...
73:11
aforesaid
71:23
Agency
13:13
ago
33:18 43:6
agree
37:16 41:21
50:10 51:5
51:9
agreement
27:21 37:5
37:11,17,24
38:20,23
39:2,7,9
40:1 49:23
73:13
agreements
37:21
ahead
17:12 39:17
55:14
al
70:9
alcohol
14:4
allegation

54:14 57:1
57:18 58:20
58:24
alleged
58:1,11
60:12
America
17:13,22
18:1,15
22:3,11
38:1
amount
18:14 34:12
41:3,4,7,15
41:21
annually
21:2
answer
4:18,18,19
5:1,8 39:16
39:17 55:3
57:15 59:18
answered
8:3
answering
57:11
answers
70:16
Anthony
10:8
antibiotics
13:20
anybody
6:2 10:11
11:15 13:5
27:8
appear
48:16 70:16
appearance
27:1,5 65:22
66:1,7,11
66:13,16
APPEARANCES
2:1
appeared
48:13 71:8
appendix
52:21
applicable
73:12
application
37:2 38:3,4
apply
33:19,22

approximate
18:17,22
approxima...
18:3,18 19:2
41:15 50:12
arrive
28:21 29:10
31:14
aside
35:6
asked
46:18 53:14
67:2 70:16
asking
43:21,22,24
46:23 52:14
53:6 54:5,6
57:13
associate
34:24 39:14
associated
45:17
Associates
33:13,17
34:3,5,9,11
34:21 35:1
35:19 36:1
36:7,15,22
37:8,13
38:19 39:3
39:6 40:1
40:13,21
41:5,11
42:15 44:23
45:10,13,20
46:10 50:8
51:5,10
assume
5:9
assumed
59:4
attach
55:21 57:8
attached
55:21
attend
6:15,24
attorney
4:14 29:24
32:15 48:6
48:10,11
53:21 54:2
57:19 60:10
61:9 62:23

66:8,24
attorneys
54:20 65:10
72:5
attorney's
40:14 65:7,8
attorney-...
28:14
audibly
4:19
available
18:23
awarded
69:10
aware
35:10 45:20
59:9,10,13
59:16 60:4
A.D
1:21
a.m
1:22

**B**

B
3:7 52:21
58:13
back
24:13,14
27:4 29:2
29:17,19
35:11 40:5
53:10
background
6:11
balance
17:24 18:13
19:3 21:24
22:7,10
40:13 41:5
42:15 51:3
bank
17:9,13,18
17:21 18:1
18:15 19:23
20:3,14
22:3,11
33:14,17
38:1,19
39:14 42:17
banking
20:6
bankruptcy
15:10

barred
32:5,6,8,11
32:18
based
55:19 56:11
56:20 57:7
basically
50:18
basis
23:14 57:1
58:20
behalf
1:5 2:9,17
27:2 46:11
48:24 66:7
70:5
belief
55:19
believe
18:9 23:4,7
27:13 40:3
41:20 48:18
50:2,4,6
51:2 56:9
62:24
best
57:12 64:10
64:11,15
bill
14:12,13,13
14:18 15:6
15:7,7 17:3
17:3 26:22
billing
35:18
bills
14:13,16
15:8
bit
24:20 27:4
31:12
Blue
22:17
Boulevard
5:16
box
49:22
boxes
9:16
boyfriend
10:6
break
64:7
breaking

50:18
brother
16:13,17,21
brothers
16:8
brought
46:11 60:24
business
55:2

_____ C _____
C
1:8 70:7
73:7
call
9:11 24:16
25:4 26:24
31:2 46:17
47:4 49:18
73:19
called
4:3 24:11,13
24:14,24
25:2 30:24
31:4
calls
24:12 39:11
Capital
1:12 28:23
29:14 56:3
63:11,14,17
63:22
caption
49:19
car
20:23 34:18
card
17:8,14,19
17:22 18:5
18:14,21
19:3 21:21
21:24 22:4
22:7,11
33:13,16,19
33:22 34:3
34:9,12,15
34:21,24
35:10,12,16
35:19,23
36:2,7,12
36:15,23
37:4,13,17
37:18,21,22
37:24 38:1
38:5,8,23

39:2,3 40:1
40:13,21
41:11,13,18
42:14,16,20
43:2,11
51:3,7
56:16 58:11
60:12
cardholder
39:9
cardholders
39:7
cardmember
38:20
cards
19:6,13,14
21:19 36:16
36:17,19
care
65:17
case
14:8 46:23
47:16,21
48:7,14,17
49:5,23
55:21 57:8
60:19,22
61:2,10,13
67:11,15
cases
58:10 60:11
60:24 61:1
cash
8:20,21
cashier
8:3,4
Cassandra
2:8 24:15
48:12 73:4
cause
1:16 32:17
46:20 70:13
71:10,16
73:11
caused
13:2
cc
73:24
Cchicago
2:6
cell
17:3
certain
26:24 42:3

71:10
certificates
7:6
Certified
70:13
certify
70:11 71:6
71:14,24
72:2,6
change
8:17 58:13
changes
73:14
charge
51:2
charged
51:6
Chase
19:24 20:4
cheating
12:1
check
22:19
checked
49:22
checking
19:21
Chicago
1:21 2:14
6:20,21,22
73:2,6
children
5:20
city
6:20 16:2
66:2
Civil
1:19
claim
58:21 64:18
claiming
66:18,21
68:6
claims
33:10 59:6
clarity
31:13
class
1:6 28:11
31:15 59:1
59:14 63:24
64:11,16
67:6 70:6
clean

8:17
clear
4:16 5:6
client
27:6,12
28:10 42:11
51:10
clients
30:2 31:16
54:14,14,21
61:5 68:9
closing
8:12,13
clothes
36:5
collect
27:7 44:2
Collection
12:4,7,14,17
12:22 13:3
13:6,10,13
collector
43:18,18
44:2,8
collectors
32:21 44:7,7
Colleen
16:18,20
college
6:14,24
11:23
Collins
46:14
Combs
2:2 24:7,16
24:22 25:15
26:13,18
27:1,9,22
28:2 30:16
44:11 65:23
66:6,12
73:5
come
28:12 40:5
65:21,23
66:15
comments
68:19
Commerce
17:10,17,18
18:21 21:21
21:24 42:17
42:20 43:14
43:15

communica...
44:13 47:11
company
21:5 61:1
  62:20
compensated
69:6
compensation
69:15
complaint
9:22,24 25:5
  25:11,14,19
  27:11 30:23
  31:7 33:6,9
  42:9,19
  46:5 48:20
  50:10 51:16
  53:11,19,22
  54:3,9,20
  57:3,5,11
  57:19 62:6
  63:2,3,9
  64:18 68:15
  68:17,17,20
  68:21
completed
73:16
completely
5:1
completing
37:2
computerized
52:5,16,19
  53:7,12,17
  54:7,11,16
  54:24 55:1
  55:7,10
Computer-...
71:20
conditions
14:7 38:8
connected
26:17
consistently
23:5
contact
44:17
contacted
44:22 61:21
  63:12
continued
60:18
contract
26:1 55:22

57:9 58:12
  58:13
contribute
14:24 15:3
conversation
28:17
conversat...
28:7,16,19
convicted
23:22
Cook
71:9 72:15
copies
22:24 25:11
  54:4 68:15
copy
23:2,8 25:14
  25:18 33:6
Corp
28:22 29:13
  40:6,9,16
  47:14,24
Corporation
1:9,10 56:4
  70:9 71:13
correct
27:2 33:14
  35:17 36:24
  40:7,14,18
  41:22 43:3
  43:17 44:24
  45:17 46:12
  47:15,18
  48:15,20,21
  61:13,14
  66:7 71:22
corrections
73:14
cost
49:23
counsel
29:12 72:6
County
1:17 71:3,5
  71:9 72:15
couple
4:16 25:2
  26:23 46:9
  50:9
court
1:1 4:22
  27:2,5,15
  27:23 28:5
  28:8 30:22

31:7 41:4
42:8,19
44:23 46:5
46:11 48:7
48:13,14,17
48:24 49:4
49:5 50:9
64:24 65:2
70:1,1
71:11 73:1
73:7,22
courthouse
66:4
Courts
1:20
co-plaintiff
28:11
credit
1:11 17:8,16
  17:19,21
  18:7,9,14
  18:20,21,23
  18:23 19:13
  19:16 28:23
  29:14 30:19
  33:13,16,22
  34:2,6,9,12
  34:15,18,21
  34:24 35:9
  35:16,19,23
  36:2,7,12
  36:15,16,17
  36:19,22
  37:4,13,17
  37:17,21,22
  37:24 38:23
  39:2,3 40:1
  40:13,21
  41:11,13,17
  41:18 42:14
  42:16,20
  43:2,11
  51:3,7 53:2
  53:3 54:4
  54:10 56:2
  56:16 58:11
  60:12 61:23
  62:4,7,9,13
  62:17 63:8
  67:9
crime
23:22
Cross-Blue
22:17
CSR

1:16
current
17:24 43:15
currently
7:8 13:15
  45:23
CVS
7:11,12,14
  8:6 21:8,16

——————— D ———————
D
3:1 71:7
damaged
67:9
damages
64:19,19
  68:5
date
30:17 40:8
  46:1 58:14
  73:4,8
day
8:22 65:17
  65:18 66:15
  66:18,19,20
  70:21 72:10
days
46:9 50:9
Dear
73:9
debt
12:3,7,9,10
  12:11,12,14
  12:17,21
  13:2,6,9
  27:7,7,8
  32:4,5,6,9
  32:11,18,21
  33:12 42:3
  42:11 43:5
  43:18,18
  44:1,2,7,7
  44:8,20
  51:10,11
  58:11
debts
53:5 60:13
December
44:22 46:2
decided
63:4
decision
28:21 29:10

31:14
defendant
2:17 54:12
  62:13 63:11
  63:22 71:13
defendants
1:13 4:8
  31:9 40:17
  44:14,17
  50:16 52:5
  52:7,14,15
  53:11,14,16
  54:7,15,15
  55:6,9,21
  55:23 56:4
  56:8 57:8
  58:9,15,17
  60:11 61:6
  61:18,20,21
  67:10,14
  70:10
delinquency
58:14
Department
73:23
dependent
6:5
deponent
69:20 73:8
  73:11,13,16
deposition
1:15 3:9
  4:12,15
  26:3 38:10
  45:2 49:8
  51:22 70:12
  72:1,3,4
  73:10
describe
67:5,18
described
67:22
different
62:3
diploma
7:3
disciplined
11:22
disclosure
37:8
discussed
28:18 61:9
dishonesty
11:15 23:24

dismissed
47:15,16,17
47:21 48:3
48:8,20
49:23 50:14
50:23
dismissing
50:2
disorder
14:1
dispute
41:3,7 44:20
50:11
distress
67:13
distribution
73:18
District
1:1,2,20
70:1,2
71:11
DIVISION
1:3 70:3
doctor
67:24
document
26:9 38:16
39:13 45:9
49:14,16,19
63:3
documents
36:7,9 47:9
49:1,3,4
doing
31:17
Downtown
7:21
draft
68:17
drafted
63:4
drafting
45:12
drive
15:14
drug
14:3
due
40:13
duly
4:3 71:15
DYKEMA
2:11

E
E
3:1,7
earlier
67:3
earn
21:15
East
5:16
EASTERN
1:3 70:3
Eddie
16:17
Edelman
2:2 24:7,15
24:16,21
25:8,14,20
26:13,18
27:1,9,14
27:22 28:2
30:16 44:11
65:23 66:6
66:12 69:6
73:5
educational
6:11 7:5
effort
50:15
eight
9:18
Eileen
15:19
Ellyn
16:22
emotional
67:13,17
employed
7:8,14,16,22
employment
10:1
enclosed
73:10,11
Encore
1:12 28:23
29:14 56:3
61:6 63:11
63:14,17,21
engaging
60:17
entire
50:11
entities
30:20 63:5
entitle

26:2
entitled
29:16,24
30:1 50:19
70:13
errata
73:12,14,15
73:17
et
70:9
everybody
64:2
everyone's
64:15
exactly
25:23
examination
3:2 4:5
55:20 56:11
56:20 57:7
examine
56:12
examined
4:4 56:10
Exhibit
3:9 26:3,8
38:10,15
45:2,7 47:6
47:24 49:8
49:13 50:8
51:22 52:3
expenses
15:4 16:24
19:11 20:18
29:21,22
34:11,14
35:11 64:23
65:4,13
experience
12:19

F
face
8:17
fact
54:6,19
Fair
12:3,7,14,17
12:21 13:2
13:6,9
fairly
64:3,9
familiar
12:3 13:12

45:1
familiarity
12:6
far
15:3 26:19
69:15
Farm
21:6
father
16:4
faxed
27:13
FDCPA
30:2,5,9,13
43:8 44:5
Federal
1:19 28:10
fee
27:19
fees
29:23 40:14
65:7,8
file
22:22 23:14
50:16 62:10
63:18 65:21
65:21 66:1
66:16 68:11
68:14
filed
15:10 23:5
27:1,5 33:7
40:6,9,11
40:17 48:23
49:5 51:17
57:4 58:10
60:11 61:24
63:14 66:6
66:11,12
68:17
files
55:20 56:10
56:11,12,14
56:14,16,20
56:21,23
57:7,14
58:2,2
filing
52:22 55:12
58:16
fill
38:3
filled
38:4

Finally
5:8
financial
6:3,6
financially
6:8
find
44:11
finish
4:24 62:15
fired
11:8,11
firm
23:16 24:7
24:15,16,22
25:8,15,20
26:13,18
27:1,9,14
27:22 28:2
30:16 44:11
46:10 47:8
47:12 66:6
66:12 69:6
firms
25:1,4
first
4:3,18 24:10
25:24 30:15
32:12,23
33:16 34:3
36:12 65:16
66:9 71:15
five
7:15 12:8
21:22 23:3
42:5 43:5
44:3 52:22
55:11 58:15
flat
27:19
flip
52:4 53:10
Floor
2:5
follows
4:4
forced
11:8,13
foregoing
70:15 71:21
form
39:10
formal
9:22,24

5

forth
41:4
forward
31:15 50:22
Foster
6:19
four
7:24 21:22
50:16 63:5
fraud
11:23
fund
20:12
Funding
1:10 13:4
28:22 29:13
40:5,9,16
40:21 42:18
46:12 47:14
47:24 56:1
62:2,5,18
62:19
further
69:20 71:14
71:24 72:2
72:6

**G**

gain
31:18 67:6
gas
14:13 15:6
20:21
GED
6:14 7:4
genders
16:12
generally
67:2
Georgia
16:21
gesture
4:22
getting
37:14 51:1
give
5:15 6:10
18:17,19,22
54:1
given
4:12 70:16
71:17,22
Glen
16:22

go
17:12 30:18
32:17 39:17
42:23 43:3
44:6 55:14
66:1,2
goes
22:1 69:15
going
4:20 5:2,9
18:6 26:7,8
28:4,13,14
38:14 39:10
45:6 49:12
50:22 51:15
52:2 61:15
63:4 66:8
Goodwin
2:3 73:5
Googled
32:20
graduated
6:12
groceries
20:22
ground
4:15
Group
1:12 28:24
29:14 56:3
63:11,14,17
63:22
grow
6:22
guess
35:6 66:14
guessing
19:1

**H**

H
3:7
half
7:24
Hall
66:2
hand
72:10
handle
8:18 73:17
hang
23:12
happened
47:23 48:9

happens
69:12
harassing
31:20,21
health
22:14,18
hear
30:15
hearing
48:19 50:15
65:20
Heather
16:17
helping
67:5
hereinbefore
72:5
heretofore
71:6
hereunto
72:9
Herkert
1:4,15 3:3
4:2,11
15:19 70:4
70:19 71:7
73:8
high
6:11,12,15
7:2 11:22
33:24
Hire
32:24
hired
48:6,10
home
10:11,15,19
14:21 68:11
hope
31:18 67:3,6
hour
1:22
hourly
21:9,10,11
hours
21:13
house
10:13,21
household
15:4
huh-huh
4:20 38:21
H-E-R-K-E...
4:11

**I**

ID
3:8
idea
29:7 31:9,10
identific...
26:5 38:12
45:4 49:10
51:24 52:3
identified
59:6
IL
2:6,14 73:6
illegality
60:18
Illinois
1:2,18,21
5:17 13:12
58:10 60:12
70:2 71:1,5
71:9 72:15
73:2
include
8:10 54:2,20
including
62:12,16
63:21
income
21:15
incur
34:11,14
40:20
incurred
33:13 35:12
43:5 64:22
65:3
independent
6:8
Indicating
28:4
individuals
59:24 60:5
information
32:22 46:20
46:23 54:2
55:19
initiated
41:21
institution
20:6
insurance
21:1,2,3
22:14,18
insures

21:5
intentions
35:14,15
50:24
interest
40:14 50:22
64:10,12,15
interested
72:8
Internet
42:10 44:10
investigate
32:17 42:23
investigated
24:19
involved
24:3 59:3
IRA
20:8
issue
27:7 33:12
39:7
issued
33:13

**J**

Jackson
1:4 2:20
28:12 59:10
59:13 70:4
71:12 73:7
job
9:1,9,19
11:9 35:8
jobs
11:16
July
1:21 70:14
71:7 73:4

**K**

keep
20:16 64:10
64:11,15
68:11
Kentucky
15:23,24
16:2,20
Kevin
46:14
kind
4:21 20:6
67:18
know

11:1,4
12:11 13:1
13:9,11
15:6 17:6
17:20,24
19:2 22:20
23:12 24:22
24:23,24
25:3,11,22
25:23 26:12
26:19,19,21
26:22 29:16
29:17,23
30:1,3,11
32:7,20
37:14,23
38:9 39:1
39:12,13,18
39:19,21
41:24 42:2
42:13,21
43:7,14,19
45:14 46:20
47:19,22
48:8 49:16
51:12 52:11
52:18 53:16
53:20,24
54:21 55:2
55:6,9,16
56:15,22
57:15,16
58:7,19,22
59:3,18,20
59:21,23,24
60:21,23
61:1,3,4,12
61:15,17,19
62:1,3
63:10,23
64:5,6,17
64:21 66:23
67:2,8,16
68:10,18
69:12
**knowing**
45:21
**knowledge**
26:17 30:12
57:12

L

**L**
2:16 71:3,3
**labels**

9:16
**Lasalle**
1:20 2:4,12
71:8 73:1,5
**Latturner**
2:2 73:5
**law**
24:24 25:4
46:10 50:19
**Lawrence**
6:19
**Lawrenceburg**
16:3
**lawsuit**
24:2 27:2,5
27:6 28:9
28:10,12
31:19 32:19
33:10 40:12
41:4,20
42:21 44:14
44:18,23
45:14 46:11
46:19 47:15
47:17 48:2
50:2,14,23
59:11,14,17
59:22 60:6
61:4,7
62:17 64:23
65:1,2,3,11
65:16 66:22
67:7 68:6,9
68:12,24
69:3,7,13
**lawsuits**
24:4 32:21
44:7
**lawyer**
29:23 63:7
68:20
**lawyers**
32:23 47:20
**lawyer's**
31:10
**learn**
12:21 24:6
39:8 42:6
**learned**
32:12
**lender**
19:19
**letter**
30:19 45:9
45:13,16

46:2 47:5
47:23 50:8
**let's**
27:4 30:18
51:21 53:10
55:18 58:8
60:15 61:2
**life**
36:20
**limit**
17:16,19,21
18:7,9,20
18:23 38:6
41:17
**limitations**
41:22 42:1
**line**
30:18 34:2
51:7
**lines**
19:16
**Listed**
63:2
**litigation**
33:12
**little**
8:5 24:20
27:4 31:12
**live**
10:3,5,11
14:21,22
15:22 16:4
16:19
**lived**
11:6
**lives**
16:20,21,21
**LLC**
2:3 73:5
**loans**
19:18
**located**
7:12
**lodge**
9:24
**long**
7:14,22 9:17
11:6 21:19
21:23 22:3
22:6 31:1
**look**
13:2,6 43:4
46:1 51:21
**looked**

60:23
**looking**
42:10 47:5
48:22 52:8
**looks**
49:21
**lose**
66:18 69:12
**losses**
66:22
**lot**
23:12
**Lou**
7:19,22 8:1
9:4,6
**low**
22:10
**lowest**
22:12
**lying**
11:20

M

**mail**
25:8,14,17
25:20,21
26:13 27:12
31:7 33:20
42:9 46:5
50:10 62:7
63:9
**maintain**
52:5,16
53:12,17
54:7,15
55:6
**Malnati's**
7:19,23 8:2
9:4,6
**Management**
1:11 28:23
29:14 56:3
61:23 62:5
62:7,9,13
63:8
**manifesta...**
67:22
**Margaret**
73:22
**mark**
26:8
**marked**
3:8 26:4
38:11,14

45:3,6 49:9
49:12 51:23
52:2
**married**
5:18,22
**MasterCard**
38:19
**matter**
25:5
**Maul**
1:16 70:13
71:4 73:23
**maxed**
18:5
**McCorkle**
73:1
**MCM**
30:20 61:5
**Meadows**
7:13
**mean**
20:21 27:24
29:4,19
31:21,23
39:4 43:14
43:17,19
49:2 50:19
51:12 53:23
57:6 62:2,3
62:19 64:4
64:8 66:23
**meaning**
25:16 58:6
**means**
58:24
**medication**
13:22
**medications**
13:16
**meet**
32:23 33:2,3
**members**
64:11
**memory**
51:16
**mental**
13:24 14:6
**merged**
17:5
**met**
60:2
**Middle**
6:14
**Midland**

28:22,23
29:13,14
30:19,20
40:5,9,16
40:21 42:18
46:12 47:14
47:24 56:1
56:2 60:16
61:6,23
62:2,4,5,7
62:9,13,16
62:18,19
63:7
**Miller**
2:8 18:6
24:15 27:10
28:8,13
30:8,15
31:2 39:10
39:17 48:12
48:13,16,23
49:3 57:10
57:15 60:9
69:19 73:4
73:9
**mind**
64:12,16
**Mine**
31:11 53:9
56:13
**missed**
65:15
**missing**
65:14
**mom**
15:17 24:8
24:11,19,21
25:4 30:8,9
30:24 66:9
**money**
8:18 23:20
27:15 41:10
41:13 43:1
51:1
**month**
11:2 13:22
16:24 50:12
58:10 60:11
**monthly**
14:12 15:5
16:23 19:10
20:13,18
34:23 35:4
**months**
9:18 46:4

**mortgage**
10:21 11:1,4
14:24 15:2
**mother**
15:20,22
16:6 26:12
26:17 31:4
**mother's**
15:18 30:12
**move**
31:15 55:18
58:8 60:15
**MRC**
1:9 28:22
29:13 56:3
70:9 71:12
73:7
**multiple**
55:20 56:11
56:20 57:7
58:2

─────────
**N**
─────────
**N**
3:1 73:1
**name**
4:7,9,10
10:7,9 15:8
15:13,18
16:16 26:22
45:1 60:20
61:8 62:1
**named**
46:14 61:6
**names**
59:23 61:1
**National**
33:14,17
38:19
**NCC-2**
1:10 28:22
29:13 40:6
40:9,16
46:12 47:14
47:24
**need**
22:2 73:15
**needed**
46:19
**never**
11:11,13
35:16 39:20
41:12 47:10
63:8

**Nextel**
17:5
**Nicole**
1:4,15 3:3
4:2,11 70:4
70:19 71:7
73:8
**North**
1:20 2:12
7:21 71:8
**NORTHERN**
1:2 70:2
**notarial**
72:10
**notarized**
73:15
**notary**
1:17 70:24
71:4 72:15
**noted**
72:5
**notice**
58:13 60:18
72:3
**number**
3:8 18:17,22
43:2 73:7
73:19
**numbered**
52:9
**numbers**
26:24

─────────
**O**
─────────
**object**
18:6 28:13
39:10 57:10
**obligated**
35:11
**occur**
57:24
**occurred**
28:17
**office**
65:23
**Oh**
18:12 21:2
45:8
**okay**
4:14 5:7
6:15 8:24
18:19 26:7
46:1,8
49:24 51:2

53:3 55:18
56:19 58:8
59:19,21
64:7 65:10
69:18
**old**
5:24 12:11
15:20 16:14
16:18 42:12
44:3
**Once**
48:18
**online**
12:23,24
13:3,7 30:3
32:10 42:7
42:24 43:3
44:1 60:23
**open**
37:21
**opened**
34:3 35:9,22
36:22 37:12
37:17 38:23
39:2
**opening**
8:12,13
**order**
29:17 49:18
50:2
**organization**
60:16
**outcome**
72:8
**outstanding**
53:5
**out-of-po...**
64:22 65:3
65:13
**owe**
18:14 23:20
41:21
**owed**
41:10,13
43:1
**owns**
10:19 15:16
**o'clock**
1:22

─────────
**P**
─────────
**P**
2:8 73:4
**page**

4:17 5:10
52:4,10,12
**pages**
73:12,15,17
**paid**
21:8,8,9
68:23 69:2
**paper**
26:1 38:5
**papers**
25:12,23
**paperwork**
36:23
**paragraph**
52:4,9,10,12
52:19 53:1
53:8 54:13
55:18,19,24
56:19 57:22
58:4,6,8,9
58:17 60:15
**parents**
16:20
**part**
62:14,18,19
62:20 66:21
68:6 69:11
**particular**
64:23,24
**parties**
49:23 72:7
73:18
**pay**
10:23 14:16
14:21 15:6
16:24 20:23
21:1 22:1
27:14 35:7
35:11 51:3
66:19
**paying**
35:14,15
45:23 65:10
**payment**
11:1 15:1,2
35:16 41:12
52:21 55:11
58:14
**payments**
19:5 34:5,20
52:6,16
53:12,17
54:8,16
**pays**

22:18
**PDCPA**
29:16
**pending**
71:10
**people**
31:20,22,24
37:21 59:2
64:8
**period**
42:3,4
**person**
33:2,3 62:2
**personally**
71:7
**Pharmacy**
7:11,12
**phone**
15:6 17:3,3
24:12 26:24
27:8 28:8
46:17 47:4
73:19
**phones**
8:3
**physical**
14:6 67:21
**piece**
38:5
**places**
10:1
**plains**
17:10,17,17
17:18 18:21
21:20,24
42:17,20
43:14,15
**plaintiff**
1:7 2:9 70:7
71:12
**plaintiffs**
59:10,16,22
60:5 70:5
**plaintiff's**
1:5 60:20
**planograms**
8:17
**pleadings**
48:23 49:1
**please**
4:10 55:13
73:13,16,19
**plus**
40:13

**position**
8:1,6
**possible**
43:18 49:15
**power**
14:13
**practice**
60:17
**Practices**
12:4,7,14,17
12:22 13:3
13:6,10
**prepare**
49:4
**prescription**
13:15,21
**presence**
71:19
**present**
2:19 72:4
**presently**
5:12 6:2
36:6
**previously**
60:17
**printing**
9:16
**prior**
52:22 55:11
58:16
**privilege**
28:14
**Probably**
23:10 36:5
46:9
**problem**
14:1 43:4
**problems**
14:4
**Procedure**
1:19
**proceed**
4:17
**prohibit**
14:7
**provide**
47:8
**provided**
37:12
**provision**
43:8,10 44:4
**psycholog...**
14:1
**public**

1:17 70:24
71:4 72:15
**purchased**
52:6,17
53:13,18
54:8,16
**purchases**
34:8
**purported**
58:12
**purpose**
45:12
**pursuance**
72:3
**pursuant**
1:18
**put**
29:18,19
53:18 54:8
57:18

---

**Q**

**question**
5:4,8,9 55:3
55:4 62:15
63:20
**questions**
4:18,24
57:22 70:15
73:19
**quickly**
34:14

---

**R**

**rate**
21:11
**read**
29:2,3 32:10
32:21 40:24
44:9 51:20
55:15 62:22
70:11
**reading**
32:7
**really**
58:5
**reason**
5:5 50:4,6
62:12,16
**reasons**
63:21
**recall**
18:20 35:21
36:4 37:2,4

37:7,7,14
38:22 39:24
48:22 49:6
49:7,15
61:8
**Receivables**
1:9 28:22
29:13 56:4
70:9 71:12
**receive**
20:13 25:13
25:20 31:1
33:6 34:23
35:18 38:7
39:9 44:13
46:6,7,8
62:6
**received**
7:2,5 8:21
25:5,7,18
25:19,22,24
26:1,12
27:12 30:19
30:22 31:6
36:23 37:16
38:18 39:2
40:1 42:8
46:4 63:8
**receiving**
34:17 37:4,7
38:22 50:9
**recognize**
37:13 38:16
39:13 45:9
**record**
4:9 29:3
40:24 45:16
54:11 55:15
**records**
52:5,16,20
52:24 53:7
53:12,17
54:7,16,24
55:1,7,10
58:15
**recover**
40:12,22
42:11 43:5
51:11
**reduced**
71:20
**referred**
58:4
**referring**
52:7,15,24

53:7,15
55:23 56:2
56:7 58:18
**reflect**
33:9
**reflected**
4:23
**refresh**
51:15,15
**refund**
23:19,21
**regarding**
12:16 42:19
42:22
**regards**
45:15 46:19
**registers**
8:21
**regular**
14:12 19:5
**regularly**
14:16
**related**
72:7
**relates**
68:12
**relating**
36:9,23 37:8
52:20
**relative**
34:24 35:19
**rely**
6:2
**remember**
26:20 27:18
34:16 37:1
40:8 65:9
**Renee**
2:16 4:7
**rent**
10:23 14:21
**renting**
10:17
**reoccurring**
16:23 19:10
**repeat**
29:1 55:13
**repeating**
67:3
**rephrase**
41:23
**report**
53:2,3 54:4
54:10

reported
71:18
reporter
4:22 70:14
73:22
Reporters
73:1
represent
4:7 27:22
28:5
represent...
64:1,16 67:6
represent...
59:14
reprimanded
9:1,3,19
requested
29:3 40:24
47:9 55:15
reserve
69:19
reside
5:13
residents
58:11 60:12
resign
11:9,13
resolved
50:11
respective
73:18
response
29:7 33:19
responsib...
8:10,14
63:24 64:14
67:5
restate
5:6
result
67:10,14
retirement
20:10
return
23:3 73:17
returns
22:22,24
23:5,9,14
review
33:7 51:14
51:16,19
56:23 73:13
reviewed
57:3,13,21

reviewing
68:19
revisions
68:16
right
14:22,23
31:8,24
32:3 40:2
41:14,16,19
45:18,21
46:3 47:5,7
47:7 48:4
50:24 51:6
51:11 53:22
55:1 59:15
66:5
rights
30:5
River
7:21
Rolling
7:13
routine
37:20
rules
1:19 4:15
ruling
61:17
run-down
6:10

─────────
          S
S
3:7
Sadler
60:20,21
61:2,3,5,10
SAITH
69:20
salary
21:9
savings
20:1
saying
26:20
says
38:5 44:5
46:2 49:18
49:22 52:4
52:19 54:13
54:15 55:19
56:11 58:9
60:16
school

6:11,12,15
7:3 11:22
33:23,24
scope
30:12
seal
72:10
search
44:10
Second
4:24
secure
73:13
see
43:4 49:18
49:21 52:12
seek
68:3
seeking
68:8
seen
26:9 39:20
49:14
send
27:11 38:4
39:22 40:3
46:22
sending
42:19
sent
27:6 28:1
39:20,21
45:10 47:5
47:23 50:7
68:15
September
40:6 44:15
46:7
server
8:4
service
17:4
services
69:6
set
35:6 72:9
Setina
73:22
sets
41:4
sheets
73:12,14,15
73:17
shelves

8:16
Shield
22:17
shift
8:7,9,11,14
Shorthand
70:13
shoulders
4:21
show
5:2 26:7
37:11 38:14
45:6 49:12
52:2,21
53:5 55:10
shrugging
4:21
sign
26:1 28:1
signature
69:19 71:24
73:11,13,14
73:15,17,23
signed
55:22 57:8
58:12 73:15
73:15
Sincerely
73:21
sister
16:21
sisters
16:8,13
sites
60:19
sold
51:10
solicitation
33:20
somebody
26:20,21
sorry
8:8 17:11
18:12 52:9
sought
40:12,21
sounds
45:1
South
2:4 73:5
specific
43:8,10
specifically
13:1 43:24

44:4,6
61:23
speculation
39:11
spell
4:10 10:9
spoke
46:14
Sprint
17:5
SS
71:2
standard
39:6,6
standing
14:7
start
21:20
started
9:10
starting
6:11
state
1:18 4:9
21:6 27:2,5
27:15,22
28:5,8
30:22 31:7
41:3 42:8
42:19 44:23
46:5,11
48:14,17,24
49:4 50:9
64:24 65:2
71:1,5,9
stated
18:20
statement
35:19 37:8
statements
20:13 34:23
35:5
states
1:1,20 70:15
71:11
status
61:12
statute
41:22,24
stealing
11:18
stenograp...
71:18
Steuben

6:17
stock
8:16
stop
31:20
store
8:12,14,17
Streamwood
5:14,16,17
Street
1:20 2:4,12
71:8 73:1,5
stress
67:17,19,22
68:1
stressful
67:16
strike
9:23 21:7,18
30:21 65:1
stuff
23:13 25:22
44:9
styled
61:5
subject
52:21 58:13
submit
73:13
SUBSCRIBED
70:20
sue
28:21 29:7
29:12 30:2
31:9 32:3
50:20,21
63:5,7
sued
12:8 13:4
24:11 25:24
27:6 29:4,5
29:8 32:20
42:2 44:8
50:24 56:5
60:17
suffered
64:19,20
67:13
suggest
13:5
suing
28:10 29:18
31:22,24
42:13 43:11

50:17,23
suit
40:6,9,11,17
40:22 50:16
58:16 59:2
61:24 62:10
63:14,18
72:7
Suite
2:13 73:1
supervisor
8:7,9,11,15
support
6:3,6
sure
4:14,16
14:19 18:16
23:4 34:19
49:6 53:15
54:18 64:2
64:5,8
surprised
39:1,8,20
Susan
1:16 70:13
71:4 73:23
suspended
8:24 9:3
sworn
4:1,4 70:20
71:15

_____
**T**

T
3:7
take
4:22 8:16
65:17,17
taken
1:15,18
13:18 22:19
70:12 73:8
talk
5:1 27:8
28:17 32:24
61:2
talked
20:20 24:11
26:20,21
28:15
talking
56:21 59:4
62:4 66:9
tax

22:22,24
23:2,5,8,14
taxes
23:18
tell
5:12 12:6
14:18 24:9
24:20 26:16
26:16 35:22
38:18 39:5
47:1 50:1
60:21 62:23
63:7 64:8
65:15
telling
25:19 41:8
50:7
ten
23:6 33:18
58:10 60:11
terms
38:7
testified
4:4 45:19
48:2
testify
71:15
testifying
14:10
testimony
71:17,22
72:9
Texas
26:21
thereof
72:8
thing
38:6
things
4:16 14:13
43:19
think
5:10 16:18
20:19 22:17
24:19,21
26:23 32:2
32:3 37:20
51:14 62:22
64:8 66:2
69:18
thinking
45:22
third
5:4

thought
42:18 43:13
thousand
19:4
threaten
62:10
threatened
63:17
three
7:24 11:7
36:19 46:4
time
19:8 30:18
32:5,6,8,10
32:12,18
37:12 40:23
42:3,4
times
48:16
Tinerella
10:8
today
14:10 24:3
33:5 45:19
told
25:2 30:6,14
32:6,8 44:1
60:7,10
62:21
top
46:2
touch
24:21
to-wit
71:6
training
12:16 30:9
transcript
4:23 5:3
70:12,15
71:22 73:10
73:13,14
Transcrip...
71:21
transfer
42:15
treated
13:24 14:3
64:2,9
67:24
treatment
68:3
trial
14:8 49:18

truck
8:16
trucks
9:10
true
71:21
Truman
6:14
truth
71:15,16,16
trying
43:4,9 44:2
53:15 54:18
57:2,5 63:6
64:15 65:16
turned
16:15
two
16:11,13
19:5,14
21:19 22:5
22:9
type
20:6,10 38:7
38:22
typed
32:20 43:7
44:6
typewriting
71:20
typically
23:19,20
T-I-N-E-R...
10:10

_____
**U**

uh-huh
4:20 8:19
16:1 65:19
understand
5:5 14:20
29:11 30:17
32:19 33:1
41:6 44:21
53:9,23
54:19 55:4
59:1,12
understan...
12:13 26:15
42:9 43:9
53:16 54:23
55:5 57:2,6
58:1,5,23
63:6 69:5,9

69:16
**understood**
5:9
**undetermined**
71:10
**unfairly**
29:4
**United**
1:1,19 70:1
71:11
**unpaid**
12:12 41:5
**unsure**
43:11
**uploading**
9:10
**UPS**
9:7,8,17,20
**use**
22:2,2 23:16
36:1
**useful**
67:4
**utility**
14:13,18
15:8

___ V ___
**vague**
12:15
**validity**
44:20
**vehicle**
15:12,14,16
**versus**
61:5
**virtually**
55:21 57:8
**Visa**
17:8,14,19
17:22 18:1
18:15,15,21
19:14 21:19
21:21,24
22:4,11
38:1,8,19
**voice**
9:15
**voicer**
9:11,12,14
**voluntarily**
47:14,17
**Von**
6:17

**vs**
1:8 70:8
73:7

___ W ___
**W**
71:3
**waived**
72:1
**want**
4:16 14:19
50:21 58:1
63:7
**wanted**
66:9
**wasn't**
60:10 66:8
**water**
14:12 15:7
**way**
50:20 67:9
72:7,8
**week**
21:13 31:3,6
**went**
4:14 43:24
44:4 48:7
66:4
**weren't**
53:15
**We'll**
40:5 69:19
**we're**
4:17 5:10
24:2 28:14
47:5
**whatsoever**
49:3
**whereof**
72:9
**Winona**
1:4 2:20
70:4 71:11
**witness**
3:2 4:1,3
29:4 39:19
41:1 55:16
57:16 71:9
71:14,17,19
71:23 72:1
**word**
12:11 64:6
**words**
18:13 28:9

50:15
**work**
9:6 12:19
21:13,16
27:15 55:2
65:14,15,17
65:18 66:20
**works**
51:13
**write**
53:20 57:11
**writing**
46:22
**wrong**
18:12 31:17
61:18
**wrongfully**
29:18 31:22
31:23
**wrongly**
29:5
**wrote**
45:21

___ X ___
**X**
3:1,7
**X'd**
49:22

___ Y ___
**yeah**
8:5 9:13
12:5 27:13
29:9 30:6
31:5 35:13
39:19 40:8
51:12,13
56:9 62:2
64:13 66:20
**year**
9:18 21:3
22:9,10,12
34:17 35:22
**yearly**
23:14
**years**
7:15,24 11:7
12:8 21:22
22:5 23:3,6
33:18 42:5
43:6 44:3
52:22 55:11
58:15

___ Z ___
**Zipprich**
2:16 3:4 4:6
4:7 18:8
26:6 28:20
29:2,6
38:13 39:15
39:23 41:2
45:5 49:11
52:1 55:14
55:17 57:13
57:17 69:18
73:24

___ $ ___
**$1,000**
21:23
**$1,626.91**
40:20
**$3,000**
22:6
**$500**
34:12 41:15
51:6

___ 0 ___
**07**
40:6 44:15
**08**
1:8 70:7
73:7

___ 1 ___
**1**
3:10 26:4,8
**10.40**
21:12
**10:00**
1:22
**1071**
21:23
**1103**
5:16
**120**
2:4 73:5
**14th**
46:2
**17**
16:18
**18**
35:8
**18th**
2:5
**180**

1:20 2:12
71:8

___ 2 ___
**2**
3:11 38:11
38:15
**2,000**
19:1
**200**
73:1
**2007**
44:22 46:2
58:9
**2008**
1:21 70:14
70:22 71:7
72:11 73:4
**23rd**
1:21 70:14
71:6
**25**
16:18
**26**
3:10
**27**
6:1
**2700**
2:13
**28**
73:4
**29**
16:15

___ 3 ___
**3**
3:12 45:3,7
47:6,24
50:8
**3,000**
18:4,10,18
**3,500**
17:23 18:7
18:11,13
**30**
16:15
**300**
27:18 65:9
73:1
**312**
2:7,15
**32**
21:14
**350**

27:18 65:9
**38**
3:11

---
**4**
---
**4**
3:4,13 49:9
  49:13
**40**
21:14
**401-K**
20:8
**45**
3:12
**46**
15:21
**49**
3:13

---
**5**
---
**5**
3:14 51:23
  52:3
**500**
34:4
**51**
3:14
**52**
52:4,9,10,12
  53:10 54:13
**53**
52:19 53:1,8
**58**
55:18,19
  56:19 57:22
  58:4,6

---
**6**
---
**6**
58:9
**6th**
44:22
**600**
21:4
**60107**
5:17
**60601**
2:14
**60601-1014**
73:2
**60603**
2:6 73:6
**650**
21:4

---
**7**
---
**7-23-08**
73:8
**71**
19:4
**739-4200**
2:7
**760**
1:8 70:7
  73:7

---
**8**
---
**8**
52:4,10,12
**84-2501**
1:17
**86**
58:8
**87**
60:15,16
**876-1700**
2:15

---
**9**
---
**900**
22:13
**98**
35:24

**A**

able
47:1
above-ent...
1:16 73:11
absent
64:11
academic
11:23
account
8:20 19:21
20:1 34:6,9
34:12,15,21
34:24 35:10
35:20,23
36:7,10,24
37:9,22
38:20 41:11
41:12,13,18
43:2,16
45:17,20,22
47:2 52:20
55:11
accounting
23:16
accounts
20:5 52:6,17
53:13,18
54:8,17
accuracy
68:20
accurate
57:5
accurately
14:10 33:9
41:4 70:15
accused
11:15 23:24
Act
12:4,7,14,17
12:22 13:3
13:6,10,13
action
4:8 27:15,23
28:5,8,11
31:10,15
48:24 52:23
54:12 55:6
55:10,12
56:5 59:1
61:21 63:22
64:24
actions
67:10,14

activation
9:15
actual
64:19,19
added
53:22
addition
14:19
additional
66:12 73:11
address
5:15 73:17
Adler
44:22 45:10
45:13 46:10
47:8,12
50:8
admit
41:10,12
advised
30:4
affixed
72:10
afore
71:16
aforement...
73:11
aforesaid
71:23
Agency
13:13
ago
33:18 43:6
agree
37:16 41:21
50:10 51:5
51:9
agreement
27:21 37:5
37:11,17,24
38:20,23
39:2,7,9
40:1 49:23
73:13
agreements
37:21
ahead
17:12 39:17
55:14
al
70:9
alcohol
14:4
allegation

54:14 57:1
57:18 58:20
58:24
alleged
58:1,11
60:12
America
17:13,22
18:1,15
22:3,11
38:1
amount
18:14 34:12
41:3,4,7,15
41:21
annually
21:2
answer
4:18,18,19
5:1,8 39:16
39:17 55:3
57:15 59:18
answered
8:3
answering
57:11
answers
70:16
Anthony
10:8
antibiotics
13:20
anybody
6:2 10:11
11:15 13:5
27:8
appear
48:16 70:16
appearance
27:1,5 65:22
66:1,7,11
66:13,16
APPEARANCES
2:1
appeared
48:13 71:8
appendix
52:21
applicable
73:12
application
37:2 38:3,4
apply
33:19,22

approximate
18:17,22
approxima...
18:3,18 19:2
41:15 50:12
arrive
28:21 29:10
31:14
aside
35:6
asked
46:18 53:14
67:2 70:16
asking
43:21,22,24
46:23 52:14
53:6 54:5,6
57:13
associate
34:24 39:14
associated
45:17
Associates
33:13,17
34:3,5,9,11
34:21 35:1
35:19 36:1
36:7,15,22
37:8,13
38:19 39:3
39:6 40:1
40:13,21
41:5,11
42:15 44:23
45:10,13,20
46:10 50:8
51:5,10
assume
5:9
assumed
59:4
attach
55:21 57:8
attached
55:21
attend
6:15,24
attorney
4:14 29:24
32:15 48:6
48:10,11
53:21 54:2
57:19 60:10
61:9 62:23

66:8,24
attorneys
54:20 65:10
72:5
attorney's
40:14 65:7,8
attorney-...
28:14
audibly
4:19
available
18:23
awarded
69:10
aware
35:10 45:20
59:9,10,13
59:16 60:4
A.D
1:21
a.m
1:22

**B**

B
3:7 52:21
58:13
back
24:13,14
27:4 29:2
29:17,19
35:11 40:5
53:10
background
6:11
balance
17:24 18:13
19:3 21:24
22:7,10
40:13 41:5
42:15 51:3
bank
17:9,13,18
17:21 18:1
18:15 19:23
20:3,14
22:3,11
33:14,17
38:1,19
39:14 42:17
banking
20:6
bankruptcy
15:10

barred
32:5,6,8,11
32:18
based
55:19 56:11
56:20 57:7
basically
50:18
basis
23:14 57:1
58:20
behalf
1:5 2:9,17
27:2 46:11
48:24 66:7
70:5
belief
55:19
believe
18:9 23:4,7
27:13 40:3
41:20 48:18
50:2,4,6
51:2 56:9
62:24
best
57:12 64:10
64:11,15
bill
14:12,13,13
14:18 15:6
15:7,7 17:3
17:3 26:22
billing
35:18
bills
14:13,16
15:8
bit
24:20 27:4
31:12
Blue
22:17
Boulevard
5:16
box
49:22
boxes
9:16
boyfriend
10:6
break
64:7
breaking

50:18
brother
16:13,17,21
brothers
16:8
brought
46:11 60:24
business
55:2

C

C
1:8 70:7
73:7
call
9:11 24:16
25:4 26:24
31:2 46:17
47:4 49:18
73:19
called
4:3 24:11,13
24:14,24
25:2 30:24
31:4
calls
24:12 39:11
Capital
1:12 28:23
29:14 56:3
63:11,14,17
63:22
caption
49:19
car
20:23 34:18
card
17:8,14,19
17:22 18:5
18:14,21
19:3 21:21
21:24 22:4
22:7,11
33:13,16,19
33:22 34:3
34:9,12,15
34:21,24
35:10,12,16
35:19,23
36:2,7,12
36:15,23
37:4,13,17
37:18,21,22
37:24 38:1
38:5,8,23

39:2,3 40:1
40:13,21
41:11,13,18
42:14,16,20
43:2,11
51:3,7
56:16 58:11
60:12
cardholder
39:9
cardholders
39:7
cardmember
38:20
cards
19:6,13,14
21:19 36:16
36:17,19
care
65:17
case
14:8 46:23
47:16,21
48:7,14,17
49:5,23
55:21 57:8
60:19,22
61:2,10,13
67:11,15
cases
58:10 60:11
60:24 61:1
cash
8:20,21
cashier
8:3,4
Cassandra
2:8 24:15
48:12 73:4
cause
1:16 32:17
46:20 70:13
71:10,16
73:11
caused
13:2
cc
73:24
Cchicago
2:6
cell
17:3
certain
26:24 42:3

71:10
certificates
7:6
Certified
70:13
certify
70:11 71:6
71:14,24
72:2,6
change
8:17 58:13
changes
73:14
charge
51:2
charged
51:6
Chase
19:24 20:4
cheating
12:1
check
22:19
checked
49:22
checking
19:21
Chicago
1:21 2:14
6:20,21,22
73:2,6
children
5:20
city
6:20 16:2
66:2
Civil
1:19
claim
58:21 64:18
claiming
66:18,21
68:6
claims
33:10 59:6
clarity
31:13
class
1:6 28:11
31:15 59:1
59:14 63:24
64:11,16
67:6 70:6
clean

8:17
clear
4:16 5:6
client
27:6,12
28:10 42:11
51:10
clients
30:2 31:16
54:14,14,21
61:5 68:9
closing
8:12,13
clothes
36:5
collect
27:7 44:2
Collection
12:4,7,14,17
12:22 13:3
13:6,10,13
collector
43:18,18
44:2,8
collectors
32:21 44:7,7
Colleen
16:18,20
college
6:14,24
11:23
Collins
46:14
Combs
2:2 24:7,16
24:22 25:15
26:13,18
27:1,9,22
28:2 30:16
44:11 65:23
66:6,12
73:5
come
28:12 40:5
65:21,23
66:15
comments
68:19
Commerce
17:10,17,18
18:21 21:21
21:24 42:17
42:20 43:14
43:15

communica...
44:13 47:11
**company**
21:5 61:1
62:20
**compensated**
69:6
**compensation**
69:15
**complaint**
9:22,24 25:5
25:11,14,19
27:11 30:23
31:7 33:6,9
42:9,19
46:5 48:20
50:10 51:16
53:11,19,22
54:3,9,20
57:3,5,11
57:19 62:6
63:2,3,9
64:18 68:15
68:17,17,20
68:21
**completed**
73:16
**completely**
5:1
**completing**
37:2
**computerized**
52:5,16,19
53:7,12,17
54:7,11,16
54:24 55:1
55:7,10
**Computer-...**
71:20
**conditions**
14:7 38:8
**connected**
26:17
**consistently**
23:5
**contact**
44:17
**contacted**
44:22 61:21
63:12
**continued**
60:18
**contract**
26:1 55:22

57:9 58:12
58:13
**contribute**
14:24 15:3
**conversation**
28:17
**conversat...**
28:7,16,19
**convicted**
23:22
**Cook**
71:9 72:15
**copies**
22:24 25:11
54:4 68:15
**copy**
23:2,8 25:14
25:18 33:6
**Corp**
28:22 29:13
40:6,9,16
47:14,24
**Corporation**
1:9,10 56:4
70:9 71:13
**correct**
27:2 33:14
35:17 36:24
40:7,14,18
41:22 43:3
43:17 44:24
45:17 46:12
47:15,18
48:15,20,21
61:13,14
66:7 71:22
**corrections**
73:14
**cost**
49:23
**counsel**
29:12 72:6
**County**
1:17 71:3,5
71:9 72:15
**couple**
4:16 25:2
26:23 46:9
50:9
**court**
1:1 4:22
27:2,5,15
27:23 28:5
28:8 30:22

31:7 41:4
42:8,19
44:23 46:5
46:11 48:7
48:13,14,17
48:24 49:4
49:5 50:9
64:24 65:2
70:1,1
71:11 73:1
73:7,22
**courthouse**
66:4
**Courts**
1:20
**co-plaintiff**
28:11
**credit**
1:11 17:8,16
17:19,21
18:7,9,14
18:20,21,23
18:23 19:13
19:16 28:23
29:14 30:19
33:13,16,22
34:2,6,9,12
34:15,18,21
34:24 35:9
35:16,19,23
36:2,7,12
36:15,16,17
36:19,22
37:4,13,17
37:17,21,22
37:24 38:23
39:2,3 40:1
40:13,21
41:11,13,17
41:18 42:14
42:16,20
43:2,11
51:3,7 53:2
53:3 54:4
54:10 56:2
56:16 58:11
60:12 61:23
62:4,7,9,13
62:17 63:8
67:9
**crime**
23:22
**Cross-Blue**
22:17
**CSR**

1:16
**current**
17:24 43:15
**currently**
7:8 13:15
45:23
**CVS**
7:11,12,14
8:6 21:8,16

_____

**D**

**D**
3:1 71:7
**damaged**
67:9
**damages**
64:19,19
68:5
**date**
30:17 40:8
46:1 58:14
73:4,8
**day**
8:22 65:17
65:18 66:15
66:18,19,20
70:21 72:10
**days**
46:9 50:9
**Dear**
73:9
**debt**
12:3,7,9,10
12:11,12,14
12:17,21
13:2,6,9
27:7,7,8
32:4,5,6,9
32:11,18,21
33:12 42:3
42:11 43:5
43:18,18
44:1,2,7,7
44:8,20
51:10,11
58:11
**debts**
53:5 60:13
**December**
44:22 46:2
**decided**
63:4
**decision**
28:21 29:10

31:14
**defendant**
2:17 54:12
62:13 63:11
63:22 71:13
**defendants**
1:13 4:8
31:9 40:17
44:14,17
50:16 52:5
52:7,14,15
53:11,14,16
54:7,15,15
55:6,9,21
55:23 56:4
56:8 57:8
58:9,15,17
60:11 61:6
61:18,20,21
67:10,14
70:10
**delinquency**
58:14
**Department**
73:23
**dependent**
6:5
**deponent**
69:20 73:8
73:11,13,16
**deposition**
1:15 3:9
4:12,15
26:3 38:10
45:2 49:8
51:22 70:12
72:1,3,4
73:10
**describe**
67:5,18
**described**
67:22
**different**
62:3
**diploma**
7:3
**disciplined**
11:22
**disclosure**
37:8
**discussed**
28:18 61:9
**dishonesty**
11:15 23:24

| | | | | |
|---|---|---|---|---|
| dismissed 47:15,16,17 47:21 48:3 48:8,20 49:23 50:14 50:23 | **E** | 26:2 | 45:1 | Finally 5:8 |
| | E 3:1,7 | entitled 29:16,24 30:1 50:19 70:13 | familiarity 12:6 | financial 6:3,6 |
| | earlier 67:3 | | far 15:3 26:19 69:15 | financially 6:8 |
| dismissing 50:2 | earn 21:15 | errata 73:12,14,15 73:17 | Farm 21:6 | find 44:11 |
| disorder 14:1 | East 5:16 | et 70:9 | father 16:4 | finish 4:24 62:15 |
| dispute 41:3,7 44:20 50:11 | EASTERN 1:3 70:3 | everybody 64:2 | faxed 27:13 | fired 11:8,11 |
| distress 67:13 | Eddie 16:17 | everyone's 64:15 | FDCPA 30:2,5,9,13 43:8 44:5 | firm 23:16 24:7 24:15,16,22 25:8,15,20 26:13,18 27:1,9,14 27:22 28:2 30:16 44:11 46:10 47:8 47:12 66:6 66:12 69:6 |
| distribution 73:18 | Edelman 2:2 24:7,15 24:16,21 25:8,14,20 26:13,18 27:1,9,14 27:22 28:2 30:16 44:11 65:23 66:6 66:12 69:6 73:5 | exactly 25:23 | Federal 1:19 28:10 | |
| District 1:1,2,20 70:1,2 71:11 | | examination 3:2 4:5 55:20 56:11 56:20 57:7 | fee 27:19 | |
| DIVISION 1:3 70:3 | | examine 56:12 | fees 29:23 40:14 65:7,8 | |
| doctor 67:24 | | examined 4:4 56:10 | file 22:22 23:14 50:16 62:10 63:18 65:21 65:21 66:1 66:16 68:11 68:14 | firms 25:1,4 |
| document 26:9 38:16 39:13 45:9 49:14,16,19 63:3 | educational 6:11 7:5 | Exhibit 3:9 26:3,8 38:10,15 45:2,7 47:6 47:24 49:8 49:13 50:8 51:22 52:3 | | first 4:3,18 24:10 25:24 30:15 32:12,23 33:16 34:3 36:12 65:16 66:9 71:15 |
| | effort 50:15 | | | |
| | eight 9:18 | | | |
| documents 36:7,9 47:9 49:1,3,4 | Eileen 15:19 | expenses 15:4 16:24 19:11 20:18 29:21,22 34:11,14 35:11 64:23 65:4,13 | filed 15:10 23:5 27:1,5 33:7 40:6,9,11 40:17 48:23 49:5 51:17 57:4 58:10 60:11 61:24 63:14 66:6 66:11,12 68:17 | five 7:15 12:8 21:22 23:3 42:5 43:5 44:3 52:22 55:11 58:15 |
| doing 31:17 | Ellyn 16:22 | | | |
| Downtown 7:21 | emotional 67:13,17 | | | |
| draft 68:17 | employed 7:8,14,16,22 | experience 12:19 | | flat 27:19 |
| drafted 63:4 | employment 10:1 | | | flip 52:4 53:10 |
| drafting 45:12 | enclosed 73:10,11 | **F** | files 55:20 56:10 56:11,12,14 56:14,16,20 56:21,23 57:7,14 58:2,2 | Floor 2:5 |
| drive 15:14 | Encore 1:12 28:23 29:14 56:3 61:6 63:11 63:14,17,21 | face 8:17 | | follows 4:4 |
| drug 14:3 | | fact 54:6,19 | | forced 11:8,13 |
| due 40:13 | | Fair 12:3,7,14,17 12:21 13:2 13:6,9 | filing 52:22 55:12 58:16 | foregoing 70:15 71:21 |
| duly 4:3 71:15 | engaging 60:17 | | | form 39:10 |
| DYKEMA 2:11 | entire 50:11 | fairly 64:3,9 | fill 38:3 | formal 9:22,24 |
| | entities 30:20 63:5 | familiar 12:3 13:12 | filled 38:4 | |
| | entitle | | | |

forth
41:4
forward
31:15 50:22
Foster
6:19
four
7:24 21:22
50:16 63:5
fraud
11:23
fund
20:12
Funding
1:10 13:4
28:22 29:13
40:5,9,16
40:21 42:18
46:12 47:14
47:24 56:1
62:2,5,18
62:19
further
69:20 71:14
71:24 72:2
72:6

G

gain
31:18 67:6
gas
14:13 15:6
20:21
GED
6:14 7:4
genders
16:12
generally
67:2
Georgia
16:21
gesture
4:22
getting
37:14 51:1
give
5:15 6:10
18:17,19,22
54:1
given
4:12 70:16
71:17,22
Glen
16:22

go
17:12 30:18
32:17 39:17
42:23 43:3
44:6 55:14
66:1,2
goes
22:1 69:15
going
4:20 5:2,9
18:6 26:7,8
28:4,13,14
38:14 39:10
45:6 49:12
50:22 51:15
52:2 61:15
63:4 66:8
Goodwin
2:3 73:5
Googled
32:20
graduated
6:12
groceries
20:22
ground
4:15
Group
1:12 28:24
29:14 56:3
63:11,14,17
63:22
grow
6:22
guess
35:6 66:14
guessing
19:1

H

H
3:7
half
7:24
Hall
66:2
hand
72:10
handle
8:18 73:17
hang
23:12
happened
47:23 48:9

happens
69:12
harassing
31:20,21
health
22:14,18
hear
30:15
hearing
48:19 50:15
65:20
Heather
16:17
helping
67:5
hereinbefore
72:5
heretofore
71:6
hereunto
72:9
Herkert
1:4,15 3:3
4:2,11
15:19 70:4
70:19 71:7
73:8
high
6:11,12,15
7:2 11:22
33:24
Hire
32:24
hired
48:6,10
home
10:11,15,19
14:21 68:11
hope
31:18 67:3,6
hour
1:22
hourly
21:9,10,11
hours
21:13
house
10:13,21
household
15:4
huh-huh
4:20 38:21
H-E-R-K-E...
4:11

I

ID
3:8
idea
29:7 31:9,10
identific...
26:5 38:12
45:4 49:10
51:24 52:3
identified
59:6
IL
2:6,14 73:6
illegality
60:18
Illinois
1:2,18,21
5:17 13:12
58:10 60:12
70:2 71:1,5
71:9 72:15
73:2
include
8:10 54:2,20
including
62:12,16
63:21
income
21:15
incur
34:11,14
40:20
incurred
33:13 35:12
43:5 64:22
65:3
independent
6:8
Indicating
28:4
individuals
59:24 60:5
information
32:22 46:20
46:23 54:2
55:19
initiated
41:21
institution
20:6
insurance
21:1,2,3
22:14,18
insures

21:5
intentions
35:14,15
50:24
interest
40:14 50:22
64:10,12,15
interested
72:8
Internet
42:10 44:10
investigate
32:17 42:23
investigated
24:19
involved
24:3 59:3
IRA
20:8
issue
27:7 33:12
39:7
issued
33:13

J

Jackson
1:4 2:20
28:12 59:10
59:13 70:14
71:12 73:7
job
9:1,9,19
11:9 35:8
jobs
11:16
July
1:21 70:14
71:7 73:4

K

keep
20:16 64:10
64:11,15
68:11
Kentucky
15:23,24
16:2,20
Kevin
46:14
kind
4:21 20:6
67:18
know

```
11:1,4              9:16                46:2 47:5           60:23               45:3,6 49:9
12:11 13:1          Lasalle             47:23 50:8          looking             49:12 51:23
13:9,11             1:20 2:4,12         let's               42:10 47:5          52:2
15:6 17:6           71:8 73:1,5         27:4 30:18            48:22 52:8         married
17:20,24            Latturner             51:21 53:10       looks               5:18,22
19:2 22:20          2:2 73:5              55:18 58:8        49:21               MasterCard
23:12 24:22         law                   60:15 61:2        lose                38:19
24:23,24            24:24 25:4          life                66:18 69:12         matter
25:3,11,22            46:10 50:19       36:20               losses              25:5
25:23 26:12         Lawrence            limit               66:22               Maul
26:19,19,21         6:19                17:16,19,21         lot                 1:16 70:13
26:22 29:16         Lawrenceburg          18:7,9,20         23:12               71:4 73:23
29:17,23            16:3                  18:23 38:6        Lou                 maxed
30:1,3,11           lawsuit               41:17             7:19,22 8:1         18:5
32:7,20             24:2 27:2,5         limitations           9:4,6             McCorkle
37:14,23              27:6 28:9         41:22 42:1          low                 73:1
38:9 39:1             28:10,12          line                22:10               MCM
39:12,13,18           31:19 32:19       30:18 34:2          lowest              30:20 61:5
39:19,21              33:10 40:12         51:7              22:12               Meadows
41:24 42:2            41:4,20           lines               lying               7:13
42:13,21             42:21 44:14        19:16               11:20               mean
43:7,14,19           44:18,23           Listed                                  20:21 27:24
45:14 46:20          45:14 46:11        63:2                _____            29:4,19
47:19,22             46:19 47:15        litigation               M              31:21,23
48:8 49:16           47:17 48:2         33:12               _____            39:4 43:14
51:12 52:11          50:2,14,23         little              mail                43:17,19
52:18 53:16          59:11,14,17        8:5 24:20           25:8,14,17          49:2 50:19
53:20,24             59:22 60:6           27:4 31:12          25:20,21          51:12 53:23
54:21 55:2           61:4,7             live                  26:13 27:12       57:6 62:2,3
55:6,9,16            62:17 64:23        10:3,5,11             31:7 33:20        62:19 64:4
56:15,22             65:1,2,3,11          14:21,22            42:9 46:5         64:8 66:23
57:15,16             65:16 66:22          15:22 16:4          50:10 62:7        meaning
58:7,19,22           67:7 68:6,9          16:19               63:9              25:16 58:6
59:3,18,20           68:12,24           lived               maintain            means
59:21,23,24          69:3,7,13          11:6                52:5,16             58:24
60:21,23            lawsuits            lives                 53:12,17          medication
61:1,3,4,12         24:4 32:21          16:20,21,21           54:7,15           13:22
61:15,17,19           44:7              LLC                   55:6              medications
62:1,3              lawyer              2:3 73:5            Malnati's           13:16
63:10,23            29:23 63:7          loans               7:19,23 8:2         meet
64:5,6,17             68:20             19:18                 9:4,6             32:23 33:2,3
64:21 66:23         lawyers             located             Management          members
67:2,8,16           32:23 47:20         7:12                1:11 28:23          64:11
68:10,18            lawyer's            lodge                 29:14 56:3        memory
69:12               31:10              9:24                  61:23 62:5         51:16
knowing             learn               long                  62:7,9,13        mental
45:21               12:21 24:6          7:14,22 9:17          63:8              13:24 14:6
knowledge             39:8 42:6          11:6 21:19         manifesta...        merged
26:17 30:12         learned              21:23 22:3         67:22               17:5
57:12               32:12                22:6 31:1          Margaret            met
                    lender              look                73:22               60:2
_____            19:19               13:2,6 43:4         mark                Middle
     L              letter                46:1 51:21        26:8                6:14
_____            30:19 45:9          looked              marked              Midland
L                     45:13,16                              3:8 26:4
2:16 71:3,3                                                   38:11,14
labels
```

28:22,23
29:13,14
30:19,20
40:5,9,16
40:21 42:18
46:12 47:14
47:24 56:1
56:2 60:16
61:6,23
62:2,4,5,7
62:9,13,16
62:18,19
63:7
Miller
2:8 18:6
24:15 27:10
28:8,13
30:8,15
31:2 39:10
39:17 48:12
48:13,16,23
49:3 57:10
57:15 60:9
69:19 73:4
73:9
mind
64:12,16
Mine
31:11 53:9
56:13
missed
65:15
missing
65:14
mom
15:17 24:8
24:11,19,21
25:4 30:8,9
30:24 66:9
money
8:18 23:20
27:15 41:10
41:13 43:1
51:1
month
11:2 13:22
16:24 50:12
58:10 60:11
monthly
14:12 15:5
16:23 19:10
20:13,18
34:23 35:4
months
9:18 46:4

mortgage
10:21 11:1,4
14:24 15:2
mother
15:20,22
16:6 26:12
26:17 31:4
mother's
15:18 30:12
move
31:15 55:18
58:8 60:15
MRC
1:9 28:22
29:13 56:3
70:9 71:12
73:7
multiple
55:20 56:11
56:20 57:7
58:2

———————————
        N
N
3:1 73:1
name
4:7,9,10
10:7,9 15:8
15:13,18
16:16 26:22
45:1 60:20
61:8 62:1
named
46:14 61:6
names
59:23 61:1
National
33:14,17
38:19
NCC-2
1:10 28:22
29:13 40:6
40:9,16
46:12 47:14
47:24
need
22:2 73:15
needed
46:19
never
11:11,13
35:16 39:20
41:12 47:10
63:8

Nextel
17:5
Nicole
1:4,15 3:3
4:2,11 70:4
70:19 71:7
73:8
North
1:20 2:12
7:21 71:8
NORTHERN
1:2 70:2
notarial
72:10
notarized
73:15
notary
1:17 70:24
71:4 72:15
noted
72:5
notice
58:13 60:18
72:3
number
3:8 18:17,22
43:2 73:7
73:19
numbered
52:9
numbers
26:24

———————————
        O
object
18:6 28:13
39:10 57:10
obligated
35:11
occur
57:24
occurred
28:17
office
65:23
Oh
18:12 21:2
45:8
okay
4:14 5:7
6:15 8:24
18:19 26:7
46:1,8
49:24 51:2

53:3 55:18
56:19 58:8
59:19,21
64:7 65:10
69:18
old
5:24 12:11
15:20 16:14
16:18 42:12
44:3
Once
48:18
online
12:23,24
13:3,7 30:3
32:10 42:7
42:24 43:3
44:1 60:23
open
37:21
opened
34:3 35:9,22
36:22 37:12
37:17 38:23
39:2
opening
8:12,13
order
29:17 49:18
50:2
organization
60:16
outcome
72:8
outstanding
53:5
out-of-po...
64:22 65:3
65:13
owe
18:14 23:20
41:21
owed
41:10,13
43:1
owns
10:19 15:16
o'clock
1:22

———————————
        P
P
2:8 73:4
page

4:17 5:10
52:4,10,12
pages
73:12,15,17
paid
21:8,8,9
68:23 69:2
paper
26:1 38:5
papers
25:12,23
paperwork
36:23
paragraph
52:4,9,10,12
52:19 53:1
53:8 54:13
55:18,19,24
56:19 57:22
58:4,6,8,9
58:17 60:15
parents
16:20
part
62:14,18,19
62:20 66:21
68:6 69:11
particular
64:23,24
parties
49:23 72:7
73:18
pay
10:23 14:16
14:21 15:6
16:24 20:23
21:1 22:1
27:14 35:7
35:11 51:3
66:19
paying
35:14,15
45:23 65:10
payment
11:1 15:1,2
35:16 41:12
52:21 55:11
58:14
payments
19:5 34:5,20
52:6,16
53:12,17
54:8,16
pays

22:18
PDCPA
29:16
pending
71:10
people
31:20,22,24
37:21 59:2
64:8
period
42:3,4
person
33:2,3 62:2
personally
71:7
Pharmacy
7:11,12
phone
15:6 17:3,3
24:12 26:24
27:8 28:8
46:17 47:4
73:19
phones
8:3
physical
14:6 67:21
piece
38:5
places
10:1
plains
17:10,17,17
17:18 18:21
21:20,24
42:17,20
43:14,15
plaintiff
1:7 2:9 70:7
71:12
plaintiffs
59:10,16,22
60:5 70:5
plaintiff's
1:5 60:20
planograms
8:17
pleadings
48:23 49:1
please
4:10 55:13
73:13,16,19
plus
40:13

position
8:1,6
possible
43:18 49:15
power
14:13
practice
60:17
Practices
12:4,7,14,17
12:22 13:3
13:6,10
prepare
49:4
prescription
13:15,21
presence
71:19
present
2:19 72:4
presently
5:12 6:2
36:6
previously
60:17
printing
9:16
prior
52:22 55:11
58:16
privilege
28:14
Probably
23:10 36:5
46:9
problem
14:1 43:4
problems
14:4
Procedure
1:19
proceed
4:17
prohibit
14:7
provide
47:8
provided
37:12
provision
43:8,10 44:4
psycholog...
14:1
public

1:17 70:24
71:4 72:15
purchased
52:6,17
53:13,18
54:8,16
purchases
34:8
purported
58:12
purpose
45:12
pursuance
72:3
pursuant
1:18
put
29:18,19
53:18 54:8
57:18

——————
Q
——————
question
5:4,8,9 55:3
55:4 62:15
63:20
questions
4:18,24
57:22 70:15
73:19
quickly
34:14

——————
R
——————
rate
21:11
read
29:2,3 32:10
32:21 40:24
44:9 51:20
55:15 62:22
70:11
reading
32:7
really
58:5
reason
5:5 50:4,6
62:12,16
reasons
63:21
recall
18:20 35:21
36:4 37:2,4

37:7,7,14
38:22 39:24
48:22 49:6
49:7,15
61:8
Receivables
1:9 28:22
29:13 56:4
70:9 71:12
receive
20:13 25:13
25:20 31:1
33:6 34:23
35:18 38:7
39:9 44:13
46:6,7,8
62:6
received
7:2,5 8:21
25:5,7,18
25:19,22,24
26:1,12
27:12 30:19
30:22 31:6
36:23 37:16
38:18 39:2
40:1 42:8
46:4 63:8
receiving
34:17 37:4,7
38:22 50:9
recognize
37:13 38:16
39:13 45:9
record
4:9 29:3
40:24 45:16
54:11 55:15
records
52:5,16,20
52:24 53:7
53:12,17
54:7,16,24
55:1,7,10
58:15
recover
40:12,22
42:11 43:5
51:11
reduced
71:20
referred
58:4
referring
52:7,15,24

53:7,15
55:23 56:2
56:7 58:18
reflect
33:9
reflected
4:23
refresh
51:15,15
refund
23:19,21
regarding
12:16 42:19
42:22
regards
45:15 46:19
registers
8:21
regular
14:12 19:5
regularly
14:16
related
72:7
relates
68:12
relating
36:9,23 37:8
52:20
relative
34:24 35:19
rely
6:2
remember
26:20 27:18
34:16 37:1
40:8 65:9
Renee
2:16 4:7
rent
10:23 14:21
renting
10:17
reoccurring
16:23 19:10
repeat
29:1 55:13
repeating
67:3
rephrase
41:23
report
53:2,3 54:4
54:10

reported
71:18
reporter
4:22 70:14
73:22
Reporters
73:1
represent
4:7 27:22
28:5
represent...
64:1,16 67:6
represent...
59:14
reprimanded
9:1,3,19
requested
29:3 40:24
47:9 55:15
reserve
69:19
reside
5:13
residents
58:11 60:12
resign
11:9,13
resolved
50:11
respective
73:18
response
29:7 33:19
responsib...
8:10,14
63:24 64:14
67:5
restate
5:6
result
67:10,14
retirement
20:10
return
23:3 73:17
returns
22:22,24
23:5,9,14
review
33:7 51:14
51:16,19
56:23 73:13
reviewed
57:3,13,21

reviewing
68:19
revisions
68:16
right
14:22,23
31:8,24
32:3 40:2
41:14,16,19
45:18,21
46:3 47:5,7
47:7 48:4
50:24 51:6
51:11 53:22
55:1 59:15
66:5
rights
30:5
River
7:21
Rolling
7:13
routine
37:20
rules
1:19 4:15
ruling
61:17
run-down
6:10

—————
S

S
3:7
Sadler
60:20,21
61:2,3,5,10
SAITH
69:20
salary
21:9
savings
20:1
saying
26:20
says
38:5 44:5
46:2 49:18
49:22 52:4
52:19 54:13
54:15 55:19
56:11 58:9
60:16
school

6:11,12,15
7:3 11:22
33:23,24
scope
30:12
seal
72:10
search
44:10
Second
4:24
secure
73:13
see
43:4 49:18
49:21 52:12
seek
68:3
seeking
68:8
seen
26:9 39:20
49:14
send
27:11 38:4
39:22 40:3
46:22
sending
42:19
sent
27:6 28:1
39:20,21
45:10 47:5
47:23 50:7
68:15
September
40:6 44:15
46:7
server
8:4
service
17:4
services
69:6
set
35:6 72:9
Setina
73:22
sets
41:4
sheets
73:12,14,15
73:17
shelves

8:16
Shield
22:17
shift
8:7,9,11,14
Shorthand
70:13
shoulders
4:21
show
5:2 26:7
37:11 38:14
45:6 49:12
52:2,21
53:5 55:10
shrugging
4:21
sign
26:1 28:1
signature
69:19 71:24
73:11,13,14
73:15,17,23
signed
55:22 57:8
58:12 73:15
73:15
Sincerely
73:21
sister
16:21
sisters
16:8,13
sites
60:19
sold
51:10
solicitation
33:20
somebody
26:20,21
sorry
8:8 17:11
18:12 52:9
sought
40:12,21
sounds
45:1
South
2:4 73:5
specific
43:8,10
specifically
13:1 43:24

44:4,6
61:23
speculation
39:11
spell
4:10 10:9
spoke
46:14
Sprint
17:5
SS
71:2
standard
39:6,6
standing
14:7
start
21:20
started
9:10
starting
6:11
state
1:18 4:9
21:6 27:2,5
27:15,22
28:5,8
30:22 31:7
41:3 42:8
42:19 44:23
46:5,11
48:14,17,24
49:4 50:9
64:24 65:2
71:1,5,9
stated
18:20
statement
35:19 37:8
statements
20:13 34:23
35:5
states
1:1,20 70:15
71:11
status
61:12
statute
41:22,24
stealing
11:18
stenograp...
71:18
Steuben

6:17
**stock**
8:16
**stop**
31:20
**store**
8:12,14,17
**Streamwood**
5:14,16,17
**Street**
1:20 2:4,12
71:8 73:1,5
**stress**
67:17,19,22
68:1
**stressful**
67:16
**strike**
9:23 21:7,18
30:21 65:1
**stuff**
23:13 25:22
44:9
**styled**
61:5
**subject**
52:21 58:13
**submit**
73:13
**SUBSCRIBED**
70:20
**sue**
28:21 29:7
29:12 30:2
31:9 32:3
50:20,21
63:5,7
**sued**
12:8 13:4
24:11 25:24
27:6 29:4,5
29:8 32:20
42:2 44:8
50:24 56:5
60:17
**suffered**
64:19,20
67:13
**suggest**
13:5
**suing**
28:10 29:18
31:22,24
42:13 43:11

50:17,23
**suit**
40:6,9,11,17
40:22 50:16
58:16 59:2
61:24 62:10
63:14,18
72:7
**Suite**
2:13 73:1
**supervisor**
8:7,9,11,15
**support**
6:3,6
**sure**
4:14,16
14:19 18:16
23:4 34:19
49:6 53:15
54:18 64:2
64:5,8
**surprised**
39:1,8,20
**Susan**
1:16 70:13
71:4 73:23
**suspended**
8:24 9:3
**sworn**
4:1,4 70:20
71:15

---

**T**

**T**
3:7
**take**
4:22 8:16
65:17,17
**taken**
1:15,18
13:18 22:19
70:12 73:8
**talk**
5:1 27:8
28:17 32:24
61:2
**talked**
20:20 24:11
26:20,21
28:15
**talking**
56:21 59:4
62:4 66:9
**tax**

22:22,24
23:2,5,8,14
**taxes**
23:18
**tell**
5:12 12:6
14:18 24:9
24:20 26:16
26:16 35:22
38:18 39:5
47:1 50:1
60:21 62:23
63:7 64:8
65:15
**telling**
25:19 41:8
50:7
**ten**
23:6 33:18
58:10 60:11
**terms**
38:7
**testified**
4:4 45:19
48:2
**testify**
71:15
**testifying**
14:10
**testimony**
71:17,22
72:9
**Texas**
26:21
**thereof**
72:8
**thing**
38:6
**things**
4:16 14:13
43:19
**think**
5:10 16:18
20:19 22:17
24:19,21
26:23 32:2
32:3 37:20
51:14 62:22
64:8 66:2
69:18
**thinking**
45:22
**third**
5:4

**thought**
42:18 43:13
**thousand**
19:4
**threaten**
62:10
**threatened**
63:17
**three**
7:24 11:7
36:19 46:4
**time**
19:8 30:18
32:5,6,8,10
32:12,18
37:12 40:23
42:3,4
**times**
48:16
**Tinerella**
10:8
**today**
14:10 24:3
33:5 45:19
**told**
25:2 30:6,14
32:6,8 44:1
60:7,10
62:21
**top**
46:2
**touch**
24:21
**to-wit**
71:6
**training**
12:16 30:9
**transcript**
4:23 5:3
70:12,15
71:22 73:10
73:13,14
**Transcrip...**
71:21
**transfer**
42:15
**treated**
13:24 14:3
64:2,9
67:24
**treatment**
68:3
**trial**
14:8 49:18

**truck**
8:16
**trucks**
9:10
**true**
71:21
**Truman**
6:14
**truth**
71:15,16,16
**trying**
43:4,9 44:2
53:15 54:18
57:2,5 63:6
64:15 65:16
**turned**
16:15
**two**
16:11,13
19:5,14
21:19 22:5
22:9
**type**
20:6,10 38:7
38:22
**typed**
32:20 43:7
44:6
**typewriting**
71:20
**typically**
23:19,20
**T-I-N-E-R...**
10:10

---

**U**

**uh-huh**
4:20 8:19
16:1 65:19
**understand**
5:5 14:20
29:11 30:17
32:19 33:1
41:6 44:21
53:9,23
54:19 55:4
59:1,12
**understan...**
12:13 26:15
42:9 43:9
53:16 54:23
55:5 57:2,6
58:1,5,23
63:6 69:5,9

69:16
**understood**
5:9
**undetermined**
71:10
**unfairly**
29:4
**United**
1:1,19 70:1
71:11
**unpaid**
12:12 41:5
**unsure**
43:11
**uploading**
9:10
**UPS**
9:7,8,17,20
**use**
22:2,2 23:16
36:1
**useful**
67:4
**utility**
14:13,18
15:8

_____
**V**
**vague**
12:15
**validity**
44:20
**vehicle**
15:12,14,16
**versus**
61:5
**virtually**
55:21 57:8
**Visa**
17:8,14,19
17:22 18:1
18:15,15,21
19:14 21:19
21:21,24
22:4,11
38:1,8,19
**voice**
9:15
**voicer**
9:11,12,14
**voluntarily**
47:14,17
**Von**
6:17

**vs**
1:8 70:8
73:7

_____
**W**
**W**
71:3
**waived**
72:1
**want**
4:16 14:19
50:21 58:1
63:7
**wanted**
66:9
**wasn't**
60:10 66:8
**water**
14:12 15:7
**way**
50:20 67:9
72:7,8
**week**
21:13 31:3,6
**went**
4:14 43:24
44:4 48:7
66:4
**weren't**
53:15
**We'll**
40:5 69:19
**we're**
4:17 5:10
24:2 28:14
47:5
**whatsoever**
49:3
**whereof**
72:9
**Winona**
1:4 2:20
70:4 71:11
**witness**
3:2 4:1,3
29:4 39:19
41:1 55:16
57:16 71:9
71:14,17,19
71:23 72:1
**word**
12:11 64:6
**words**
18:13 28:9

50:15
**work**
9:6 12:19
21:13,16
27:15 55:2
65:14,15,17
65:18 66:20
**works**
51:13
**write**
53:20 57:11
**writing**
46:22
**wrong**
18:12 31:17
61:18
**wrongfully**
29:18 31:22
31:23
**wrongly**
29:5
**wrote**
45:21

_____
**X**
**X**
3:1,7
**X'd**
49:22

_____
**Y**
**yeah**
8:5 9:13
12:5 27:13
29:9 30:6
31:5 35:13
39:19 40:8
51:12,13
56:9 62:2
64:13 66:20
**year**
9:18 21:3
22:9,10,12
34:17 35:22
**yearly**
23:14
**years**
7:15,24 11:7
12:8 21:22
22:5 23:3,6
33:18 42:5
43:6 44:3
52:22 55:11
58:15

_____
**Z**
**Zipprich**
2:16 3:4 4:6
4:7 18:8
26:6 28:20
29:2,6
38:13 39:15
39:23 41:2
45:5 49:11
52:1 55:14
55:17 57:13
57:17 69:18
73:24

_____
**$**
**$1,000**
21:23
**$1,626.91**
40:20
**$3,000**
22:6
**$500**
34:12 41:15
51:6

_____
**0**
**07**
40:6 44:15
**08**
1:8 70:7
73:7

_____
**1**
**1**
3:10 26:4,8
**10.40**
21:12
**10:00**
1:22
**1071**
21:23
**1103**
5:16
**120**
2:4 73:5
**14th**
46:2
**17**
16:18
**18**
35:8
**18th**
2:5
**180**

1:20 2:12
71:8

_____
**2**
**2**
3:11 38:11
38:15
**2,000**
19:1
**200**
73:1
**2007**
44:22 46:2
58:9
**2008**
1:21 70:14
70:22 71:7
72:11 73:4
**23rd**
1:21 70:14
71:6
**25**
16:18
**26**
3:10
**27**
6:1
**2700**
2:13
**28**
73:4
**29**
16:15

_____
**3**
**3**
3:12 45:3,7
47:6,24
50:8
**3,000**
18:4,10,18
**3,500**
17:23 18:7
18:11,13
**30**
16:15
**300**
27:18 65:9
73:1
**312**
2:7,15
**32**
21:14
**350**

**27:18 65:9**
**38**
3:11

---
**4**
---
**4**
3:4,13 49:9
 49:13
**40**
21:14
**401-K**
20:8
**45**
3:12
**46**
15:21
**49**
3:13

---
**5**
---
**5**
3:14 51:23
 52:3
**500**
34:4
**51**
3:14
**52**
52:4,9,10,12
 53:10 54:13
**53**
52:19 53:1,8
**58**
55:18,19
 56:19 57:22
 58:4,6

---
**6**
---
**6**
58:9
**6th**
44:22
**600**
21:4
**60107**
5:17
**60601**
2:14
**60601-1014**
73:2
**60603**
2:6 73:6
**650**
21:4

---
**7**
---
**7-23-08**
73:8
**71**
19:4
**739-4200**
2:7
**760**
1:8 70:7
 73:7

---
**8**
---
**8**
52:4,10,12
**84-2501**
1:17
**86**
58:8
**87**
60:15,16
**876-1700**
2:15

---
**9**
---
**900**
22:13
**98**
35:24