# EXHIBIT 4

**Page 1**

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
WINONA JACKSON and NICOLE HERKERT, )
on behalf of Plaintiff's and a    )
class,                            )
          Plaintiff,              )
          -vs-                    ) No. 08 C 760
MRC RECEIVABLES CORPORATION;      )
MIDLAND FUNDING NCC-2 CORPORATION;)
MIDLAND CREDIT MANAGEMENT, INC.;  )
and ENCORE CAPITAL GROUP, INC.,   )
          Defendants.             )
```

The deposition of WINONA JACKSON, taken in the above-entitled cause before Susan Maul, CSR No. 84-2501, a notary public within and for the County of Will and State of Illinois, taken pursuant to the Federal Rules of Civil Procedure for the United States District Courts, 180 North Lasalle Street, Chicago, Illinois, on the 23rd of July, A.D., 2008, at the hour of 11:30 o'clock a.m.

**Page 3**

I N D E X

| WITNESS | EXAMINATION |
|---|---|
| Winona Jackson | |
| By Ms. Zipprich | 4 |

E X H I B I T S

| NUMBER | MARKED FOR ID |
|---|---|
| Deposition Exhibit | |
| No. 6 | 38 |
| No. 7 | 40 |
| No. 8 | 47 |
| No. 9 | 51 |
| No. 10 | 71 |
| No. 11 | 72 |

**Page 2**

APPEARANCES:

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Cchicago, IL  60603
(312) 739-4200
BY:  MS. CASSANDRA P. MILLER
     On behalf of the Plaintiff;

DYKEMA
180 North LaSalle Street
Suite 2700
Chicago, IL  60601
(312) 876-1700
BY:  MS. RENEE L. ZIPPRICH
     On behalf of the Defendant.

**Page 4**

(Witness sworn.)

WINONA JACKSON, called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. ZIPPRICH:

Q.  Please state your name for the record and spell your first and last name.

A.  Winona Jackson, W-I-N-O-N-A, Jackson, J-A-C-K-S-O-N.

Q.  Have you ever given a deposition before?

A.  No.

Q.  And I'm not going to run through the sort of -- the rules of the way this is going to go because I know you were sitting here, and I think you understand that when I ask you a question I'm going to need you to audibly respond and not say uh-huh or huh-huh, and also not to answer with a gesture rather than a verbal response.

And if you wouldn't mind just letting me finish my question before you respond.  That would be great.

A.  Okay.

Q.  Okay.  Can you tell me where you presently

| | |
|---|---|
| 1 | reside? |
| 2 | A. 215 North Mason, Chicago, Illinois, 60644. |
| 3 | Q. Are you married? |
| 4 | A. No. |
| 5 | Q. Have you ever been married? |
| 6 | A. No. |
| 7 | Q. And do you live with anyone at your home? |
| 8 | A. Yes. |
| 9 | Q. And who is that? |
| 10 | My parents, my child, and my cousin. |
| 11 | Q. Your cousin? |
| 12 | A. Uh-huh. Yes. |
| 13 | Q. What are your parents' names? |
| 14 | A. Wadeane is my mother, W-A-D-E-A-N-E. My |
| 15 | father's name is Bruce, last name Jackson. |
| 16 | Q. And what is your child's name? |
| 17 | A. Zemarriya, Z-E-M-A-R-R-I-Y-A, English. |
| 18 | Q. And how old is Zemarriya? |
| 19 | A. Nineteen months. |
| 20 | Q. I hate to ask, is it a boy or girl? |
| 21 | A. Girl. |
| 22 | Q. I thought so, but I wasn't sure. That's a |
| 23 | very pretty name. |
| 24 | A. Thank you. |

**5**

| | |
|---|---|
| 1 | Q. Do your parents own the home? |
| 2 | A. Yes. |
| 3 | Q. Do you pay rent to your parents? |
| 4 | A. No. |
| 5 | Q. I'm assuming that Zemarriya relies on you |
| 6 | for financial support, correct? |
| 7 | A. Yes. |
| 8 | Q. Does anyone else rely on you for financial |
| 9 | support? |
| 10 | A. No. |
| 11 | Q. Can you give me a run-down of your |
| 12 | educational background starting with high school? |
| 13 | A. I graduated high school. |
| 14 | Q. Where did you attend high school? |
| 15 | A. St. Ignatius College Prep in Chicago. |
| 16 | Q. When did you graduate? |
| 17 | A. 1999, May or June. |
| 18 | Q. Did you go to -- attend college? |
| 19 | A. Yes. |
| 20 | Q. Where did you go? |
| 21 | A. Southern Illinois University. |
| 22 | Q. Did you receive a degree? |
| 23 | A. No. |
| 24 | Q. Did you have a major? |

**6**

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. What was that? |
| 3 | A. Mechanical engineering and Spanish. |
| 4 | Q. And how many years did you attend Southern |
| 5 | Illinois University? |
| 6 | A. Five. |
| 7 | Q. Have you received any other degrees or |
| 8 | certifications? |
| 9 | A. No. I attended another college, though. |
| 10 | Q. What was that? |
| 11 | A. Harold Washington College. |
| 12 | Q. How long did you attend Harold Washington? |
| 13 | A. I'm currently attending. |
| 14 | Q. Are you currently employed? |
| 15 | A. Yes. |
| 16 | Q. Where? |
| 17 | A. AMC Theatres. |
| 18 | Q. Where? |
| 19 | A. Chicago, Illinois. |
| 20 | Q. Where in Chicago? |
| 21 | A. You want the address? |
| 22 | Q. Yes. |
| 23 | A. 600 North Michigan. |
| 24 | Q. Now I understand why you worked until |

**7**

| | |
|---|---|
| 1 | midnight last night. How long have you been at AMC |
| 2 | Theatres? |
| 3 | A. Since October 2007. |
| 4 | Q. Where did you work before AMC? |
| 5 | A. I was unemployed between May of 2005 and |
| 6 | October of 2007. |
| 7 | Q. Did you receive unemployed benefits during |
| 8 | that time? |
| 9 | A. No. |
| 10 | Q. So you were financially dependent on |
| 11 | somebody during that time? |
| 12 | A. No -- well, define financially dependent. |
| 13 | Q. Were you financially independent during |
| 14 | that time you were unemployed? |
| 15 | A. I paid my own bills, yes. |
| 16 | Q. And what -- did you do anything to earn |
| 17 | income during that time? |
| 18 | A. I had money saved. |
| 19 | Q. Okay. So you supported yourself on |
| 20 | savings that you had earned during that time? |
| 21 | A. Savings and financial aid that was left |
| 22 | over to pay for school expenses. |
| 23 | Q. Financial aid that you received when you |
| 24 | were attending Southern Illinois University? |

**8**

**2 (Pages 5 to 8)**

1    A.   No.  When I was attending Harold
2  Washington University.
3    Q.   And how much was that financial aid that
4  you received?
5    A.   It varied by semester.  I don't remember
6  the exact amount.
7    Q.   So you were attending school at this time,
8  and you had financial aid moneys left over after
9  paying tuition that you lived on; is that right?
10    A.   To pay for my school expenses, like school
11  supplies and stuff like that.
12    Q.   Correct.
13    A.   My bills which weren't that many, I had a
14  refund from Southern Illinois University that was
15  significant enough that it covered my bills.
16    Q.   Why did you stop attending Southern
17  Illinois University?
18    A.   I transferred schools.  I came home to
19  help take care of my father.
20    Q.   Is your father ill?
21    A.   He was at the time -- well, technically he
22  still is, he was in the hospital at the time, had
23  just gotten out of the hospital, and because
24  Southern Illinois just wasn't a good place for me

9

1  to be.
2    Q.   Okay.  So you had financial aid moneys
3  that were not spent on tuition or school expenses
4  left over when you moved home with your parents,
5  correct?
6    A.   When I moved home with my parents it
7  was -- there were a couple months while they were
8  processing my withdraw from Southern Illinois, and
9  the money that I had paid out for that semester, my
10  last semester there was refunded to me.
11    Q.   And then did you take that refund and pay
12  the student loan or was that money -- is that the
13  money you're referring to that you relied upon
14  during the time you were unemployed?
15    A.   Correct.  The money that I relied upon
16  when I was unemployed.
17    Q.   Were you required under the terms of your
18  financial aid to start paying that loan back after
19  you left Southern Illinois University?
20    A.   What loan?
21    Q.   I'm sorry, why don't you describe the
22  nature of the financial aid you received.
23    A.   Okay.  At Southern Illinois University,
24  the financial aid, it was state funded financial

10

1  aid.
2    Q.   It was government funded?
3    A.   Yes.
4    Q.   And it was not a loan?
5    A.   No.
6    Q.   Okay.
7    A.   It was I guess a grant.
8    Q.   In other words, money that you're not
9  required to pay back?
10    A.   Right.
11    Q.   And you received that grant to pay --
12  specifically pay for tuition and school related
13  expenses, correct?
14    A.   Right.  And in addition to that, in
15  addition to -- that was -- okay.
16         While I was at Southern Illinois
17  University, I had a job, so I paid partially for my
18  tuition with money that I earned from working and
19  partially with financial aid, so the money that I
20  paid out from working is the money that was
21  refunded to me.
22    Q.   I see.  So when you left Southern Illinois
23  University, you didn't have in hand any financial
24  aid you received, you -- I'm trying to get an

11

1  understanding.
2         Did you pay to Southern Illinois
3  University all the financial aid assistance you
4  received from the government or did you keep that
5  for yourself?
6    A.   I didn't receive any financial aid -- any
7  extra financial aid money from the government.
8         The financial aid money that was paid on
9  my behalf from the government went to Southern
10  Illinois University.
11    Q.   Got you.  Okay.
12    A.   The money received back is what I had
13  paid.
14    Q.   Understood.
15    A.   Which I had two jobs.
16    Q.   Let me back up a bit.  Tell me about the
17  job you had before you were unemployed -- I guess
18  the last job you had before AMC.
19    A.   Okay.  I had two jobs at the same time.
20  One was being an SRA, student resident assistant,
21  for one of the residence halls on campus at
22  Southern Illinois University.  The other was
23  working at the front desk in the building that I
24  lived.

12

3 (Pages 9 to 12)

1    Q.   And where did you work before that?
2    A.   McDonald's.
3    Q.   Do you know approximately when you worked
4    at McDonald's?
5    A.   I worked at the front desk for three
6    years, so from 2002 to 2005, so my last month of
7    employment at McDonald's would have been in 2002.
8    Q.   Did you quit that job or were you fired?
9    A.   I quit.  I resigned.  I gave my two weeks
10   notice.
11   Q.   And why did you do that?
12   A.   Because I acquired the job at the front
13   desk.
14   Q.   The front desk where?
15   A.   At SIU, at Southern Illinois in the
16   building that I lived in.
17   Q.   Okay.  And how long did you have your two
18   jobs as a -- as an SRA and the front desk job?
19   A.   They overlapped for two years.  So I was
20   an SRA for two years, I worked at the front desk
21   for three years, one year prior to being an SRA.
22   Q.   And why did you leave those jobs?
23   A.   Because I came home.  I transferred
24   schools.

**13**

1    Q.   So you resigned from those jobs?
2    A.   Yes.
3    Q.   Where did you work before McDonald's?
4    A.   I'm trying to think.
5    Q.   It's okay.
6    A.   Lane Bryant.
7    Q.   Lane Bryant?
8    A.   Uh-huh.
9    Q.   Where is the Lane Bryant store you worked
10   at?
11   A.   North Riverside, Illinois.
12   Q.   What did you do there?
13   A.   I was a -- it's called a style expert
14   which is basically ringing up customers, assisting
15   customers with what they need on the floor, your
16   basic sales responsibilities.
17   Q.   Why did you leave that job?
18   A.   It was a seasonal job, and once with --
19   once I started working at McDonald's, I had less
20   time to come back and forth home to work weekends.
21   Q.   Have you ever been fired from a job?
22   A.   No.
23   Q.   Have you ever been accused of dishonesty
24   at a job?

**14**

1    A.   No.
2    Q.   Has anyone ever written a formal complaint
3    against you at any job?
4    A.   No.
5    Q.   Were you ever disciplined in high school
6    or college for academic fraud or cheating?
7    A.   No.
8    Q.   Are you paid hourly at AMC?
9    A.   Yes.
10   Q.   And how much is your hourly rate?
11   A.   7.75.
12   Q.   Approximately how many hours a week do you
13   work?
14   A.   Between 30 and 40.
15   Q.   Do you have benefits?
16   A.   No.
17   Q.   Are you familiar with the Fair Debt
18   Collection Practices Act?
19   A.   Vaguely, yes.
20   Q.   Tell me what your familiarity is with the
21   Fair Debt Collection Practices Act.
22   A.   Basically that -- I'm trying to think how
23   to word it properly.  I don't want to use the --
24   Q.   Don't worry about being fancy or anything,

**15**

1    you can explain.
2    A.   I understand.  Basically that there is a
3    time limit on how long a company has to file a
4    lawsuit against someone once the debt has gone into
5    default.
6    Q.   Where did you get that understanding?
7    A.   Oh, I knew it already.
8    Q.   You knew it already?  How did you know
9    that?
10   A.   I really couldn't tell you.  I mean, I
11   know that just common knowledge that there is a
12   statute of limitations on any type of lawsuit.
13        It varies depending on which type of
14   lawsuit it is, but every crime or -- whether it's a
15   crime or not, if there's a lawsuit, there's a
16   statute of limitations.
17   Q.   But that's a specific -- and I'm sure you
18   may or may not have been listening when I was
19   discussing this with my co-plaintiff,
20   Ms. Herkert, the Fair Debt Collection Practices Act
21   is a broad statute, and the specific provision that
22   you referred to is very specific to this lawsuit.
23        And so I'm just trying to get an
24   understanding of how you came by that knowledge of

**16**

**4 (Pages 13 to 16)**

1  the Fair Debt Collection Practices Act.
2        Did you do it on your own, or were you
3  advised by your attorney?
4     A.   The specific time of five years was
5  explained to me by my attorney.
6     Q.   Have you ever had any training regarding
7  the Fair Debt Collection Practices Act?
8     A.   No.
9     Q.   Did you ever do any reading on the Fair
10 Debt Collection Practices Act before speaking to an
11 attorney?
12    A.   I don't remember.
13    Q.   Are you familiar with the Illinois
14 Collection Agency Act?
15    A.   No.
16    Q.   Are you currently taking any prescription
17 medications?
18    A.   Yes.
19    Q.   What are they?
20    A.   Lyrica, spelled L-Y-R-I-C-A.
21    Q.   And what is Lyrica?
22    A.   It's a medication that they use to treat
23 different things, like nerve damage, fibromyalgia,
24 things of that nature that have to do with the

                                                    **17**

1  nerves.
2     Q.   And why are you taking it?
3     A.   Because I was in a car accident in July of
4  2006.
5     Q.   Okay.
6     A.   And I was injured.
7     Q.   And how were you injured?
8     A.   I was pregnant, the driver of the other
9  vehicle ran a red light and hit my dad and I.  My
10 dad was driving, and he hit on my side of the car
11 right at my door.
12    Q.   Did you suffer any injuries from that?
13    A.   Yes, quite a few.
14    Q.   Can you explain those to me?
15    A.   I had a laceration on my neck.  There was
16 damage to my shoulder, my hip, my neck and my back.
17    Q.   And do you have a chronic condition from
18 that lawsuit?
19    A.   It hasn't been diagnosed as chronic that I
20 know of, but I'm in physical therapy for a couple
21 things right now.
22    Q.   And is there any specific injury that's
23 being treated by the Lyrica that you're on?
24    A.   Yes.  My shoulder.

                                                    **18**

1     Q.   Your shoulder.  Are you on any other
2  prescription medications?
3     A.   Yes.  Hydrocodone.
4     Q.   What is that?
5     A.   It's a pain medication.
6     Q.   And are you on that for the same injuries
7  that you suffered from the car accident?
8     A.   For my hip and my shoulder, yes.
9     Q.   How long have you been on the Lyrica and
10 the -- is it hydrocodone?
11    A.   Hydrocodone.
12    Q.   How long have you been on those
13 medications?
14    A.   The Lyrica only within the past year.  The
15 hydrocodone on and off for the past year and a half
16 since my daughter was born.
17        I couldn't take anything while I was
18 pregnant, so nothing started until December of
19 2006.
20    Q.   Do you have any side effects from taking
21 these drugs?
22    A.   Not anymore, no.
23    Q.   Did you ever suffer any side effects from
24 taking these drugs?

                                                    **19**

1     A.   The only side effects that I suffered was
2  drowsiness.
3     Q.   Are you currently experiencing any kind of
4  drowsiness from taking these medications?
5     A.   No.
6     Q.   Are you on any other prescription
7  medications?   My feeling is you're going to say
8  yes.
9     A.   Yes.  The last one is -- I don't remember
10 the generic name for it, but it's Daypro, it's an
11 antiinflammatory.
12    Q.   Are you taking Daypro for the same reasons
13 you're taking the other medications?
14    A.   Yes.
15    Q.   And have you suffered any -- or do you
16 experience any side effect from taking that drug?
17    A.   No.
18    Q.   Have you ever been diagnosed with any
19 mental or psychological disorder?
20    A.   I don't know if I was diagnosed, no.
21    Q.   Have you ever sought treatment for a
22 mental or psychological disorder?
23    A.   Yes.
24    Q.   Can you tell me about that?  When did you

                                                    **20**

                                          **5 (Pages 17 to 20)**

1    seek treatment for a psychological disorder?
2        A.   In 1999.  About December 1999 for
3    depression.
4        Q.   Were you diagnosed with depression?
5        A.   No.
6        Q.   Were you prescribed any medications to
7    treat the depression?
8        A.   Temporarily.
9        Q.   What were the medications you were
10   prescribed?
11       A.   Wellbutrin.
12       Q.   And you took Wellbutrin for a period of
13   time?
14       A.   Yes.
15       Q.   For how long?
16       A.   About six weeks.
17       Q.   Why did you stop taking it?
18       A.   Because the doctor told me that I could.
19       Q.   Did you experience any side effect from
20   taking Wellbutrin?
21       A.   No.  It didn't -- it didn't help, so
22   that's why the doctor said stop taking it.
23       Q.   Did you start taking any other drugs to
24   treat the depression?

21

1        A.   No.
2        Q.   Do you suffer from depression?
3        A.   No.
4        Q.   But you did suffer from depression at one
5    time?
6        A.   Yes.
7        Q.   Have you ever been treated for any drug or
8    alcohol problems?
9        A.   No.
10       Q.   Do you have any physical or mental
11   conditions that would prohibit you from standing
12   trial in this -- in this particular case?
13       A.   No.
14       Q.   Or from accurately testifying here today?
15       A.   No.
16       Q.   You testified that your parents own the
17   home you live in?
18       A.   Yes.
19       Q.   Do you know if they have a mortgage?
20       A.   Yes.
21       Q.   Do you know who the lender is?
22       A.   No.
23       Q.   Have you ever filed for bankruptcy?
24       A.   No.

22

1        Q.   Do you have -- do you pay any utility
2    bills for the house?
3        A.   No.
4        Q.   So your name is not on any -- not on any
5    of the utility bills?
6        A.   No.
7        Q.   Do you contribute to the utility bills?
8        A.   No.
9        Q.   And you said you don't pay your parents
10   rent?
11       A.   No.
12       Q.   Do you have a car?
13       A.   No.
14       Q.   Do you have any loans with any banks?
15       A.   I have a student loan.
16       Q.   Okay.  And that is with the government
17   or -- who is that with?
18       A.   It was originally a Federal student loan,
19   and then it was consolidated, so it's still a
20   Federal student loan.
21       Q.   And how much is that?
22       A.   I'm not sure.
23       Q.   Do you have an idea of what the balance is
24   on that loan?

23

1        A.   About 23,000.
2        Q.   Do you make regular payments on that loan?
3        A.   No.  It's in deferment.
4        Q.   What do you mean by deferment?
5        A.   With student loans, you don't owe anything
6    on the loan until after -- six months after you
7    graduate, so as long as you're enrolled in classes,
8    as long as you're in school, it's in deferment.
9        Q.   I understand.  When did you receive this
10   student loan?
11       A.   The first one was -- it's done on a year
12   by year basis, so fall -- spring of 2001.
13       Q.   And you said you do not have a car?
14       A.   No.
15       Q.   Do you drive a car?
16       A.   Occasionally, yes.
17       Q.   And who's car is that?
18       A.   My mother's.
19       Q.   Do you have any monthly expenses?
20       A.   Yes.
21       Q.   Tell me about those.
22       A.   Groceries, my cell phone bill, and my
23   credit cards.
24       Q.   Okay.  Let's --

24

6 (Pages 21 to 24)

1    A.  And taking care of my daughter.
2    Q.  Sure.  That's expensive I know.  Who is
3  your cell phone provider?
4    A.  Sprint.
5    Q.  And do you currently have any credit
6  cards?
7    A.  Yes.
8    Q.  Tell me about your credit cards.   Sore
9  subject?
10    A.  Oh, no, not at all.
11    Q.  Okay.
12    A.  I have a Discover card.
13    Q.  What is your available -- strike that.
14        What is your credit limit on the Discover
15  card?
16    A.  $3100.
17    Q.  And what is your current balance on the
18  Discover card?
19    A.  I'm not sure.
20    Q.  Do you have an idea?
21    A.  Around 3,000.
22    Q.  Do you make regular payments on your
23  Discover card?
24    A.  Yes.

                                                    **25**

1  Visa or MasterCard, I don't remember.
2    Q.  And what is your available credit limit on
3  that Citibank credit card?
4    A.  I don't know what the available credit is.
5  The credit limit is 3900.
6    Q.  Okay.  Thank you for -- that's what I
7  meant to ask you, and you correctly answered.  The
8  available -- or the maximum available credit on
9  this credit card you're telling me is 3900?
10    A.  Yes.
11    Q.  What is your existing balance on this
12  card?
13    A.  I'm not sure.
14    Q.  Can you give me a rough idea?
15    A.  Between 37 and 3800.
16    Q.  Okay.  And tell me about your other
17  current credit cards.
18    A.  I have three Capital One Visas.
19    Q.  Okay.  Let's start with -- let's go
20  through them one by one.
21    A.  They all have a $500 credit limit.
22    Q.  And have you reached that maximum amount
23  on each?
24    A.  No.

                                                    **27**

1    Q.  Have you ever been late on a payment to
2  your Discover card?
3    A.  I don't think so.
4    Q.  And when did you -- at what point in time
5  did you purchase items in the amount of $3,000 on
6  the Discover credit card?
7        In other words, did you reach that balance
8  quickly after getting the Discover card or --
9    A.  No.  I've had the card since at least
10  2000, so I've had it for at least eight years.
11    Q.  Are you -- are you able to take cash out
12  on the credit line?
13    A.  Yes, but I never have.
14    Q.  You never have.  And tell me about your
15  other credit cards that you currently have.
16    A.  I'm sorry, the Discover card, to answer
17  your question, no, it wasn't -- the $3,000 wasn't
18  reached quickly, I've paid it off and used it and
19  paid it off and used it.
20    Q.  Understood.  What other credit cards do
21  you currently have?
22    A.  Citibank.
23    Q.  Is that a Visa?
24    A.  It's a MasterCard I think.  It's either a

                                                    **26**

1    Q.  On any?
2    A.  I haven't completely maxed out any cards,
3  no.
4    Q.  What is your -- so what is your balance on
5  each of these cards?
6    A.  Between 3 and 400 on each.
7    Q.  How long have you had -- let's step back
8  for a second.
9        How long have you had the Citibank Visa or
10  MasterCard?
11    A.  At least seven years.
12    Q.  And you said you had the Discover card --
13  you got the Discover card in 2000?
14    A.  Uh-huh.  Yes.
15    Q.  And how long have you had the three
16  Capital One credit cards?
17    A.  Since -- at least since 2002.
18    Q.  Did you open all three of them at the same
19  time?
20    A.  No.
21    Q.  Did you open any of these very recently?
22    A.  No.
23    Q.  Do you have any other credit cards besides
24  the Capital One credit cards, the Citibank, and

                                                    **28**

                                    **7 (Pages 25 to 28)**

1  Discover?
2      A.  Yes.
3      Q.  Okay.
4      A.  Major credit cards?
5      Q.  Any credit cards.
6      A.  Yes.
7      Q.  Okay.
8      A.  I have Lane Bryant.
9      Q.  Okay.  And what is the maximum credit
10 available on that line?
11     A.  $1,030.
12     Q.  You have a credit limit of $1,030 on that?
13     A.  Yes.
14     Q.  What is your current balance?
15     A.  I'm not sure, about 700.
16     Q.  How long have you had the Lane Bryant
17 card?
18     A.  At least four years.
19     Q.  Tell me about your other credit cards.
20     A.  Avenue.
21     Q.  What is Avenue?
22     A.  It's a clothing store, same as Lane
23 Bryant, or similar to Lane Bryant.
24     Q.  Okay.  And what is the maximum credit line

**29**

1  available to you at Avenue?
2      A.  $1,080.
3      Q.  What is your current balance on the Avenue
4  card?
5      A.  About $800.
6      Q.  You like to shop.  What are your other
7  credit cards that you currently have -- how long
8  have you had the Avenue card?
9      A.  The Avenue card, at least three years.
10     Q.  What other credit cards do you have?
11     A.  JC Penney.
12     Q.  How long have you had the JC Penney card?
13     A.  Less than a year.
14     Q.  And what is your maximum available credit?
15     A.  $1200.
16     Q.  And what is the current balance?
17     A.  About 600.
18     Q.  Are there more credit cards?
19     A.  Yes.
20     Q.  Okay.  Keep going.
21     A.  Target.
22     Q.  And what is your maximum available credit
23 line at Target?
24     A.  1,000 I think.

**30**

1      Q.  What is your current balance?
2      A.  About 900.
3      Q.  Okay.  Target was did you say -- how long
4  have you had Target?
5      A.  Somewhere between a year and two years.
6      Q.  Okay.  Any others?
7      A.  I believe that's all.
8      Q.  Do you have any other reoccurring monthly
9  expenses?
10     A.  I do.
11     Q.  Tell me about those.
12     A.  I have a Dell computer.
13     Q.  Okay.
14     A.  And I have a line of credit with Dell.
15     Q.  What is your monthly payment on that Dell
16 computer?
17     A.  My monthly payment?
18     Q.  Yes.
19     A.  It varies from month to month.  My last
20 monthly payment was $42.
21     Q.  And what is your balance?
22     A.  1400 I think -- no, not 1400 -- yes.
23 1400.
24     Q.  1400?

**31**

1      A.  Yes.
2      Q.  Okay.  What else do you have as far as
3  reoccurring monthly expenses?
4      A.  Other than those and my cell phone, my
5  daughter's life insurance -- well, it's monthly,
6  but I pay three months at a time.
7      Q.  Okay.  And how much is that?
8      A.  24.71 every three months.
9      Q.  $24.71?
10     A.  Uh-huh.
11     Q.  Do you receive any child support?
12     A.  No.
13     Q.  Have you ever received child support?
14     A.  Yes.
15     Q.  Why are you currently not receiving child
16 support, do you know?
17     A.  Because her father isn't working.
18     Q.  Okay.  Have you been involved in any other
19 lawsuits besides this one?
20     A.  Yes.
21     Q.  Okay.  Let's -- before we go there.  Do
22 you have a checking account?
23     A.  Yes.
24     Q.  With whom?

**32**

**8 (Pages 29 to 32)**

1    A.  Chase.
2    Q.  And do you have a savings account?
3    A.  Yes.
4    Q.  Also with chase?
5    A.  Yes.
6    Q.  What is the balance of your checking
7  account right now?
8    A.  I don't know.
9    Q.  Do you have an estimate?
10    A.  Less than a hundred dollars.
11    Q.  What is the balance of your savings
12  account?
13    A.  I don't know.  That's less than a hundred
14  dollars as well.
15    Q.  Do you have any other accounts of any
16  other type or kind in any other banking institution
17  that you haven't told me about?
18    A.  No, not that I know of.
19    Q.  Do you have a 401-K?
20    A.  No.
21    Q.  Do you have an IRA?
22    A.  No.
23    Q.  Or any other accounts similar to that, any
24  other retirement account?

                                              33

1    A.  No.
2    Q.  Do you receive monthly statements from
3  your bank?
4    A.  Yes.
5    Q.  Do you keep your monthly statements?
6    A.  Yes.
7    Q.  Do you keep all of your monthly statements
8  from your credit card accounts, too?
9    A.  No.  I shred them.
10    Q.  Immediately?
11    A.  Once the bill is paid.
12    Q.  So you told me about nine credit cards
13  that you currently have.
14    A.  Yes.
15    Q.  Have you ever been late making payments on
16  any of these nine credit cards?
17    A.  Yes.
18    Q.  Have you ever received notification that
19  they were going to close your account due to late
20  payments?
21    A.  No.
22    Q.  Have you had any other credit cards in the
23  last -- well, have you ever had a credit card get
24  charged off for not paying -- for lack of payment?

                                              34

1    A.  The one that's in dispute.
2    Q.  Other than that?
3    A.  No.
4    Q.  Have you ever had a line of credit or a
5  credit card account closed for lack of payment?
6    A.  No.
7    Q.  Okay.  Let's talk about other lawsuits you
8  may have been a party to or involved with.
9        Are you currently in litigation with any
10  other defendant besides the defendants in this
11  lawsuit?
12    A.  Yes.
13    Q.  Okay.  Tell me about those.
14    A.  It's regarding the car accident.  It's a
15  personal injury suit.
16    Q.  Okay.  And who are you suing?
17    A.  The person who hit us.
18    Q.  Are you suing the insurance company?  Are
19  you suing the person --
20    A.  Yes.  He had insurance, yes.
21    Q.  And what is the status of that litigation,
22  do you know?
23    A.  My lawyer just filed the lawsuit recently.
24    Q.  Okay.  Have you received any payments from

                                              35

1  that defendant's insurance company?
2    A.  No.
3    Q.  Can you tell me about any other lawsuits
4  you've been involved?
5    A.  That's the only one.
6    Q.  So you've never been a party to any other
7  lawsuit?
8    A.  No.
9    Q.  Do you have health insurance?
10    A.  No.
11    Q.  Do you file your tax returns?
12    A.  Yes.
13    Q.  Do you prepare your own taxes?
14    A.  No.
15    Q.  Who does it?
16    A.  My mother.
17    Q.  Have you been filing tax returns
18  consistently for the last ten years or five years?
19    A.  When I work, yes.
20    Q.  You do have copies of those tax returns?
21    A.  At least one.
22    Q.  You mean like last year's?
23    A.  Yes.
24    Q.  Okay.  Do you typically get a refund or do

                                              36

**9 (Pages 33 to 36)**

1   you typically owe money on your taxes?
2       A.   I typically get a refund.
3       Q.   Have you ever been convicted of a crime?
4       A.   No.
5       Q.   Have you ever been accused of dishonesty?
6       A.   No.
7       Q.   Have you ever contemplated filing for
8   bankruptcy?
9       A.   No.
10      Q.   I'm going to show you what was previously
11  marked Exhibit 1 for identification.
12          Ms. Jackson, have you seen this document
13  before?
14      A.   No.
15      Q.   So you never received a document like this
16  in the mail from Edelman, Combs?
17      A.   No.
18      Q.   How is it that you came to learn of the
19  Edelman, Combs firm?
20      A.   The phone book.
21      Q.   Tell me about that.
22      A.   I looked them up in the phone book.
23      Q.   Did you look up anyone else?
24      A.   Yes.

                                                37

1       Q.   Who else did you look up?
2       A.   Nobody specifically.
3       Q.   Were they the first law firm you called?
4       A.   No.
5       Q.   Who did you call first?
6       A.   I don't remember the name of the firm.
7       Q.   Why did you not hire the other firm that
8   you called?
9       A.   I called several in regards to the lawsuit
10  and left messages.
11      Q.   Okay.
12      A.   And Ms. Miller's law firm was the first
13  one that called me back.
14      MS. ZIPPRICH:  Off the record.
15          (Discussion had off the record.)
16          (Whereupon, Deposition Exhibit
17          No. 6 was marked for
18          identification.)
19  BY MS. ZIPPRICH:
20      Q.   I'm going to show you what I have marked
21  as Exhibit 6 for identification.
22          Ms. Jackson, what is this document?
23      A.   As of right now I'm not sure.  It says
24  Document 1/2/2004 -- I'm sorry, February 4, 2008.

                                                38

1   It's a court document.  Verified complaint at law
2   by MRC Receivables Corp versus myself.
3       Q.   Have you seen this document before?
4       A.   I believe so, yes.
5       Q.   Okay.  And what do you understand this --
6   this verified complaint at law to be?
7       A.   I believe this is the lawsuit that was
8   filed against me for this company, MRC Receivables,
9   by the attorneys listed on here.
10      Q.   Okay.  When did you -- when do you recall
11  receiving this verified complaint in the mail?
12      A.   December of 2007.
13      Q.   And when did you contact the Edelman,
14  Combs firm?
15      A.   It was either right before or right after
16  I filed the appearance.
17      Q.   Did you file --
18      A.   I think it was right after I filed the
19  appearance.
20      Q.   You filed an individual appearance in this
21  lawsuit, in this state court lawsuit?
22      A.   I had to.
23      Q.   Okay.  And then you contacted -- what made
24  you decide to seek the advice of an attorney?

                                                39

1       A.   I knew I didn't know anything or very much
2   about the laws pertaining to this case, and I
3   thought that it was a wise decision to find someone
4   who was -- who was more familiar with legal
5   procedures than I was.
6       Q.   Okay.  So your first contact with the
7   Edelman, Combs firm is a result of you trying to
8   reach them?
9       A.   Yes.
10      Q.   And did the Edelman, Combs firm file an
11  appearance in the state court action on your
12  behalf?
13      A.   I believe so.
14          (Whereupon, Deposition Exhibit
15          No. 7 was marked for
16          identification.)
17  BY MS. ZIPPRICH:
18      Q.   I'll show you what we'll mark as Exhibit
19  No. 7 for identification.  Have you seen this
20  document before?
21      A.   Yes.
22      Q.   And what is it?
23      A.   This was -- it says additional appearance.
24      Q.   And who does it -- is this -- was it filed

                                                40

**10 (Pages 37 to 40)**

**Page 41**

1  by the Edelman, Combs firm?
2      A.  Yes.
3      Q.  Did you pay the Edelman firm any money for
4  the work that they did for you in the state court
5  lawsuit, in this -- not in this particular lawsuit
6  we're here for today, but in that state court
7  lawsuit?
8      A.  The original lawsuit?
9      Q.  Yes.
10     A.  Yes.
11     Q.  What did you pay them?
12     A.  $300.
13     Q.  That's a total amount you paid them for
14  everything?
15     A.  Yes.
16     Q.  And what work did they do for you in the
17  state court lawsuit?
18     A.  I'm not sure the specifics of the work.
19     Q.  Okay.  Did they appear for you at any
20  hearings in the state court lawsuit?
21     A.  Yes.
22     Q.  How many?
23     A.  One that I know of.
24     Q.  Okay.  Did they prepare any documents for

**Page 42**

1  you in that state court lawsuit?
2      A.  Documents like what?
3      Q.  Well, documents like the complaint in this
4  lawsuit and any other things -- not -- in this
5  particular lawsuit that we're here for today, there
6  was a complaint that was prepared that I'm sure
7  you're aware of and you've seen?
8      A.  Yes.
9      Q.  It's that type of document that I'm asking
10  you about.
11     A.  That I know of, yes.
12     Q.  Did they prepare any documents like that
13  for you in the state court case?
14     A.  Oh, in the state court case?
15     Q.  Yes.
16     A.  I'm not sure.
17     Q.  Okay.  So with respect to the lawsuit that
18  we're here today on, the lawsuit against MRC
19  Receivables, Midland Funding NCC-2 Corp, and
20  Midland Credit Management, Inc. and Encore Capital
21  Group, how did you arrive at the decision to sue
22  these entities?
23     A.  I'm not sure I understand the question.
24  How did I decide to sue?

**Page 43**

1      Q.  To file a putative class action lawsuit
2  against these entities.
3      A.  I'm still not sure I understand the
4  question.  I decided beforehand that I wanted to
5  file a lawsuit.
6      Q.  Why?
7      A.  Because I was told by the detective who
8  originally worked my case for the stolen credit
9  card that I was being harassed.
10         I asked if there was anything that I could
11  do to get them to leave me alone because there
12  was -- it was a debt that wasn't mine, and the
13  detective told me that I had done everything that I
14  was responsible for and giving them all the
15  paperwork that they needed and that if they
16  continued to contact me, I could press charges for
17  harassment, I could sue them for harassment.
18     Q.  Okay.
19     A.  And that I could find a lawyer who would
20  be able to help me out with that.
21     Q.  So when you hired the Edelman, Combs firm
22  to represent you in the state court action, did you
23  know then that you wanted to sue these entities?
24     A.  Yes.

**Page 44**

1      Q.  Did you discuss that with the Edelman,
2  Combs firm?
3      A.  Not when I originally talked to them, no.
4      Q.  Did you discuss it with them before or
5  after they decided to represent you in the state
6  court action?
7      A.  I don't remember.
8      Q.  Was it your idea or your lawyer's idea to
9  file this class action lawsuit that we're here
10  today on?
11     A.  To file it as a class action lawsuit?
12     Q.  Yes.
13     A.  My lawyer's.
14     Q.  What is your understanding of your claims
15  in this -- this lawsuit?
16     A.  That -- my lawsuit against your client?
17     Q.  The one that we're here on today.
18     A.  It's hard to figure out how to phrase
19  things.
20         That my attorney initiated the lawsuit
21  against your clients on my behalf because I felt
22  that -- or that your client was violating the law,
23  that they had sued me beyond the statute of
24  limitations for this particular debt after it had

**11 (Pages 41 to 44)**

1    gone into --
2        Q.   Default?
3        A.   -- default, and that I was going forth
4    with the lawsuit because it's unfair for a company
5    to do something like this, especially when it's
6    not -- I felt and I still feel that it's not fair
7    for a company -- for this particular company to
8    file a lawsuit and harass and do the things that
9    they've done in this situation.
10       Q.   Let me ask you something.  Take the
11   statute of limitations you've referred to a couple
12   of times out of it because really that's a legal
13   term of art.
14          Do you think it's wrong for Midland
15   Funding to sue to collect on a debt that it is
16   owed?
17       A.   That it's owed?
18       Q.   Yes.
19       A.   No.
20       Q.   Okay.  Do you -- do you dispute that it
21   was Midland -- it was Midland that -- do you
22   understand that the entity that sued you, the
23   Midland Funding entity that sued you purchased the
24   debt that you owed to Associates, do you understand

                                                    45

1    that?
2        A.   Yes and no.
3        Q.   Yes and no, can you explain?
4        A.   Yes, I understand that they purchased an
5    account from Associates -- well, not directly from
6    Associates, but through different purchases linked
7    back to Associates.  No, it's not a debt that I
8    owed.
9        Q.   How is it not a debt that you owed?
10       A.   Because my credit card was stolen and it
11   was charged up, and I filed the fraud affidavit, I
12   filled out the fraud affidavit the same day that my
13   credit card was stolen.
14       Q.   I'm going to stop you there because we're
15   going to go into all that.  Let's back up a little
16   bit.
17          Have you ever received any correspondence
18   from any of the defendants in this lawsuit.
19       A.   Yes.
20       Q.   Okay.  What is that?
21       A.   I received a letter saying that I owed
22   this debt and that if I paid it by a certain date
23   they would reduce the amount that I had to pay.
24       Q.   Okay.  When did you receive that?

                                                    46

1        A.   I'm not sure of the date.  It's happened
2    more than once.  It's happened since the suit was
3    filed.
4        Q.   Since this suit was filed?
5        A.   Uh-huh.  Yes.
6        Q.   Have you received any other letters?
7        A.   I received a letter from the -- their
8    attorneys saying that they were filing a lawsuit
9    against me.
10       Q.   Let's go there.
11              (Whereupon, Deposition Exhibit
12              No. 8 was marked for
13              identification.)
14   BY MS. ZIPPRICH:
15       Q.   I am going to show you what I have marked
16   as Exhibit 8 for identification.  Have you seen
17   this document before?
18          Can we take a break?
19              (Short break.)
20   BY MS. ZIPPRICH:
21       Q.   Do you recognize this document,
22   Ms. Jackson?
23       A.   Yes.
24       Q.   What is it?

                                                    47

1        A.   This is the letter that Adler & Associates
2    sent me with the fraud affidavit that they asked me
3    to fill out again.
4        Q.   Let's back up a little bit.  So after you
5    received the complaint in the mail from Adler, what
6    did you do?
7        A.   Nothing.  I didn't see the complaint in
8    the mail.
9        Q.   You didn't receive the state court
10   complaint?
11       A.   Oh, this?
12       Q.   Yes.
13       A.   Oh, this?
14       Q.   Yes.
15       A.   After I received this, it says that I had
16   to file an appearance, so I went down and filed an
17   appearance.
18       Q.   Right.  Did you contact the law firm Adler
19   that sent you that complaint?
20       A.   No.  They contacted me.
21       Q.   Okay.  How did they contact you?
22       A.   They called me.
23       Q.   And what did they say?
24       A.   Basically that they were calling about a

                                                    48

**12 (Pages 45 to 48)**

1  debt that I owed trying to get me to pay it.
2    Q.  Is this after you received the complaint
3  in the mail?
4    A.  It was -- yes.  Yeah, it was.
5    Q.  So after you received the complaint in the
6  mail, did you call Adler?
7    A.  They called me.
8    Q.  Okay.  And what -- what did you tell them
9  when they called you about this alleged debt?
10   A.  I told them everything that happened about
11 the debt not being mine, that the credit card had
12 been stolen.
13   Q.  And is that why they sent you this
14 document, Exhibit 8?
15   A.  Yes.
16   Q.  Did somebody from Adler explain to you
17 that if you're going to dispute the debt you need
18 to submit -- dispute the debt as being fraudulent,
19 you need to submit a fraud affidavit?
20   A.  I told them that I had already done it
21 three times, and they asked that I complete the
22 fraud affidavit again.
23   Q.  What do you mean by you had already done
24 it three times, you submitted a fraud affidavit?

**49**

1    A.  I had already submitted a fraud affidavit
2  three times.
3    Q.  To whom?
4    A.  To Associates.
5    Q.  But not to any of the defendants in this
6  lawsuit, not to MRC Receivables, Midland Funding
7  NCC-2 Corp, Midland Credit Management or Encore?
8    A.  Not the notarized fraud affidavit, no.
9    Q.  Any fraud affidavit?
10   A.  I talked to them on the phone.
11   Q.  But you never submitted a fraud affidavit
12 to any of the defendants in this lawsuit?  That's
13 all I'm trying to establish.
14   A.  Beyond the one that I sent to Adler &
15 Associates, no.
16   Q.  Okay.  So after the phone call you had
17 with Adler where you explained to them that the
18 debt was fraudulent, they sent you documents so
19 that you could dispute your debt; is that right?
20   A.  They sent me a fraud affidavit, yes.
21   Q.  Okay.  And did you fill out the fraud
22 affidavit?
23   A.  Yes.
24   Q.  Okay.  I have it here.

**50**

1        (Whereupon, Deposition Exhibit
2        No. 9 was marked for
3        identification.)
4  BY MS. ZIPPRICH:
5    Q.  I'm going to mark the fraud affidavit
6  Exhibit 9 for identification.
7        What is this document?
8    A.  It's the fraud affidavit.
9    Q.  Was this the fraud affidavit that you read
10 and filled out and submitted to Adler?
11   A.  Yes.
12   Q.  Okay.  And this fraud affidavit, if you
13 look at the seventh page where you signed, it looks
14 like it's -- you dated it January 16, '08; is that
15 right?
16   A.  Yes.
17   Q.  And it looks like it was notarized by a
18 Wanda Geanes.  Were you present when Wanda Geanes
19 notarized this document?
20   A.  Yes.
21   Q.  And where did that occur?
22   A.  The Thompson Center Building.
23   Q.  Okay.  So you said that you received --
24 you had received a letter from at least one of the

**51**

1  attorneys in this lawsuit about this particular
2  debt; is that right?
3    A.  Yes.
4    Q.  Do you know which entity it is that you
5  received a letter from?
6    A.  MCM, MRC, those two I'm sure of.
7    Q.  Did you give that letter to your lawyer?
8    A.  This, the fraud affidavit?
9    Q.  No.  The letter you're talking about.  The
10 letter you said you received in the mail about this
11 disputed debt from one of the defendants in this
12 lawsuit.
13   A.  No.  I didn't have it anymore.
14   MS. ZIPPRICH:  Off the record for a second.
15       (Discussion had off the record.)
16 BY MS. ZIPPRICH:
17   Q.  But you -- you recognize the debt at issue
18 in this litigation was incurred on a credit card
19 issued by Associates, correct?
20   A.  Yes.
21   Q.  Okay.  When did you open that Associates
22 credit card?
23   A.  1999.
24   Q.  And what was the maximum available credit

**52**

**13 (Pages 49 to 52)**

1  limit on the card when you opened it?
2     A.  $500.
3     Q.  Okay.  And did you -- did you -- did you
4  apply for the card in response to a solicitation in
5  the mail?
6     A.  No.
7     Q.  Did you fill out an application on campus?
8     A.  Yes.
9     Q.  I show you what we previously marked
10  Exhibit 5, it's the amended complaint.  Have you
11  seen this document before?
12     A.  I believe so, yes.
13     Q.  Is this the amended class action complaint
14  that your attorney filed on behalf of you and
15  Ms. Herkert?
16     A.  Yes.
17     Q.  If you flip to the back, I'm going to
18  say -- the last exhibit to this complaint, if you
19  look at the very top it says Page 5 of 9.  Got it?
20  I think you do.
21     A.  I think so.
22     Q.  Okay.
23     A.  There's more than one Page 5 of 9.
24     Q.  There you go, right there.  When you

53

1  you flip one, two, three pages after that first
2  page of the cardholder agreement, you get to a page
3  where someone has taken a pen or a pencil and
4  circled the top left part of the page, and there's
5  a name that somebody's written on the top of the
6  page, I think it says Tiffany Northam, is that your
7  handwriting?
8     A.  No.
9     Q.  Did you make -- did you make these marks
10  on this particular cardholder agreement?
11     A.  No.
12     Q.  Do you know who did?
13     A.  No.
14     Q.  Okay.  So again just for the record, you
15  don't recall if you received this cardmember
16  agreement or not; is that right?
17     A.  I don't recall receiving a cardmember
18  agreement at all from Associates.
19     Q.  Okay.
20     A.  I remember getting my credit card.
21     Q.  Did you get any statements?
22     A.  A monthly bill.
23     Q.  And did you get any paperwork whatsoever
24  after you filled out an application?

55

1  applied for your Associates credit card, did you
2  fill out an application that included this
3  cardmember agreement?
4     A.  Not that I know of.
5     Q.  Did you receive a cardmember agreement
6  after you filled out your application?
7     A.  A cardmember agreement, I don't remember.
8     Q.  You don't remember.  But you can't say --
9  so looking at this document, is this document
10  familiar to you?
11     A.  No.
12     Q.  But you can't say for sure that you didn't
13  receive a cardmember agreement like this; is that
14  right?
15     A.  I don't remember.
16     Q.  So you can't say -- as you sit here today,
17  you cannot say that you did not receive this
18  cardholder agreement; is that right?
19     A.  I don't remember receiving it, no.
20     Q.  Right.  But again, you can't say that you
21  did -- with confidence or -- you cannot sit here
22  today and testify that you did not receive this
23  cardholder agreement; is that right?
24     Let me ask you a different question.  If

54

1     Did you take any -- any paperwork with you
2  when you applied for the credit card?
3     A.  No.
4     Q.  But you can't say for sure that you didn't
5  receive a cardmember agreement?  That's all I'm
6  trying to get to.
7     Unless you can sit here and testify with
8  100 percent accuracy that you know you didn't
9  receive one, I think the answer is you do not
10  recall if you received a cardmember agreement.
11     A.  I don't remember getting one.
12     Q.  Did you make purchases with the Associate
13  credit card?
14     A.  Yes.
15     Q.  Did you make payments on that Associates
16  credit card?
17     A.  Yes.
18     Q.  Okay.  When did you stop making payments
19  on the Associates credit card?
20     A.  Summer of 2001.
21     Q.  Why did you stop making payments?
22     A.  Because I had paid my part of the bill.
23     Q.  What do you mean by your part of the bill?
24     A.  I had paid off what I had charged on the

56

**14 (Pages 53 to 56)**

1   credit card. I had paid everything except for the
2   fraudulent charges.
3       Q.   Okay. And was it your understanding at
4   the time that you would not be responsible for the
5   remainder of the charges on that credit card
6   account?
7       A.   For the -- that I was not
8   responsible for the fraudulent charges, yes.
9       Q.   Let's go -- let's move on. After you
10  submitted the fraud affidavit to Adler, did they
11  dismiss the lawsuit against you, the state court
12  action?
13      A.   The first one?
14      Q.   Yes. The state court action.
15      A.   The first one was dismissed in court.
16      Q.   Right. And that happened immediately
17  after you submitted your fraud affidavit; is that
18  correct?
19      A.   I don't remember.
20      Q.   Okay. Do you recall what you used the
21  Associate credit card for when you had it?
22      A.   Not specifically, no.
23      Q.   Do you have any of the Associate credit
24  card documents, account information, or anything

**57**

1   associated with that particular credit card still
2   today?
3       A.   No.
4       Q.   You have no monthly statements or
5   cancelled checks relating to payments made on the
6   account?
7       A.   No.
8       Q.   So I'm just trying to get an understanding
9   here, when you opened your -- when you opened that
10  Associates account, you received paperwork relating
11  to the account, right?
12      A.   What kind of paperwork?
13      Q.   Anything. Any paper whatsoever related to
14  the account.
15      A.   A monthly statement.
16      Q.   Okay. What was that fraud affidavit, it
17  was exhibit --
18      MS. MILLER: 9.
19  BY MS. ZIPPRICH:
20      Q.   Let's look at the fraud affidavit, if you
21  could pull that out. Did you fill this out
22  yourself?
23      A.   Yes.
24      Q.   And who is Mr. Hall?

**58**

1       A.   The man who stole my credit card.
2       Q.   Okay. Did you have a relationship with
3   him?
4       A.   Yes.
5       Q.   And what was that relationship?
6       A.   We were dating.
7       Q.   What purchases did Mr. Hall make on your
8   credit card?
9       A.   I'm not sure specifically what they were.
10  I just know two of the stores that he went to.
11      Q.   Okay. What were those?
12      A.   One was Wal-Mart, and one was K-Mart, and
13  one was a gas station.
14      Q.   And how did you find out that he had
15  stolen your credit card?
16      A.   The credit card company called my home in
17  Chicago.
18      Q.   And did they immediately close that
19  account because the card had been stolen?
20      A.   Yes. They sent me a new card.
21      Q.   Did you have to submit a fraud affidavit
22  at that time when they were closing the account?
23      A.   Yes.
24      Q.   And then they sent you a new card. Did

**59**

1   the new card carry over the balance -- the balance
2   that you had incurred on the Associates account?
3       A.   At the time I didn't have a balance.
4           When they gave me the new card I didn't
5   have a balance on it, it had been paid off.
6       Q.   So the only charges on the account were
7   fraudulent charges incurred by Mr. Hall?
8       A.   Right.
9       Q.   And how are you able to -- how were you
10  able to show that?
11      A.   That the charges were fraudulent?
12      Q.   Yes. That all of the charges on that
13  account were charges incurred by Mr. Hall and not
14  incurred by you?
15      A.   Because when he made the charges, I didn't
16  have a balance on the card.
17      Q.   So it was because the -- the charges that
18  appeared on that card started at a certain date?
19      A.   Right.
20      Q.   And that was when the credit card was in
21  possession of Mr. Hall?
22      A.   Right.
23      Q.   Okay. And so you were advised that your
24  current Associates account was -- or your current

**60**

**15 (Pages 57 to 60)**

1    associate card account was closed; is that right?
2        I'm just trying to get an understanding of
3    the history here.
4        A.   When I filled out the first fraud
5    affidavit, they told me they were closing that
6    account and issuing me a new account number and a
7    new card.
8        Q.   When you received the new card, did you
9    receive any paperwork in the mail from them?
10       A.   Not that I recall.
11       Q.   They just sent you a credit card in an
12   envelope, they didn't give you any terms and
13   conditions?
14       A.   It was on a piece of paper with my credit
15   limit and my available balance.
16       Q.   But you didn't receive any terms and
17   conditions or any other documentation with that
18   credit card?
19       A.   Not that I recall.
20       Q.   Did you understand the terms and
21   conditions of your credit card, your obligation to
22   repay, so on and so forth?
23       A.   I understood that if I charged something I
24   had to pay for it.

**61**

1    Q.   And how did you understand that?
2    A.   Common knowledge about credit cards.
3    Q.   But --
4    A.   It's something that was taught to me
5    growing up that if you use a credit card, you have
6    to pay your debt that you charged on the credit
7    card.
8    Q.   But you wouldn't be surprised to know that
9    the terms and conditions for every credit card are
10   provided to the cardholders when they receive a
11   credit card, that wouldn't surprise you, would it?
12       A.   No.
13       Q.   Okay.  And you -- you can't -- you can't
14   here today say that you didn't receive either with
15   the original card or with the card that you got
16   after the account was closed, the new card, and I
17   think -- I think we're going to go down the road a
18   little bit, you even received another card after
19   that, isn't that right?
20       A.   Yes.
21       Q.   Okay.  With all of those cards, you
22   wouldn't be surprised if you received -- you can't
23   sit here today and say you never received a
24   cardmember agreement with any of those cards; is

**62**

1    that right.
2    A.   I don't remember receiving one.
3    Q.   Or terms and conditions, documents,
4    anything of that nature?
5    A.   I don't remember receiving it.
6    Q.   You just don't remember receiving it,
7    okay.
8    A.   The only thing that came in the envelope
9    was the credit card attached to the piece of paper
10   with the credit limit and an available balance.
11       Q.   Do you remember if maybe with your first
12   statement you received terms and conditions,
13   documents along with that statement?
14       A.   Not that I recall.
15       Q.   But you can't sit here today and say you
16   didn't receive those with your statements; is that
17   right?
18       A.   I don't remember receiving them.
19       Q.   Okay.  When you received the state court
20   complaint -- let's see.  Who is actually listed as
21   the plaintiff in this state court complaint?
22       A.   The Exhibit 6?
23       Q.   Yes.
24       A.   MRC Receivables Corp.  I'm not really sure

**63**

1    what that says, S/I/I to Associates.
2    Q.   Did you incur the $1,940.37 debt on your
3    Associate credit card -- strike that.  We've
4    already gone down this road.
5        Did you incur any of the 1,940.37 which
6    is -- which is suggested here as the balance on the
7    credit card in that verified complaint at law, did
8    you incur any of those charges?
9    A.   No.
10       Q.   Before receiving this verified complaint
11   in the mail, did you receive any communications,
12   any letters from any of the defendants in this
13   lawsuit?
14       A.   Can you repeat the question?
15       Q.   Yes.  Before receiving this verified
16   complaint, did you receive any letters from any of
17   the defendants in this lawsuit suggesting that you
18   owed a debt to them?
19       A.   Yes.  I received the -- it was like a bill
20   saying this is how much you oh, this is when it's
21   due by.
22       Q.   Was that from Associates or was it from
23   one of the Midland -- one of the entities named in
24   this lawsuit?

**64**

**16 (Pages 61 to 64)**

1    A.  No.  It was from one of the entities in
2  the lawsuit.
3    Q.  Do you recall which entity?
4    A.  Two different ones, MRC, and MCM.
5    Q.  Okay.  And did that letter advise you if
6  you disputed the debt that you needed to notify
7  them within 30 days?
8    A.  Yes.
9    Q.  And did you do that?
10    A.  Yes.
11    Q.  Okay.  Did you -- do you have a letter or
12  anything to show that you notified them in 30 days
13  in writing?
14    A.  No.  It said that I could either call
15  or -- they said that I could call to dispute it
16  which I did.
17    Q.  Okay.  On what -- what did they say when
18  you called to dispute it?
19    A.  That they would make a notation on the
20  account and look into it.
21    Q.  Did you ever receive any further
22  documentation --
23    A.  No.
24    Q.  -- from them?

**65**

1  received a new credit card in the mail from
2  Associates.
3    Q.  Did the first statement you receive on
4  your new -- with your new card show the balance
5  that Mr. Hall had incurred?
6    A.  No.
7    Q.  Did the second statement show it?
8    A.  No.
9    Q.  So how did you know that this balance was
10  still out there or being -- being allocated to your
11  account?
12    A.  It was on the fourth or fifth statement
13  balance that I received.
14    Q.  In other words, the first few statements
15  you received showed a zero balance?
16    A.  Right.
17    Q.  With the exception of things that you
18  purchased after receiving the new card?
19    A.  Right.
20    Q.  Then suddenly you received a statement
21  that also had charges that were -- that had
22  been previously removed?
23    A.  Yes.
24    Q.  Did you keep those statements?

**67**

1    And then the next thing you received was
2  the verified complaint in the mail?
3    A.  Right.
4    Q.  So I -- I just want to make sure I
5  understand.
6    You called to dispute the validity, you
7  didn't submit anything in writing?
8    A.  No.  Could I say something?  When I
9  called, the woman that I talked to --
10    Q.  Where?
11    A.  It was either MCM or MRC.  The woman that
12  I talked to, I asked her to send me paperwork if it
13  needed to be in writing, and she refused to send
14  it.
15    Q.  Okay.  Well, we're going to have to get to
16  the bottom of the letter that you received because
17  we need to know if the letter told you that you
18  needed to dispute it in writing, and so since we
19  don't have this here today, and you don't have it
20  in your possession; is that right?
21    A.  Right.
22    Q.  Okay.  We'll have to get to the bottom of
23  that.
24    Okay.  So let's go back to when you -- you

**66**

1    A.  No.
2    Q.  What did you do then?
3    A.  I called the credit card company.
4    Q.  And what did they say?
5    A.  They said that the fraud affidavit was
6  processed a day late and that they needed me to
7  fill out the fraud affidavit again.
8    Q.  And did you do that?
9    A.  Yes.
10    Q.  And then what happened?
11    A.  The charges were removed again.
12    Q.  Okay.  And so the --
13    A.  They closed that account.
14    Q.  And they closed that account.  And did you
15  receive a new card in the mail?
16    A.  Yes.
17    Q.  Did you receive any new documentation with
18  that new card?
19    A.  Not that I recall.
20    Q.  What was the maximum available credit line
21  on that card, was it still 500, or was the -- had
22  that been increased because earlier you
23  testified --
24    A.  It had been increased.

**68**

**17 (Pages 65 to 68)**

1    Q.   To what?
2    A.   A thousand dollars.
3    Q.   By that time, and this is the second card,
4    it was increased to a thousand by the time you had
5    the second card?
6    A.   Yes.
7    Q.   Okay.  Before the second card was closed
8    did you incur any of the charges that were on that
9    credit card?
10   A.   Yes.
11   Q.   How much of the thousand dollars had you
12   charged on the card before the second card was
13   closed?
14   A.   I don't remember the exact amount.  It was
15   less than $500.
16   Q.   When the second card was closed, did your
17   balance, that roughly less -- whatever, less than
18   $500, did that get carried over to the third card?
19   A.   Yes.
20   Q.   So you received a third card in the mail
21   and new statements for that new card that reflected
22   the charges that you had incurred only on the card,
23   how many cycles of statements later did the --
24   Mr. Hall's charges show up again?

69

1    A.   Five or six.
2    Q.   And what did you do after that?
3    A.   I called the credit card company again.
4    Q.   Okay.  And remind me, when was this all
5    happening?
6    A.   This was -- he stole my credit card in
7    January --
8    Q.   Of --
9    A.   -- of 2000.
10   Q.   Okay.
11   A.   The last time I received a card, a credit
12   card was -- it all happened in 2000, him stealing
13   my credit card, them closing the first account,
14   they sent me the second card with the credit line
15   increased.
16       I used less than 500 on that, then within
17   six months of that same year, so it's all within
18   the same twelve month period of time before the end
19   of 2000, they put the charges -- put his fraudulent
20   charges on the second card.
21       And I called and said I think -- it was
22   around November of 2000 that I called again and
23   said the charges are put on this account and
24   they're fraudulent charges, and that's when they

70

1    told me I needed to fill out the fraud affidavit
2    again.
3    Q.   For the third time or the second time?
4    A.   Third time.
5    Q.   Did -- when you submitted the fraud
6    affidavit to Associates, did you submit any
7    documents along with it.
8        Well, why don't I do this, why don't I
9    show you what we'll mark as Exhibit 10 for
10   identification.
11           (Whereupon, Deposition Exhibit
12           No. 10 was marked for
13           identification.)
14   BY MS. ZIPPRICH:
15   Q.   Ms. Jackson, what is this document?
16   A.   Police report.
17   Q.   What are you -- are you familiar with this
18   police report?
19   A.   Yes.
20   Q.   Is this the police report you filled out
21   after you determined that Mr. Hall had stolen your
22   credit card?
23   A.   The first -- yes.  The first four pages is
24   the police report.

71

1    Q.   And what are the remaining documents
2    behind the police report?
3    A.   The typed police report is the next
4    four -- no.
5    Q.   Have you seen each of these documents
6    before?
7    A.   Yes.
8    Q.   Did you submit these documents along with
9    any of the fraud affidavits you submitted to
10   Associates?
11   A.   They obtained the police report.
12   Q.   Themselves?
13   A.   I didn't submit it, they obtained it.
14   Q.   Did you submit this police report and all
15   of the documents along with the fraud affidavit
16   that you submitted to Adler?
17   A.   Yes.
18   Q.   Let's go back to Exhibit 9, the fraud
19   affidavit.  The fraud affidavit is dated
20   January 16th, 2008.  I'm going to show you what I'm
21   going the mark as Exhibit 11 for identification.
22           (Whereupon, Deposition Exhibit
23           No. 11 was marked for
24           identification.)

72

**18 (Pages 69 to 72)**

BY MS. ZIPPRICH:

Q. Have you seen this document before?

A. Yes.

Q. Is this the order dismissing your lawsuit?

A. Yes.

Q. The state court lawsuit?

A. Yes.

Q. Voluntarily dismissing the state court lawsuit against you.

What is this -- what is the order dated?

A. I can't really see the date.

Q. I believe it says January 17th, 2008. So the state court lawsuit was dismissed one day after you submitted your fraud affidavit and the supplemental documents to Adler & Associates; is that right?

A. Yes.

Q. Did you have any further communications with the Adler firm?

A. No.

Q. Did the Adler firm ever suggest that they would not dismiss the lawsuit when you told them it was fraudulent -- I mean when you told them that the charges were fraudulent?

**73**

A. The only thing they said was they needed me to fill out the fraud affidavit and get a copy of the police report.

Q. Okay. So after contacting Adler, they told you to submit a fraud affidavit, you submitted the fraud affidavit, and they immediately dismissed the lawsuit.

If you got your lawsuit dismissed, why did you file suit against the four defendants you're now suing here today?

A. The court date for the lawsuit was set before I ever talked to Adler.

Q. That's not my question.

What they did was they took advantage of the court date which was great, and they immediately dismissed the lawsuit upon receipt of your documents; is that right?

A. I don't know. According to the dates.

Q. Yes.

A. I submitted the fraud affidavit, and the next day the lawsuit was dismissed.

Q. So they dismissed the lawsuit the very next day, and my question is: If they immediately dismissed your lawsuit based on your

**74**

representations that the charges incurred were fraudulent, why did you go ahead and sue these defendants that are now being sued in this lawsuit?

A. Because the case being dismissed says without prejudice, and I asked what that meant, and it was explained to me that without prejudice means that later on down the line if they decide to sue me again for this same thing, they can.

Q. Who told you that?

A. Someone at the courthouse told me.

Q. Did your lawyers explain that to you?

A. I asked my lawyer just to double check, and they said that that was correct, that was part of the reason why I decided to go ahead with the lawsuit.

Q. What is the other reason? You said that's part of the reason.

A. Because like I said earlier, it's unfair and it's -- I think it's ridiculous for a company to be able to file a lawsuit and put a person through stress and try to force them to pay a debt that they don't oh, and for them to be able to do it over and over again is ridiculous.

Q. What do you mean by over and over again?

**75**

You agree, would you not, that the three fraud affidavits you had to submit to Associates were submitted to Associates and not to any of the defendants in this lawsuit, correct?

A. Correct.

Q. And so the -- having to contact Associates to inform them of the fraudulent charges again and again is something that happened between you and Associates and not -- and not between you and any of the defendants here, correct?

A. No. I had to inform them again and again that they were fraudulent charges more than once.

Q. You had to inform whom?

A. MRC and MCM.

Q. On what occasions did you inform them -- other than the one time you called to dispute the debt, on what other occasions had you informed MCM and MRC?

A. They called me.

Q. How many times?

A. I'm not sure of the number of times that they called.

Q. More than two?

A. That I actually spoke with them, yes.

**76**

**19 (Pages 73 to 76)**

1   Q.   Okay.  More than --
2   A.   At least twice for each.  I don't know how
3   many times they actually called my house because I
4   wasn't there every time that they called.
5   Q.   And when you did talk to them, what did
6   you say and what what did they say to you?
7   A.   I explained to them that they were
8   fraudulent charges.  They saw that I had to get a
9   police report.
10      I contacted the Carbondale Police
11  Department, and the Carbondale Police Department
12  told me it was -- that it was MRC or MCM's
13  responsibility to get the police report because I
14  had already filled out the fraud affidavit and
15  filed the police report, so I -- when they -- when
16  MRC or MCM, whichever one at the time called me
17  again, I informed -- informed them of what the
18  police department had told me.
19  Q.   And did they tell you that that was
20  inaccurate advice?
21  A.   No.  They said okay.  They took the phone
22  number for the Carbondale Police Department and the
23  the case number.  I gave them that over the
24  phone -- well not the case number, the date of

**77**

1   department and explained to them that there was a
2   lawsuit, that I was being sued with regards to
3   these fraudulent charges and that I had received a
4   certified letter saying that I had to file an
5   appearance at court, and then that the attorney
6   Adler & Associates told me that I had to get a copy
7   of the police report, I had to go through a couple
8   of different channels to --
9   Q.   What are those channels?
10  A.   I had to talk to Carbondale Police
11  Department which they told me I had to talk to the
12  SIU Police Department since it occurred on campus.
13      And SIU Police Department told me I had to
14  go through the school's records since I was no
15  longer a student there, that I could get a copy of
16  everything through the records department.
17      That was the only way that I could get a
18  copy of it was through the records department.  And
19  so I called the records department, and I had to
20  pay a fee to get a copy of the police report.
21  Q.   Okay.  But -- as you sit here today, it's
22  your -- is it your testimony that when you called
23  the police department to get a copy of the fraud
24  affidavit and the police report to submit to MRC or

**79**

1   theft because that was all I had.  I didn't have
2   the case number.
3   Q.   Okay.  But you didn't -- you didn't submit
4   to -- to any of the defendants in this lawsuit at
5   that time based on those conversations, you didn't
6   submit to them copies of the police report and the
7   fraud affidavit; is that correct?
8   A.   No.  Because I was told I couldn't get a
9   copy of it.
10  Q.   But you did get a copy of it later because
11  you submitted it to Adler?
12  A.   Right.
13  Q.   So why didn't you submit a copy of it
14  to -- earlier before it got to that point, why
15  didn't you just submit a copy of the fraud
16  affidavit and the police report to any of the
17  entities named in this lawsuit?
18  A.   Because like I just said, when I inquired
19  about the police report when MRC and MCM were
20  calling me, I was told that I couldn't get a copy
21  of the police report, that they had -- that the two
22  companies had to.
23  Q.   But I'm confused because then --
24  A.   This time when I called the police

**78**

1   Midland Funding or any of the defendants here they
2   said you could not receive a copy of that?
3   A.   They said -- right.  They said that the
4   company had to get a copy of it.
5   Q.   Are you now aware that you are fully
6   entitled to get a copy of a police report that
7   you're involved in?
8   A.   I'm not really sure.
9   Q.   After you receive a letter from
10  Adler which is dated December 20th and you received
11  the -- fraud affidavit that you had to fill
12  out, is that when you contacted the police
13  department and then the school and everyone else to
14  try to gather the documents you needed to submit to
15  Adler?
16  A.   Yes.
17  Q.   How long did that take?
18  A.   For me to get everything, I'm not sure.
19  Like the date that I submitted it to Adler, I
20  received it maybe a day or two beforehand.
21  Q.   And did you receive it from the police
22  department or from the school?
23  A.   From the school.
24  Q.   Okay.  Let's look at the complaint.  It's

**80**

**20 (Pages 77 to 80)**

1  this document.
2      A.  This one?
3  MS. MILLER:  No, the other one.
4  THE WITNESS:  No. 6?
5  MS. MILLER:  No. 5.
6  BY MS. ZIPPRICH:
7      Q.  I think -- I think I asked you this, did
8  you review the complaint before it was filed?
9      A.  Yes -- wait. I think I did.  Yes.
10     Q.  Is it your testimony that everything in
11 the complaint accurately reflects your claims
12 against the defendants in this lawsuit?
13     A.  Well, it's a joint complaint, so it's
14 either --
15     Q.  As far as the allegations made on your
16 behalf.
17     A.  Yes.
18     Q.  Did you make any revisions to the
19 complaint before it was file?  Were there any
20 inaccuracies?
21     A.  Not that I know of.
22     Q.  What did you do to review the complaint?
23 Did you show it to anybody else?
24     A.  I looked it over.

**81**

1      Q.  Just yourself?
2      A.  Yes.
3      Q.  Let's look at Paragraph 40 of the
4  complaint on Page 7.
5      A.  Uh-huh.
6      Q.  It states:  Defendants maintain
7  computerized records of payments on purchased
8  accounts.
9          Which defendants are you referring to when
10 you make this allegation?
11     A.  The defendants would be MCM and MRC.
12     Q.  How do you know they maintain computerized
13 records of payments on purchased account?
14     A.  When they talked to me on the phone, they
15 said that they had to pull up the file on the
16 computer.
17     Q.  Okay.  Okay.  Moving on, paragraph 41
18 says:  Computerized record relating to the account
19 that was the subject of appendix A did not show any
20 payment within five years prior to the filing of
21 the action. Who's records are you referring to
22 there?
23     A.  That would be the defendant's records.
24     Q.  Which defendant?

**82**

1      A.  So MRM or -- MRC or MCM.
2      Q.  And how would you know that?
3      A.  Because that's what they told me.  They
4  said the representative from either one or both of
5  the companies said that our records reflect that
6  you haven't made a payment since whatever the date
7  was, but the last date that I had made a payment
8  was 2001.
9      Q.  The last payment that you had made was in
10 2001, and this was all happening in 2007; is that
11 right?
12     A.  The lawsuit?
13     Q.  Yes.
14     A.  Yes.
15     Q.  When you filed your -- when you submitted
16 your paperwork to Adler and when you called MCM,
17 did you -- did you -- let's take them one at a
18 time.
19          When you submitted your paperwork to
20 Adler, your fraud affidavit and the supporting
21 police report and other documents, did you -- did
22 you make any statement in a document or anywhere
23 else that you believed that the debt was no longer
24 valid because the statute of limitations had run?

**83**

1      A.  No.
2      Q.  I'm just referring back to something you
3  had said earlier because it was your understanding
4  before the filing of this lawsuit that it was --
5  that they could not collect on this debt because it
6  was old, and I'm just asking you if in response to
7  the Adler complaint and in submitting all of your
8  documentation in support of the fraudulent charges,
9  did you anywhere document that it was your belief
10 that the debt was too old to be collected on?
11     A.  No.
12     Q.  What was the amount of the fraudulent
13 charges that Mr. Hall incurred on your credit card?
14     A.  I'm not sure of the total amount.
15     Q.  Were you ever aware at any time what the
16 amount was?  Was it reflected in any statements to
17 you?
18     A.  It was on -- yes.
19     Q.  And is it your testimony that you are
20 certain that none of those charges that appeared --
21 none of that -- I'm trying to figure out how to say
22 this.
23          The amount that appears in the verified
24 complaint, the state court complaint, is it your

**84**

**21 (Pages 81 to 84)**

1  testimony that that entire balance consists solely
2  of fees incurred by Mr. Hall and not you?
3      A.  Yes.
4      Q.  How can you be sure?
5      A.  Because when I got the first statement
6  that Associates reapplied his charges, there --
7  they listed the fraudulent charges, late fees, and
8  finance charges associated -- that applied to the
9  fraudulent charges.
10     Q.  And what was that amount?
11     A.  I don't remember.
12     Q.  Was it less than 500?
13     A.  No.  It was more than 500.
14     Q.  Was it over a thousand?
15     A.  I don't remember.
16     Q.  Okay.  Let's move on to Paragraph 58.
17 Paragraph 58 states:  On information and belief
18 based on examination of multiple files, in no or
19 virtually no case do defendants attach a signed
20 contract.  Which defendants are you referring to
21 here?
22     A.  That would be -- the defendants would be
23 MCM and MRC.
24     Q.  Okay.  Which files are you referring to in

85

1  any files that exist where virtually -- where no
2  signed contract is attached to the complaint?
3      A.  I think I understand the question, but I'm
4  not sure.
5      Q.  Other than your file -- other than your
6  case and Ms. Herkert's case, are you aware of the
7  existence of any other claims like yours against
8  these defendants?
9      A.  I don't know.
10     Q.  Let's move on to paragraph 92.  92 states:
11 During 2007 defendants filed over ten cases per
12 month against Illinois residents on alleged credit
13 card debts.
14         Which defendants are you referring to?
15     A.  The defendants would include MRC and MCM.
16     Q.  Would they also include -- would they
17 exclude then Midland Credit Management and Encore
18 Capital Group?
19     A.  I don't know.
20     Q.  And so what is the basis of this
21 allegation, what is the basis of your knowledge
22 that the defendants have filed ten cases per month
23 against Illinois residents on alleged credit card
24 debts?

87

1  this allegation?
2      A.  At the very least the lawsuit that they
3  filed against me.
4      Q.  Right.  But it says multiple files.  Have
5  you reviewed any other files besides your own?
6      A.  I haven't, no.
7      Q.  Okay.  So what is the basis for this
8  allegation after based on examination of multiple
9  files?
10     A.  It's a legal matter, so I entrusted my
11 lawyer to do whatever research was necessary to
12 file the lawsuit.
13     Q.  Are you aware of the existence of other
14 files that were reviewed by your attorney?
15     A.  Other than the co-plaintiff?
16     Q.  Yes.
17     A.  Like specifics?  I don't know specific
18 names, no.
19     Q.  No, not specific, any others besides yours
20 and potentially Ms. Herkert's.
21     A.  Not specifically, no.
22     Q.  Either specifically or not specifically by
23 name, are you aware of any other files that exist?
24         Has your attorney told you that there are

86

1          Is this something your lawyer put in here
2  or is this something you told your lawyer?
3      A.  That is something that -- like I said, I
4  don't have any legal background, so it would be
5  something that my lawyer researched.
6      Q.  So this is not something that you told
7  your lawyer to put in here?
8      A.  No.
9      Q.  Paragraph 93.  That states that the
10 Midland organization has previously been sued for
11 engaging in this practice and continued it with
12 notice of its illegality, and it cites to a case
13 called Sadler versus Midland Credit Management.
14 Are you aware of the Sadler case?
15     A.  Other than it being listed here, I have no
16 knowledge of it.
17     Q.  Has your lawyer previously discussed the
18 Sadler case with you?
19     A.  No.
20     Q.  Has the, defendant Midland Credit
21 Management, Inc. ever contacted you?
22     A.  Yes.
23     Q.  On what occasion?
24     A.  When they called me and sent the -- sent

88

22 (Pages 85 to 88)

1    the -- a bill saying that I owed a debt.
2        Q.   So that was from Midland Credit
3    Management, Inc.?
4        A.   Yes.
5        Q.   Okay.  Did Midland Credit Management, Inc.
6    ever file suit against you?
7        A.   Before this?
8        Q.   No, including this.  Because if you look
9    at the state court action, you'll note that the
10   only plaintiff is MRC Receivables, correct?
11       A.   I see that.
12       Q.   And I'm asking you, has Midland Credit
13   Management ever filed suit against you?
14       A.   I don't know.
15       Q.   You don't know if they filed suit against
16   you?
17       A.   On the bill that MCM sent me, MRC is on
18   there as well.
19       Q.   Okay.  But I'm asking you, have you ever
20   been sued by Midland Credit Management, Inc.?
21       A.   I'm not sure.
22       Q.   Have you ever been put on notice or
23   received a complaint in the mail that shows Midland
24   Credit Management, Inc. as a plaintiff in a lawsuit

**89**

1    against you?
2        A.   I'm not sure.  What I received was what it
3    says on the court document.
4        Q.   Right.  So that is the only complaint you
5    have ever received naming you as a defendant by any
6    of these defendants named in this lawsuit; is that
7    right?
8        A.   Yes.
9        Q.   So, in other words -- so has Midland
10   Credit Management ever threatened to file a lawsuit
11   against you?
12       A.   Yes.
13       Q.   When?
14       A.   I don't remember the exact date.
15       Q.   Was it --
16       A.   I remember while I was pregnant that it
17   was Midland Credit -- that it was MCM that
18   contacted me and threatened to sue me.
19       Q.   Contacted you --
20       A.   At home.
21       Q.   By phone?
22       A.   Yes.
23       Q.   Did they also send a letter threatening to
24   sue you?

**90**

1        A.   I don't know.
2        Q.   Did you ever receive a letter threatening
3    to sue you?
4        A.   I don't know.
5        Q.   I guess I'm unsure about what you mean
6    when you say I don't know.
7             To the best of your knowledge, have you
8    ever received a letter from MCM stating that it was
9    going to sue you?
10       A.   I don't know.  To the best of my knowledge
11   what I received was a letter saying that they could
12   take legal action regarding this debt if I didn't
13   contact them, if I didn't call them.
14       Q.   If you didn't dispute -- if you didn't
15   dispute the validity of the debt?
16       A.   Right.
17       Q.   Has the defendant Encore Capital Group
18   ever contacted you?
19       A.   Not that I know of.
20       Q.   Has Encore Capital Group ever filed suit
21   against you?
22       A.   Not that I know of.
23       Q.   Has Encore Capital Group ever threatened
24   to file suit against you?

**91**

1        A.   Not that I know of.
2        Q.   Well, what were your reasons for including
3    Encore Capital Group as a defendant?
4        A.   I don't know how the companies are
5    related, so I left it up to my lawyer to take care
6    of what needs to be taken care of.  So with it
7    being --
8        Q.   Did you ask your lawyers what role Encore
9    Capital Group has in this litigation?
10       A.   No.  Because it was a joint claim.  It was
11   a joint lawsuit.
12       Q.   What do you mean by joint?
13       A.   Meaning that as the plaintiffs, my name
14   and --
15       Q.   Ms. Herkert?
16       A.   -- Ms. Herkert's name were on the class
17   action suit.
18       Q.   Right.  But even when your lawsuits were
19   separate lawsuits, you sued Encore Capital Group;
20   is that correct?
21            Encore Capital Group was part of your
22   original complaint, isn't that true?
23       A.   Okay.
24       Q.   And I'm asking you, did you ever discuss

**92**

**23 (Pages 89 to 92)**

1  with your lawyer why you were suing Encore Capital
2  Group?
3      A.  I don't remember, not that I know of.
4      Q.  What are your responsibilities as a class
5  representative?
6      A.  To represent other people who have been
7  through similar situations with one or all of these
8  companies that are listed as a defendant, to make
9  sure that I am not just looking out for myself in
10  regards to getting this legal matter cleared up but
11  more as a representative of other potential people
12  who are going through the same thing or have been
13  through the same thing.
14      Q.  And what do you think you went through due
15  to the defendants in this action, the conduct of
16  the defendants in this action?
17      What do you think you went through, not
18  Associates' conduct, I think we've established here
19  today that Associates made several mistakes with
20  your credit card account and they had to close it
21  three times and issue you new cards, and that is
22  totally unrelated to Midland Credit, MRC
23  Receivables, Encore, and Midland Funding NCC-2,
24  would you agree?

93

1      A.  No.
2      Q.  You wouldn't agree that the -- that the
3  conduct of Associates has nothing to do with the
4  defendants in this action, you wouldn't agree with
5  that?
6      A.  No.
7      Q.  Okay.  Explain to me why.
8      A.  Because they bought the account from
9  Associates, and so they were acting based on what
10  Associates was acting on.
11      Q.  I'm trying to -- before they bought the
12  debt from Associates when you had the credit card
13  with Associates and you found out that your credit
14  card was stolen and you submitted a fraud affidavit
15  to Associates, during that time period when they
16  continued to make mistakes and put the charges back
17  on and you had to get several new cards, you and I
18  will agree that this was all before any of the
19  defendants in this lawsuit were involved, correct?
20      A.  To the best of my knowledge, yes.
21      Q.  Okay.  So I'm talking about those actions
22  by Associates before the debt was sold to my
23  clients.
24      You and I will agree that my clients

94

1  didn't cause any of those things to happen, in
2  other words, it wasn't any defendant in this
3  action's conduct that caused you to have to go
4  through opening and closing several Associate
5  accounts, isn't it true?
6      A.  Correct.
7      Q.  Okay.  So when you say clearing -- one of
8  your roles as a class representative is to make
9  sure that people don't have to go through what you
10  went through, you're just -- you're not talking
11  about Associate -- what you went through with
12  Associates opening and closing the accounts, you're
13  talking about anything that might have happened
14  after MCM, MRC purchased the debt from Associates?
15      A.  Yes.
16      Q.  And I think you testified here today, and
17  correct me if I'm wrong, that the extent of what
18  you had to go through with the defendants in this
19  lawsuit was two phone calls, a letter you received,
20  and then receiving the complaint in the mail from
21  Adler, submitting the fraud affidavit, and having
22  the lawsuit dismissed the next day; is that right?
23      A.  No.  The numbers aren't correct.
24      Q.  Okay.  Why don't you correct me.

95

1      A.  It was more than two phone calls which I
2  did say earlier.  I said it was at least two.  It
3  was more than one letter.
4      Q.  How many letters?
5      A.  I'm another not sure.
6      Q.  Okay.  More than three?
7      A.  Yes.
8      Q.  More than three letters?
9      A.  Yes.
10      Q.  More than four?
11      A.  I'm not sure.
12      Q.  When did you start receiving these letters
13  from Midland Credit Management?
14      A.  Within the past two years.
15      Q.  Can you narrow that down any further?
16      A.  The earliest that I received something
17  from them was at least two years ago, so at least
18  2006.
19      Q.  Okay.
20      A.  I'm saying that they had bought the
21  account from Associates and were trying to collect
22  on the debt which I responded to and explained to
23  them that it was not my debt, and that the fraud
24  affidavit had been filed and the police report had

96

24 (Pages 93 to 96)

1    been filed.
2        Q.  Okay.  So in addition to anything else
3    you've testified to, what are your responsibilities
4    as a class representative, if any?
5        A.  To if possible get the people that are
6    represented by -- or potentially represented by the
7    class action suit compensation for money that they
8    maybe have had to pay out, like in my case I had to
9    pay the court fees for the appearance.
10        I had to get an attorney initially.  I was
11    under a lot of -- a lot of emotional stress from
12    them calling or sending me letters, threatening me.
13        Q.  When you say threat, what do you mean by
14    threat?
15        A.  Threatening to take me to court,
16    threatening to hold me responsible for a debt that
17    wasn't mine.
18        Q.  Okay.  Did you ever seek doctor's care for
19    the stress that you were under?
20        A.  No.
21        Q.  Were there any physical manifestations of
22    this distress that you claim you suffered?
23        A.  My blood pressure was high after one
24    particular phone call while I was pregnant.

97

1        Q.  Did you -- did you go to the doctor
2    because of that spike?
3        A.  No.  I called the doctor, and the doctor
4    told me to monitor my blood pressure and if it went
5    down to -- to try to calm myself down, and if it
6    went down, then just trying to keep myself calm and
7    not let it agitate me.
8        Q.  What -- what actual damages -- in your
9    complaint you claim that you suffered actual
10    damages and you've just testified a moment ago to
11    a -- some of those.
12        Have you suffered any other actual
13    damages?
14        A.  My credit score has been affected by --
15    both by MCM reporting to the credit bureaus that I
16    had unpaid debts and that I had this particular
17    debt that I hadn't paid.
18        Q.  What proof do you have that your credit
19    score was affected by what one of the defendants in
20    this lawsuit did?
21        A.  It's on my credit report.
22        Q.  What is on your credit report?
23        A.  It's a -- I don't know what they call it,
24    but this debt is on my credit report.

98

1        Q.  And this debt alone is on your credit
2    report, or all of the other nine credit cards that
3    you have and other debts?
4        A.  Everything is on my credit card, but it
5    also lists what affected my score negatively.
6        Q.  Do you have copies of your credit report
7    that list that?
8        A.  Not paper copies, no.
9        Q.  What kind of copies do you have?
10        A.  They have online records.
11        Q.  Okay.  Do you have online records that
12    you've saved?
13        A.  Not that I've saved, no.  I have access to
14    my credit report.
15        Q.  So you're claiming now that your credit
16    score -- it is your opinion that your credit score
17    went down because of what MCM reported or one of
18    the defendants in this lawsuit reported?
19        A.  It was shown on my credit report that it
20    affected my credit score negatively.
21        Q.  But was there any credit report that said
22    that only this -- only the report from one of the
23    defendants in this lawsuit affected your credit
24    rating at that moment in time or were there other

99

1    reasons why your credit score was what it was?
2        A.  No.  That was the reason why my credit
3    score was what it was.
4        Q.  Okay.  We're going to need to get copies
5    of these credit reports.
6        So as you sit here today, you're now
7    claiming that your --
8        A.  Okay.  Wait.  Let me ask this:  Are you
9    saying that the only reason why my credit report --
10    why my credit score is whatever it is is because
11    they keep reporting that it's a debt I'm not
12    paying?
13        Q.  I'm asking you if that's what your claim
14    is?
15        A.  No.
16        Q.  Then what do you mean by what you said a
17    moment ago which was the actions and the reporting
18    from one or more of the defendants in this lawsuit
19    caused your credit report to be damaged -- I'm
20    sorry, your credit rating to be damaged?
21        A.  The credit report lists negative things
22    that would bring your credit rating down.  That was
23    one of the things that was listed.
24        Q.  One of other things that was listed.  Were

100

**25 (Pages 97 to 100)**

1  there other things listed?
2  A.  Yes.
3  Q.  Okay.  Any other out-of-pocket expenses
4  that you've incurred?
5  A.  Not that I can think of.
6  Q.  Are there any other damages that you're
7  claiming as part of this lawsuit?
8  A.  I'm not sure -- I mean I already said it
9  caused me emotional stress, but going to file the
10  appearance and all the walking that I had to do
11  related to this case affected my injuries.
12  I wasn't supposed to be doing as much
13  standing as I had to do to file the appearance, and
14  so that affected my hip and put me in a great
15  amount of pain that it took me a couple of days to
16  recover from.
17  Q.  Did you seek the doctor's care for that?
18  A.  Yes.
19  Q.  So there would be medical records to show
20  that you went to the doctor because of walking and
21  agitating your hip because you had to go downtown
22  to file an appearance?
23  A.  I don't know.  I called the doctor.
24  Q.  So you didn't see a doctor.  You just said

**101**

1  that you had seen a doctor.  You --
2  A.  Well, I see a doctor on a regular basis,
3  so I don't remember exactly when my doctor's
4  appointments are, but I know that I did contact the
5  doctor and let her know that I was in more pain
6  than usual because of the standing, the excessive
7  standing and walking that that I had to do.
8  Q.  And you weren't doing any other walking
9  and standing due to anything else but this lawsuit?
10  A.  No.
11  Q.  So you -- if you had not been involved in
12  this lawsuit, you would have just been in bed or
13  sitting on a couch?
14  A.  I would have been at home.
15  Q.  Not working at the AMC Theatres?
16  A.  I was off that day.
17  Q.  Do you keep a file that relates to this
18  lawsuit?
19  A.  Yes.
20  Q.  Okay.  What -- what's in that file?
21  A.  The documents that my attorney has sent
22  me.
23  Q.  Okay.  And what documents are those?
24  A.  The -- what's this, the court filings.  I

**102**

1  don't know what this is called.
2  Q.  Are you being paid anything for this
3  lawsuit?
4  A.  No.
5  Q.  Is it your belief that you're going to be
6  paid something by being a class representative in
7  this lawsuit?
8  A.  I don't know.  Can you --
9  Q.  Are you seeking any special relief as a
10  class representative in this lawsuit?
11  A.  Can you phrase that another way?
12  Q.  Is it your opinion that you're going to be
13  paid something, paid something for being a class
14  representative, a named class representative in
15  this lawsuit?
16  Is it your opinion that you're going to be
17  paid something for that?
18  A.  Outside of -- outside of this -- something
19  awarded by the court?
20  Q.  Yes.
21  A.  Outside of something being awarded by the
22  court, no.
23  Q.  What do you think a court could award you
24  in a case like this?

**103**

1  A.  I don't -- other than my attorney's fees
2  and the court costs and the possible amount that's
3  listed in the documents, nothing.  I don't know.
4  Q.  And what -- other than payment for those
5  items you just described, what else do you hope the
6  accomplish by this lawsuit?
7  A.  That these companies would stop buying the
8  debts that they're buying like mine or like
9  Ms. Herkert's when they know that they can't
10  collect on them and they try to pressure people
11  into paying them money that either isn't owed or
12  they can't collect on.
13  Q.  How do you know that Midland or any of the
14  defendants in this action -- what is the basis of
15  your knowledge that they knew that this wasn't a
16  collectable debt?
17  A.  Other than the fact that there were
18  fraudulent charges and that they knew that and that
19  I told them that, they talked to the police?
20  Q.  What is the basis of your knowledge that
21  they knew that when they purchased the debt from
22  Associates?
23  A.  I don't know.  I don't know.
24  Q.  What is your understanding of how the

**104**

**26 (Pages 101 to 104)**

1  Edelman firm will be compensated for its services
2  in this lawsuit?
3      A.  My attorney's fees will be paid.
4      Q.  Your attorney's fees, what attorney's
5  fees, are you paying your attorney now?
6      A.  No.  I'm not paying her anything.
7      Q.  Okay.  Then what attorney's fees are you
8  talking about?
9      A.  For her representing me in the case.
10     Q.  In this case, or in the state court
11  action?
12     A.  In this case.
13     Q.  Okay.  What do you mean by that?  If
14  you're not paying her any attorney's fees, what
15  attorney's fees are you talking about?
16     A.  She's doing work representing me.
17     Q.  Right.  And my question to you is:  Do you
18  have an understanding of how the Edelman firm is
19  going to be compensated for services in this
20  lawsuit?
21     A.  I'm not sure I really understand your
22  question.
23     Q.  Okay.  If indeed this lawsuit moves
24  forward and does not get dismissed and if a court

**105**

1  were ever to find one of these defendants liable
2  for this conduct, what is your understanding of how
3  the Edelman firm will be compensated for its
4  services here?
5      A.  I don't know.
6      Q.  Okay.  What is your understanding of how
7  they will be compensated for their attorney's fees
8  you just referred to if you lose your case?
9      A.  I don't know.
10     Q.  Have you had this conversation with your
11  attorney about how legal fees will be paid?
12     A.  My understanding with the documents and
13  with my attorney going over the documents with me
14  is that her fees are included -- or can be attached
15  to the lawsuit -- well, not attached, but that my
16  attorney's fees and the court costs can be attached
17  to -- I don't know if attached is the word for it,
18  but attached to the lawsuit so that if the
19  defendants -- if the court orders the defendant --
20  I guess finds that the defendants are responsible,
21  then they would be responsible for my attorney's
22  fees and the court costs.
23     Q.  You said something, I wanted to follow up
24  on it, I'm trying to remember what it was, although

**106**

1  like you I'm very tired.
2      If the defendants in this lawsuit offered
3  you a thousand dollars to dismiss this lawsuit,
4  would you do so?
5      A.  No.
6      Q.  Why?
7      A.  Because that defeats the purpose of filing
8  the lawsuit which like I said earlier is not
9  just -- it's not just payment for the lawsuit, it's
10  the fact that they filed a suit against me, that --
11  you know, that it's not just me that it's happening
12  to, it's that they need to stop doing what they're
13  doing in this case.
14     Q.  Do you agree that the moment they received
15  the evidence from you of the fraud affidavit and
16  the supplemental documents, within 24 hours they
17  dismissed the lawsuit against you, do you agree
18  that that is historically accurate?
19     A.  I'm not sure.
20     Q.  I think we've already established here
21  today that you submitted the fraud affidavit and
22  the police report and the supplemental
23  documentation and within 24 hours defendant MRC
24  dismissed the lawsuit against you the moment they

**107**

1  got the evidence that these were fraudulent
2  charges.
3      A.  I agree that I submitted the
4  documentation -- the fraud affidavit and the police
5  report and that the next day the court appearance
6  that was already set that they agreed to dismiss
7  the case.
8      MS. ZIPPRICH:  Okay.  That's it.
9      MS. MILLER:  I don't have any questions.  We'll
10  reserve signature.
11          FURTHER DEPONENT SAITH NOT.
12
13
14
15
16
17
18
19
20
21
22
23
24

**108**

**27 (Pages 105 to 108)**

1       IN THE UNITED COURT DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF ILLINOIS
3           EASTERN DIVISION
4   WINONA JACKSON and NICOLE HERKERT,  )
5   on behalf of plaintiffs and a    )
6   class,                           )
7       Plaintiff,        )No. 08 C 760
8       vs.               )
9   MRC RECEIVABLES CORPORATION, et al.,)
10      Defendants.        )
11      This is to certify that I have read the
12  transcript of my deposition taken in the above-
13  entitled cause by Susan Maul, Certified Shorthand
14  Reporter, on the 23rd of July, 2008, that the
15  foregoing transcript accurately states questions
16  asked and answers given by me as they now appear.
17
18      _ _ _ _ _ _ _ _ _ _ _ _ _ _
19          Winona Jackson
20  SUBSCRIBED AND SWORN TO
21  before me this _ _ _ _ day
22  of _ _ _ _ _ _ _ _ , 2008.
23  _ _ _ _ _ _ _ _ _ _ _ _ _
24      Notary Public

                                                    **109**

1   witness to the deposition was not waived.
2       I further certify that the taking of this
3   deposition was in pursuance of notice; and that
4   there were present at the taking of this deposition
5   the attorneys as hereinbefore noted.
6       I further certify that I am not counsel for nor
7   in any way related to the parties to this suit, nor
8   am I in any way interested in the outcome thereof.
9       In testimony whereof I have hereunto set my
10  hand and affixed my notarial seal this _ _ _ _ day
11  of _ _ _ _ _ _ _ _ _ _ , 2008.
12
13
14      _ _ _ _ _ _ _ _ _ _ _ _ _
15      Notary Public, Cook County, Illinois
16
17
18
19
20
21
22
23
24

                                                    **111**

1   STATE OF ILLINOIS    )
2                ) SS:
3   COUNTY OF W I L L    )
4       I, Susan Maul, a notary public within and for
5   the County of Will and State of Illinois, do hereby
6   certify that heretofore, to-wit, on the 23rd of
7   July, A. D. 2008, Winona Jackson, personally
8   appeared before me, at 180 North LaSalle Street, in
9   the County of Cook and State of Illinois, a witness
10  in a certain cause now pending and undetermined in
11  the United States District Court, wherein Winona
12  Jackson is plaintiff and MRC Receivables
13  Corporation is defendant.
14      I further certify that the said witness was
15  first duly sworn to testify the truth, the whole
16  truth and nothing but the truth in the cause afore-
17  said; that the testimony then given by said witness
18  was reported stenographically by me, in the
19  presence of the said witness, and afterwards
20  reduced to typewriting by Computer-Aided
21  Transcription, and the foregoing is a true and
22  correct transcript of the testimony so given by
23  said witness as aforesaid.
24      I further certify that the signature of the

                                                    **110**

1           McCorkle Court Reporters, Inc.
2           200 N. LaSalle Street Suite 300
            Chicago, Illinois 60601-1014
3
4   DATE: July 28, 2008
    Ms. Cassandra P. Miller
5   Edelman, Combs, Latturner & Goodwin, LLC
    120 South LaSalle Street
6   Chicago, IL  60603
7   IN RE:  Jackson vs. MRC
    COURT NUMBER: 08 C 760
8   DATE TAKEN: 7-23-08
    DEPONENT: Winona Jackson
9
10  Dear Ms. Miller:
11  Enclosed is the deposition transcript for the
    aforementioned deponent in the above-entitled
12  cause. Also enclosed are additional signature
    pages, if applicable, and errata sheets.
13  Per your agreement to secure signature, please
    submit the transcript to the deponent for review
14  and signature.  All changes or corrections must be
    made on the errata sheets, not on the transcript
15  itself.  All errata sheets should be signed and all
    signature pages need to be signed and notarized.
16
17  After the deponent has completed the above, please
    return all signature pages and errata sheets to me
18  at the above address, and I will handle
    distribution to the respective parties.
19  If you have any questions, please call me at the
    phone number below.
20
21  Sincerely,
22
23  Margaret Setina         Court Reporter
    Signature Department     Susan Maul
24  cc: Ms. Zipprich

                                                    **112**

                                    **28 (Pages 109 to 112)**

**A**

**able**
26:11 43:20
60:9,10
75:20,22
**above-ent...**
1:16 112:11
**academic**
15:6
**access**
99:13
**accident**
18:3 19:7
35:14
**accomplish**
104:6
**account**
32:22 33:2,7
33:12,24
34:19 35:5
46:5 57:6
57:24 58:6
58:10,11,14
59:19,22
60:2,6,13
60:24 61:1
61:6,6
62:16 65:20
67:11 68:13
68:14 70:13
70:23 82:13
82:18 93:20
94:8 96:21
**accounts**
33:15,23
34:8 82:8
95:5,12
**accuracy**
56:8
**accurate**
107:18
**accurately**
22:14 81:11
109:15
**accused**
14:23 37:5
**acquired**
13:12
**Act**
15:18,21
16:20 17:1
17:7,10,14
**acting**
94:9,10

**action**
40:11 43:1
43:22 44:6
44:9,11
53:13 57:12
57:14 82:21
89:9 91:12
92:17 93:15
93:16 94:4
97:7 104:14
105:11
**actions**
94:21 100:17
**action's**
95:3
**actual**
98:8,9,12
**addition**
11:14,15
97:2
**additional**
40:23 112:11
**address**
7:21 112:17
**Adler**
48:1,5,18
49:6,16
50:14,17
51:10 57:10
72:16 73:15
73:19,21
74:4,12
78:11 79:6
80:10,15,19
83:16,20
84:7 95:21
**advantage**
74:14
**advice**
39:24 77:20
**advise**
65:5
**advised**
17:3 60:23
**affidavit**
46:11,12
48:2 49:19
49:22,24
50:1,8,9,11
50:20,22
51:5,8,9,12
52:8 57:10
57:17 58:16
58:20 59:21
61:5 68:5,7

71:1,6
72:15,19,19
73:14 74:2
74:5,6,20
77:14 78:7
78:16 79:24
80:11 83:20
94:14 95:21
96:24
107:15,21
108:4
**affidavits**
72:9 76:2
**affixed**
111:10
**afore**
110:16
**aforement...**
112:11
**aforesaid**
110:23
**Agency**
17:14
**agitate**
98:7
**agitating**
101:21
**ago**
96:17 98:10
100:17
**agree**
76:1 93:24
94:2,4,18
94:24
107:14,17
108:3
**agreed**
108:6
**agreement**
54:3,5,7,13
54:18,23
55:2,10,16
55:18 56:5
56:10 62:24
112:13
**ahead**
75:2,14
**aid**
8:21,23 9:3
9:8 10:2,18
10:22,24
11:1,19,24
12:3,6,7,8
**al**

109:9
**alcohol**
22:8
**allegation**
82:10 86:1,8
87:21
**allegations**
81:15
**alleged**
49:9 87:12
87:23
**allocated**
67:10
**AMC**
7:17 8:1,4
12:18 15:8
102:15
**amended**
53:10,13
**amount**
9:6 26:5
27:22 41:13
46:23 69:14
84:12,14,16
84:23 85:10
101:15
104:2
**answer**
4:18 26:16
56:9
**answered**
27:7
**answers**
109:16
**antiinfla...**
20:11
**anybody**
81:23
**anymore**
19:22 52:13
**appear**
41:19 109:16
**appearance**
39:16,19,20
40:11,23
48:16,17
79:5 97:9
101:10,13
101:22
108:5
**APPEARANCES**
2:1
**appeared**
60:18 84:20

110:8
**appears**
84:23
**appendix**
82:19
**applicable**
112:12
**application**
53:7 54:2,6
55:24
**applied**
54:1 56:2
85:8
**apply**
53:4
**appointments**
102:4
**approxima...**
13:3 15:12
**arrive**
42:21
**art**
45:13
**asked**
43:10 48:2
49:21 66:12
75:5,12
81:7 109:16
**asking**
42:9 84:6
89:12,19
92:24
100:13
**assistance**
12:3
**assistant**
12:20
**assisting**
14:14
**associate**
56:12 57:21
57:23 61:1
64:3 95:4
95:11
**associated**
58:1 85:8
**Associates**
45:24 46:5,6
46:7 48:1
50:4,15
52:19,21
54:1 55:18
56:15,19
58:10 60:2

60:24 64:1
64:22 67:2
71:6 72:10
73:15 76:2
76:3,6,9
79:6 85:6
93:18,19
94:3,9,10
94:12,13,15
94:22 95:12
95:14 96:21
104:22
**assuming**
6:5
**attach**
85:19
**attached**
63:9 87:2
106:14,15
106:16,17
106:18
**attend**
6:14,18 7:4
7:12
**attended**
7:9
**attending**
7:13 8:24
9:1,7,16
**attorney**
17:3,5,11
39:24 44:20
53:14 79:5
86:14,24
97:10
102:21
105:5
106:11,13
**attorneys**
39:9 47:8
52:1 111:5
**attorney's**
104:1 105:3
105:4,4,7
105:14,15
106:7,16,21
**audibly**
4:17
**available**
25:13 27:2,4
27:8,8
29:10 30:1
30:14,22
52:24 61:15
63:10 68:20

**Avenue**
29:20,21
30:1,3,8,9
**award**
103:23
**awarded**
103:19,21
**aware**
42:7 80:5
84:15 86:13
86:23 87:6
88:14
**A.D**
1:21
**a.m**
1:22

_____
**B**

**B**
3:8
**back**
10:18 11:9
12:12,16
14:20 18:16
28:7 38:13
46:7,15
48:4 53:17
66:24 72:18
84:2 94:16
**background**
6:12 88:4
**balance**
23:23 25:17
26:7 27:11
28:4 29:14
30:3,16
31:1,21
33:6,11
60:1,1,3,5
60:16 61:15
63:10 64:6
67:4,9,13
67:15 69:17
85:1
**bank**
34:3
**banking**
33:16
**bankruptcy**
22:23 37:8
**banks**
23:14
**based**
74:24 78:5

85:18 86:8
94:9
**basic**
14:16
**basically**
14:14 15:22
16:2 48:24
**basis**
24:12 86:7
87:20,21
102:2
104:14,20
**bed**
102:12
**behalf**
1:5 2:9,17
12:9 40:12
44:21 53:14
81:16 109:5
**belief**
84:9 85:17
103:5
**believe**
31:7 39:4,7
40:13 53:12
73:12
**believed**
83:23
**benefits**
8:7 15:15
**best**
91:7,10
94:20
**beyond**
44:23 50:14
**bill**
24:22 34:11
55:22 56:22
56:23 64:19
89:1,17
**bills**
8:15 9:13,15
23:2,5,7
**bit**
12:16 46:16
48:4 62:18
**blood**
97:23 98:4
**book**
37:20,22
**born**
19:16
**bottom**
66:16,22

**bought**
94:8,11
96:20
**boy**
5:20
**break**
47:18,19
**bring**
100:22
**broad**
16:21
**Bruce**
5:15
**Bryant**
14:6,7,9
29:8,16,23
29:23
**building**
12:23 13:16
51:22
**bureaus**
98:15
**buying**
104:7,8

_____
**C**

**C**
1:8 109:7
112:7
**call**
38:5 49:6
50:16 65:14
65:15 91:13
97:24 98:23
112:19
**called**
4:3 14:13
38:3,8,9,13
48:22 49:7
49:9 59:16
65:18 66:6
66:9 68:3
70:3,21,22
76:16,19,22
77:3,4,16
78:24 79:19
79:22 83:16
88:13,24
98:3 101:23
103:1
**calling**
48:24 78:20
97:12
**calls**

95:19 96:1
**calm**
98:5,6
**campus**
12:21 53:7
79:12
**cancelled**
58:5
**Capital**
1:12 27:18
28:16,24
42:20 87:18
91:17,20,23
92:3,9,19
92:21 93:1
**car**
18:3,10 19:7
23:12 24:13
24:15,17
35:14
**Carbondale**
77:10,11,22
79:10
**card**
25:12,15,18
25:23 26:2
26:6,8,9,16
27:3,9,12
28:12,13
29:17 30:4
30:8,9,12
34:8,23
35:5 43:9
46:10,13
49:11 52:18
52:22 53:1
53:4 54:1
55:20 56:2
56:13,16,19
57:1,5,21
57:24 58:1
59:1,8,15
59:16,19,20
59:24 60:1
60:4,16,18
60:20 61:1
61:7,8,11
61:18,21
62:5,7,9,11
62:15,15,16
62:18 63:9
64:3,7 67:1
67:4,18
68:3,15,18
68:21 69:3

69:5,7,9,12
69:12,16,18
69:20,21,22
70:3,6,11
70:12,13,14
70:20 71:22
84:13 87:13
87:23 93:20
94:12,14
99:4
**cardholder**
54:18,23
55:2,10
**cardholders**
62:10
**cardmember**
54:3,5,7,13
55:15,17
56:5,10
62:24
**cards**
24:23 25:6,8
26:15,20
27:17 28:2
28:5,16,23
28:24 29:4
29:5,19
30:7,10,18
34:12,16,22
62:2,21,24
93:21 94:17
99:2
**care**
9:19 25:1
92:5,6
97:18
101:17
**carried**
69:18
**carry**
60:1
**case**
22:12 40:2
42:13,14
43:8 75:4
77:23,24
78:2 85:19
87:6,6
88:12,14,18
97:8 101:11
103:24
105:9,10,12
106:8
107:13
108:7

**cases**
87:11,22
**cash**
26:11
**Cassandra**
2:8 112:4
**cause**
1:16 95:1
109:13
110:10,16
112:11
**caused**
95:3 100:19
101:9
**cc**
112:24
**Cchicago**
2:6
**cell**
24:22 25:3
32:4
**Center**
51:22
**certain**
46:22 60:18
84:20
110:10
**certifica...**
7:8
**certified**
79:4 109:13
**certify**
109:11 110:6
110:14,24
111:2,6
**changes**
112:14
**channels**
79:8,9
**charged**
34:24 46:11
56:24 61:23
62:6 69:12
**charges**
43:16 57:2,5
57:8 60:6,7
60:11,12,13
60:15,17
64:8 67:21
68:11 69:8
69:22,24
70:19,20,23
70:24 73:24
75:1 76:7

76:12 77:8
79:3 84:8
84:13,20
85:6,7,8,9
94:16
104:18
108:2
**chase**
33:1,4
**cheating**
15:6
**check**
75:12
**checking**
32:22 33:6
**checks**
58:5
**Chicago**
1:21 2:14
5:2 6:15
7:19,20
59:17 112:2
112:6
**child**
5:10 32:11
32:13,15
**child's**
5:16
**chronic**
18:17,19
**circled**
55:4
**cites**
88:12
**Citibank**
26:22 27:3
28:9,24
**Civil**
1:19
**claim**
92:10 97:22
98:9 100:13
**claiming**
99:15 100:7
101:7
**claims**
44:14 81:11
87:7
**class**
1:6 43:1
44:9,11
53:13 92:16
93:4 95:8
97:4,7

103:6,10,13
103:14
109:6
**classes**
24:7
**cleared**
93:10
**clearing**
95:7
**client**
44:16,22
**clients**
44:21 94:23
94:24
**close**
34:19 59:18
93:20
**closed**
35:5 61:1
62:16 68:13
68:14 69:7
69:13,16
**closing**
59:22 61:5
70:13 95:4
95:12
**clothing**
29:22
**collect**
45:15 84:5
96:21
104:10,12
**collectable**
104:16
**collected**
84:10
**Collection**
15:18,21
16:20 17:1
17:7,10,14
**college**
6:15,18 7:9
7:11 15:6
**Combs**
2:2 37:16,19
39:14 40:7
40:10 41:1
43:21 44:2
112:5
**come**
14:20
**common**
16:11 62:2
**communica...**

64:11 73:18
**companies**
78:2 83:5
92:4 93:8
104:7
**company**
16:3 35:18
36:1 39:8
45:4,7,7
59:16 68:3
70:3 75:19
80:4
**compensated**
105:1,19
106:3,7
**compensation**
97:7
**complaint**
15:2 39:1,6
39:11 42:3
42:6 48:5,7
48:10,19
49:2,5
53:10,13,18
63:20,21
64:7,10,16
66:2 80:24
81:8,11,13
81:19,22
82:4 84:7
84:24,24
87:2 89:23
90:4 92:22
95:20 98:9
**complete**
49:21
**completed**
112:16
**completely**
28:2
**computer**
31:12,16
82:16
**computerized**
82:7,12,18
**Computer-...**
110:20
**condition**
18:17
**conditions**
22:11 61:13
61:17,21
62:9 63:3
63:12
**conduct**

93:15,18
94:3 95:3
106:2
**confidence**
54:21
**confused**
78:23
**consistently**
36:18
**consists**
85:1
**consolidated**
23:19
**contact**
39:13 40:6
43:16 48:18
48:21 76:6
91:13 102:4
**contacted**
39:23 48:20
77:10 80:12
88:21 90:18
90:19 91:18
**contacting**
74:4
**contemplated**
37:7
**continued**
43:16 88:11
94:16
**contract**
85:20 87:2
**contribute**
23:7
**conversation**
106:10
**conversat...**
78:5
**convicted**
37:3
**Cook**
110:9 111:15
**copies**
36:20 78:6
99:6,8,9
100:4
**copy**
74:2 78:9,10
78:13,15,20
79:6,15,18
79:20,23
80:2,4,6
**Corp**
39:2 42:19

50:7 63:24
**Corporation**
1:9,10 109:9
110:13
**correct**
6:6 9:12
10:5,15
11:13 52:19
57:18 75:13
76:4,5,10
78:7 89:10
92:20 94:19
95:6,17,23
95:24
110:22
**corrections**
112:14
**correctly**
27:7
**correspon...**
46:17
**costs**
104:2 106:16
106:22
**couch**
102:13
**counsel**
111:6
**County**
1:17 110:3,5
110:9
111:15
**couple**
10:7 18:20
45:11 79:7
101:15
**court**
1:1 39:1,21
40:11 41:4
41:6,17,20
42:1,13,14
43:22 44:6
48:9 57:11
57:14,15
63:19,21
73:6,8,13
74:11,15
79:5 84:24
89:9 90:3
97:9,15
102:24
103:19,22
103:23
104:2
105:10,24

106:16,19
106:22
108:5 109:1
109:1
110:11
112:1,7,22
**courthouse**
75:10
**Courts**
1:20
**cousin**
5:10,11
**covered**
9:15
**co-plaintiff**
16:19 86:15
**credit**
1:11 24:23
25:5,8,14
26:6,12,15
26:20 27:2
27:3,4,5,8
27:9,17,21
28:16,23,24
29:4,5,9,12
29:19,24
30:7,10,14
30:18,22
31:14 34:8
34:12,16,22
34:23 35:4
35:5 42:20
43:8 46:10
46:13 49:11
50:7 52:18
52:22,24
54:1 55:20
56:2,13,16
56:19 57:1
57:5,21,23
58:1 59:1,8
59:15,16
60:20 61:11
61:14,18,21
62:2,5,6,9
62:11 63:9
63:10 64:3
64:7 67:1
68:3,20
69:9 70:3,6
70:11,13,14
71:22 84:13
87:12,17,23
88:13,20
89:2,5,12

89:20,24
90:10,17
93:20,22
94:12,13
96:13 98:14
98:15,18,21
98:22,24
99:1,2,4,6
99:14,15,16
99:19,20,21
99:23 100:1
100:2,5,9
100:10,19
100:20,21
100:22
**crime**
16:14,15
37:3
**CSR**
1:16
**current**
25:17 27:17
29:14 30:3
30:16 31:1
60:24,24
**currently**
7:13,14
17:16 20:3
25:5 26:15
26:21 30:7
32:15 34:13
35:9
**customers**
14:14,15
**cycles**
69:23

— D —

**D**
3:1 110:7
**dad**
18:9,10
**damage**
17:23 18:16
**damaged**
100:19,20
**damages**
98:8,10,13
101:6
**date**
46:22 47:1
60:18 73:11
74:11,15
77:24 80:19
83:6,7

90:14 112:4
112:8
**dated**
51:14 72:19
73:10 80:10
**dates**
74:18
**dating**
59:6
**daughter**
19:16 25:1
**daughter's**
32:5
**day**
46:12 68:6
73:13 74:21
74:23 80:20
95:22
102:16
108:5
109:21
111:10
**Daypro**
20:10,12
**days**
65:7,12
101:15
**Dear**
112:9
**debt**
15:17,21
16:4,20
17:1,7,10
43:12 44:24
45:15,24
46:7,9,22
49:1,9,11
49:17,18
50:18,19
52:2,11,17
62:6 64:2
64:18 65:6
75:21 76:17
83:23 84:5
84:10 89:1
91:12,15
94:12,22
95:14 96:22
96:23 97:16
98:17,24
99:1 100:11
104:16,21
**debts**
87:13,24
98:16 99:3

5

104:8
December
19:18 21:2
  39:12 80:10
decide
39:24 42:24
  75:7
decided
43:4 44:5
  75:14
decision
40:3 42:21
default
16:5 45:2,3
defeats
107:7
defendant
2:17 35:10
  82:24 88:20
  90:5 91:17
  92:3 93:8
  95:2 106:19
  107:23
  110:13
defendants
1:13 35:10
  46:18 50:5
  50:12 52:11
  64:12,17
  74:9 75:3
  76:4,10
  78:4 80:1
  81:12 82:6
  82:9,11
  85:19,20,22
  87:8,11,14
  87:15,22
  90:6 93:15
  93:16 94:4
  94:19 95:18
  98:19 99:18
  99:23
  100:18
  104:14
  106:1,19,20
  107:2
  109:10
defendant's
36:1 82:23
deferment
24:3,4,8
define
8:12
degree
6:22

degrees
7:7
Dell
31:12,14,15
department
77:11,11,18
  77:22 79:1
  79:11,12,13
  79:16,18,19
  79:23 80:13
  80:22
  112:23
dependent
8:10,12
depending
16:13
deponent
108:11 112:8
  112:11,13
  112:16
deposition
1:15 3:10
  4:11 38:16
  40:14 47:11
  51:1 71:11
  72:22
  109:12
  111:1,3,4
  112:10
depression
21:3,4,7,24
  22:2,4
describe
10:21
described
104:5
desk
12:23 13:5
  13:13,14,18
  13:20
detective
43:7,13
determined
71:21
diagnosed
18:19 20:18
  20:20 21:4
different
17:23 46:6
  54:24 65:4
  79:8
directly
46:5
disciplined

15:5
Discover
25:12,14,18
  25:23 26:2
  26:6,8,16
  28:12,13
  29:1
discuss
44:1,4 92:24
discussed
88:17
discussing
16:19
Discussion
38:15 52:15
dishonesty
14:23 37:5
dismiss
57:11 73:22
  107:3 108:6
dismissed
57:15 73:13
  74:6,8,16
  74:21,22,24
  75:4 95:22
  105:24
  107:17,24
dismissing
73:4,8
disorder
20:19,22
  21:1
dispute
35:1 45:20
  49:17,18
  50:19 65:15
  65:18 66:6
  66:18 76:16
  91:14,15
disputed
52:11 65:6
distress
97:22
distribution
112:18
District
1:1,2,20
  109:1,2
  110:11
DIVISION
1:3 109:3
doctor
21:18,22
  98:1,3,3

101:20,23
101:24
102:1,2,5
doctor's
97:18 101:17
102:3
document
37:12,15
  38:22,24
  39:1,3
  40:20 42:9
  47:17,21
  49:14 51:7
  51:19 53:11
  54:9,9
  71:15 73:2
  81:1 83:22
  84:9 90:3
documenta...
61:17 65:22
  68:17 84:8
  107:23
  108:4
documents
41:24 42:2,3
  42:12 50:18
  57:24 63:3
  63:13 71:7
  72:1,5,8,15
  73:15 74:17
  80:14 83:21
  102:21,23
  104:3
  106:12,13
  107:16
doing
101:12 102:8
  105:16
  107:12,13
dollars
33:10,14
  69:2,11
  107:3
door
18:11
double
75:12
downtown
101:21
drive
24:15
driver
18:8
driving
18:10

drowsiness
20:2,4
drug
20:16 22:7
drugs
19:21,24
  21:23
due
34:19 64:21
  93:14 102:9
duly
4:3 110:15
DYKEMA
2:11

───── E ─────

E
3:1,8
earlier
68:22 75:18
  78:14 84:3
  96:2 107:8
earliest
96:16
earn
8:16
earned
8:20 11:18
EASTERN
1:3 109:3
Edelman
2:2 37:16,19
  39:13 40:7
  40:10 41:1
  41:3 43:21
  44:1 105:1
  105:18
  106:3 112:5
educational
6:12
effect
20:16 21:19
effects
19:20,23
  20:1
eight
26:10
either
26:24 39:15
  62:14 65:14
  66:11 81:14
  83:4 86:22
  104:11
emotional

97:11 101:9
**employed**
7:14
**employment**
13:7
**enclosed**
112:10,11
**Encore**
1:12 42:20
50:7 87:17
91:17,20,23
92:3,8,19
92:21 93:1
93:23
**engaging**
88:11
**engineering**
7:3
**English**
5:17
**enrolled**
24:7
**entire**
85:1
**entities**
42:22 43:2
43:23 64:23
65:1 78:17
**entitled**
80:6 109:13
**entity**
45:22,23
52:4 65:3
**entrusted**
86:10
**envelope**
61:12 63:8
**errata**
112:12,14,15
112:17
**especially**
45:5
**establish**
50:13
**established**
93:18 107:20
**estimate**
33:9
**et**
109:9
**evidence**
107:15 108:1
**exact**
9:6 69:14

90:14
**exactly**
102:3
**examination**
3:2 4:5
85:18 86:8
**examined**
4:4
**exception**
67:17
**excessive**
102:6
**exclude**
87:17
**exhibit**
3:10 37:11
38:16,21
40:14,18
47:11,16
49:14 51:1
51:6 53:10
53:18 58:17
63:22 71:9
71:11 72:18
72:21,22
**exist**
86:23 87:1
**existence**
86:13 87:7
**existing**
27:11
**expenses**
8:22 9:10
10:3 11:13
24:19 31:9
32:3 101:3
**expensive**
25:2
**experience**
20:16 21:19
**experiencing**
20:3
**expert**
14:13
**explain**
16:1 18:14
46:3 49:16
75:11 94:7
**explained**
17:5 50:17
75:6 77:7
79:1 96:22
**extent**
95:17

**extra**
12:7

---

**F**

**fact**
104:17
107:10
**fair**
15:17,21
16:20 17:1
17:7,9 45:6
**fall**
24:12
**familiar**
15:17 17:13
40:4 54:10
71:17
**familiarity**
15:20
**fancy**
15:24
**far**
32:2 81:15
**father**
9:19,20
32:17
**father's**
5:15
**February**
38:24
**Federal**
1:19 23:18
23:20
**fee**
79:20
**feel**
45:6
**feeling**
20:7
**fees**
85:2,7 97:9
104:1 105:3
105:4,5,7
105:14,15
106:7,11,14
106:16,22
**felt**
44:21 45:6
**fibromyalgia**
17:23
**fifth**
67:12
**figure**
44:18 84:21

**file**
16:3 36:11
39:17 40:10
43:1,5 44:9
44:11 45:8
48:16 74:9
75:20 79:4
81:19 82:15
86:12 87:5
89:6 90:10
91:24 101:9
101:13,22
102:17,20
**filed**
22:23 35:23
39:8,16,18
39:20 40:24
46:11 47:3
47:4 48:16
53:14 77:15
81:8 83:15
86:3 87:11
87:22 89:13
89:15 91:20
96:24 97:1
107:10
**files**
85:18,24
86:4,5,9,14
86:23 87:1
**filing**
36:17 37:7
47:8 82:20
84:4 107:7
**filings**
102:24
**fill**
48:3 50:21
53:7 54:2
58:21 68:7
71:1 74:2
80:11
**filled**
46:12 51:10
54:6 55:24
61:4 71:20
77:14
**finance**
85:8
**financial**
6:6,8 8:21
8:23 9:3,8
10:2,18,22
10:24,24
11:19,23

12:3,6,7,8
**financially**
8:10,12,13
**find**
40:3 43:19
59:14 106:1
**finds**
106:20
**finish**
4:21
**fired**
13:8 14:21
**firm**
37:19 38:3,6
38:7,12
39:14 40:7
40:10 41:1
41:3 43:21
44:2 48:18
73:19,21
105:1,18
106:3
**first**
4:3,8 24:11
38:3,5,12
40:6 55:1
57:13,15
61:4 63:11
67:3,14
70:13 71:23
71:23 85:5
110:15
**five**
7:6 17:4
36:18 70:1
82:20
**flip**
53:17 55:1
**floor**
2:5 14:15
**follow**
106:23
**follows**
4:4
**force**
75:21
**foregoing**
109:15
110:21
**formal**
15:2
**forth**
14:20 45:3
61:22

forward
105:24
found
94:13
four
29:18 71:23
72:4 74:9
96:10
fourth
67:12
fraud
15:6 46:11
46:12 48:2
49:19,22,24
50:1,8,9,11
50:20,21
51:5,8,9,12
52:8 57:10
57:17 58:16
58:20 59:21
61:4 68:5,7
71:1,5 72:9
72:15,18,19
73:14 74:2
74:5,6,20
76:2 77:14
78:7,15
79:23 80:11
83:20 94:14
95:21 96:23
107:15,21
108:4
fraudulent
49:18 50:18
57:2,8 60:7
60:11 70:19
70:24 73:23
73:24 75:2
76:7,12
77:8 79:3
84:8,12
85:7,9
104:18
108:1
front
12:23 13:5
13:12,14,18
13:20
fully
80:5
funded
10:24 11:2
Funding
1:10 42:19
45:15,23

50:6 80:1
93:23
further
65:21 73:18
96:15
108:11
110:14,24
111:2,6

─────────
G
─────────
gas
59:13
gather
80:14
Geanes
51:18,18
generic
20:10
gesture
4:19
getting
26:8 55:20
56:11 93:10
girl
5:20,21
give
6:11 27:14
52:7 61:12
given
4:11 109:16
110:17,22
giving
43:14
go
4:14 6:18,20
27:19 32:21
46:15 47:10
53:24 57:9
62:17 66:24
72:18 75:2
75:14 79:7
79:14 95:3
95:9,18
98:1 101:21
going
4:13,14,17
20:7 30:20
34:19 37:10
38:20 45:3
46:14,15
47:15 49:17
51:5 53:17
62:17 66:15
72:20,21
91:9 93:12

100:4 101:9
103:5,12,16
105:19
106:13
good
9:24
Goodwin
2:3 112:5
gotten
9:23
government
11:2 12:4,7
12:9 23:16
graduate
6:16 24:7
graduated
6:13
grant
11:7,11
great
4:22 74:15
101:14
Groceries
24:22
Group
1:12 42:21
87:18 91:17
91:20,23
92:3,9,19
92:21 93:2
growing
62:5
guess
11:7 12:17
91:5 106:20

─────────
H
─────────
H
3:8
half
19:15
Hall
58:24 59:7
60:7,13,21
67:5 71:21
84:13 85:2
halls
12:21
Hall's
69:24
hand
11:23 111:10
handle
112:17

handwriting
55:7
happen
95:1
happened
47:1,2 49:10
57:16 68:10
70:12 76:8
95:13
happening
70:5 83:10
107:11
harass
45:8
harassed
43:9
harassment
43:17,17
hard
44:18
Harold
7:11,12 9:1
hate
5:20
health
36:9
hearings
41:20
help
9:19 21:21
43:20
hereinbefore
111:5
heretofore
110:6
hereunto
111:9
Herkert
1:4 16:20
53:15 92:15
109:4
Herkert's
86:20 87:6
92:16 104:9
high
6:12,13,14
15:5 97:23
hip
18:16 19:8
101:14,21
hire
38:7
hired
43:21

historically
107:18
history
61:3
hit
18:9,10
35:17
hold
97:16
home
5:7 6:1 9:18
10:4,6
13:23 14:20
22:17 59:16
90:20
102:14
hope
104:5
hospital
9:22,23
hour
1:22
hourly
15:8,10
hours
15:12 107:16
107:23
house
23:2 77:3
huh-huh
4:18
hundred
33:10,13
hydrocodone
19:3,10,11
19:15

─────────
I
─────────
ID
3:9
idea
23:23 25:20
27:14 44:8
44:8
identific...
37:11 38:18
38:21 40:16
40:19 47:13
47:16 51:3
51:6 71:10
71:13 72:21
72:24
Ignatius
6:15

```
IL
2:6,14 112:6
ill
9:20
illegality
88:12
Illinois
1:2,18,21
  5:2 6:21
  7:5,19 8:24
  9:14,17,24
  10:8,19,23
  11:16,22
  12:2,10,22
  13:15 14:11
  17:13 87:12
  87:23 109:2
  110:1,5,9
  111:15
  112:2
immediately
34:10 57:16
  59:18 74:6
  74:16,23
inaccuracies
81:20
inaccurate
77:20
include
87:15,16
included
54:2 106:14
including
89:8 92:2
income
8:17
increased
68:22,24
  69:4 70:15
incur
64:2,5,8
  69:8
incurred
52:18 60:2,7
  60:13,14
  67:5 69:22
  75:1 84:13
  85:2 101:4
independent
8:13
individual
39:20
inform
76:7,11,13
```

```
76:15
information
57:24 85:17
informed
76:17 77:17
  77:17
initially
97:10
initiated
44:20
injured
18:6,7
injuries
18:12 19:6
  101:11
injury
18:22 35:15
inquired
78:18
institution
33:16
insurance
32:5 35:18
  35:20 36:1
  36:9
interested
111:8
involved
32:18 35:8
  36:4 80:7
  94:19
  102:11
IRA
33:21
issue
52:17 93:21
issued
52:19
issuing
61:6
items
26:5 104:5
```

```
                J
Jackson
1:4,15 3:3
  4:2,9,9
  5:15 37:12
  38:22 47:22
  71:15 109:4
  109:19
  110:7,12
  112:7,8
January
```

```
51:14 70:7
  72:20 73:12
JC
30:11,12
job
11:17 12:17
  12:18 13:8
  13:12,18
  14:17,18,21
  14:24 15:3
jobs
12:15,19
  13:18,22
  14:1
joint
81:13 92:10
  92:11,12
July
1:21 18:3
  109:14
  110:7 112:4
June
6:17
J-A-C-K-S...
4:10
```

```
                K
keep
12:4 30:20
  34:5,7
  67:24 98:6
  100:11
  102:17
kind
20:3 33:16
  58:12 99:9
knew
16:7,8 40:1
  104:15,18
  104:21
know
4:15 13:3
  16:8,11
  18:20 20:20
  22:19,21
  25:2 27:4
  32:16 33:8
  33:13,18
  35:22 40:1
  41:23 42:11
  43:23 52:4
  54:4 55:12
  56:8 59:10
  62:8 66:17
  67:9 74:18
```

```
77:2 81:21
82:12 83:2
86:17 87:9
87:19 89:14
89:15 91:1
91:4,6,10
91:19,22
92:1,4 93:3
98:23
101:23
102:4,5
103:1,8
104:3,9,13
104:23,23
106:5,9,17
107:11
knowledge
16:11,24
  62:2 87:21
  88:16 91:7
  91:10 94:20
  104:15,20
K-Mart
59:12

                L
L
2:16 110:3,3
laceration
18:15
lack
34:24 35:5
Lane
14:6,7,9
  29:8,16,22
  29:23
Lasalle
1:20 2:4,12
  110:8 112:1
  112:5
late
26:1 34:15
  34:19 68:6
  85:7
Latturner
2:2 112:5
law
38:3,12 39:1
  39:6 44:22
  48:18 64:7
laws
40:2
lawsuit
16:4,12,14
  16:15,22
```

```
18:18 35:11
35:23 36:7
38:9 39:7
39:21,21
41:5,5,7,8
41:17,20
42:1,4,5,17
42:18 43:1
43:5 44:9
44:11,15,16
44:20 45:4
45:8 46:18
47:8 50:6
50:12 52:1
52:12 57:11
64:13,17,24
65:2 73:4,6
73:9,13,22
74:7,8,11
74:16,21,22
74:24 75:3
75:15,20
76:4 78:4
78:17 79:2
81:12 83:12
84:4 86:2
86:12 89:24
90:6,10
92:11 94:19
95:19,22
98:20 99:18
99:23
100:18
101:7 102:9
102:12,18
103:3,7,10
103:15
104:6 105:2
105:20,23
106:15,18
107:2,3,8,9
107:17,24
lawsuits
32:19 35:7
  36:3 92:18
  92:19
lawyer
35:23 43:19
  52:7 75:12
  86:11 88:1
  88:2,5,7,17
  92:5 93:1
lawyers
75:11 92:8
lawyer's
```

44:8,13
**learn**
37:18
**leave**
13:22 14:17
43:11
**left**
8:21 9:8
10:4,19
11:22 38:10
55:4 92:5
**legal**
40:4 45:12
86:10 88:4
91:12 93:10
106:11
**lender**
22:21
**letter**
46:21 47:7
48:1 51:24
52:5,7,9,10
65:5,11
66:16,17
79:4 80:9
90:23 91:2
91:8,11
95:19 96:3
**letters**
47:6 64:12
64:16 96:4
96:8,12
97:12
**letting**
4:20
**let's**
24:24 27:19
27:19 28:7
32:21 35:7
46:15 47:10
48:4 57:9,9
58:20 63:20
66:24 72:18
80:24 82:3
83:17 85:16
87:10
**liable**
106:1
**life**
32:5
**light**
18:9
**limit**
16:3 25:14
27:2,5,21

29:12 53:1
61:15 63:10
**limitations**
16:12,16
44:24 45:11
83:24
**line**
26:12 29:10
29:24 30:23
31:14 35:4
68:20 70:14
75:7
**linked**
46:6
**list**
99:7
**listed**
39:9 63:20
85:7 88:15
93:8 100:23
100:24
101:1 104:3
**listening**
16:18
**lists**
99:5 100:21
**litigation**
35:9,21
52:18 92:9
**little**
46:15 48:4
62:18
**live**
5:7 22:17
**lived**
9:9 12:24
13:16
**LLC**
2:3 112:5
**loan**
10:12,18,20
11:4 23:15
23:18,20,24
24:2,6,10
**loans**
23:14 24:5
**long**
7:12 8:1
13:17 16:3
19:9,12
21:15 24:7
24:8 28:7,9
28:15 29:16
30:7,12

31:3 80:17
**longer**
79:15 83:23
**look**
37:23 38:1
51:13 53:19
58:20 65:20
80:24 82:3
89:8
**looked**
37:22 81:24
**looking**
54:9 93:9
**looks**
51:13,17
**lose**
106:8
**lot**
97:11,11
**Lyrica**
17:20,21
18:23 19:9
19:14
**L-Y-R-I-C-A**
17:20

_____
**M**
**mail**
37:16 39:11
48:5,8 49:3
49:6 52:10
53:5 61:9
64:11 66:2
67:1 68:15
69:20 89:23
95:20
**maintain**
82:6,12
**major**
6:24 29:4
**making**
34:15 56:18
56:21
**man**
59:1
**Management**
1:11 42:20
50:7 87:17
88:13,21
89:3,5,13
89:20,24
90:10 96:13
**manifesta...**
97:21

**Margaret**
112:22
**mark**
40:18 51:5
71:9 72:21
**marked**
3:9 37:11
38:17,20
40:15 47:12
47:15 51:2
53:9 71:12
72:23
**marks**
55:9
**married**
5:3,5
**Mason**
5:2
**MasterCard**
26:24 27:1
28:10
**matter**
86:10 93:10
**Maul**
1:16 109:13
110:4
112:23
**maxed**
28:2
**maximum**
27:8,22 29:9
29:24 30:14
30:22 52:24
68:20
**McCorkle**
112:1
**McDonald's**
13:2,4,7
14:3,19
**MCM**
52:6 65:4
66:11 76:14
76:17 77:16
78:19 82:11
83:1,16
85:23 87:15
89:17 90:17
91:8 95:14
98:15 99:17
**MCM's**
77:12
**mean**
16:10 24:4
36:22 49:23

56:23 73:23
75:24 91:5
92:12 97:13
100:16
101:8
105:13
**Meaning**
92:13
**means**
75:6
**meant**
27:7 75:5
**Mechanical**
7:3
**medical**
101:19
**medication**
17:22 19:5
**medications**
17:17 19:2
19:13 20:4
20:7,13
21:6,9
**mental**
20:19,22
22:10
**messages**
38:10
**Michigan**
7:23
**Midland**
1:10,11
42:19,20
45:14,21,21
45:23 50:6
50:7 64:23
80:1 87:17
88:10,13,20
89:2,5,12
89:20,23
90:9,17
93:22,23
96:13
104:13
**midnight**
8:1
**Miller**
2:8 58:18
81:3,5
108:9 112:4
112:9
**Miller's**
38:12
**mind**

4:20
**mine**
43:12 49:11
  97:17 104:8
**mistakes**
93:19 94:16
**moment**
98:10 99:24
  100:17
  107:14,24
**money**
8:18 10:9,12
  10:13,15
  11:8,18,19
  11:20 12:7
  12:8,12
  37:1 41:3
  97:7 104:11
**moneys**
9:8 10:2
**monitor**
98:4
**month**
13:6 31:19
  31:19 70:18
  87:12,22
**monthly**
24:19 31:8
  31:15,17,20
  32:3,5 34:2
  34:5,7
  55:22 58:4
  58:15
**months**
5:19 10:7
  24:6 32:6,8
  70:17
**mortgage**
22:19
**mother**
5:14 36:16
**mother's**
24:18
**move**
57:9 85:16
  87:10
**moved**
10:4,6
**moves**
105:23
**Moving**
82:17
**MRC**
1:9 39:2,8

42:18 50:6
52:6 63:24
65:4 66:11
76:14,18
77:12,16
78:19 79:24
82:11 83:1
85:23 87:15
89:10,17
93:22 95:14
107:23
109:9
110:12
112:7
**MRM**
83:1
**multiple**
85:18 86:4,8

―――――――――
**N**
**N**
3:1 112:1
**name**
4:7,8 5:15
  5:15,16,23
  20:10 23:4
  38:6 55:5
  86:23 92:13
  92:16
**named**
64:23 78:17
  90:6 103:14
**names**
5:13 86:18
**naming**
90:5
**narrow**
96:15
**nature**
10:22 17:24
  63:4
**NCC-2**
1:10 42:19
  50:7 93:23
**necessary**
86:11
**neck**
18:15,16
**need**
4:17 14:15
  49:17,19
  66:17 100:4
  107:12
  112:15
**needed**

43:15 65:6
66:13,18
68:6 71:1
74:1 80:14
**needs**
92:6
**negative**
100:21
**negatively**
99:5,20
**nerve**
17:23
**nerves**
18:1
**never**
26:13,14
  36:6 37:15
  50:11 62:23
**new**
59:20,24
  60:1,4 61:6
  61:7,8
  62:16 67:1
  67:4,4,18
  68:15,17,18
  69:21,21
  93:21 94:11
**NICOLE**
1:4 109:4
**night**
8:1
**nine**
34:12,16
  99:2
**Nineteen**
5:19
**North**
1:20 2:12
  5:2 7:23
  14:11 110:8
**Northam**
55:6
**NORTHERN**
1:2 109:2
**notarial**
111:10
**notarized**
50:8 51:17
  51:19
  112:15
**notary**
1:17 109:24
  110:4
  111:15

**notation**
65:19
**note**
89:9
**noted**
111:5
**notice**
13:10 88:12
  89:22 111:3
**notification**
34:18
**notified**
65:12
**notify**
65:6
**November**
70:22
**number**
3:9 61:6
  76:21 77:22
  77:23,24
  78:2 112:7
  112:19
**numbers**
95:23

―――――――――
**O**
**obligation**
61:21
**obtained**
72:11,13
**occasion**
88:23
**Occasionally**
24:16
**occasions**
76:15,17
**occur**
51:21
**occurred**
79:12
**October**
8:3,6
**offered**
107:2
**oh**
16:7 25:10
  42:14 48:11
  48:13 64:20
  75:22
**okay**
4:23,24 8:19
  10:2,23
  11:6,15

12:11,19
13:17 14:5
18:5 23:16
24:24 25:11
27:6,16,19
29:3,7,9,24
30:20 31:3
31:6,13
32:2,7,18
32:21 35:7
35:13,16,24
36:24 38:11
39:5,10,23
40:6 41:19
41:24 42:17
43:18 45:20
46:20,24
48:21 49:8
50:16,21,24
51:12,23
52:21 53:3
53:22 55:14
55:19 56:18
57:3,20
58:16 59:2
59:11 60:23
62:13,21
63:7,19
65:5,11,17
66:15,22,24
68:12 69:7
70:4,10
74:4 77:1
77:21 78:3
79:21 80:24
82:17,17
85:16,24
86:7 89:5
89:19 92:23
94:7,21
95:7,24
96:6,19
97:2,18
99:11 100:4
100:8 101:3
102:20,23
105:7,13,23
106:6 108:8
**old**
5:18 84:6,10
**once**
14:18,19
  16:4 34:11
  47:2 76:12
**ones**

65:4
online
99:10,11
open
28:18,21
52:21
opened
53:1 58:9,9
opening
95:4,12
opinion
99:16 103:12
103:16
order
73:4,10
orders
106:19
organization
88:10
original
41:8 62:15
92:22
originally
23:18 43:8
44:3
outcome
111:8
outside
103:18,18,21
out-of-po...
101:3
overlapped
13:19
owe
24:5 37:1
owed
45:16,17,24
46:8,9,21
49:1 64:18
89:1 104:11
o'clock
1:22

**P**

P
2:8 112:4
page
51:13 53:19
53:23 55:2
55:2,4,6
82:4
pages
55:1 71:23
112:12,15

112:17
paid
8:15 10:9
11:17,20
12:8,13
15:8 26:18
26:19 34:11
41:13 46:22
56:22,24
57:1 60:5
98:17 103:2
103:6,13,13
103:17
105:3
106:11
pain
19:5 101:15
102:5
paper
58:13 61:14
63:9 99:8
paperwork
43:15 55:23
56:1 58:10
58:12 61:9
66:12 83:16
83:19
paragraph
82:3,17
85:16,17
87:10 88:9
parents
5:10,13 6:1
6:3 10:4,6
22:16 23:9
part
55:4 56:22
56:23 75:13
75:17 92:21
101:7
partially
11:17,19
particular
22:12 41:5
42:5 44:24
45:7 52:1
55:10 58:1
97:24 98:16
parties
111:7 112:18
party
35:8 36:6
pay
6:3 8:22
9:10 10:11

11:9,11,12
12:2 23:1,9
32:6 41:3
41:11 46:23
49:1 61:24
62:6 75:21
79:20 97:8
97:9
paying
9:9 10:18
34:24
100:12
104:11
105:5,6,14
payment
26:1 31:15
31:17,20
34:24 35:5
82:20 83:6
83:7,9
104:4 107:9
payments
24:2 25:22
34:15,20
35:24 56:15
56:18,21
58:5 82:7
82:13
pen
55:3
pencil
55:3
pending
110:10
Penney
30:11,12
people
93:6,11 95:9
97:5 104:10
percent
56:8
period
21:12 70:18
94:15
person
35:17,19
75:20
personal
35:15
personally
110:7
pertaining
40:2
phone

24:22 25:3
32:4 37:20
37:22 50:10
50:16 77:21
77:24 82:14
90:21 95:19
96:1 97:24
112:19
phrase
44:18 103:11
physical
18:20 22:10
97:21
piece
61:14 63:9
place
9:24
plaintiff
1:7 2:9
63:21 89:10
89:24 109:7
110:12
plaintiffs
92:13 109:5
Plaintiff's
1:5
please
4:7 112:13
112:16,19
point
26:4 78:14
police
71:16,18,20
71:24 72:2
72:3,11,14
74:3 77:9
77:10,11,13
77:15,18,22
78:6,16,19
78:21,24
79:7,10,12
79:13,20,23
79:24 80:6
80:12,21
83:21 96:24
104:19
107:22
108:4
possession
60:21 66:20
possible
97:5 104:2
potential
93:11
potentially

86:20 97:6
practice
88:11
Practices
15:18,21
16:20 17:1
17:7,10
pregnant
18:8 19:18
90:16 97:24
prejudice
75:5,6
Prep
6:15
prepare
36:13 41:24
42:12
prepared
42:6
prescribed
21:6,10
prescription
17:16 19:2
20:6
presence
110:19
present
51:18 111:4
presently
4:24
press
43:16
pressure
97:23 98:4
104:10
pretty
5:23
previously
37:10 53:9
67:22 88:10
88:17
prior
13:21 82:20
problems
22:8
Procedure
1:19
procedures
40:5
processed
68:6
processing
10:8
prohibit

22:11
**proof**
98:18
**properly**
15:23
**provided**
62:10
**provider**
25:3
**provision**
16:21
**psycholog...**
20:19,22
  21:1
**public**
1:17 109:24
  110:4
  111:15
**pull**
58:21 82:15
**purchase**
26:5
**purchased**
45:23 46:4
  67:18 82:7
  82:13 95:14
  104:21
**purchases**
46:6 56:12
  59:7
**purpose**
107:7
**pursuance**
111:3
**pursuant**
1:18
**put**
70:19,19,23
  75:20 88:1
  88:7 89:22
  94:16
  101:14
**putative**
43:1

_____ **Q** _____
**question**
4:16,21
  26:17 42:23
  43:4 54:24
  64:14 74:13
  74:23 87:3
  105:17,22
**questions**

**108:9 109:15**
  112:19
**quickly**
26:8,18
**quit**
13:8,9
**quite**
18:13

_____ **R** _____
**ran**
18:9
**rate**
15:10
**rating**
99:24 100:20
  100:22
**reach**
26:7 40:8
**reached**
26:18 27:22
**read**
51:9 109:11
**reading**
17:9
**really**
16:10 45:12
  63:24 73:11
  80:8 105:21
**reapplied**
85:6
**reason**
75:14,16,17
  100:2,9
**reasons**
20:12 92:2
  100:1
**recall**
39:10 55:15
  55:17 56:10
  57:20 61:10
  61:19 63:14
  65:3 68:19
**receipt**
74:16
**Receivables**
1:9 39:2,8
  42:19 50:6
  63:24 89:10
  93:23 109:9
  110:12
**receive**
6:22 8:7
  12:6 24:9

32:11 34:2
46:24 48:9
54:5,13,17
54:22 56:5
56:9 61:9
61:16 62:10
62:14 63:16
64:11,16
65:21 67:3
68:15,17
80:2,9,21
91:2
**received**
7:7 8:23 9:4
  10:22 11:11
  11:24 12:4
  12:12 32:13
  34:18 35:24
  37:15 46:17
  46:21 47:6
  47:7 48:5
  48:15 49:2
  49:5 51:23
  51:24 52:5
  52:10 55:15
  56:10 58:10
  61:8 62:18
  62:22,23
  63:12,19
  64:19 66:1
  66:16 67:1
  67:13,15,20
  69:20 70:11
  79:3 80:10
  80:20 89:23
  90:2,5 91:8
  91:11 95:19
  96:16
  107:14
**receiving**
32:15 39:11
  54:19 55:17
  63:2,5,6,18
  64:10,15
  67:18 95:20
  96:12
**recognize**
47:21 52:17
**record**
4:7 38:14,15
  52:14,15
  55:14 82:18
**records**
79:14,16,18
  79:19 82:7

82:13,21,23
83:5 99:10
99:11
  101:19
**recover**
101:16
**red**
18:9
**reduce**
46:23
**reduced**
110:20
**referred**
16:22 45:11
  106:8
**referring**
10:13 82:9
  82:21 84:2
  85:20,24
  87:14
**reflect**
83:5
**reflected**
69:21 84:16
**reflects**
81:11
**refund**
9:14 10:11
  36:24 37:2
**refunded**
10:10 11:21
**refused**
66:13
**regarding**
17:6 35:14
  91:12
**regards**
38:9 79:2
  93:10
**regular**
24:2 25:22
  102:2
**related**
11:12 58:13
  92:5 101:11
  111:7
**relates**
102:17
**relating**
58:5,10
  82:18
**relationship**
59:2,5
**relied**

10:13,15
**relief**
103:9
**relies**
6:5
**rely**
6:8
**remainder**
57:5
**remaining**
72:1
**remember**
9:5 17:12
  20:9 27:1
  38:6 44:7
  54:7,8,15
  54:19 55:20
  56:11 57:19
  63:2,5,6,11
  63:18 69:14
  85:11,15
  90:14,16
  93:3 102:3
  106:24
**remind**
70:4
**removed**
67:22 68:11
**RENEE**
2:16
**rent**
6:3 23:10
**reoccurring**
31:8 32:3
**repay**
61:22
**repeat**
64:14
**report**
71:16,18,20
  71:24 72:2
  72:3,11,14
  74:3 77:9
  77:13,15
  78:6,16,19
  78:21 79:7
  79:20,24
  80:6 83:21
  96:24 98:21
  98:22,24
  99:2,6,14
  99:19,21,22
  100:9,19,21
  107:22
  108:5

reported
99:17,18
110:18
Reporter
109:14
112:22
Reporters
112:1
reporting
98:15 100:11
100:17
reports
100:5
represent
43:22 44:5
93:6
represent...
75:1
represent...
83:4 93:5,11
95:8 97:4
103:6,10,14
103:14
represented
97:6,6
representing
105:9,16
required
10:17 11:9
research
86:11
researched
88:5
reserve
108:10
reside
5:1
residence
12:21
resident
12:20
residents
87:12,23
resigned
13:9 14:1
respect
42:17
respective
112:18
respond
4:17,21
responded
96:22
response

4:19 53:4
84:6
responsib...
14:16 93:4
97:3
responsib...
77:13
responsible
43:14 57:4,8
97:16
106:20,21
result
40:7
retirement
33:24
return
112:17
returns
36:11,17,20
review
81:8,22
112:13
reviewed
86:5,14
revisions
81:18
ridiculous
75:19,23
right
9:9 11:10,14
18:11,21
33:7 38:23
39:15,15,18
48:18 50:19
51:15 52:2
53:24 54:14
54:18,20,23
55:16 57:16
58:11 60:8
60:19,22
61:1 62:19
63:1,17
66:3,20,21
67:16,19
73:16 74:17
78:12 80:3
83:11 86:4
90:4,7
91:16 92:18
95:22
105:17
ringing
14:14
Riverside
14:11

road
62:17 64:4
role
92:8
roles
95:8
rough
27:14
roughly
69:17
rules
1:19 4:14
run
4:13 83:24
run-down
6:11

_____ S _____

s
3:8
Sadler
88:13,14,18
SAITH
108:11
sales
14:16
saved
8:18 99:12
99:13
savings
8:20,21 33:2
33:11
saw
77:8
saying
46:21 47:8
64:20 79:4
89:1 91:11
96:20 100:9
says
38:23 40:23
48:15 53:19
55:6 64:1
73:12 75:4
82:18 86:4
90:3
school
6:12,13,14
8:22 9:7,10
9:10 10:3
11:12 15:5
24:8 80:13
80:22,23
schools

9:18 13:24
school's
79:14
score
98:14,19
99:5,16,16
99:20 100:1
100:3,10
seal
111:10
seasonal
14:18
second
28:8 52:14
67:7 69:3,5
69:7,12,16
70:14,20
71:3
secure
112:13
see
11:22 48:7
63:20 73:11
89:11
101:24
102:2
seek
21:1 39:24
97:18
101:17
seeking
103:9
seen
37:12 39:3
40:19 42:7
47:16 53:11
72:5 73:2
102:1
semester
9:5 10:9,10
send
66:12,13
90:23
sending
97:12
sent
48:2,19
49:13 50:14
50:18,20
59:20,24
61:11 70:14
88:24,24
89:17
102:21

separate
92:19
services
105:1,19
106:4
set
74:11 108:6
111:9
Setina
112:22
seven
28:11
seventh
51:13
sheets
112:12,14,15
112:17
shop
30:6
Short
47:19
Shorthand
109:13
shoulder
18:16,24
19:1,8
show
37:10 38:20
40:18 47:15
53:9 60:10
65:12 67:4
67:7 69:24
71:9 72:20
81:23 82:19
101:19
showed
67:15
shown
99:19
shows
89:23
shred
34:9
side
18:10 19:20
19:23 20:1
20:16 21:19
signature
108:10
110:24
112:11,13
112:14,15
112:17,23
signed

51:13 85:19
87:2 112:15
112:15
**significant**
9:15
**similar**
29:23 33:23
93:7
**Sincerely**
112:21
**sit**
54:16,21
56:7 62:23
63:15 79:21
100:6
**sitting**
4:15 102:13
**situation**
45:9
**situations**
93:7
**SIU**
13:15 79:12
79:13
**six**
21:16 24:6
70:1,17
**sold**
94:22
**solely**
85:1
**solicitation**
53:4
**somebody**
8:11 49:16
**somebody's**
55:5
**Sore**
25:8
**sorry**
10:21 26:16
38:24
100:20
**sort**
4:13
**sought**
20:21
**South**
2:4 112:5
**Southern**
6:21 7:4
8:24 9:14
9:16,24
10:8,19,23

11:16,22
12:2,9,22
13:15
**Spanish**
7:3
**speaking**
17:10
**special**
103:9
**specific**
16:17,21,22
17:4 18:22
86:17,19
**specifically**
11:12 38:2
57:22 59:9
86:21,22,22
**specifics**
41:18 86:17
**spell**
4:8
**spelled**
17:20
**spent**
10:3
**spike**
98:2
**spoke**
76:24
**spring**
24:12
**Sprint**
25:4
**SRA**
12:20 13:18
13:20,21
**SS**
110:2
**St**
6:15
**standing**
22:11 101:13
102:6,7,9
**start**
10:18 21:23
27:19 96:12
**started**
14:19 19:18
60:18
**starting**
6:12
**state**
1:18 4:7
10:24 39:21

40:11 41:4
41:6,17,20
42:1,13,14
43:22 44:5
48:9 57:11
57:14 63:19
63:21 73:6
73:8,13
84:24 89:9
105:10
110:1,5,9
**statement**
58:15 63:12
63:13 67:3
67:7,12,20
83:22 85:5
**statements**
34:2,5,7
55:21 58:4
63:16 67:14
67:24 69:21
69:23 84:16
**states**
1:1,20 82:6
85:17 87:10
88:9 109:15
110:11
**stating**
91:8
**station**
59:13
**status**
35:21
**statute**
16:12,16,21
44:23 45:11
83:24
**stealing**
70:12
**stenograp...**
110:18
**step**
28:7
**stole**
59:1 70:6
**stolen**
43:8 46:10
46:13 49:12
59:15,19
71:21 94:14
**stop**
9:16 21:17
21:22 46:14
56:18,21
104:7

107:12
**store**
14:9 29:22
**stores**
59:10
**Street**
1:20 2:4,12
110:8 112:1
112:5
**stress**
75:21 97:11
97:19 101:9
**strike**
25:13 64:3
**student**
10:12 12:20
23:15,18,20
24:5,10
79:15
**stuff**
9:11
**style**
14:13
**subject**
25:9 82:19
**submit**
49:18,19
59:21 66:7
71:6 72:8
72:13,14
74:5 76:2
78:3,6,13
78:15 79:24
80:14
112:13
**submitted**
49:24 50:1
50:11 51:10
57:10,17
71:5 72:9
72:16 73:14
74:5,20
76:3 78:11
80:19 83:15
83:19 94:14
107:21
108:3
**submitting**
84:7 95:21
**SUBSCRIBED**
109:20
**suddenly**
67:20
**sue**

42:21,24
43:17,23
45:15 75:2
75:7 90:18
90:24 91:3
91:9
**sued**
44:23 45:22
45:23 75:3
79:2 88:10
89:20 92:19
**suffer**
18:12 19:23
22:2,4
**suffered**
19:7 20:1,15
97:22 98:9
98:12
**suggest**
73:21
**suggested**
64:6
**suggesting**
64:17
**suing**
35:16,18,19
74:10 93:1
**suit**
35:15 47:2,4
74:9 89:6
89:13,15
91:20,24
92:17 97:7
107:10
111:7
**Suite**
2:13 112:1
**Summer**
56:20
**supplemental**
73:15 107:16
107:22
**supplies**
9:11
**support**
6:6,9 32:11
32:13,16
84:8
**supported**
8:19
**supporting**
83:20
**supposed**
101:12

sure
5:22 16:17
 23:22 25:2
 25:19 27:13
 29:15 38:23
 41:18 42:6
 42:16,23
 43:3 47:1
 52:6 54:12
 56:4 59:9
 63:24 66:4
 76:21 80:8
 80:18 84:14
 85:4 87:4
 89:21 90:2
 93:9 95:9
 96:5,11
 101:8
 105:21
 107:19
surprise
62:11
surprised
62:8,22
Susan
1:16 109:13
 110:4
 112:23
sworn
4:1,4 109:20
 110:15
S/I/I
64:1

_____
T

T
3:8
take
9:19 10:11
 19:17 26:11
 45:10 47:18
 56:1 80:17
 83:17 91:12
 92:5 97:15
taken
1:15,18 55:3
 92:6 109:12
 112:8
talk
35:7 77:5
 79:10,11
talked
44:3 50:10
 66:9,12
 74:12 82:14

 104:19
talking
52:9 94:21
 95:10,13
 105:8,15
Target
30:21,23
 31:3,4
taught
62:4
tax
36:11,17,20
taxes
36:13 37:1
technically
9:21
tell
4:24 12:16
 15:20 16:10
 20:24 24:21
 25:8 26:14
 27:16 29:19
 31:11 35:13
 36:3 37:21
 49:8 77:19
telling
27:9
Temporarily
21:8
ten
36:18 87:11
 87:22
term
45:13
terms
10:17 61:12
 61:16,20
 62:9 63:3
 63:12
testified
4:4 22:16
 68:23 95:16
 97:3 98:10
testify
54:22 56:7
 110:15
testifying
22:14
testimony
79:22 81:10
 84:19 85:1
 110:17,22
 111:9
Thank

5:24 27:6
Theatres
7:17 8:2
 102:15
theft
78:1
therapy
18:20
thereof
111:8
thing
63:8 66:1
 74:1 75:8
 93:12,13
things
17:23,24
 18:21 42:4
 44:19 45:8
 67:17 95:1
 100:21,23
 100:24
 101:1
think
4:15 14:4
 15:22 26:3
 26:24 30:24
 31:22 39:18
 45:14 53:20
 53:21 55:6
 56:9 62:17
 62:17 70:21
 75:19 81:7
 81:7,9 87:3
 93:14,17,18
 95:16 101:5
 103:23
 107:20
third
69:18,20
 71:3,4
Thompson
51:22
thought
5:22 40:3
thousand
69:2,4,11
 85:14 107:3
threat
97:13,14
threatened
90:10,18
 91:23
threatening
90:23 91:2
 97:12,15,16

three
13:5,21
 27:18 28:15
 28:18 30:9
 32:6,8
 49:21,24
 50:2 55:1
 76:1 93:21
 96:6,8
Tiffany
55:6
time
8:8,11,14,17
 8:20 9:7,21
 9:22 10:14
 12:19 14:20
 16:3 17:4
 21:13 22:5
 26:4 28:19
 32:6 57:4
 59:22 60:3
 69:3,4
 70:11,18
 71:3,3,4
 76:16 77:4
 77:16 78:5
 78:24 83:18
 84:15 94:15
 99:24
times
45:12 49:21
 49:24 50:2
 76:20,21
 77:3 93:21
tired
107:1
today
22:14 41:6
 42:5,18
 44:10,17
 54:16,22
 58:2 62:14
 62:23 63:15
 66:19 74:10
 79:21 93:19
 95:16 100:6
 107:21
told
21:18 33:17
 34:12 43:7
 43:13 49:10
 49:20 61:5
 66:17 71:1
 73:22,23
 74:5 75:9

75:10 77:12
 77:18 78:8
 78:20 79:6
 79:11,13
 83:3 86:24
 88:2,6 98:4
 104:19
top
53:19 55:4,5
total
41:13 84:14
totally
93:22
to-wit
110:6
training
17:6
transcript
109:12,15
 110:22
 112:10,13
 112:14
Transcrip...
110:21
transferred
9:18 13:23
treat
17:22 21:7
 21:24
treated
18:23 22:7
treatment
20:21 21:1
trial
22:12
true
92:22 95:5
 110:21
truth
110:15,16,16
try
75:21 80:14
 98:5 104:10
trying
11:24 14:4
 15:22 16:23
 40:7 49:1
 50:13 56:6
 58:8 61:2
 84:21 94:11
 96:21 98:6
 106:24
tuition
9:9 10:3

11:12,18
**twelve**
70:18
**twice**
77:2
**two**
12:15,19
13:9,17,19
13:20 31:5
52:6 55:1
59:10 65:4
76:23 78:21
80:20 95:19
96:1,2,14
96:17
**type**
16:12,13
33:16 42:9
**typed**
72:3
**typewriting**
110:20
**typically**
36:24 37:1,2

───────────
**U**
**uh-huh**
4:18 5:12
14:8 28:14
32:10 47:5
82:5
**understand**
4:16 7:24
16:2 24:9
39:5 42:23
43:3 45:22
45:24 46:4
61:20 62:1
66:5 87:3
105:21
**understan...**
12:1 16:6,24
44:14 57:3
58:8 61:2
84:3 104:24
105:18
106:2,6,12
**understood**
12:14 26:20
61:23
**undetermined**
110:10
**unemployed**
8:5,7,14
10:14,16

**12:17**
**unfair**
45:4 75:18
**United**
1:1,19 109:1
110:11
**University**
6:21 7:5
8:24 9:2,14
9:17 10:19
10:23 11:17
11:23 12:3
12:10,22
**unpaid**
98:16
**unrelated**
93:22
**unsure**
91:5
**use**
15:23 17:22
62:5
**usual**
102:6
**utility**
23:1,5,7

───────────
**V**
**Vaguely**
15:19
**valid**
83:24
**validity**
66:6 91:15
**varied**
9:5
**varies**
16:13 31:19
**vehicle**
18:9
**verbal**
4:19
**verified**
39:1,6,11
64:7,10,15
66:2 84:23
**versus**
39:2 88:13
**violating**
44:22
**virtually**
85:19 87:1
**Visa**
26:23 27:1

28:9
**Visas**
27:18
**Voluntarily**
73:8
**vs**
1:8 109:8
112:7

───────────
**W**
**W**
110:3
**Wadeane**
5:14
**wait**
81:9 100:8
**waived**
111:1
**walking**
101:10,20
102:7,8
**Wal-Mart**
59:12
**Wanda**
51:18,18
**want**
7:21 15:23
66:4
**wanted**
43:4,23
106:23
**Washington**
7:11,12 9:2
**wasn't**
5:22 9:24
26:17,17
43:12 77:4
95:2 97:17
101:12
104:15
**way**
4:14 79:17
103:11
111:7,8
**week**
15:12
**weekends**
14:20
**weeks**
13:9 21:16
**Wellbutrin**
21:11,12,20
**went**
12:9 48:16

59:10 93:14
93:17 95:10
95:11 98:4
98:6 99:17
101:20
**weren't**
9:13 102:8
**we'll**
40:18 66:22
71:9 108:9
**we're**
41:6 42:5,18
44:9,17
46:14 62:17
66:15 100:4
**we've**
64:3 93:18
107:20
**whatsoever**
55:23 58:13
**whereof**
111:9
**whichever**
77:16
**Winona**
1:4,15 3:3
4:2,9 109:4
109:19
110:7,11
112:8
**wise**
40:3
**withdraw**
10:8
**witness**
3:2 4:1,3
81:4 110:9
110:14,17
110:19,23
111:1
**woman**
66:9,11
**word**
15:23 106:17
**words**
11:8 26:7
67:14 90:9
95:2
**work**
8:4 13:1
14:3,20
15:13 36:19
41:4,16,18
105:16

**worked**
7:24 13:3,5
13:20 14:9
43:8
**working**
11:18,20
12:23 14:19
32:17
102:15
**worry**
15:24
**wouldn't**
4:20 62:8,11
62:22 94:2
94:4
**writing**
65:13 66:7
66:13,18
**written**
15:2 55:5
**wrong**
45:14 95:17
**W-A-D-E-A...**
5:14
**W-I-N-O-N-A**
4:9

───────────
**X**
**X**
3:1,8

───────────
**Y**
**Yeah**
49:4
**year**
13:21 19:14
19:15 24:11
24:12 30:13
31:5 70:17
**years**
7:4 13:6,19
13:20,21
17:4 26:10
28:11 29:18
30:9 31:5
36:18,18
82:20 96:14
96:17
**year's**
36:22

───────────
**Z**
**Zemarriya**
5:17,18 6:5

```
zero                10                  109:14,22           3:13               84-2501
67:15               3:15 71:9,12        110:7                                  1:17
Zipprich            100                 111:11          ____ 5 ____            876-1700
2:16 3:4 4:6        56:8                112:4               5                  2:15
  38:14,19          11                  215                 53:10,19,23    ____ 9 ____
  40:17 47:14       3:16 72:21          5:2                 81:5               9
  47:20 51:4          72:23             23rd                500                3:14 51:2,6
  52:14,16          11:30               1:21 109:14         68:21 70:16          53:19,23
  58:19 71:14       1:22                  110:6             85:12,13            58:18 72:18
  73:1 81:6         120                 23,000              51                 900
  108:8             2:4 112:5           24:1                3:14               31:2
  112:24            1400                24                  58                 92
Z-E-M-A-R...        31:22,22,23         107:16,23           85:16,17           87:10,10
5:17                  31:24             24.71          ____ 6 ____             93
                    16                  32:8                6                  88:9
____ $ ____         51:14               2700                3:11 38:17
$1,030              16th                2:13                  38:21 63:22
29:11,12            72:20               28                    81:4
$1,080              17th                112:4               600
30:2                73:12                                   7:23 30:17
$1,940.37           18th            ____ 3 ____             60601
64:2                2:5                 3                   2:14
$1200               180                 28:6                60601-1014
30:15               1:20 2:12           3,000               112:2
$24.71                110:8             25:21               60603
32:9                1999                30                  2:6 112:6
$3,000              6:17 21:2,2         15:14 65:7          60644
26:5,17               52:23               65:12             5:2
$300                                    300
41:12           ____ 2 ____             112:1          ____ 7 ____
$3100               20th                312                 7
25:16               80:10               2:7,15              3:12 40:15
$42                 200                 37                    40:19 82:4
31:20               112:1               27:15               7-23-08
$500                2000                38                  112:8
27:21 53:2          26:10 28:13         3:11                7.75
  69:15,18            70:9,12,19        3800                15:11
$800                  70:22             27:15               700
30:5                2001                3900                29:15
                    24:12 56:20         27:5,9              71
____ 0 ____           83:8,10                               3:15
08                  2002            ____ 4 ____             72
1:8 51:14           13:6,7 28:17        4                   3:16
  109:7 112:7       2005                3:4 38:24           739-4200
                    8:5 13:6            40                  2:7
____ 1 ____         2006                3:12 15:14          760
1                   18:4 19:19            82:3              1:8 109:7
37:11                 96:18             400                   112:7
1,000               2007                28:6
30:24               8:3,6 39:12         401-K          ____ 8 ____
1,940.37              83:10 87:11       33:19               8
64:5                2008                41                  3:13 47:12
1/2/2004            1:21 38:24          82:17                 47:16 49:14
38:24                 72:20 73:12       47
```

**A**

**able**
26:11 43:20
60:9,10
75:20,22
**above-ent...**
1:16 112:11
**academic**
15:6
**access**
99:13
**accident**
18:3 19:7
35:14
**accomplish**
104:6
**account**
32:22 33:2,7
33:12,24
34:19 35:5
46:5 57:6
57:24 58:6
58:10,11,14
59:19,22
60:2,6,13
60:24 61:1
61:6,6
62:16 65:20
67:11 68:13
68:14 70:13
70:23 82:13
82:18 93:20
94:8 96:21
**accounts**
33:15,23
34:8 82:8
95:5,12
**accuracy**
56:8
**accurate**
107:18
**accurately**
22:14 81:11
109:15
**accused**
14:23 37:5
**acquired**
13:12
**Act**
15:18,21
16:20 17:1
17:7,10,14
**acting**
94:9,10

**action**
40:11 43:1
43:22 44:6
44:9,11
53:13 57:12
57:14 82:21
89:9 91:12
92:17 93:15
93:16 94:4
97:7 104:14
105:11
**actions**
94:21 100:17
**action's**
95:3
**actual**
98:8,9,12
**addition**
11:14,15
97:2
**additional**
40:23 112:11
**address**
7:21 112:17
**Adler**
48:1,5,18
49:6,16
50:14,17
51:10 57:10
72:16 73:15
73:19,21
74:4,12
78:11 79:6
80:10,15,19
83:16,20
84:7 95:21
**advantage**
74:14
**advice**
39:24 77:20
**advise**
65:5
**advised**
17:3 60:23
**affidavit**
46:11,12
48:2 49:19
49:22,24
50:1,8,9,11
50:20,22
51:5,8,9,12
52:8 57:10
57:17 58:16
58:20 59:21
61:5 68:5,7

71:1,6
72:15,19,19
73:14 74:2
74:5,6,20
77:14 78:7
78:16 79:24
80:11 83:20
94:14 95:21
96:24
107:15,21
108:4
**affidavits**
72:9 76:2
**affixed**
111:10
**afore**
110:16
**aforement...**
112:11
**aforesaid**
110:23
**Agency**
17:14
**agitate**
98:7
**agitating**
101:21
**ago**
96:17 98:10
100:17
**agree**
76:1 93:24
94:2,4,18
94:24
107:14,17
108:3
**agreed**
108:6
**agreement**
54:3,5,7,13
54:18,23
55:2,10,16
55:18 56:5
56:10 62:24
112:13
**ahead**
75:2,14
**aid**
8:21,23 9:3
9:8 10:2,18
10:22,24
11:1,19,24
12:3,6,7,8
**al**

109:9
**alcohol**
22:8
**allegation**
82:10 86:1,8
87:21
**allegations**
81:15
**alleged**
49:9 87:12
87:23
**allocated**
67:10
**AMC**
7:17 8:1,4
12:18 15:8
102:15
**amended**
53:10,13
**amount**
9:6 26:5
27:22 41:13
46:23 69:14
84:12,14,16
84:23 85:10
101:15
104:2
**answer**
4:18 26:16
56:9
**answered**
27:7
**answers**
109:16
**antiinfla...**
20:11
**anybody**
81:23
**anymore**
19:22 52:13
**appear**
41:19 109:16
**appearance**
39:16,19,20
40:11,23
48:16,17
79:5 97:9
101:10,13
101:22
108:5
**APPEARANCES**
2:1
**appeared**
60:18 84:20

110:8
**appears**
84:23
**appendix**
82:19
**applicable**
112:12
**application**
53:7 54:2,6
55:24
**applied**
54:1 56:2
85:8
**apply**
53:4
**appointments**
102:4
**approxima...**
13:3 15:12
**arrive**
42:21
**art**
45:13
**asked**
43:10 48:2
49:21 66:12
75:5,12
81:7 109:16
**asking**
42:9 84:6
89:12,19
92:24
100:13
**assistance**
12:3
**assistant**
12:20
**assisting**
14:14
**associate**
56:12 57:21
57:23 61:1
64:3 95:4
95:11
**associated**
58:1 85:8
**Associates**
45:24 46:5,6
46:7 48:1
50:4,15
52:19,21
54:1 55:18
56:15,19
58:10 60:2

60:24 64:1
64:22 67:2
71:6 72:10
73:15 76:2
76:3,6,9
79:6 85:6
93:18,19
94:3,9,10
94:12,13,15
94:22 95:12
95:14 96:21
104:22
**assuming**
6:5
**attach**
85:19
**attached**
63:9 87:2
106:14,15
106:16,17
106:18
**attend**
6:14,18 7:4
7:12
**attended**
7:9
**attending**
7:13 8:24
9:1,7,16
**attorney**
17:3,5,11
39:24 44:20
53:14 79:5
86:14,24
97:10
102:21
105:5
106:11,13
**attorneys**
39:9 47:8
52:1 111:5
**attorney's**
104:1 105:3
105:4,4,7
105:14,15
106:7,16,21
**audibly**
4:17
**available**
25:13 27:2,4
27:8,8
29:10 30:1
30:14,22
52:24 61:15
63:10 68:20

**Avenue**
29:20,21
30:1,3,8,9
**award**
103:23
**awarded**
103:19,21
**aware**
42:7 80:5
84:15 86:13
86:23 87:6
88:14
**A.D**
1:21
**a.m**
1:22

---
**B**

**B**
3:8
**back**
10:18 11:9
12:12,16
14:20 18:16
28:7 38:13
46:7,15
48:4 53:17
66:24 72:18
84:2 94:16
**background**
6:12 88:4
**balance**
23:23 25:17
26:7 27:11
28:4 29:14
30:3,16
31:1,21
33:6,11
60:1,1,3,5
60:16 61:15
63:10 64:6
67:4,9,13
67:15 69:17
85:1
**bank**
34:3
**banking**
33:16
**bankruptcy**
22:23 37:8
**banks**
23:14
**based**
74:24 78:5

85:18 86:8
94:9
**basic**
14:16
**basically**
14:14 15:22
16:2 48:24
**basis**
24:12 86:7
87:20,21
102:2
104:14,20
**bed**
102:12
**behalf**
1:5 2:9,17
12:9 40:12
44:21 53:14
81:16 109:5
**belief**
84:9 85:17
103:5
**believe**
31:7 39:4,7
40:13 53:12
73:12
**believed**
83:23
**benefits**
8:7 15:15
**best**
91:7,10
94:20
**beyond**
44:23 50:14
**bill**
24:22 34:11
55:22 56:22
56:23 64:19
89:1,17
**bills**
8:15 9:13,15
23:2,5,7
**bit**
12:16 46:16
48:4 62:18
**blood**
97:23 98:4
**book**
37:20,22
**born**
19:16
**bottom**
66:16,22

**bought**
94:8,11
96:20
**boy**
5:20
**break**
47:18,19
**bring**
100:22
**broad**
16:21
**Bruce**
5:15
**Bryant**
14:6,7,9
29:8,16,23
29:23
**building**
12:23 13:16
51:22
**bureaus**
98:15
**buying**
104:7,8

---
**C**

**C**
1:8 109:7
112:7
**call**
38:5 49:6
50:16 65:14
65:15 91:13
97:24 98:23
112:19
**called**
4:3 14:13
38:3,8,9,13
48:22 49:7
49:9 59:16
65:18 66:6
66:9 68:3
70:3,21,22
76:16,19,22
77:3,4,16
78:24 79:19
79:22 83:16
88:13,24
98:3 101:23
103:1
**calling**
48:24 78:20
97:12
**calls**

95:19 96:1
**calm**
98:5,6
**campus**
12:21 53:7
79:12
**cancelled**
58:5
**Capital**
1:12 27:18
28:16,24
42:20 87:18
91:17,20,23
92:3,9,19
92:21 93:1
**car**
18:3,10 19:7
23:12 24:13
24:15,17
35:14
**Carbondale**
77:10,11,22
79:10
**card**
25:12,15,18
25:23 26:2
26:6,8,9,16
27:3,9,12
28:12,13
29:17 30:4
30:8,9,12
34:8,23
35:5 43:9
46:10,13
49:11 52:18
52:22 53:1
53:4 54:1
55:20 56:2
56:13,16,19
57:1,5,21
57:24 58:1
59:1,8,15
59:16,19,20
59:24 60:1
60:4,16,18
60:20 61:1
61:7,8,11
61:18,21
62:5,7,9,11
62:15,15,16
62:18 63:9
64:3,7 67:1
67:4,18
68:3,15,18
68:21 69:3

69:5,7,9,12
69:12,16,18
69:20,21,22
70:3,6,11
70:12,13,14
70:20 71:22
84:13 87:13
87:23 93:20
94:12,14
99:4
**cardholder**
54:18,23
55:2,10
**cardholders**
62:10
**cardmember**
54:3,5,7,13
55:15,17
56:5,10
62:24
**cards**
24:23 25:6,8
26:15,20
27:17 28:2
28:5,16,23
28:24 29:4
29:5,19
30:7,10,18
34:12,16,22
62:2,21,24
93:21 94:17
99:2
**care**
9:19 25:1
92:5,6
97:18
101:17
**carried**
69:18
**carry**
60:1
**case**
22:12 40:2
42:13,14
43:8 75:4
77:23,24
78:2 85:19
87:6,6
88:12,14,18
97:8 101:11
103:24
105:9,10,12
106:8
107:13
108:7

**cases**
87:11,22
**cash**
26:11
**Cassandra**
2:8 112:4
**cause**
1:16 95:1
109:13
110:10,16
112:11
**caused**
95:3 100:19
101:9
**cc**
112:24
**Cchicago**
2:6
**cell**
24:22 25:3
32:4
**Center**
51:22
**certain**
46:22 60:18
84:20
110:10
**certifica...**
7:8
**certified**
79:4 109:13
**certify**
109:11 110:6
110:14,24
111:2,6
**changes**
112:14
**channels**
79:8,9
**charged**
34:24 46:11
56:24 61:23
62:6 69:12
**charges**
43:16 57:2,5
57:8 60:6,7
60:11,12,13
60:15,17
64:8 67:21
68:11 69:8
69:22,24
70:19,20,23
70:24 73:24
75:1 76:7

76:12 77:8
79:3 84:8
84:13,20
85:6,7,8,9
94:16
104:18
108:2
**chase**
33:1,4
**cheating**
15:6
**check**
75:12
**checking**
32:22 33:6
**checks**
58:5
**Chicago**
1:21 2:14
5:2 6:15
7:19,20
59:17 112:2
112:6
**child**
5:10 32:11
32:13,15
**child's**
5:16
**chronic**
18:17,19
**circled**
55:4
**cites**
88:12
**Citibank**
26:22 27:3
28:9,24
**Civil**
1:19
**claim**
92:10 97:22
98:9 100:13
**claiming**
99:15 100:7
101:7
**claims**
44:14 81:11
87:7
**class**
1:6 43:1
44:9,11
53:13 92:16
93:4 95:8
97:4,7

103:6,10,13
103:14
109:6
**classes**
24:7
**cleared**
93:10
**clearing**
95:7
**client**
44:16,22
**clients**
44:21 94:23
94:24
**close**
34:19 59:18
93:20
**closed**
35:5 61:1
62:16 68:13
68:14 69:7
69:13,16
**closing**
59:22 61:5
70:13 95:4
95:12
**clothing**
29:22
**collect**
45:15 84:5
96:21
104:10,12
**collectable**
104:16
**collected**
84:10
**Collection**
15:18,21
16:20 17:1
17:7,10,14
**college**
6:15,18 7:9
7:11 15:6
**Combs**
2:2 37:16,19
39:14 40:7
40:10 41:1
43:21 44:2
112:5
**come**
14:20
**common**
16:11 62:2
**communica...**

64:11 73:18
**companies**
78:2 83:5
92:4 93:8
104:7
**company**
16:3 35:18
36:1 39:8
45:4,7,7
59:16 68:3
70:3 75:19
80:4
**compensated**
105:1,19
106:3,7
**compensation**
97:7
**complaint**
15:2 39:1,6
39:11 42:3
42:6 48:5,7
48:10,19
49:2,5
53:10,13,18
63:20,21
64:7,10,16
66:2 80:24
81:8,11,13
81:19,22
82:4 84:7
84:24,24
87:2 89:23
90:4 92:22
95:20 98:9
**complete**
49:21
**completed**
112:16
**completely**
28:2
**computer**
31:12,16
82:16
**computerized**
82:7,12,18
**Computer-...**
110:20
**condition**
18:17
**conditions**
22:11 61:13
61:17,21
62:9 63:3
63:12
**conduct**

93:15,18
94:3 95:3
106:2
**confidence**
54:21
**confused**
78:23
**consistently**
36:18
**consists**
85:1
**consolidated**
23:19
**contact**
39:13 40:6
43:16 48:18
48:21 76:6
91:13 102:4
**contacted**
39:23 48:20
77:10 80:12
88:21 90:18
90:19 91:18
**contacting**
74:4
**contemplated**
37:7
**continued**
43:16 88:11
94:16
**contract**
85:20 87:2
**contribute**
23:7
**conversation**
106:10
**conversat...**
78:5
**convicted**
37:3
**Cook**
110:9 111:15
**copies**
36:20 78:6
99:6,8,9
100:4
**copy**
74:2 78:9,10
78:13,15,20
79:6,15,18
79:20,23
80:2,4,6
**Corp**
39:2 42:19

50:7 63:24
**Corporation**
1:9,10 109:9
110:13
**correct**
6:6 9:12
10:5,15
11:13 52:19
57:18 75:13
76:4,5,10
78:7 89:10
92:20 94:19
95:6,17,23
95:24
110:22
**corrections**
112:14
**correctly**
27:7
**correspon...**
46:17
**costs**
104:2 106:16
106:22
**couch**
102:13
**counsel**
111:6
**County**
1:17 110:3,5
110:9
111:15
**couple**
10:7 18:20
45:11 79:7
101:15
**court**
1:1 39:1,21
40:11 41:4
41:6,17,20
42:1,13,14
43:22 44:6
48:9 57:11
57:14,15
63:19,21
73:6,8,13
74:11,15
79:5 84:24
89:9 90:3
97:9,15
102:24
103:19,22
103:23
104:2
105:10,24

106:16,19
106:22
108:5 109:1
109:1
110:11
112:1,7,22
**courthouse**
75:10
**Courts**
1:20
**cousin**
5:10,11
**covered**
9:15
**co-plaintiff**
16:19 86:15
**credit**
1:11 24:23
25:5,8,14
26:6,12,15
26:20 27:2
27:3,4,5,8
27:9,17,21
28:16,23,24
29:4,5,9,12
29:19,24
30:7,10,14
30:18,22
31:14 34:8
34:12,16,22
34:23 35:4
35:5 42:20
43:8 46:10
46:13 49:11
50:7 52:18
52:22,24
54:1 55:20
56:2,13,16
56:19 57:1
57:5,21,23
58:1 59:1,8
59:15,16
60:20 61:11
61:14,18,21
62:2,5,6,9
62:11 63:9
63:10 64:3
64:7 67:1
68:3,20
69:9 70:3,6
70:11,13,14
71:22 84:13
87:12,17,23
88:13,20
89:2,5,12

89:20,24
90:10,17
93:20,22
94:12,13
96:13 98:14
98:15,18,21
98:22,24
99:1,2,4,6
99:14,15,16
99:19,20,21
99:23 100:1
100:2,5,9
100:10,19
100:20,21
100:22
**crime**
16:14,15
37:3
**CSR**
1:16
**current**
25:17 27:17
29:14 30:3
30:16 31:1
60:24,24
**currently**
7:13,14
17:16 20:3
25:5 26:15
26:21 30:7
32:15 34:13
35:9
**customers**
14:14,15
**cycles**
69:23

──────────
**D**
──────────
**D**
3:1 110:7
**dad**
18:9,10
**damage**
17:23 18:16
**damaged**
100:19,20
**damages**
98:8,10,13
101:6
**date**
46:22 47:1
60:18 73:11
74:11,15
77:24 80:19
83:6,7

90:14 112:4
112:8
**dated**
51:14 72:19
73:10 80:10
**dates**
74:18
**dating**
59:6
**daughter**
19:16 25:1
**daughter's**
32:5
**day**
46:12 68:6
73:13 74:21
74:23 80:20
95:22
102:16
108:5
109:21
111:10
**Daypro**
20:10,12
**days**
65:7,12
101:15
**Dear**
112:9
**debt**
15:17,21
16:4,20
17:1,7,10
43:12 44:24
45:15,24
46:7,9,22
49:1,9,11
49:17,18
50:18,19
52:2,11,17
62:6 64:2
64:18 65:6
75:21 76:17
83:23 84:5
84:10 89:1
91:12,15
94:12,22
95:14 96:22
96:23 97:16
98:17,24
99:1 100:11
104:16,21
**debts**
87:13,24
98:16 99:3

104:8
**December**
19:18 21:2
39:12 80:10
**decide**
39:24 42:24
75:7
**decided**
43:4 44:5
75:14
**decision**
40:3 42:21
**default**
16:5 45:2,3
**defeats**
107:7
**defendant**
2:17 35:10
82:24 88:20
90:5 91:17
92:3 93:8
95:2 106:19
107:23
110:13
**defendants**
1:13 35:10
46:18 50:5
50:12 52:11
64:12,17
74:9 75:3
76:4,10
78:4 80:1
81:12 82:6
82:9,11
85:19,20,22
87:8,11,14
87:15,22
90:6 93:15
93:16 94:4
94:19 95:18
98:19 99:18
99:23
100:18
104:14
106:1,19,20
107:2
109:10
**defendant's**
36:1 82:23
**deferment**
24:3,4,8
**define**
8:12
**degree**
6:22

**degrees**
7:7
**Dell**
31:12,14,15
**department**
77:11,11,18
77:22 79:1
79:11,12,13
79:16,18,19
79:23 80:13
80:22
112:23
**dependent**
8:10,12
**depending**
16:13
**deponent**
108:11 112:8
112:11,13
112:16
**deposition**
1:15 3:10
4:11 38:16
40:14 47:11
51:1 71:11
72:22
109:12
111:1,3,4
112:10
**depression**
21:3,4,7,24
22:2,4
**describe**
10:21
**described**
104:5
**desk**
12:23 13:5
13:13,14,18
13:20
**detective**
43:7,13
**determined**
71:21
**diagnosed**
18:19 20:18
20:20 21:4
**different**
17:23 46:6
54:24 65:4
79:8
**directly**
46:5
**disciplined**

15:5
**Discover**
25:12,14,18
25:23 26:2
26:6,8,16
28:12,13
29:1
**discuss**
44:1,4 92:24
**discussed**
88:17
**discussing**
16:19
**Discussion**
38:15 52:15
**dishonesty**
14:23 37:5
**dismiss**
57:11 73:22
107:3 108:6
**dismissed**
57:15 73:13
74:6,8,16
74:21,22,24
75:4 95:22
105:24
107:17,24
**dismissing**
73:4,8
**disorder**
20:19,22
21:1
**dispute**
35:1 45:20
49:17,18
50:19 65:15
65:18 66:6
66:18 76:16
91:14,15
**disputed**
52:11 65:6
**distress**
97:22
**distribution**
112:18
**District**
1:1,2,20
109:1,2
110:11
**DIVISION**
1:3 109:3
**doctor**
21:18,22
98:1,3,3

101:20,23
101:24
102:1,2,5
**doctor's**
97:18 101:17
102:3
**document**
37:12,15
38:22,24
39:1,3
40:20 42:9
47:17,21
49:14 51:7
51:19 53:11
54:9,9
71:15 73:2
81:1 83:22
84:9 90:3
**documenta...**
61:17 65:22
68:17 84:8
107:23
108:4
**documents**
41:24 42:2,3
42:12 50:18
57:24 63:3
63:13 71:7
72:1,5,8,15
73:15 74:17
80:14 83:21
102:21,23
104:3
106:12,13
107:16
**doing**
101:12 102:8
105:16
107:12,13
**dollars**
33:10,14
69:2,11
107:3
**door**
18:11
**double**
75:12
**downtown**
101:21
**drive**
24:15
**driver**
18:8
**driving**
18:10

**drowsiness**
20:2,4
**drug**
20:16 22:7
**drugs**
19:21,24
21:23
**due**
34:19 64:21
93:14 102:9
**duly**
4:3 110:15
**DYKEMA**
2:11

_____

**E**

**E**
3:1,8
**earlier**
68:22 75:18
78:14 84:3
96:2 107:8
**earliest**
96:16
**earn**
8:16
**earned**
8:20 11:18
**EASTERN**
1:3 109:3
**Edelman**
2:2 37:16,19
39:13 40:7
40:10 41:1
41:3 43:21
44:1 105:1
105:18
106:3 112:5
**educational**
6:12
**effect**
20:16 21:19
**effects**
19:20,23
20:1
**eight**
26:10
**either**
26:24 39:15
62:14 65:14
66:11 81:14
83:4 86:22
104:11
**emotional**

97:11 101:9
**employed**
7:14
**employment**
13:7
**enclosed**
112:10,11
**Encore**
1:12 42:20
50:7 87:17
91:17,20,23
92:3,8,19
92:21 93:1
93:23
**engaging**
88:11
**engineering**
7:3
**English**
5:17
**enrolled**
24:7
**entire**
85:1
**entities**
42:22 43:2
43:23 64:23
65:1 78:17
**entitled**
80:6 109:13
**entity**
45:22,23
52:4 65:3
**entrusted**
86:10
**envelope**
61:12 63:8
**errata**
112:12,14,15
112:17
**especially**
45:5
**establish**
50:13
**established**
93:18 107:20
**estimate**
33:9
**et**
109:9
**evidence**
107:15 108:1
**exact**
9:6 69:14

**90:14**
**exactly**
102:3
**examination**
3:2 4:5
85:18 86:8
**examined**
4:4
**exception**
67:17
**excessive**
102:6
**exclude**
87:17
**exhibit**
3:10 37:11
38:16,21
40:14,18
47:11,16
49:14 51:1
51:6 53:10
53:18 58:17
63:22 71:9
71:11 72:18
72:21,22
**exist**
86:23 87:1
**existence**
86:13 87:7
**existing**
27:11
**expenses**
8:22 9:10
10:3 11:13
24:19 31:9
32:3 101:3
**expensive**
25:2
**experience**
20:16 21:19
**experiencing**
20:3
**expert**
14:13
**explain**
16:1 18:14
46:3 49:16
75:11 94:7
**explained**
17:5 50:17
75:6 77:7
79:1 96:22
**extent**
95:17

**extra**
12:7

_____

**F**

**fact**
104:17
107:10
**fair**
15:17,21
16:20 17:1
17:7,9 45:6
**fall**
24:12
**familiar**
15:17 17:13
40:4 54:10
71:17
**familiarity**
15:20
**fancy**
15:24
**far**
32:2 81:15
**father**
9:19,20
32:17
**father's**
5:15
**February**
38:24
**Federal**
1:19 23:18
23:20
**fee**
79:20
**feel**
45:6
**feeling**
20:7
**fees**
85:2,7 97:9
104:1 105:3
105:4,5,7
105:14,15
106:7,11,14
106:16,22
**felt**
44:21 45:6
**fibromyalgia**
17:23
**fifth**
67:12
**figure**
44:18 84:21

**file**
16:3 36:11
39:17 40:10
43:1,5 44:9
44:11 45:8
48:16 74:9
75:20 79:4
81:19 82:15
86:12 87:5
89:6 90:10
91:24 101:9
101:13,22
102:17,20
**filed**
22:23 35:23
39:8,16,18
39:20 40:24
46:11 47:3
47:4 48:16
53:14 77:15
81:8 83:15
86:3 87:11
87:22 89:13
89:15 91:20
96:24 97:1
107:10
**files**
85:18,24
86:4,5,9,14
86:23 87:1
**filing**
36:17 37:7
47:8 82:20
84:4 107:7
**filings**
102:24
**fill**
48:3 50:21
53:7 54:2
58:21 68:7
71:1 74:2
80:11
**filled**
46:12 51:10
54:6 55:24
61:4 71:20
77:14
**finance**
85:8
**financial**
6:6,8 8:21
8:23 9:3,8
10:2,18,22
10:24,24
11:19,23

**12:3,6,7,8**
**financially**
8:10,12,13
**find**
40:3 43:19
59:14 106:1
**finds**
106:20
**finish**
4:21
**fired**
13:8 14:21
**firm**
37:19 38:3,6
38:7,12
39:14 40:7
40:10 41:1
41:3 43:21
44:2 48:18
73:19,21
105:1,18
106:3
**first**
4:3,8 24:11
38:3,5,12
40:6 55:1
57:13,15
61:4 63:11
67:3,14
70:13 71:23
71:23 85:5
110:15
**five**
7:6 17:4
36:18 70:1
82:20
**flip**
53:17 55:1
**floor**
2:5 14:15
**follow**
106:23
**follows**
4:4
**force**
75:21
**foregoing**
109:15
110:21
**formal**
15:2
**forth**
14:20 45:3
61:22

forward
105:24
found
94:13
four
29:18 71:23
72:4 74:9
96:10
fourth
67:12
fraud
15:6 46:11
46:12 48:2
49:19,22,24
50:1,8,9,11
50:20,21
51:5,8,9,12
52:8 57:10
57:17 58:16
58:20 59:21
61:4 68:5,7
71:1,5 72:9
72:15,18,19
73:14 74:2
74:5,6,20
76:2 77:14
78:7,15
79:23 80:11
83:20 94:14
95:21 96:23
107:15,21
108:4
fraudulent
49:18 50:18
57:2,8 60:7
60:11 70:19
70:24 73:23
73:24 75:2
76:7,12
77:8 79:3
84:8,12
85:7,9
104:18
108:1
front
12:23 13:5
13:12,14,18
13:20
fully
80:5
funded
10:24 11:2
Funding
1:10 42:19
45:15,23

50:6 80:1
93:23
further
65:21 73:18
96:15
108:11
110:14,24
111:2,6

————————
G
gas
59:13
gather
80:14
Geanes
51:18,18
generic
20:10
gesture
4:19
getting
26:8 55:20
56:11 93:10
girl
5:20,21
give
6:11 27:14
52:7 61:12
given
4:11 109:16
110:17,22
giving
43:14
go
4:14 6:18,20
27:19 32:21
46:15 47:10
53:24 57:9
62:17 66:24
72:18 75:2
75:14 79:7
79:14 95:3
95:9,18
98:1 101:21
going
4:13,14,17
20:7 30:20
34:19 37:10
38:20 45:3
46:14,15
47:15 49:17
51:5 53:17
62:17 66:15
72:20,21
91:9 93:12

100:4 101:9
103:5,12,16
105:19
106:13
good
9:24
Goodwin
2:3 112:5
gotten
9:23
government
11:2 12:4,7
12:9 23:16
graduate
6:16 24:7
graduated
6:13
grant
11:7,11
great
4:22 74:15
101:14
Groceries
24:22
Group
1:12 42:21
87:18 91:17
91:20,23
92:3,9,19
92:21 93:2
growing
62:5
guess
11:7 12:17
91:5 106:20

————————
H
H
3:8
half
19:15
Hall
58:24 59:7
60:7,13,21
67:5 71:21
84:13 85:2
halls
12:21
Hall's
69:24
hand
11:23 111:10
handle
112:17

handwriting
55:7
happen
95:1
happened
47:1,2 49:10
57:16 68:10
70:12 76:8
95:13
happening
70:5 83:10
107:11
harass
45:8
harassed
43:9
harassment
43:17,17
hard
44:18
Harold
7:11,12 9:1
hate
5:20
health
36:9
hearings
41:20
help
9:19 21:21
43:20
hereinbefore
111:5
heretofore
110:6
hereunto
111:9
Herkert
1:4 16:20
53:15 92:15
109:4
Herkert's
86:20 87:6
92:16 104:9
high
6:12,13,14
15:5 97:23
hip
18:16 19:8
101:14,21
hire
38:7
hired
43:21

historically
107:18
history
61:3
hit
18:9,10
35:17
hold
97:16
home
5:7 6:1 9:18
10:4,6
13:23 14:20
22:17 59:16
90:20
102:14
hope
104:5
hospital
9:22,23
hour
1:22
hourly
15:8,10
hours
15:12 107:16
107:23
house
23:2 77:3
huh-huh
4:18
hundred
33:10,13
hydrocodone
19:3,10,11
19:15

————————
I
ID
3:9
idea
23:23 25:20
27:14 44:8
44:8
identific...
37:11 38:18
38:21 40:16
40:19 47:13
47:16 51:3
51:6 71:10
71:13 72:21
72:24
Ignatius
6:15

IL
2:6,14 112:6
ill
9:20
illegality
88:12
Illinois
1:2,18,21
  5:2 6:21
  7:5,19 8:24
  9:14,17,24
  10:8,19,23
  11:16,22
  12:2,10,22
  13:15 14:11
  17:13 87:12
  87:23 109:2
  110:1,5,9
  111:15
  112:2
immediately
34:10 57:16
  59:18 74:6
  74:16,23
inaccuracies
81:20
inaccurate
77:20
include
87:15,16
included
54:2 106:14
including
89:8 92:2
income
8:17
increased
68:22,24
  69:4 70:15
incur
64:2,5,8
  69:8
incurred
52:18 60:2,7
  60:13,14
  67:5 69:22
  75:1 84:13
  85:2 101:4
independent
8:13
individual
39:20
inform
76:7,11,13

76:15
information
57:24 85:17
informed
76:17 77:17
  77:17
initially
97:10
initiated
44:20
injured
18:6,7
injuries
18:12 19:6
  101:11
injury
18:22 35:15
inquired
78:18
institution
33:16
insurance
32:5 35:18
  35:20 36:1
  36:9
interested
111:8
involved
32:18 35:8
  36:4 80:7
  94:19
  102:11
IRA
33:21
issue
52:17 93:21
issued
52:19
issuing
61:6
items
26:5 104:5

_____
J
_____
Jackson
1:4,15 3:3
  4:2,9,9
  5:15 37:12
  38:22 47:22
  71:15 109:4
  109:19
  110:7,12
  112:7,8
January

51:14 70:7
  72:20 73:12
JC
30:11,12
job
11:17 12:17
  12:18 13:8
  13:12,18
  14:17,18,21
  14:24 15:3
jobs
12:15,19
  13:18,22
  14:1
joint
81:13 92:10
  92:11,12
July
1:21 18:3
  109:14
  110:7 112:4
June
6:17
J-A-C-K-S...
4:10

_____
K
_____
keep
12:4 30:20
  34:5,7
  67:24 98:6
  100:11
  102:17
kind
20:3 33:16
  58:12 99:9
knew
16:7,8 40:1
  104:15,18
  104:21
know
4:15 13:3
  16:8,11
  18:20 20:20
  22:19,21
  25:2 27:4
  32:16 33:8
  33:13,18
  35:22 40:1
  41:23 42:11
  43:23 52:4
  54:4 55:12
  56:8 59:10
  62:8 66:17
  67:9 74:18

77:2 81:21
82:12 83:2
86:17 87:9
87:19 89:14
89:15 91:1
91:4,6,10
91:19,22
92:1,4 93:3
98:23
101:23
102:4,5
103:1,8
104:3,9,13
104:23,23
106:5,9,17
107:11
knowledge
16:11,24
  62:2 87:21
  88:16 91:7
  91:10 94:20
  104:15,20
K-Mart
59:12

_____
L
_____
L
2:16 110:3,3
laceration
18:15
lack
34:24 35:5
Lane
14:6,7,9
  29:8,16,22
  29:23
Lasalle
1:20 2:4,12
  110:8 112:1
  112:5
late
26:1 34:15
  34:19 68:6
  85:7
Latturner
2:2 112:5
law
38:3,12 39:1
  39:6 44:22
  48:18 64:7
laws
40:2
lawsuit
16:4,12,14
  16:15,22

18:18 35:11
35:23 36:7
38:9 39:7
39:21,21
41:5,5,7,8
41:17,20
42:1,4,5,17
42:18 43:1
43:5 44:9
44:11,15,16
44:20 45:4
45:8 46:18
47:8 50:6
50:12 52:1
52:12 57:11
64:13,17,24
65:2 73:4,6
73:9,13,22
74:7,8,11
74:16,21,22
74:24 75:3
75:15,20
76:4 78:4
78:17 79:2
81:12 83:12
84:4 86:2
86:12 89:24
90:6,10
92:11 94:19
95:19,22
98:20 99:18
99:23
100:18
101:7 102:9
102:12,18
103:3,7,10
103:15
104:6 105:2
105:20,23
106:15,18
107:2,3,8,9
107:17,24
lawsuits
32:19 35:7
  36:3 92:18
  92:19
lawyer
35:23 43:19
  52:7 75:12
  86:11 88:1
  88:2,5,7,17
  92:5 93:1
lawyers
75:11 92:8
lawyer's

44:8,13
**learn**
37:18
**leave**
13:22 14:17
43:11
**left**
8:21 9:8
10:4,19
11:22 38:10
55:4 92:5
**legal**
40:4 45:12
86:10 88:4
91:12 93:10
106:11
**lender**
22:21
**letter**
46:21 47:7
48:1 51:24
52:5,7,9,10
65:5,11
66:16,17
79:4 80:9
90:23 91:2
91:8,11
95:19 96:3
**letters**
47:6 64:12
64:16 96:4
96:8,12
97:12
**letting**
4:20
**let's**
24:24 27:19
27:19 28:7
32:21 35:7
46:15 47:10
48:4 57:9,9
58:20 63:20
66:24 72:18
80:24 82:3
83:17 85:16
87:10
**liable**
106:1
**life**
32:5
**light**
18:9
**limit**
16:3 25:14
27:2,5,21

29:12 53:1
61:15 63:10
**limitations**
16:12,16
44:24 45:11
83:24
**line**
26:12 29:10
29:24 30:23
31:14 35:4
68:20 70:14
75:7
**linked**
46:6
**list**
99:7
**listed**
39:9 63:20
85:7 88:15
93:8 100:23
100:24
101:1 104:3
**listening**
16:18
**lists**
99:5 100:21
**litigation**
35:9,21
52:18 92:9
**little**
46:15 48:4
62:18
**live**
5:7 22:17
**lived**
9:9 12:24
13:16
**LLC**
2:3 112:5
**loan**
10:12,18,20
11:4 23:15
23:18,20,24
24:2,6,10
**loans**
23:14 24:5
**long**
7:12 8:1
13:17 16:3
19:9,12
21:15 24:7
24:8 28:7,9
28:15 29:16
30:7,12

31:3 80:17
**longer**
79:15 83:23
**look**
37:23 38:1
51:13 53:19
58:20 65:20
80:24 82:3
89:8
**looked**
37:22 81:24
**looking**
54:9 93:9
**looks**
51:13,17
**lose**
106:8
**lot**
97:11,11
**Lyrica**
17:20,21
18:23 19:9
19:14
**L-Y-R-I-C-A**
17:20

---
**M**

**mail**
37:16 39:11
48:5,8 49:3
49:6 52:10
53:5 61:9
64:11 66:2
67:1 68:15
69:20 89:23
95:20
**maintain**
82:6,12
**major**
6:24 29:4
**making**
34:15 56:18
56:21
**man**
59:1
**Management**
1:11 42:20
50:7 87:17
88:13,21
89:3,5,13
89:20,24
90:10 96:13
**manifesta...**
97:21

**Margaret**
112:22
**mark**
40:18 51:5
71:9 72:21
**marked**
3:9 37:11
38:17,20
40:15 47:12
47:15 51:2
53:9 71:12
72:23
**marks**
55:9
**married**
5:3,5
**Mason**
5:2
**MasterCard**
26:24 27:1
28:10
**matter**
86:10 93:10
**Maul**
1:16 109:13
110:4
112:23
**maxed**
28:2
**maximum**
27:8,22 29:9
29:24 30:14
30:22 52:24
68:20
**McCorkle**
112:1
**McDonald's**
13:2,4,7
14:3,19
**MCM**
52:6 65:4
66:11 76:14
76:17 77:16
78:19 82:11
83:1,16
85:23 87:15
89:17 90:17
91:8 95:14
98:15 99:17
**MCM's**
77:12
**mean**
16:10 24:4
36:22 49:23

56:23 73:23
75:24 91:5
92:12 97:13
100:16
101:8
105:13
**Meaning**
92:13
**means**
75:6
**meant**
27:7 75:5
**Mechanical**
7:3
**medical**
101:19
**medication**
17:22 19:5
**medications**
17:17 19:2
19:13 20:4
20:7,13
21:6,9
**mental**
20:19,22
22:10
**messages**
38:10
**Michigan**
7:23
**Midland**
1:10,11
42:19,20
45:14,21,21
45:23 50:6
50:7 64:23
80:1 87:17
88:10,13,20
89:2,5,12
89:20,23
90:9,17
93:22,23
96:13
104:13
**midnight**
8:1
**Miller**
2:8 58:18
81:3,5
108:9 112:4
112:9
**Miller's**
38:12
**mind**

4:20
mine
43:12 49:11
   97:17 104:8
mistakes
93:19 94:16
moment
98:10 99:24
   100:17
   107:14,24
money
8:18 10:9,12
   10:13,15
   11:8,18,19
   11:20 12:7
   12:8,12
   37:1 41:3
   97:7 104:11
moneys
9:8 10:2
monitor
98:4
month
13:6 31:19
   31:19 70:18
   87:12,22
monthly
24:19 31:8
   31:15,17,20
   32:3,5 34:2
   34:5,7
   55:22 58:4
   58:15
months
5:19 10:7
   24:6 32:6,8
   70:17
mortgage
22:19
mother
5:14 36:16
mother's
24:18
move
57:9 85:16
   87:10
moved
10:4,6
moves
105:23
Moving
82:17
MRC
1:9 39:2,8

42:18 50:6
52:6 63:24
65:4 66:11
76:14,18
77:12,16
78:19 79:24
82:11 83:1
85:23 87:15
89:10,17
93:22 95:14
107:23
109:9
110:12
112:7
MRM
83:1
multiple
85:18 86:4,8

--- N ---

N
3:1 112:1
name
4:7,8 5:15
   5:15,16,23
   20:10 23:4
   38:6 55:5
   86:23 92:13
   92:16
named
64:23 78:17
   90:6 103:14
names
5:13 86:18
naming
90:5
narrow
96:15
nature
10:22 17:24
   63:4
NCC-2
1:10 42:19
   50:7 93:23
necessary
86:11
neck
18:15,16
need
4:17 14:15
   49:17,19
   66:17 100:4
   107:12
   112:15
needed

43:15 65:6
66:13,18
68:6 71:1
74:1 80:14
needs
92:6
negative
100:21
negatively
99:5,20
nerve
17:23
nerves
18:1
never
26:13,14
   36:6 37:15
   50:11 62:23
new
59:20,24
   60:1,4 61:6
   61:7,8
   62:16 67:1
   67:4,4,18
   68:15,17,18
   69:21,21
   93:21 94:11
NICOLE
1:4 109:4
night
8:1
nine
34:12,16
   99:2
Nineteen
5:19
North
1:20 2:12
   5:2 7:23
   14:11 110:8
Northam
55:6
NORTHERN
1:2 109:2
notarial
111:10
notarized
50:8 51:17
   51:19
   112:15
notary
1:17 109:24
   110:4
   111:15

notation
65:19
note
89:9
noted
111:5
notice
13:10 88:12
   89:22 111:3
notification
34:18
notified
65:12
notify
65:6
November
70:22
number
3:9 61:6
   76:21 77:22
   77:23,24
   78:2 112:7
   112:19
numbers
95:23

--- O ---

obligation
61:21
obtained
72:11,13
occasion
88:23
Occasionally
24:16
occasions
76:15,17
occur
51:21
occurred
79:12
October
8:3,6
offered
107:2
oh
16:7 25:10
   42:14 48:11
   48:13 64:20
   75:22
okay
4:23,24 8:19
   10:2,23
   11:6,15

12:11,19
13:17 14:5
18:5 23:16
24:24 25:11
27:6,16,19
29:3,7,9,24
30:20 31:3
31:6,13
32:2,7,18
32:21 35:7
35:13,16,24
36:24 38:11
39:5,10,23
40:6 41:19
41:24 42:17
43:18 45:20
46:20,24
48:21 49:8
50:16,21,24
51:12,23
52:21 53:3
53:22 55:14
55:19 56:18
57:3,20
58:16 59:2
59:11 60:23
62:13,21
63:7,19
65:5,11,17
66:15,22,24
68:12 69:7
70:4,10
74:4 77:1
77:21 78:3
79:21 80:24
82:17,17
85:16,24
86:7 89:5
89:19 92:23
94:7,21
95:7,24
96:6,19
97:2,18
99:11 100:4
100:8 101:3
102:20,23
105:7,13,23
106:6 108:8
old
5:18 84:6,10
once
14:18,19
   16:4 34:11
   47:2 76:12
ones

```
   65:4
online
99:10,11
open
28:18,21
  52:21
opened
53:1 58:9,9
opening
95:4,12
opinion
99:16 103:12
  103:16
order
73:4,10
orders
106:19
organization
88:10
original
41:8 62:15
  92:22
originally
23:18 43:8
  44:3
outcome
111:8
outside
103:18,18,21
out-of-po...
101:3
overlapped
13:19
owe
24:5 37:1
owed
45:16,17,24
  46:8,9,21
  49:1 64:18
  89:1 104:11
o'clock
1:22
```

```
         P
P
2:8 112:4
page
51:13 53:19
  53:23 55:2
  55:2,4,6
  82:4
pages
55:1 71:23
  112:12,15
```

```
112:17
paid
8:15 10:9
  11:17,20
  12:8,13
  15:8 26:18
  26:19 34:11
  41:13 46:22
  56:22,24
  57:1 60:5
  98:17 103:2
  103:6,13,13
  103:17
  105:3
  106:11
pain
19:5 101:15
  102:5
paper
58:13 61:14
  63:9 99:8
paperwork
43:15 55:23
  56:1 58:10
  58:12 61:9
  66:12 83:16
  83:19
paragraph
82:3,17
  85:16,17
  87:10 88:9
parents
5:10,13 6:1
  6:3 10:4,6
  22:16 23:9
part
55:4 56:22
  56:23 75:13
  75:17 92:21
  101:7
partially
11:17,19
particular
22:12 41:5
  42:5 44:24
  45:7 52:1
  55:10 58:1
  97:24 98:16
parties
111:7 112:18
party
35:8 36:6
pay
6:3 8:22
  9:10 10:11
```

```
11:9,11,12
  12:2 23:1,9
  32:6 41:3
  41:11 46:23
  49:1 61:24
  62:6 75:21
  79:20 97:8
  97:9
paying
9:9 10:18
  34:24
  100:12
  104:11
  105:5,6,14
payment
26:1 31:15
  31:17,20
  34:24 35:5
  82:20 83:6
  83:7,9
  104:4 107:9
payments
24:2 25:22
  34:15,20
  35:24 56:15
  56:18,21
  58:5 82:7
  82:13
pen
55:3
pencil
55:3
pending
110:10
Penney
30:11,12
people
93:6,11 95:9
  97:5 104:10
percent
56:8
period
21:12 70:18
  94:15
person
35:17,19
  75:20
personal
35:15
personally
110:7
pertaining
40:2
phone
```

```
24:22 25:3
  32:4 37:20
  37:22 50:10
  50:16 77:21
  77:24 82:14
  90:21 95:19
  96:1 97:24
  112:19
phrase
44:18 103:11
physical
18:20 22:10
  97:21
piece
61:14 63:9
place
9:24
plaintiff
1:7 2:9
  63:21 89:10
  89:24 109:7
  110:12
plaintiffs
92:13 109:5
Plaintiff's
1:5
please
4:7 112:13
  112:16,19
point
26:4 78:14
police
71:16,18,20
  71:24 72:2
  72:3,11,14
  74:3 77:9
  77:10,11,13
  77:15,18,22
  78:6,16,19
  78:21,24
  79:7,10,12
  79:13,20,23
  79:24 80:6
  80:12,21
  83:21 96:24
  104:19
  107:22
  108:4
possession
60:21 66:20
possible
97:5 104:2
potential
93:11
potentially
```

```
86:20 97:6
practice
88:11
Practices
15:18,21
  16:20 17:1
  17:7,10
pregnant
18:8 19:18
  90:16 97:24
prejudice
75:5,6
Prep
6:15
prepare
36:13 41:24
  42:12
prepared
42:6
prescribed
21:6,10
prescription
17:16 19:2
  20:6
presence
110:19
present
51:18 111:4
presently
4:24
press
43:16
pressure
97:23 98:4
  104:10
pretty
5:23
previously
37:10 53:9
  67:22 88:10
  88:17
prior
13:21 82:20
problems
22:8
Procedure
1:19
procedures
40:5
processed
68:6
processing
10:8
prohibit
```

22:11
**proof**
98:18
**properly**
15:23
**provided**
62:10
**provider**
25:3
**provision**
16:21
**psycholog...**
20:19,22
21:1
**public**
1:17 109:24
110:4
111:15
**pull**
58:21 82:15
**purchase**
26:5
**purchased**
45:23 46:4
67:18 82:7
82:13 95:14
104:21
**purchases**
46:6 56:12
59:7
**purpose**
107:7
**pursuance**
111:3
**pursuant**
1:18
**put**
70:19,19,23
75:20 88:1
88:7 89:22
94:16
101:14
**putative**
43:1

**Q**
**question**
4:16,21
26:17 42:23
43:4 54:24
64:14 74:13
74:23 87:3
105:17,22
**questions**

108:9 109:15
112:19
**quickly**
26:8,18
**quit**
13:8,9
**quite**
18:13

**R**
**ran**
18:9
**rate**
15:10
**rating**
99:24 100:20
100:22
**reach**
26:7 40:8
**reached**
26:18 27:22
**read**
51:9 109:11
**reading**
17:9
**really**
16:10 45:12
63:24 73:11
80:8 105:21
**reapplied**
85:6
**reason**
75:14,16,17
100:2,9
**reasons**
20:12 92:2
100:1
**recall**
39:10 55:15
55:17 56:10
57:20 61:10
61:19 63:14
65:3 68:19
**receipt**
74:16
**Receivables**
1:9 39:2,8
42:19 50:6
63:24 89:10
93:23 109:9
110:12
**receive**
6:22 8:7
12:6 24:9

32:11 34:2
46:24 48:9
54:5,13,17
54:22 56:5
56:9 61:9
61:16 62:10
62:14 63:16
64:11,16
65:21 67:3
68:15,17
80:2,9,21
91:2
**received**
7:7 8:23 9:4
10:22 11:11
11:24 12:4
12:12 32:13
34:18 35:24
37:15 46:17
46:21 47:6
47:7 48:5
48:15 49:2
49:5 51:23
51:24 52:5
52:10 55:15
56:10 58:10
61:8 62:18
62:22,23
63:12,19
64:19 66:1
66:16 67:1
67:13,15,20
69:20 70:11
79:3 80:10
80:20 89:23
90:2,5 91:8
91:11 95:19
96:16
107:14
**receiving**
32:15 39:11
54:19 55:17
63:2,5,6,18
64:10,15
67:18 95:20
96:12
**recognize**
47:21 52:17
**record**
4:7 38:14,15
52:14,15
55:14 82:18
**records**
79:14,16,18
79:19 82:7

82:13,21,23
83:5 99:10
99:11
101:19
**recover**
101:16
**red**
18:9
**reduce**
46:23
**reduced**
110:20
**referred**
16:22 45:11
106:8
**referring**
10:13 82:9
82:21 84:2
85:20,24
87:14
**reflect**
83:5
**reflected**
69:21 84:16
**reflects**
81:11
**refund**
9:14 10:11
36:24 37:2
**refunded**
10:10 11:21
**refused**
66:13
**regarding**
17:6 35:14
91:12
**regards**
38:9 79:2
93:10
**regular**
24:2 25:22
102:2
**related**
11:12 58:13
92:5 101:11
111:7
**relates**
102:17
**relating**
58:5,10
82:18
**relationship**
59:2,5
**relied**

10:13,15
**relief**
103:9
**relies**
6:5
**rely**
6:8
**remainder**
57:5
**remaining**
72:1
**remember**
9:5 17:12
20:9 27:1
38:6 44:7
54:7,8,15
54:19 55:20
56:11 57:19
63:2,5,6,11
63:18 69:14
85:11,15
90:14,16
93:3 102:3
106:24
**remind**
70:4
**removed**
67:22 68:11
**RENEE**
2:16
**rent**
6:3 23:10
**reoccurring**
31:8 32:3
**repay**
61:22
**repeat**
64:14
**report**
71:16,18,20
71:24 72:2
72:3,11,14
74:3 77:9
77:13,15
78:6,16,19
78:21 79:7
79:20,24
80:6 83:21
96:24 98:21
98:22,24
99:2,6,14
99:19,21,22
100:9,19,21
107:22
108:5

reported
99:17,18
110:18
Reporter
109:14
112:22
Reporters
112:1
reporting
98:15 100:11
100:17
reports
100:5
represent
43:22 44:5
93:6
represent...
75:1
represent...
83:4 93:5,11
95:8 97:4
103:6,10,14
103:14
represented
97:6,6
representing
105:9,16
required
10:17 11:9
research
86:11
researched
88:5
reserve
108:10
reside
5:1
residence
12:21
resident
12:20
residents
87:12,23
resigned
13:9 14:1
respect
42:17
respective
112:18
respond
4:17,21
responded
96:22
response

4:19 53:4
84:6
responsib...
14:16 93:4
97:3
responsib...
77:13
responsible
43:14 57:4,8
97:16
106:20,21
result
40:7
retirement
33:24
return
112:17
returns
36:11,17,20
review
81:8,22
112:13
reviewed
86:5,14
revisions
81:18
ridiculous
75:19,23
right
9:9 11:10,14
18:11,21
33:7 38:23
39:15,15,18
48:18 50:19
51:15 52:2
53:24 54:14
54:18,20,23
55:16 57:16
58:11 60:8
60:19,22
61:1 62:19
63:1,17
66:3,20,21
67:16,19
73:16 74:17
78:12 80:3
83:11 86:4
90:4,7
91:16 92:18
95:22
105:17
ringing
14:14
Riverside
14:11

road
62:17 64:4
role
92:8
roles
95:8
rough
27:14
roughly
69:17
rules
1:19 4:14
run
4:13 83:24
run-down
6:11

            S
s
3:8
Sadler
88:13,14,18
SAITH
108:11
sales
14:16
saved
8:18 99:12
99:13
savings
8:20,21 33:2
33:11
saw
77:8
saying
46:21 47:8
64:20 79:4
89:1 91:11
96:20 100:9
says
38:23 40:23
48:15 53:19
55:6 64:1
73:12 75:4
82:18 86:4
90:3
school
6:12,13,14
8:22 9:7,10
9:10 10:3
11:12 15:5
24:8 80:13
80:22,23
schools

9:18 13:24
school's
79:14
score
98:14,19
99:5,16,16
99:20 100:1
100:3,10
seal
111:10
seasonal
14:18
second
28:8 52:14
67:7 69:3,5
69:7,12,16
70:14,20
71:3
secure
112:13
see
11:22 48:7
63:20 73:11
89:11
101:24
102:2
seek
21:1 39:24
97:18
101:17
seeking
103:9
seen
37:12 39:3
40:19 42:7
47:16 53:11
72:5 73:2
102:1
semester
9:5 10:9,10
send
66:12,13
90:23
sending
97:12
sent
48:2,19
49:13 50:14
50:18,20
59:20,24
61:11 70:14
88:24,24
89:17
102:21

separate
92:19
services
105:1,19
106:4
set
74:11 108:6
111:9
Setina
112:22
seven
28:11
seventh
51:13
sheets
112:12,14,15
112:17
shop
30:6
Short
47:19
Shorthand
109:13
shoulder
18:16,24
19:1,8
show
37:10 38:20
40:18 47:15
53:9 60:10
65:12 67:4
67:7 69:24
71:9 72:20
81:23 82:19
101:19
showed
67:15
shown
99:19
shows
89:23
shred
34:9
side
18:10 19:20
19:23 20:1
20:16 21:19
signature
108:10
110:24
112:11,13
112:14,15
112:17,23
signed

51:13 85:19
87:2 112:15
112:15
**significant**
9:15
**similar**
29:23 33:23
93:7
**Sincerely**
112:21
**sit**
54:16,21
56:7 62:23
63:15 79:21
100:6
**sitting**
4:15 102:13
**situation**
45:9
**situations**
93:7
**SIU**
13:15 79:12
79:13
**six**
21:16 24:6
70:1,17
**sold**
94:22
**solely**
85:1
**solicitation**
53:4
**somebody**
8:11 49:16
**somebody's**
55:5
**Sore**
25:8
**sorry**
10:21 26:16
38:24
100:20
**sort**
4:13
**sought**
20:21
**South**
2:4 112:5
**Southern**
6:21 7:4
8:24 9:14
9:16,24
10:8,19,23

11:16,22
12:2,9,22
13:15
**Spanish**
7:3
**speaking**
17:10
**special**
103:9
**specific**
16:17,21,22
17:4 18:22
86:17,19
**specifically**
11:12 38:2
57:22 59:9
86:21,22,22
**specifics**
41:18 86:17
**spell**
4:8
**spelled**
17:20
**spent**
10:3
**spike**
98:2
**spoke**
76:24
**spring**
24:12
**Sprint**
25:4
**SRA**
12:20 13:18
13:20,21
**SS**
110:2
**St**
6:15
**standing**
22:11 101:13
102:6,7,9
**start**
10:18 21:23
27:19 96:12
**started**
14:19 19:18
60:18
**starting**
6:12
**state**
1:18 4:7
10:24 39:21

40:11 41:4
41:6,17,20
42:1,13,14
43:22 44:5
48:9 57:11
57:14 63:19
63:21 73:6
73:8,13
84:24 89:9
105:10
110:1,5,9
**statement**
58:15 63:12
63:13 67:3
67:7,12,20
83:22 85:5
**statements**
34:2,5,7
55:21 58:4
63:16 67:14
67:24 69:21
69:23 84:16
**states**
1:1,20 82:6
85:17 87:10
88:9 109:15
110:11
**stating**
91:8
**station**
59:13
**status**
35:21
**statute**
16:12,16,21
44:23 45:11
83:24
**stealing**
70:12
**stenograp...**
110:18
**step**
28:7
**stole**
59:1 70:6
**stolen**
43:8 46:10
46:13 49:12
59:15,19
71:21 94:14
**stop**
9:16 21:17
21:22 46:14
56:18,21
104:7

107:12
**store**
14:9 29:22
**stores**
59:10
**Street**
1:20 2:4,12
110:8 112:1
112:5
**stress**
75:21 97:11
97:19 101:9
**strike**
25:13 64:3
**student**
10:12 12:20
23:15,18,20
24:5,10
79:15
**stuff**
9:11
**style**
14:13
**subject**
25:9 82:19
**submit**
49:18,19
59:21 66:7
71:6 72:8
72:13,14
74:5 76:2
78:3,6,13
78:15 79:24
80:14
112:13
**submitted**
49:24 50:1
50:11 51:10
57:10,17
71:5 72:9
72:16 73:14
74:5,20
76:3 78:11
80:19 83:15
83:19 94:14
107:21
108:3
**submitting**
84:7 95:21
**SUBSCRIBED**
109:20
**suddenly**
67:20
**sue**

42:21,24
43:17,23
45:15 75:2
75:7 90:18
90:24 91:3
91:9
**sued**
44:23 45:22
45:23 75:3
79:2 88:10
89:20 92:19
**suffer**
18:12 19:23
22:2,4
**suffered**
19:7 20:1,15
97:22 98:9
98:12
**suggest**
73:21
**suggested**
64:6
**suggesting**
64:17
**suing**
35:16,18,19
74:10 93:1
**suit**
35:15 47:2,4
74:9 89:6
89:13,15
91:20,24
92:17 97:7
107:10
111:7
**Suite**
2:13 112:1
**Summer**
56:20
**supplemental**
73:15 107:16
107:22
**supplies**
9:11
**support**
6:6,9 32:11
32:13,16
84:8
**supported**
8:19
**supporting**
83:20
**supposed**
101:12

sure
5:22 16:17
 23:22 25:2
 25:19 27:13
 29:15 38:23
 41:18 42:6
 42:16,23
 43:3 47:1
 52:6 54:12
 56:4 59:9
 63:24 66:4
 76:21 80:8
 80:18 84:14
 85:4 87:4
 89:21 90:2
 93:9 95:9
 96:5,11
 101:8
 105:21
 107:19
surprise
62:11
surprised
62:8,22
Susan
1:16 109:13
 110:4
 112:23
sworn
4:1,4 109:20
 110:15
S/I/I
64:1

**T**

T
3:8
take
9:19 10:11
 19:17 26:11
 45:10 47:18
 56:1 80:17
 83:17 91:12
 92:5 97:15
taken
1:15,18 55:3
 92:6 109:12
 112:8
talk
35:7 77:5
 79:10,11
talked
44:3 50:10
 66:9,12
 74:12 82:14

 104:19
talking
52:9 94:21
 95:10,13
 105:8,15
Target
30:21,23
 31:3,4
taught
62:4
tax
36:11,17,20
taxes
36:13 37:1
technically
9:21
tell
4:24 12:16
 15:20 16:10
 20:24 24:21
 25:8 26:14
 27:16 29:19
 31:11 35:13
 36:3 37:21
 49:8 77:19
telling
27:9
Temporarily
21:8
ten
36:18 87:11
 87:22
term
45:13
terms
10:17 61:12
 61:16,20
 62:9 63:3
 63:12
testified
4:4 22:16
 68:23 95:16
 97:3 98:10
testify
54:22 56:7
 110:15
testifying
22:14
testimony
79:22 81:10
 84:19 85:1
 110:17,22
 111:9
Thank

5:24 27:6
Theatres
7:17 8:2
 102:15
theft
78:1
therapy
18:20
thereof
111:8
thing
63:8 66:1
 74:1 75:8
 93:12,13
things
17:23,24
 18:21 42:4
 44:19 45:8
 67:17 95:1
 100:21,23
 100:24
 101:1
think
4:15 14:4
 15:22 26:3
 26:24 30:24
 31:22 39:18
 45:14 53:20
 53:21 55:6
 56:9 62:17
 62:17 70:21
 75:19 81:7
 81:7,9 87:3
 93:14,17,18
 95:16 101:5
 103:23
 107:20
third
69:18,20
 71:3,4
Thompson
51:22
thought
5:22 40:3
thousand
69:2,4,11
 85:14 107:3
threat
97:13,14
threatened
90:10,18
 91:23
threatening
90:23 91:2
 97:12,15,16

three
13:5,21
 27:18 28:15
 28:18 30:9
 32:6,8
 49:21,24
 50:2 55:1
 76:1 93:21
 96:6,8
Tiffany
55:6
time
8:8,11,14,17
 8:20 9:7,21
 9:22 10:14
 12:19 14:20
 16:3 17:4
 21:13 22:5
 26:4 28:19
 32:6 57:4
 59:22 60:3
 69:3,4
 70:11,18
 71:3,3,4
 76:16 77:4
 77:16 78:5
 78:24 83:18
 84:15 94:15
 99:24
times
45:12 49:21
 49:24 50:2
 76:20,21
 77:3 93:21
tired
107:1
today
22:14 41:6
 42:5,18
 44:10,17
 54:16,22
 58:2 62:14
 62:23 63:15
 66:19 74:10
 79:21 93:19
 95:16 100:6
 107:21
told
21:18 33:17
 34:12 43:7
 43:13 49:10
 49:20 61:5
 66:17 71:1
 73:22,23
 74:5 75:9

75:10 77:12
 77:18 78:8
 78:20 79:6
 79:11,13
 83:3 86:24
 88:2,6 98:4
 104:19
top
53:19 55:4,5
total
41:13 84:14
totally
93:22
to-wit
110:6
training
17:6
transcript
109:12,15
 110:22
 112:10,13
 112:14
Transcrip...
110:21
transferred
9:18 13:23
treat
17:22 21:7
 21:24
treated
18:23 22:7
treatment
20:21 21:1
trial
22:12
true
92:22 95:5
 110:21
truth
110:15,16,16
try
75:21 80:14
 98:5 104:10
trying
11:24 14:4
 15:22 16:23
 40:7 49:1
 50:13 56:6
 58:8 61:2
 84:21 94:11
 96:21 98:6
 106:24
tuition
9:9 10:3

```
    11:12,18          12:17             28:9              59:10 93:14      worked
twelve             unfair            Visas              93:17 95:10      7:24 13:3,5
70:18              45:4 75:18        27:18              95:11 98:4        13:20 14:9
twice              United            Voluntarily        98:6 99:17        43:8
77:2               1:1,19 109:1      73:8               101:20           working
two                110:11            vs                 weren't          11:18,20
12:15,19           University        1:8 109:8          9:13 102:8        12:23 14:19
 13:9,17,19        6:21 7:5          112:7              we'll             32:17
 13:20 31:5         8:24 9:2,14      _____   40:18 66:22       102:15
 52:6 55:1          9:17 10:19            W             71:9 108:9       worry
 59:10 65:4         10:23 11:17      W                  we're            15:24
 76:23 78:21        11:23 12:3       110:3              41:6 42:5,18     wouldn't
 80:20 95:19        12:10,22         Wadeane            44:9,17          4:20 62:8,11
 96:1,2,14         unpaid            5:14               46:14 62:17       62:22 94:2
 96:17             98:16             wait               66:15 100:4       94:4
type               unrelated        81:9 100:8         we've            writing
16:12,13           93:22            waived             64:3 93:18        65:13 66:7
 33:16 42:9        unsure           111:1              107:20            66:13,18
typed              91:5             walking            whatsoever       written
72:3               use              101:10,20          55:23 58:13      15:2 55:5
typewriting        15:23 17:22       102:7,8           whereof          wrong
110:20             62:5             Wal-Mart           111:9            45:14 95:17
typically          usual            59:12              whichever        W-A-D-E-A...
36:24 37:1,2       102:6            Wanda              77:16            5:14
_____   utility          51:18,18           Winona           W-I-N-O-N-A
       U           23:1,5,7         want               1:4,15 3:3       4:9
uh-huh                              7:21 15:23          4:2,9 109:4     _____
4:18 5:12          _____  66:4               109:19                 X
 14:8 28:14               V         wanted             110:7,11         X
 32:10 47:5        Vaguely          43:4,23            112:8            3:1,8
 82:5              15:19            106:23             wise             _____
understand         valid           Washington         40:3                    Y
4:16 7:24          83:24            7:11,12 9:2        withdraw         Yeah
 16:2 24:9         validity         wasn't             10:8             49:4
 39:5 42:23        66:6 91:15       5:22 9:24          witness          year
 43:3 45:22        varied           26:17,17           3:2 4:1,3        13:21 19:14
 45:24 46:4        9:5              43:12 77:4          81:4 110:9       19:15 24:11
 61:20 62:1        varies           95:2 97:17         110:14,17        24:12 30:13
 66:5 87:3         16:13 31:19      101:12            110:19,23         31:5 70:17
 105:21            vehicle          104:15            111:1            years
understan...       18:9             way                woman            7:4 13:6,19
12:1 16:6,24       verbal           4:14 79:17         66:9,11         13:20,21
 44:14 57:3        4:19             103:11            word              17:4 26:10
 58:8 61:2         verified         111:7,8           15:23 106:17      28:11 29:18
 84:3 104:24       39:1,6,11        week              words             30:9 31:5
 105:18            64:7,10,15       15:12             11:8 26:7         36:18,18
 106:2,6,12        66:2 84:23       weekends          67:14 90:9        82:20 96:14
understood         versus           14:20             95:2             96:17
12:14 26:20        39:2 88:13       weeks             work             year's
 61:23             violating        13:9 21:16        8:4 13:1         36:22
undetermined       44:22            Wellbutrin         14:3,20         _____
110:10             virtually        21:11,12,20        15:13 36:19            Z
unemployed         85:19 87:1       went               41:4,16,18      Zemarriya
8:5,7,14           Visa             12:9 48:16         105:16          5:17,18 6:5
 10:14,16          26:23 27:1
```

**zero**
67:15
**Zipprich**
2:16 3:4 4:6
 38:14,19
 40:17 47:14
 47:20 51:4
 52:14,16
 58:19 71:14
 73:1 81:6
 108:8
 112:24
**Z-E-M-A-R...**
5:17

**$**
**$1,030**
29:11,12
**$1,080**
30:2
**$1,940.37**
64:2
**$1200**
30:15
**$24.71**
32:9
**$3,000**
26:5,17
**$300**
41:12
**$3100**
25:16
**$42**
31:20
**$500**
27:21 53:2
 69:15,18
**$800**
30:5

**0**
**08**
1:8 51:14
 109:7 112:7

**1**
**1**
37:11
**1,000**
30:24
**1,940.37**
64:5
**1/2/2004**
38:24

**10**
3:15 71:9,12
**100**
56:8
**11**
3:16 72:21
 72:23
**11:30**
1:22
**120**
2:4 112:5
**1400**
31:22,22,23
 31:24
**16**
51:14
**16th**
72:20
**17th**
73:12
**18th**
2:5
**180**
1:20 2:12
 110:8
**1999**
6:17 21:2,2
 52:23

**2**
**20th**
80:10
**200**
112:1
**2000**
26:10 28:13
 70:9,12,19
 70:22
**2001**
24:12 56:20
 83:8,10
**2002**
13:6,7 28:17
**2005**
8:5 13:6
**2006**
18:4 19:19
 96:18
**2007**
8:3,6 39:12
 83:10 87:11
**2008**
1:21 38:24
 72:20 73:12

109:14,22
110:7
111:11
112:4
**215**
5:2
**23rd**
1:21 109:14
 110:6
**23,000**
24:1
**24**
107:16,23
**24.71**
32:8
**2700**
2:13
**28**
112:4

**3**
**3**
28:6
**3,000**
25:21
**30**
15:14 65:7
 65:12
**300**
112:1
**312**
2:7,15
**37**
27:15
**38**
3:11
**3800**
27:15
**3900**
27:5,9

**4**
**4**
3:4 38:24
**40**
3:12 15:14
 82:3
**400**
28:6
**401-K**
33:19
**41**
82:17
**47**

3:13

**5**
**5**
53:10,19,23
 81:5
**500**
68:21 70:16
 85:12,13
**51**
3:14
**58**
85:16,17

**6**
**6**
3:11 38:17
 38:21 63:22
 81:4
**600**
7:23 30:17
**60601**
2:14
**60601-1014**
112:2
**60603**
2:6 112:6
**60644**
5:2

**7**
**7**
3:12 40:15
 40:19 82:4
**7-23-08**
112:8
**7.75**
15:11
**700**
29:15
**71**
3:15
**72**
3:16
**739-4200**
2:7
**760**
1:8 109:7
 112:7

**8**
**8**
3:13 47:12
 47:16 49:14

**84-2501**
1:17
**876-1700**
2:15

**9**
**9**
3:14 51:2,6
 53:19,23
 58:18 72:18
**900**
31:2
**92**
87:10,10
**93**
88:9

T07123

December 14, 2007

Adler & Associates, LTD.
Attorneys for Plaintiff
25 E. Washington, #500
Chicago, IL 60602

RECEIVED
DEC 1 9 2005

Re: Midland Funding vs. Nicole Herkert

Dear Attorney for Plaintiff,

I am writing to request additional information for the case of Midland Funding NCC-2 Co S/I/I TO Associates (Plantiff) vs. Nicole Herkert (Defendant) for case 07 M1 218178.

Defendant received a Summons in the mail on December 5th, 2007, with Adler & Associates Ltd representing Plantiff on the Summons. The Summons claims Defendant owes a stated amount on a stated account number; of which, Defendant has no record of being associated with. Upon receipt of the Summons, Defendant spoke with Mr. Kevin Collins of your firm on December 6, 2007. At that time, Defendant requested additional information in regards to the debt owed on the account in question.

To date, no supporting documents have been provided. I am again requesting official proof of Defendant's responsibility to the debt (e.g. actual credit card statement, etc.), as well as any other documents requesting payment of this debt.

I look forward to receiving the requested information and resolving the matter at hand.

Sincerely,

Nicole Herkert

EXHIBIT
3

ORDER/TRIAL CALL                                                          (2/29/96) CCM1-0643

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

Midland Funding NCC-2 Co                    )                              LINE NO._____
S/I/I TO ASSOCIATES                         ) Case No.  07 M1 218178      Room: 1104/dispute-Appr
                                            )
          Plaintiff,                        )
                                            )
vs.                                         ) _____
                                            ) Under penalties as provided by law pursuant to
NICOLE HERKERT                              ) 735 ILCS 5/109 the above signed certifies that
                                            ) a copy of this order was mailed to defendant(s)
          Defendant(s)                      ) on this date at the last known address.
                                            )
                              TRIAL CALL ORDER
Present before the court: [ ] Plaintiff(s) [ ] Defendant(s) [X] Plaintiff(s)' Counsel [ ] Defendant(s)' Counsel

          THIS MATTER having come before the court, the court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED:

4213 [ ] Alias Summons to Issue for _____
4292 [ ] File Amended Complaint _____
4295 [ ] Take and Complete Discovery By _____
4235 [ ] File Counterclaim _____
4234 [ ] File Appearance/Jury Demand (strike Jury Demand if not allowed) _____
4234 [ ] Answer or to otherwise plead within _____ days.
4219 [ ] Defendant _____ is defaulted; cause set for
4247 [ ] PROVE-UP on _____, 2____ at _____ a.m./p.m. Room _____

4482 [ ] Set for STATUS on _____, 2____ at 9:30 a.m. in Room _____

4482 [ ] Set for TRIAL on _____, 2____ at 9:30 a.m. in Room _____
8005 [ ] Case Dismissed for Want of Prosecution.
8011 [X] Case Dismissed by Agreement of Parties/No Cost [ ] With [X] Without Prejudice

4219 [ ] X-Parte Default Judgment for Plaintiff for $_____ v._____
                                                                              (Defendant)
4293 [ ] with costs assessed.
8001 [ ] Judgment for Plaintiff after trial for $_____ with costs assessed v._____
                                                                              (Defendant)
8002 [ ] Judgment for Defendant _____ after trial
8001 [ ] Judgment is entered by agreement for $_____ v._____
9207 [ ] it being further agreed that installment payments be made as follows: _____
          _____
          _____

(  )                                                        _____
9208 [ ] The Court finds no just reason for delay in enforcement or appeal of this judgment.

(  ) [ ] See Attached Order: _____

Atty No. AC #00512                          DATED____ 1·17____, 2008
Name      ADLER & ASSOCIATES
Attorney for Plaintiff
Address   25 E. Washington St., Suite 500
City/Zip  Chicago, IL 60602                 ENTER:                  Judge Carol M. Howard
Telephone 312-726-1814
                                                                   JAN 17 2008
                                                                   Judge's No
                                            EXHIBIT
                                               4
          DOROTHY BROWN, CLERK OF THE CIRCUIT          LINOIS    Circuit Court-1928
T07123         4223980150778609              2059

# Instructions for
# Completing the ID Theft Affidavit

To make certain that you do not become responsible for any debts incurred by an identity thief, you must prove to each of the companies where accounts were opened or used in your name that you didn't create the debt.

A group of credit grantors, consumer advocates, and attorneys at the Federal Trade Commission (FTC) developed an ID Theft Affidavit to make it easier for fraud victims to report information. While many companies accept this affidavit, others require that you submit more or different forms. Before you send the affidavit, contact each company to find out if they accept it.

It will be necessary to provide the information in this affidavit anywhere a new account was opened in your name. The information will enable the companies to investigate the fraud and decide the outcome of your claim. If someone made unauthorized charges to an existing account, call the company for instructions.

This affidavit has two parts:
- **Part One** — the ID Theft Affidavit — is where you report general information about yourself and the theft.
- **Part Two** — the Fraudulent Account Statement — is where you describe the fraudulent account(s) opened in your name. Use a separate Fraudulent Account Statement for each company you need to write to.

When you send the affidavit to the companies, attach copies (NOT originals) of any supporting documents (for example, driver's license or police report). Before submitting your affidavit, review the disputed account(s) with family members or friends who may have information about the account(s) or access to them.

Complete this affidavit as soon as possible. Many creditors ask that you send it within two weeks. Delays on your part could slow the investigation.

Be as accurate and complete as possible. You may choose not to provide some of the information requested. However, incorrect or incomplete information will slow the process of investigating your claim and absolving the debt. Print clearly.

When you have finished completing the affidavit, mail a copy to each creditor, bank, or company that provided the thief with the unauthorized credit, goods, or services you describe. Attach a copy of the Fraudulent Account Statement with information only on accounts opened at the institution to which you are sending the packet, as well as any other supporting documentation you are able to provide.

Send the appropriate documents to each company by certified mail, return receipt requested, so you can prove that it was received. The companies will review your claim and send you a written response telling you the outcome of their investigation. Keep a copy of everything you submit.

If you are unable to complete the affidavit, a legal guardian or someone with power of attorney may complete it for you. Except as noted, the information you provide will be used only by the company to process your affidavit, investigate the events you report, and help stop further fraud. If this affidavit is requested in a lawsuit, the company might have to provide it to the requesting party. Completing this affidavit does not guarantee that the identity thief will be prosecuted or that the debt will be cleared.

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY


EXHIBIT
9

If you haven't already done so, report the fraud to the following organizations:

1. Any one of the nationwide consumer reporting companies to place a fraud alert on your credit report. Fraud alerts can help prevent an identity thief from opening any more accounts in your name. The company you call is required to contact the other two, which will place an alert on their versions of your report, too.

   • **Equifax:** 1-800-525-6285; www.equifax.com

   • **Experian:** 1-888-EXPERIAN (397-3742); www.experian.com

   • **TransUnion:** 1-800-680-7289; www.transunion.com

   In addition to placing the fraud alert, the three consumer reporting companies will send you free copies of your credit reports, and, if you ask, they will display only the last four digits of your Social Security number on your credit reports.

2. The security or fraud department of each company where you know, or believe, accounts have been tampered with or opened fraudulently. Close the accounts. Follow up in writing, and include copies (NOT originals) of supporting documents. *It's important to notify credit card companies and banks in writing.* Send your letters by certified mail, return receipt requested, so you can document what the company received and when. Keep a file of your correspondence and enclosures.

   When you open new accounts, use new Personal Identification Numbers (PINs) and passwords. Avoid using easily available information like your mother's maiden name, your birth date, the last four digits of your Social Security number or your phone number, or a series of consecutive numbers.

3. Your local police or the police in the community where the identity theft took place to file a report. Get a copy of the police report or, at the very least, the number of the report. It can help you deal with creditors who need proof of the crime. If the police are reluctant to take your report, ask to file a "Miscellaneous Incidents" report, or try another jurisdiction, like your state police. You also can check with your state Attorney General's office to find out if state law requires the police to take reports for identity theft. Check the Blue Pages of your telephone directory for the phone number or check www.naag.org for a list of state Attorneys General.

4. The Federal Trade Commission. By sharing your identity theft complaint with the FTC, you will provide important information that can help law enforcement officials across the nation track down identity thieves and stop them. The FTC also can refer victims' complaints to other government agencies and companies for further action, as well as investigate companies for violations of laws that the FTC enforces.

   You can file a complaint online at **www.consumer.gov/idtheft**. If you don't have Internet access, call the FTC's Identity Theft Hotline, toll-free: 1-877-IDTHEFT (438-4338); TTY: 1-866-653-4261; or write: Identity Theft Clearinghouse, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Name _Winona C Jackson_    Phone number _( 773 )425-8679_  Page 1

## ID Theft Affidavit

**Victim Information**

(1) My full legal name is _Winona_    _C_    _Jackson_
      (First)        (Middle)        (Last)        (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

_____
      (First)        (Middle)        (Last)        (Jr., Sr., III)

(3) My date of birth is _03 / 01 /1981_
      (day/month/year)

(4) My Social Security number is _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_

(5) My driver's license or identification card state and number are _J250-8838-1663_

(6) My current address is _215 N Mason Ave_

City _Chicago_    State _IL_    Zip Code _60644_

(7) I have lived at this address since _08 /1986_
      (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was
_1207 Mae Smith , Brush Towers_

City ~~Chicago~~ _Carbondale_ State _IL_    Zip Code _62901_

(9) I lived at the address in Item 8 from _08/1999_ until _05/2000_
      (month/year)        (month/year)

(10) My daytime telephone number is _(773 )379-8604_

My evening telephone number is _(773 )379-8604_

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

**Name** _Winona Jackson_    **Phone number** _(773)405-8679_ **Page 2**

████████████████████████████████████

**Check all that apply for Items 11 - 17:**

(11) ☑ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☑ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example. credit cards; birth certificate; driver's license; Social Security card; etc.) were ☑ stolen ☐ lost  on or about _0   01/2000_ .
   (day/month/year)

(14) ☑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_David Bernard Hall Jr._
Name  (if known)                                    Name  (if known)

_____                            _____
Address (if known)                                  Address (if known)

_____                            _____
Phone number(s) (if known)                          Phone number(s) (if known)

_____                            _____
Additional information (if known)                   Additional information (if known)

(15) ☐ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments:  (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

_Mr. Hall stole my credit card from my dorm room in January 2000. A representative from GTE Visa alerted my mother that large purchases were made on my card. My mother called me and told me to check my wallet for my GTE Visa. It was missing._

(Attach additional pages as necessary.)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER
## GOVERNMENT AGENCY

My mother then gave the GTE representative my
phone number at school. He called me and I confirmed
that my card was missing and that I knew who had
stolen my card. I filed a report at the SIU police
department immediately following the phone call. GTE
Visa sent me fraud forms. I filled them out, had
them notarized and mailed them in. Charges were
removed from my account, the account was closed and
I was issued a new GTE Visa with a new account
number. More then six months later, after using my
new card for purchase(s) totaling about $500, all of the
fradulent charges were put on my account. I called
GTE Visa, was informed that they processed the forms
too late and was asked to fill out the fraud forms
again. I filled out the forms, notorized them and
mailed them in again. ~~some~~ The charges were
again removed and I was issued a new account
number and card. My mother kept the new card. Again
4-6 months later, the fradulent charges were placed
on the new account. This time I told them to close the
account, not to issue me a new card and that I would
payoff my part of the balance by the end of the summer.
They took the charges off and my parents and I paid
more than $500 over 3 months to cover my part of
the credit card debt. I didn't hear anything for over
a year and thought the matter was finally settled.
Then Associates sold the account to another company with
the fradulent charges, overlimit fees dating back to the original
fradulent charges and finance charges reflecting these charges
and fees. That company spoke with me, I explained what happened,
they didn't call again. The account was sold 2-4 more times
with the same reaction until it was sold to MRC. Detective
Leonard personally told one company's representative that this debt
was not my responsibility and to stop harassing me.

Name  *Winona C. Jackson*    Phone number _____    Page 3

████████████████████████████████████████████████

(17) (check one) I  ☑ am   ☐ am not   willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I  ☑ am   ☐ am not   authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I  ☑ have   ☐ have not   reported the events described in this affidavit to the police or other law enforcement agency. The police  ☑ did   ☐ did not   write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

*SIU Police Department*
_____
**(Agency #1)**

_____
**(Date of report)**

_____
**(Phone number)**

_____
(Officer/Agency personnel taking report)

_____
(Report number, if any)

_____
(email address, if any)

_____
**(Agency #2)**

_____
**(Date of report)**

_____
**(Phone number)**

_____
(Officer/Agency personnel taking report)

_____
(Report number, if any)

_____
(email address, if any)

████████████████████████████████████████████████

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☑  A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☐  Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Name _Winona Jackson_    Phone number _(773) 405-8679_ Page 4

(22) ☑ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I certify that, to the best of my knowledge and belief, all the information on and attached to this affidavit is true, correct, and complete and made in good faith. I also understand that is affidavit or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may constitute a violation of 18 U.S.C. §1001 or other federal, state, or local criminal statutes, and may result in imposition of a fine or imprisonment or both.

_Winona Jackson_ (signature)    _01/16/2008_ (date signed)

```
"OFFICIAL SEAL"
WANDA GEANES
Notary Public, State of Illinois
My Commission Expires June 10, 2010
```

_Wanda Geanes_
(Notary)

_01-16-2008_

[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]

Witness:

_____    _____
(signature)                     (printed name)

_____    _____
(date)                          (telephone number)

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Name _Winona C. Jackson_   Phone number _(773) 485-8679_ Page 5

# Fraudulent Account Statement

| Completing this Statement |
|---|
| • Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit. |
| • List only the account(s) you're disputing with the company receiving this form. **See the example below.** |
| • If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original). |

**I declare (check all that apply):**

☐ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2002 | $25,500.00 |
| CITE Associates Visa | 482398 0 28949 6316 | student visa/credit card | | see police report |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY