# EXHIBIT 9

# [THIS DOCUMENT WAS FILED UNDER SEAL.]