**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Nicole Herkert, et al.

            Plaintiff,

v.                     Case No.: 1:08−cv−00760
                     Honorable Ruben Castillo

Midland Funding NNC−2 Corporation, et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Motion hearing set for 9/10/2008 is vacated. The Court will rule by mail on Plaintiff's motion to file reply in support of motion for class certification under seal, or in the alternative, to redesignate docket entry No. 65 as a public record [66].Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.