## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 760 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Nicole Herkert, et al. Vs. MRC Receivables Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file reply in support of motion for class certification under seal, or in the alternative, to redesignate docket entry No. 65 as a public record [66] is granted as to the alternative request. The Clerk of Court is directed to redesignate docket entry No. 65 [Defendant's opposition to Plaintiff's motion for class certification] as a public record.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|