**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT, and ) | | |
| WINONA JACKSON ) | | |
| on behalf of plaintiffs and a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 760 | |
| ) | Judge Castillo | |
| v. ) | Magistrate Judge Schenkier | |
| ) | | |
| MRC RECEIVABLES CORPORATION; ) | | |
| MIDLAND FUNDING NCC-2 CORPORATION; ) | | |
| MIDLAND CREDIT MANAGEMENT, INC.; ) | | |
| and ENCORE CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF MOTION
FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

Plaintiffs Nicole Herkert and Winona Jackson, through their attorneys, Edelman, Combs, Latturner, & Goodwin, LLC, respectfully request that this Court grant Plaintiffs' leave to file their reply in support of class certification in excess of the fifteen-page limit established by Local Rule 7.1.

In support of this Motion, Plaintiffs state as follows:

1. On August 27, 2008, this Court granted Defendants leave to file their opposition to class certification in excess of the fifteen-page limit established by Local Rule 7.1.

2. In Defendants' motion, Defendants indicated that they had agreed not to oppose the same page limit extension for Plaintiffs' reply brief.

3. Plaintiffs' reply in support of class certification is due on September 12, 2008.

4. Local Rule 7.1 establishes a fifteen-page limit for a brief in support of or

in opposition to any motion.  Briefs that exceed the fifteen-page limit require prior approval of the Court.  Additionally, such briefs that exceed the fifteen-page limit must contain "a table of contents with the pages noted and a table of cases."  *See* LR7.1.

    5.  In order to properly respond to all of the arguments presented by Defendants in their opposition to class certification, Plaintiffs require ten (10) additional pages for their reply brief in support of class certification, up to and including twenty-five (25) pages, excluding the table of contents and the table of cases.

    6.  This is the same extension that was granted to Defendants.

    WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' leave to file their reply in support of class certification in excess of the fifteen-page limit, up to and including twenty-five(25) pages, excluding the table of contents and the table of cases.

              Respectfully Submitted,

               s/ Cassandra P. Miller
              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 917-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on September 10, 2008, **PLAINTIFF'S UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT** was filed electronically using the Court's CM/ECF system which will send notice to the following:

Richard E. Gottlieb
James W. McConkey
Renee L. Zipprich
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
FAX (312) 627- 2302

Theodore W. Seitz
Dykema Gossett PLLC
200 Townsend Street, Suite 900
Lansing, MI 48933
FAX (517) 374-9191

                                                  s/ Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)