**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE HERKERT and WINONA JACKSON, on behalf of plaintiffs and a class, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 08 C 760 |
| v. | ) ) | |
| | ) | Judge Ruben Castillo |
| MRC RECEIVABLES CORPORATION, MIDLAND FUNDING NCC-2 CORP., MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., | ) ) ) ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   COUNSEL OF RECORD

     **PLEASE TAKE NOTICE** that on **Tuesday, September 16, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Defendants' Motion to Redesignate Portions of Opposition to Plaintiffs' Motion for Class Certification under Seal**, a copy of which is attached hereto.

Dated:  September 10, 2008

                                              **MIDLAND CREDIT MANAGEMENT, INC.;
MRC RECEIVABLES CORPORATION,
MIDLAND FUNDING NCC-2, AND ENCORE
CAPITAL GROUP, INC.**

                                              By: s/ Renee L. Zipprich
                                                Richard E. Gottlieb (rgottlieb@dykema.com)
                                                James W. McConkey (jmcconkey@dykema.com)
                                                Theodore W. Seitz (tseitz@dykema.com)
                                                Renee L. Zipprich (rzipprich@dykema.com)
                                                Dykema Gossett, PLLC
                                                10 South Wacker Drive, Suite 2300
                                                Chicago, Illinois 60606
                                                Phone: 312-876-1700
                                                Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **September 10, 2008,** I electronically filed the foregoing **Notice of Defendants' Motion to Redesignate Portions of Opposition to Plaintiffs' Motion for Class Certification under Seal** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2514600.1
ID\IVF