# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 760 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Nicole Herkert vs. Midland Funding NNC-2 Corp. | | |

**DOCKET ENTRY TEXT**

Defendant's oral motion for the court to stay its 9/9/2008 order redesignating docket entry No. 65 as a public record until the Court can hear its motion to redesignate portions of its opposition brief under seal is granted. The Court will hear defendant's motion on 9/16/2008 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|